Case 3:01-cv-02252-CRB   Document 674   Filed 01/08/07   Page 1 of 4

*FILED*

JAN 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT COURT
OF CALIFORNIA

1  Brad Seligman (SBN 083838)
   Jocelyn D. Larkin (SBN 110817)
2  THE IMPACT FUND
   125 University Avenue
3  Berkeley, CA  94710
   Telephone:  510.845.3473
4  Facsimile:  510.845.3654

5  Irma D. Herrera (SBN 98658)
   Debra A. Smith ( SBN 147863)
6  EQUAL RIGHTS ADVOCATES
   1663 Mission Street, Suite 550
7  San Francisco, CA  94618

8  Sheila Y. Thomas (SBN 067690)
   5260 Proctor Avenue
9  Oakland, CA 94618
   Telephone: 510.339.3739
10 Facsimile: 510.339.3723

11 Steve Stermerman (SBN 067690)
   Elizabeth Lawrence (SBN 111781)
12 DAVIS, COWELL & BOWE, LLP
   595 Market Street, Suite 1400
13 San Francisco, CA  94105
   Telephone: 415.597.7200
14 Facsimile:  415.597.7201

15 Merit Bennett
   MERIT BENNETT, P.C.
16 460 St. Michaels Drive, Suite 703
   Santa Fe, NM  87505
17 Telephone: 505.983.9834
   Facsimile: 505.983.9836
18

19 Attorneys for Plaintiffs

Joseph M. Sellers
Christine E. Webber
Charles E. Tompkins
Julie Goldsmith Reiser
COHEN, MILSTEIN, HAUSFELD & TOLL
PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC  20005
Telephone:  202.408.4600
Facsimile: 202.408.4699

Steven Tinkler
Charles Firth
TINKLER & FIRTH
309 Johnson Street
Santa Fe, NM  87501
Telephone: 505.986.0269
Facsimile:  505.982.6698

Debra Gardner
PUBLIC JUSTICE CENTER
500 East Lexington Street
Baltimore, MD  20212
Telephone: 410.625.9409
Facsimile: 410.625.9423

Shauna Marshall (SBN 90641)
HASTINGS COLLEGE OF THE LAW
100 McAllister Street, Ste. 300
San Francisco, CA 94102
Telephone: 415.581.8922
Facsimile: 415.557.7895

20 UNITED STATES DISTRICT COURT

21 NORTHERN DISTRICT OF CALIFORNIA

22 BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, | Case No. C-01-2252-MJJ
   DEBORAH GUNTER, CHRISTINE KWAPNOSKI, CLEO
23 PAGE, and KAREN WILLIAMSON, on behalf of themselves | **JOINT STIPULATION AND**
   and all others similarly situated, | **[PROPOSED] ORDER FOR**
24 | **ELECTRONIC FILING**
   Plaintiffs,
25 v.
26 WAL-MART STORES, INC.,
27 Defendant.
28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

JOINT STIPULATION AND [PROPOSED] ORDER FOR ELECTRONIC FILING
CASE NO. C-01-2252- MJJ

## JOINT STIPULATION FOR ELECTRONIC FILING

This action was filed on June 19, 2001, and was not designated for participation in the Court's electronic case filing program ("ECF"). In the interest of efficiency, the parties have agreed between themselves, and hereby request that the Court order that this case be subject to ECF as set forth in Civil Local Rule 5-4, General Order No. 45 "Electronic Case Filing," and other applicable ECF provisions.

Dated: January 4, 2007                    Respectfully submitted,


_Joseph M. Sellers/JPZ_

Joseph M. Sellers
Christine E. Webber
Charles E. Tompkins
Julie Goldsmith Reiser
COHEN, MILSTEIN, HAUSFELD
& TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone:  202.408.4600
Facsimile: 202.408.4699

Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA 94710
Telephone:  510.845.3473
Facsimile:   510.845.3654

Counsel for the Plaintiffs

Nancy L. Abell
Paul Grossman
Paul, Hastings, Janofsky & Walker, LLP
Twenty-Fifth Floor
515 South Flower Street
Los Angeles, CA 90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Counsel for the Defendant

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW
WASHINGTON

JOINT STIPULATION AND [PROPOSED] ORDER FOR ELECTRONIC FILING
CASE NO. C-01-2252- MJJ                                                                - 2 -

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION
FOR ELECTRONIC FILING**

2

3        Upon consideration of the parties' Joint Stipulation for Electronic Filing in this action,

4        IT IS on this ____ day of _____, 2007,

5

6        ORDERED that this action is now designated for participation in the Court's electronic

7   case filing program ("ECF").

8

9        IT IS SO ORDERED.

10

11

12   1/8/2007
     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Dated                            Martin J. Jenkins
13                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW
WASHINGTON

JOINT STIPULATION AND PROPOSED ORDER FOR ELECTRONIC FILING
CASE NO. C-01-2252- MJJ                                                          - 3 -

1

## CERTIFICATE OF SERVICE

2     The undersigned hereby certifies that a true and correct copy of the foregoing Joint

3   Stipulation and Proposed Order for Electronic Filing was served this 4th day of January, 2007,

4   upon the following counsel of record, via electronic mail:

5

6              Nancy L. Abell
Paul, Hastings, Janofsky & Walker, LLP

7              Twenty-Fifth Floor
515 South Flower Street

8              Los Angeles, CA 90071-2228
Telephone: (213) 683-6000

9              Facsimile: (213) 627-0705

_____
Jenny R. Yang