**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                                      <u>**E-FILING**</u>

**Date:** October 23, 2007                          **FTR Time:**   11:00 - 11:38 a.m.

**Case No. & Name:**  C01-2252 MJJ (EMC) Dukes v. Wal-Mart Stores, Inc.

**Attorneys:**  Joseph M. Sellers 202/408-4604 for Plaintiffs
Brad Seligman 510/845-3473 x 304 for Plaintiffs
Mark A. Perry 202/887-3667, Nancy Abell and Charles Abbott for Defendant Wal-Mart

**Deputy Clerk:** Betty Fong

| **PROCEEDINGS:** | **ORDERED AFTER HEARING:** |
|---|---|
| - DISCOVERY DISPUTE CONFERENCE CALL (Plaintiffs' request for Defendant to produce documents w/o redactions, to produce a privilege log, and to produce leadership training documents.)<br>(re Docket Nos. 690, 691, 692 and 693) | - Plaintiffs' request is granted.  Defendant is ordered to produce privilege log and unredacted documents by 11/2/07.  Parties shall meet and confer re request for documents from Mr. Coughlin.  Further telephonic conference call set for 11/15/07 at 2:30 p.m.  Mr. Sellers shall initiate conference call by calling court at (415) 522-3678. |

**Order to be prepared by:**   [ ] Plntf   [ ] Deft   [ ]  Court

**Case continued to:**  Further telephonic conference call set for 11/15/07 at 2:30 p.m.

cc: EMC