IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
DUKES et al,                              No   C 01-2252 VRW

        Plaintiffs,                            ORDER

        v

WAL-MART STORES, INC,

        Defendant.
                                        /
```

On February 15, 2008, this case was reassigned from Judge Martin J Jenkins to the undersigned. Doc #699. Since then, the court has conducted no proceedings in this case. Accordingly, the parties shall submit a joint status report no later than July 21, 2008.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge