| | |
|---|---|
| Brad Seligman (SBN 083838) | Joseph M. Sellers |
| Jocelyn D. Larkin (SBN 110817) | Christine E. Webber |
| THE IMPACT FUND | Jenny R. Yang |
| 125 University Avenue | COHEN MILSTEIN SELLERS & TOLL PLLC |
| Berkeley, CA 94710 | West Tower, Suite 500 |
| Telephone: 510.845.3473 | 1100 New York Avenue |
| Facsimile: 510.845.3654 | Washington, DC 20005 |
| | Telephone: 202.408.4600 |
| Irma D. Herrera (SBN 98658) | Facsimile: 202.408.4699 |
| Debra A. Smith ( SBN 147863) | |
| EQUAL RIGHTS ADVOCATES | Steven Tinkler |
| 1663 Mission Street, Suite 550 | Charles Firth |
| San Francisco, CA 94618 | TINKLER & FIRTH |
| | 309 Johnson Street |
| Sheila Y. Thomas (SBN 067690) | Santa Fe, NM 87501 |
| 5260 Proctor Avenue | Telephone: 505.986.0269 |
| Oakland, CA 94618 | Facsimile: 505.982.6698 |
| Telephone: 510.339.3739 | |
| Facsimile: 510.339.3723 | Debra Gardner |
| | PUBLIC JUSTICE CENTER |
| Steve Stermerman (SBN 067690) | 500 East Lexington Street |
| Elizabeth Lawrence (SBN 111781) | Baltimore, MD 20212 |
| DAVIS, COWELL & BOWE, LLP | Telephone: 410.625.9409 |
| 595 Market Street, Suite 1400 | Facsimile: 410.625.9423 |
| San Francisco, CA 94105 | |
| Telephone: 415.597.7200 | Shauna Marshall (SBN 90641) |
| Facsimile: 415.597.7201 | HASTINGS COLLEGE OF THE LAW |
| | 100 McAllister Street, Ste. 300 |
| Merit Bennett | San Francisco, CA 94102 |
| MERIT BENNETT, P.C. | Telephone: 415.581.8922 |
| 460 St. Michaels Drive, Suite 703 | Facsimile: 415.557.7895 |
| Santa Fe, NM 87505 | |
| Telephone: 505.983.9834 | |
| Facsimile: 505.983.9836 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, CHRISTINE KWAPNOSKI, CLEO PAGE, and KAREN WILLIAMSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No.  C-01-2252-MJJ<br><br>**NOTICE OF FIRM NAME CHANGE** |

1  Notice is hereby given that the firm COHEN, MILSTEIN, HAUSFELD & TOLL,
2  P.L.L.C. is now COHEN MILSTEIN SELLERS & TOLL PLLC
3  Pursuant to General Order 45.IV.C.3., please withdraw the appearance of Charles E.
4  Tompkins, Esq. as counsel for the Plaintiffs.  Mr. Tompkins is no longer employed by Cohen
5  Milstein Sellers & Toll PLLC, and Plaintiffs have other counsel, including the undersigned,
6  whose appearances are entered in this matter.
7
8
9  Dated: November 14, 2008         By:  /s/ Christine E. Webber
                                         Joseph M. Sellers
10                                       Christine E. Webber
                                         Jenny R. Yang
11                                       COHEN MILSTEIN SELLERS & TOLL
                                         PLLC
12                                       West Tower, Suite 500
                                         1100 New York Avenue
13                                       Washington, DC  20005
                                         Telephone:  202.408.4600
14                                       Facsimile:  202.408.4699

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW

NOTICE OF FIRM NAME CHANGE -- CASE NO. C-01-2252- MJJ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2008, a copy of the foregoing Notice of Change of Counsel was served upon all counsel for the parties by electronic means through the Court's transmission facilities pursuant to Local Rule 5-4 and General Order 45, including counsel for the Defendant:

Nancy L. Abell
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Twenty-fifth floor
515 South Flower Street
Los Angeles, CA 90071-6000
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
NancyAbell@paulhastings.com

Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 887-3667
Facsimile: (202) 530-9696
mperry@gibsondunn.com

                                                  _/s/ Christine E. Webber_
                                                   Christine E. Webber