THEODORE J. BOUTROUS JR. (SBN 132099)
WAYNE SCHRADER (SBN 67447)
DEBORAH WONG YANG (SBN 123289)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-Mail:  TBoutrous@gibsondunn.com
         WSchrader@gibsondunn.com
         DWongYang@gibsondunn.com

MARK A. PERRY (SBN 212532)
JAIME D. BYRNES (SBN 237991)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
E-Mail:  MPerry@gibsondunn.com
         JByrnes@gibsondunn.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, CLEO PAGE, DEBORAH GUNTER, KAREN WILLIAMSON, CHRISTINE KWAPNOSKI, AND EDITH ARANA on behalf of themselves, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO. C 01-2252 VRW (EMC)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that effective December 15, 2008, the San Francisco office of Gibson, Dunn & Crutcher LLP, counsel of record in this case for Wal-Mart Stores, Inc., will have moved to:

**GIBSON, DUNN & CRUTCHER LLP**
**555 Mission Street**
**Suite 3000**
**San Francisco, CA 94105-2933**
**Telephone:  (415) 393-8200**
**Facsimile:  (415) 393-8306**

This new address applies to Mark A. Perry and Jaime D. Byrnes.

**PLEASE TAKE FURTHER NOTICE** that individual attorney telephone numbers, fax numbers, and e-mail addresses will not change.

DATED:      December 1, 2008          GIBSON, DUNN & CRUTCHER LLP
                                      THEODORE J. BOUTROUS JR.
                                      WAYNE SCHRADER
                                      MARK A. PERRY
                                      DEBORAH WONG YANG
                                      JAIME D. BYRNES


                                      By:    /s:/Jaime D. Byrnes
                                             Jaime D. Byrnes

                                      Attorneys for Defendant
                                      WAL-MART STORES, INC.

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, 31st Floor, San Francisco, California 94104, in said County and State.  On December 1, 2008, I served the within:

**NOTICE OF CHANGE OF ADDRESS**

to all interested parties as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on December 1, 2008.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on December 1, 2008, at San Francisco, California.


　　　　　/s:/Robin McBain
　　　　　　Robin McBain

Gibson, Dunn & Crutcher LLP