FILED

MAR 16 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| BETTY DUKES; PATRICIA SURGESON; EDITH ARANA; KAREN WILLIAMSON; DEBORAH GUNTER; CHRISTINE KWAPNOSKI; PAGE CLEO, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> WAL-MART, INC., <br><br> Defendant - Appellant. | No. 04-16688 <br><br> D.C. No. CV-01-02252-MJJ <br><br> ORDER |
| BETTY DUKES; PATRICIA SURGESON; EDITH ARANA; KAREN WILLIAMSON; DEBORAH GUNTER; CHRISTINE KWAPNOSKI; PAGE CLEO, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> WAL-MART, INC., <br><br> Defendant - Appellee. | No. 04-16720 <br><br> D.C. No. CV-01-02252-MJJ |

**KOZINSKI**, Chief Judge:

Leave is granted to file the amicus briefs submitted by the AARP, Consumers Union, NAACP Legal Defense and Educational Fund and the Pacific Legal Foundation.

The amicus letter brief submitted by the Equal Employment Advisory Council shall not be filed because it is not a "short letter" intended only "to join in the arguments or factual statements of a party or other amici." Cir. Advisory Comm. Note to 9th Cir. R. 29-1. Nor does it meet the requirements of an amicus brief. See Fed. R. App. P. 29.

Any further amicus briefs must be filed by March 19, 2009. Briefs submitted after that date will not be considered.