**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## RECORD TRANSMITTAL FORM

**Date: June 19, 2009**

**To:** United States Court of Appeals                  (✔)  Check here if record is being
   For the Ninth Circuit/Records Unit                           sent directly to a Judge
   95 Seventh Street
   San Francisco, CA 94103

**From: Sheila Rash**

**DC No:** ___01-2252 VRW___     **Appeal No:** ___04-16688___

**Short Title:** ___Dukes v. Walmart___

**Composition of Record**

**Clerk's Files in** ___57___ **volumes**       (✔) original       ( ) certified copy

  **Bulky docs.** ___14___ **volumes (folders)**   docket#_____

**Reporter's**
**Transcripts   in** _____ **volumes**       ( ) original       ( ) certified copy

**Exhibits:**    in _____ envelopes       ( ) under seal
          in _____ boxes             ( ) under seal

**Other:**_____
_____
_____

**(please note any documents filed under seal)**

**Acknowledgment:**_____     **Date:**_____