IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTY DUKES et al,                                 No    C 01-2252 VRW

        Plaintiffs,                         ORDER

        v

WAL-MART STORES, INC,

        Defendant.
_____/

        The parties in the above-captioned action move jointly to stay all proceedings. Doc #711. Although the parties seek a longer stay, the court prefers a more limited stay. Accordingly, all proceedings in this case shall remain stayed until the earlier of: thirty (30) days after the Supreme Court's ruling on Wal-Mart's anticipated certiorari petition or September 30, 2010.

        IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge