**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTY DUKES et al,                                    No    C 01-2252 VRW

      Plaintiffs,                                              ORDER

      v

WAL-MART STORES, INC,

      Defendant.
_____/

     The parties in the above-captioned action move jointly to
stay all proceedings.  Doc #711.  Although the parties seek a
longer stay, the court prefers a more limited stay.  Accordingly,
all proceedings in this case shall remain stayed until the earlier
of:  thirty (30) days after the Supreme Court's ruling on Wal-
Mart's anticipated certiorari petition or September 30, 2010.


     IT IS SO ORDERED.

                     _____

                     VAUGHN R WALKER
                     United States District Chief Judge