| | |
|---|---|
| TODD M. SCHNEIDER (SBN 158253)<br>tschneider@schneiderwallace.com<br>SCHNEIDER WALLACE<br>COTTRELL BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:  (415) 421-7100<br>Facsimile:  (415) 421-7105 | Jeffrey Klafter (*pro hac vice* to be filed)<br>Seth Lesser (*pro hac vice* to be filed)<br>KLAFTER OLSEN & LESSER, LLP<br>Two International Drive, Suite 350<br>Rye Brook, NY 10573<br>Telephone:  (914) 934-9200<br>Facsimile:  (914) 934-9200 |
| Todd S. Collins (*pro hac vice* to be filed)<br>tcollins@bm.net<br>Ellen T. Noteware (*pro hac vice* to be filed)<br>enoteware@bm.net<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone:  (215) 875 3000<br>Facsimile:  (215) 875 4604 | Ann Miller (*pro hac vice* to be filed)<br>ANN MILLER, LLC<br>The Benjamin Franklin<br>834 Chestnut Street, Suite 206<br>Philadelphia, PA 19107<br>Telephone:  (215) 238 0468<br>Facsimile:  (215) 574 0699 |
| Kurt Olsen (*pro hac vice* to be filed)<br>KLAFTER OLSEN & LESSER, LLP<br>1250 Connecticut Ave., N.W., Suite 200<br>Washington, DC 20036<br>Telephone:  (202) 261-3553<br>Facsimile:  (202) 261-3533 | |

Plaintiffs' Counsel

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA ALEXANDER-JONES, et al.,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC., et al.,<br><br>　　　Defendants. | Case No.: 3:10-cv-03005 SBA<br><br>Case No.: 3:01-cv-02252-VRW<br><br>**ADMINISTRATIVE MOTION BY PLAINTIFF TO CONSIDER WHETHER CASES SHOULD BE RELATED; DECLARATION OF TODD M. SCHNEIDER** |
| BETTY DUKES, et al,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　Defendants. | |

ADMINISTRATIVE MOTION BY PLAINTIFF TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos.: 3:01-cv-02252-VRW; 3:10-cv-03005 SBA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-CAPTIONED
2  CASE AND THE CASES LISTED BELOW:
3      Pursuant to Civil L.R. 3-12 and 7-11, Plaintiff hereby moves the Court for an Order relating
4  *Alexander-Jones, et al. v. Wal-Mart Stores, Inc.*, No. CV 10-03005-SBA (hereinafter simply
5  "*Alexander-Jones*") to *Dukes, et al. v. Wal-Mart Stores, Inc*., No. C 0102252-VRW (hereinafter
6  simply ("*Dukes*").

## APPLICABLE RULE

8      Civil Local Rule 3-12 provides, in pertinent part: "An action is related to another when: (1) The
9  actions concern substantially the same parties, property, transaction or event; and (2) It appears likely
10 that there will be a unduly burdensome duplication of labor and expense or conflicting results if the
11 cases are conducted before different Judges."

## THE RELATIONSHIP BETWEEN *ALEXANDER-JONES* AND *DUKES*

13     These two cases concern substantially the same parties, property, transaction, and/or events.  In
14 both cases, Plaintiff seeks to certify a class on behalf of Wal-Mart employees against Defendant Wal-
15 Mart Stores, Inc. ("Wal-Mart") concerning Wal-Mart's underpayment of female hourly employees of
16 Wal-Mart.  Both allege Wal-Mart willfully and intentionally underpaid the wages of a large segment
17 of its hourly employee population based on their gender. In light of these common issues, assignment
18 of these cases to a single judge is likely to promote judicial economy by avoiding an unduly
19 burdensome duplication of labor and expense or conflicting results that might ensue if the cases were
20 conducted before different Judges.

## NEED FOR ADMINISTRATIVE MOTION

22     As explained in the attached declaration of Todd M. Schneider, and as required by Civil Local
23 Rule 7-11(a), counsel for Plaintiffs in *Alexander-Jones* have failed to secure the stipulation referenced
24 in Civil Local Rule 7-11(a).

## CONCLUSION

26     The parties, transactions and events in *Alexander-Jones* and *Dukes* are substantially the same,
27 and there is a substantial risk of unduly burdensome litigation, and, more important, of conflicting
28 results, if *Alexander-Jones* is not related to *Dukes.*  Plaintiff therefore respectfully submits that

*Alexander-Jones* can and should be related to *Dukes* pursuant to Civil Local Rule 3-12. Plaintiff respectfully asks for such assignment here.

Dated: July 16, 2010

BERGER & MONTAGUE, P.C.

ANN MILLER, LLC

KLAFTER OLSEN & LESSER, LLP

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

  /s/
Todd M. Schneider
Attorneys for Plaintiffs

ADMINISTRATIVE MOTION BY PLAINTIFF TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos.: 3:01-cv-02252-VRW; 3:10-cv-03005 SBA
2

# DECLARATION OF TODD M. SCHNEIDER

I, TODD M. SCHNEIDER, declare and state:

I was unable to obtain a Stipulation because the other side has yet to appear.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 16, 2010

                                                      __/s/_____
                                                      Todd M. Schneider
                                                      Counsel for Plaintiffs