RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JUL 0 9 2010
FILED_____
DOCKETED_____ DATE  INITIAL

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 7, 2010

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Wal-Mart Stores, Incorporated
           v. Betty Dukes, et al.
           Application No. 10A19
           (Your No. 04-16688, 04-16720)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on July 7, 2010 extended the time to and including August 25, 2010.

    This letter has been sent to those designated on the attached notification list.

                                      Sincerely,

                                      **William K. Suter**, Clerk

                                      by

                                      Erik A. Fossum
                                      Case Analyst

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 0 9 2010

FILED_____
DOCKETED_____
DATE    INITIAL

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**William K. Suter**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Theodore J. Boutrous , Jr.
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526