# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

August 25, 2010

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Wal-Mart Stores, Inc.
v. Betty Dukes, et al.
No. 10-277
(Your No. 04-16688, 04-16720)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 25, 2010 and placed on the docket August 25, 2010 as No. 10-277.

Sincerely,

**William K. Suter**, Clerk

by

Erik A. Fossum
Case Analyst