BRAD SELIGMAN (SBN 083838)
JOCELYN D. LARKIN (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654
*BSeligman@impactfund.org, jlarkin@impactfund.org*

JOSEPH M. SELLERS  (*pro hac vice*)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Ave., #500
Washington, D.C. 20005
*JSellers@cohenmilstein.com*

Attorneys for Plaintiffs

THEODORE J. BOUTROUS, JR. (SBN 132099)
THEANE EVANGELIS KAPUR (SBN 243570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
*TBoutrous@gibsondunn.com, TKapur@gibsondunn.com*,

MARK A. PERRY (SBN 212532)
RACHEL S. BRASS (SBN 219301)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
*MPerry@gibsondunn.com, RBrass@gibsondunn.com*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, CLEO PAGE, DEBORAH GUNTER, KAREN WILLIAMSON, CHRISTINE KWAPNOSKI, AND EDITH ARANA on behalf of themselves, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO. C 01-2252 VRW (EMC)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SHORTEN TIME TO CONSIDER JOINT MOTION TO EXTEND STAY** |

1   WHEREAS, on May 14, 2010, the Court stayed all proceedings in this matter until the earlier
2   of 30 days after the Supreme Court's ruling on Wal-Mart's petition for a writ of certiorari or
3   September 30, 2010;

4   WHEREAS, Wal-Mart filed a petition for a writ of certiorari in this matter on August 25,
5   2010;

6   WHEREAS, the parties currently anticipate that the certiorari-stage briefing will be
7   completed by November 5, 2010;

8   WHEREAS, Civil Local Rule 7-2(a) requires that a motion be noticed for a date not less than
9   35 days after service of the motion;

10   WHEREAS, the Court's stay is currently due to expire 14 days from today; and

11   WHEREAS, the issues presented in the petition for a writ of certiorari will have a direct
12   impact on the issues in this proceeding;

13   Counsel stipulate and agree to shorten the time for hearing on the concurrently filed Joint
14   Motion to Extend Stay of All Proceedings Pending Supreme Court Review so that this joint motion
15   may be heard on or before September 30, 2010, the day the currently-imposed stay is due to expire.

17   DATED:   September 16, 2010   THE IMPACT FUND
                                    BRAD SELIGMAN

             COHEN MILSTEIN, SELLERS & TOLL PLLC
             JOSEPH M. SELLERS


             By:/s/ Brad Seligman
                    Brad Seligman

             *Attorneys for Plaintiffs*

| | | |
|---|---|---|
| DATED: | September 16, 2010 | GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR.<br>MARK A. PERRY<br>RACHEL S. BRASS |

By: /s/ Theodore J. Boutrous, Jr.
    Theodore J. Boutrous, Jr.

*Attorneys for Defendant*
*WAL-MART STORES, INC.*

**I, Theodore J. Boutrous, Jr. attest that concurrence in the filing of this document has been obtained from each of the other signatories.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated the __17th__ of __Sept.__, 2010

_____
Chief Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Vaughn R Walker]*

100937210_1 (Stipulation to Shorten Time).DOC