IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

    Due to the pending retirement of the undersigned, the clerk is directed to re-assign the following cases:

1. 10-1205 McKelvey v Globetrack Wireless Inc et al
2. 10-2475 Shared Memory Graphics Inc v Apple Inc et al
3. 08-5481, 09-1909 & 09-5360 Data Retrieval Technology v Sybase Inc & Informatica Corp
4. 06-6609 Chavez v Blue Sky Natural Beverage Co et al
5. 09-4621 High Sierra Hikers Assn v United States Department of the Interior et al
6. 09-1537 May v Unum Provident Corp
7. 03-3174 Berndt et al v California Department of Corrections et al
8. 10-1580 Reddic v Evans et al
9. 10-2156 Khan v Orkin Exterminating Company, Inc
10. 01-2252 Dukes et al v Wal-Mart Stores, Inc

**United States District Court**
For the Northern District of California

1   **11.   03-5116 Amkor Technology, Inc v Carsem (M) Sdn Bhd et al**

2   **12.   07-2852 In re TD Ameritrade Accountholder Litigation**

3   **13.   08-2582 Collier v Windsor Fire Protection District Board of Directors et al**

4   **14.   05-4977, 07-4781 & 07-5989 Pedraza v AUSD et al**

5   **15.   09-0457 Hayter v Clark**

        **IT IS SO ORDERED.**

        *[signature]*

        **Vaughn R Walker**
        **United States District Judge**

2