1 Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
2 THE IMPACT FUND
125 University Avenue
3 Berkeley, CA 94710
Telephone: 510.845.3473
4 Facsimile: 510.845.3654

Joseph M. Sellers
Christine E. Webber
Jenny R. Yang
COHEN MILSTEIN SELLERS & TOLL
PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699

5

6 Attorneys for Plaintiffs

7

Theodore J. Boutrous, Jr. (SBN 132099)
8 GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
9 Los Angeles, CA 90071
Telephone: 213.229.7000
10 Facsimile: 213.229.7520
TBoutrous@gibsondunn.com
11

12 Attorney for Defendant

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

| 15  BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, CHRISTINE KWAPNOSKI, CLEO 16  PAGE, and KAREN WILLIAMSON, on behalf of themselves and all others similarly situated, | Case No. 01-cv-2252-CRB |
|---|---|
| 17                        Plaintiffs, | STIPULATION AND ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO TOLL AND SCHEDULING CASE MANAGEMENT CONFERENCE |
| 18  v. | |
| 19  WAL-MART STORES, INC., | |
| 20                        Defendant. | |

21

22          Plaintiffs have filed a Motion to Toll the Statute of Limitations, a hearing on which is

23 currently set for July 29, 2011, and have filed an administrative motion to schedule a Case

24 Management Conference. Defense counsel are unavailable on July 29, and scheduled vacations

25 for both plaintiff and defense counsel preclude scheduling the motion and CMC in August.

26 Plaintiffs believe that their motion is time-sensitive because the statute of limitations is running,

27 and the parties are in agreement that a prompt resolution of the tolling issue is warranted. The

28 parties have conferred with each other and with the Court's calendar clerk, and it appears that

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW
WASHINGTON

STIPULATION &          ORDER SHORTENING TIME RE MOTION TO TOLL
CASE NO. 01-CV-2252-CRB

July 22 is the earliest available date on which the tolling motion can be heard.

IT IS THEREFORE STIPULATED that the time for hearing plaintiffs' Motion to Toll the Statute of Limitations be shortened and the matter set for hearing on July 22, 2011 on the Court's 10 a.m. calendar. Defendant shall file its response to the tolling motion on or before July 8, 2011, and plaintiffs shall file any reply in support of that motion on or before July 15, 2011.

IT IS FURTHER STIPULATED THAT a Case Management Conference shall also be held on July 22, 2011 on the Court's 10 a.m. calendar. The parties shall file a joint Case Management Statement, in compliance with the local rules and standing orders of this Court, on or before July 15, 2011.

Dated: June 30, 2011

By: _____/s/ Brad Seligman_____        By: ____/s/ Theodore J. Boutrous, Jr.____

Brad Seligman (SBN 083838)           Theodore J. Boutrous, Jr. (SBN 132099)
Jocelyn D. Larkin (SBN 110817)       GIBSON, DUNN & CRUTCHER LLP
THE IMPACT FUND                      333 South Grand Avenue
125 University Avenue                 Los Angeles, CA 90071
Berkeley, CA 94710                   Telephone: 213.229.7000
Telephone: 510.845.3473              Facsimile: 213.229.7520
Facsimile: 510.845.3654             TBoutrous@gibsondunn.com

Attorneys for Plaintiffs              Attorney for Defendant

                                     **I, Theodore J. Boutrous, Jr., attest that concurrence in the filing of this document has been obtained from each of the other signatories.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: July 1, 2011

IT IS SO ORDERED
Judge Charles R. Breyer

_____
UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

COHEN, MILSTEIN,
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW
WASHINGTON

STIPULATION &                ORDER SHORTENING TIME RE MOTION TO TOLL
CASE NO. 01-CV-2252-CRB                                              - 2 -