1 | THEODORE J. BOUTROUS, JR., SBN 132099, tboutrous@gibsondunn.com
THEANE EVANGELIS KAPUR, SBN 243570, tkapur@gibsondunn.com
2 | Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
3 | Los Angeles, CA  90071-3197
Telephone: 213.229.7000
4 | Fax: 213.229.7520

5 | FREDERICK BROWN, SBN 65316, fbrown@gibsondunn.com
MARK A. PERRY, SBN 212532, mperry@gibsondunn.com
6 | MICHELE L. MARYOTT, SBN 191993, mmaryott@gibsondunn.com
RACHEL S. BRASS, SBN 219301, rbrass@gibsondunn.com
7 | Gibson, Dunn & Crutcher LLP
555 Mission Street
8 | Suite 3000
San Francisco, CA  94105-2933
9 | Telephone: 415.393.8200
Fax: 415.393.8306

Attorneys for Defendant WAL-MART STORES, INC.

NANCY L. ABELL, SBN 88785, nancyabell@paulhastings.com
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071
Telephone: 213.683.6000
Fax: 213.627.0705

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, CLEO PAGE, DEBORAH GUNTER, KAREN WILLIAMSON, CHRISTINE KWAPNOSKI, AND EDITH ARANA on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO.:C 01-2252 CRB<br><br>**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER THEREON** |

NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL FOR DEFENDANT WAL-MART STORES, INC. ("WAL-MART"):

Pursuant to General Order 45 of the United States District Court for the Northern District of California, the undersigned request (1) that Jaime Dodge Byrnes, currently listed as the counsel of record for Defendant Wal-Mart, be withdrawn as counsel in the above-captioned case; Ms. Byrnes is no longer associated with Gibson, Dunn & Crutcher LLP; and (2) with the consent of Defendant Wal-Mart, that Nancy L. Abell, Barbara L. Johnson, Katherine C. Huibonhoa, and Neal D. Mollen of the law firm Paul Hastings Janofsky & Walker LLP be withdrawn at this time as counsel in the above-captioned case.

Theodore J. Boutrous, Jr., Mark A. Perry, and Rachel S. Brass will continue to serve as counsel of record for Defendant Wal-Mart in this matter. Defendant Wal-Mart also designates Frederick Brown, Michele L. Maryott, and Theane Evangelis Kapur as counsel of record for the above-captioned case.

Defendant Wal-Mart hereby substitutes its counsel and attorney of record as follows:

| | |
|---|---|
| Continuing counsel: | Theodore J. Boutrous, Jr.<br>Gibson, Dunn & Crutcher LLP<br>Phone: (213) 229-7000<br>Fax: (213) 229-7520<br>Email: TBoutrous@gibsondunn.com |
| | Mark A. Perry<br>Gibson, Dunn & Crutcher LLP<br>Phone: (202) 955-8500<br>Fax: (202) 467-0539<br>MPerry@gibsondunn.com |
| | Rachel S. Brass<br>Gibson, Dunn & Crutcher LLP<br>Phone: (415) 393-8200<br>Fax: (415) 393-8306<br>RBrass@gibsondunn.com |
| New counsel: | Frederick Brown<br>Gibson, Dunn & Crutcher LLP<br>Phone: (415) 393-8200<br>Fax: (415) 393-8306<br>FBrown@gibsondunn.com |

Michele L. Maryott
Gibson, Dunn & Crutcher LLP
Phone:  (949) 451-3800
Fax:  (949) 451-4220
MMaryott@gibsondunn.com

Theane Evangelis Kapur
Gibson, Dunn & Crutcher LLP
Phone:  (213) 229-7000
Fax:  (213) 229-7520
TKapur@gibsondunn.com

Former counsel:

Jaime Dodge Byrnes
Gibson, Dunn & Crutcher LLP
Phone:  (415) 393-8200
Fax:  (415) 393-8306
Email:  JByrnes@gibsondunn.com

Nancy L. Abell
Paul Hastings Janofsky & Walker LLP
Phone: (213) 683-6162
Fax: (213) 627-0705
Email: nancyabell@paulhastings.com

Barbara L. Johnson
Paul Hastings Janofsky & Walker LLP
Phone: (202) 551-1716
Fax: (202) 551-0116
Email: barbarajohnson@paulhastings.com

Katherine C. Huibonhoa
Paul Hastings Janofsky & Walker LLP
Phone: (415) 856-7000
Phone: (415) 856-7135
Email: katherinehuibonhoa@paulhastings.com

Neal D. Mollen
Paul Hastings Janofsky & Walker LLP
Phone: (202) 551-1738
Fax: (202) 551-0138
Email: nealmollen@paulhastings.com

Please update service lists, and direct all future filings, discovery, and correspondence to the new and continuing counsel listed above.

Defendant Wal-Mart also hereby designates Theodore J. Boutrous, Jr., as lead attorney.

DATED: July 21, 2011

                GIBSON, DUNN & CRUTCHER LLP
                THEODORE J. BOUTROUS, JR.
                FREDERICK BROWN
                MARK A. PERRY
                MICHELE L. MARYOTT
                RACHEL S. BRASS
                THEANE EVANGELIS KAPUR

By: */s/ Theodore J. Boutrous, Jr.*
      Theodore J. Boutrous, Jr.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
NANCY L. ABELL
BARBARA L. JOHNSON
KATHERINE C. HUIBONHOA
NEAL D. MOLLEN

By: */s/ Nancy L. Abell*
      Nancy L. Abell

Attorneys for Defendant
WAL-MART STORES, INC.

I, Nancy L. Abell, attest that concurrence in the filing of this document has been obtained from the other signatory.

# [~~PROPOSED~~] O R D E R

IT IS SO ORDERED.

Dated: _____ July 25 , 2011    _____
                                         United States District Judge
                                         Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

101112818.1