IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | No. C 01-02252 CRB<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO EXTEND TOLLING OF THE STATUTE OF LIMITATIONS** |

    The Court hereby orders that Plaintiffs' Motion to Extend Tolling of the Statute of Limitations is GRANTED in part. Specifically, the Court will extend the tolling period awarded to former class members under American Pipe and Construction Co. v. Utah, 414 U.S. 538, 554 (1974) for a limited time, and below the Court sets forth the dates by which former class members must take action. The Court is granting this limited period of additional tolling in the interest of justice and to avoid any confusion that might exist among former class members regarding when the time limit for them to take action expires.

    All former class members who have an EEOC notice to sue shall have until October 28, 2011 to file suit. All former class members who have never filed an EEOC charge shall have until January 27, 2012 to file charges with the EEOC in those states with 180 day limits

//

//

//

and until May 25, 2012 to file charges with the EEOC in those states with 300 day limits.

**IT IS SO ORDERED.**



Dated: July 25, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE