1   Brad Seligman (SBN 083838)              Joseph M. Sellers
    Jocelyn D. Larkin (SBN 110817)          Christine E. Webber
2   THE IMPACT FUND                         Jenny R. Yang
    125 University Avenue                    COHEN MILSTEIN SELLERS & TOLL
3   Berkeley, CA  94710                      PLLC
    Telephone:  510.845.3473                West Tower, Suite 500
4   Facsimile:  510.845.3654               1100 New York Avenue
                                            Washington, DC  20005
5                                           Telephone:  202.408.4600
                                            Facsimile:  202.408.4699
6   Attorneys for Plaintiffs

7   Theodore J. Boutrous, Jr. (SBN 132099)
8   GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
9   Los Angeles, CA  90071
    Telephone:  213.229.7000
10  Facsimile:  213.229.7520
    TBoutrous@gibsondunn.com
11
12  Attorney for Defendant

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16  BETTY DUKES, PATRICIA SURGESON, EDITH ARANA,    Case No.  01-cv-2252-CRB
    DEBORAH GUNTER, and CHRISTINE KWAPNOSKI, on
17  behalf of themselves and all others similarly situated,    STIPULATION OF CONSENT
                                                           TO THE FILING OF THE
18                   Plaintiffs,                            FOURTH AMENDED
                                                           COMPLAINT AND THE
19  v.                                                     EXTENSION OF TIME FOR
                                                           DEFENDANT WAL-MART
20  WAL-MART STORES, INC.,                                 STORES, INC. TO RESPOND
                                                           TO COMPLAINT AND
21                   Defendant.                             [PROPOSED] ORDER

22      The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana,

23  Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc.

24  ("Wal-Mart"), hereby stipulate and agree as follows:

25      WHEREAS, Plaintiffs intend to file a Fourth Amended Complaint in the above-captioned

26  case against Defendant Wal-Mart on October 27, 2011 before 11:00 AM PDT;

27      WHEREAS, Wal-Mart consents to Plaintiffs' filing of the Fourth Amended Complaint

28

1    pursuant to Federal Rule of Civil Procedure 15(a)(2);

2        WHEREAS, Wal-Mart's consent to the filing of the Fourth Amended Complaint shall not

3    be construed as expressing agreement or disagreement with any factual allegation or legal theory

4    set forth therein, such matters to be resolved in the appropriate course following the filing of the

5    Fourth Amended Complaint;

6        WHEREAS, Plaintiffs and Wal-Mart have reached an agreement, pursuant to Civil L.R.

7    6-1(a), to extend the time within which Wal-Mart must answer or otherwise respond to Plaintiffs'

8    Fourth Amended Complaint and that a corresponding amount of additional time should be

9    provided to Plaintiffs to address any motion by Wal-Mart regarding Plaintiffs' Fourth Amended

10    Complaint;

11        WHEREAS, Plaintiffs and Wal-Mart further agree that to avoid potentially redundant

12    motion practice, briefing, or responsive pleadings, any motion challenging the Fourth Amended

13    Complaint should be resolved by the Court prior to the filing of an Answer by Wal-Mart;

14        WHEREAS, this extension will not alter the date of any event or any deadline already

15    fixed by the Court;

16        THEREFORE, Plaintiffs and Wal-Mart stipulate and agree as follows:

17       1.     Plaintiffs may file the Fourth Amended Complaint on October 27, 2011, pursuant

18    to Rule 15(a)(2);

19       2.     The deadline by which Wal-Mart must answer or otherwise respond to Plaintiffs'

20    Fourth Amended Complaint is extended to January 6, 2012;

21       3.     Should Wal-Mart move against the Fourth Amended Complaint within the time

22    period specified in paragraph 2, an opposition to any such motion shall be filed no later than

23    March 16, 2012, and a reply, if one is to be filed, shall be filed no later than April 13, 2012;

24    ///

25    ///

26    ///

27    ///

28    ///

4.      Should Wal-Mart move against the Fourth Amended Complaint, any answer to that Fourth Amended Complaint shall be filed within thirty (30) days following the entry of an order resolving Wal-Mart's motion.

IT IS SO STIPULATED.

Dated: October 26, 2011

By:_____/s/ Brad Seligman_____          By:___/s/ Theodore J. Boutrous, Jr.

Brad Seligman (SBN 083838)          Theodore J. Boutrous, Jr. (SBN 132099)
Jocelyn D. Larkin (SBN 110817)       GIBSON, DUNN & CRUTCHER LLP
THE IMPACT FUND                      333 South Grand Avenue
125 University Avenue                 Los Angeles, CA  90071
Berkeley, CA  94710                   Telephone:  213.229.7000
Telephone:  510.845.3473              Facsimile:  213.229.7520
Facsimile:  510.845.3654

Attorneys for Plaintiffs              Attorney for Defendant

                                      **I, Theodore J. Boutrous, Jr., attest that**
                                      **concurrence in the filing of this document**
                                      **has been obtained from the other signatory.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

    DATE:  October 28, 2011

                          _____
                          UNITED STATES DISTRICT JUDGE
                          CHARLES R. BREYER

IT IS SO ORDERED

Judge Charles R. Breyer