Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654

Joseph M. Sellers
Christine E. Webber
Jenny R. Yang
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699

Attorneys for Plaintiffs

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
TBoutrous@gibsondunn.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 01-cv-2252-CRB<br><br>STIPULATION OF CONSENT TO THE FILING OF THE FOURTH AMENDED COMPLAINT AND THE EXTENSION OF TIME FOR DEFENDANT WAL-MART STORES, INC. TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs intend to file a Fourth Amended Complaint in the above-captioned case against Defendant Wal-Mart on October 27, 2011 before 11:00 AM PDT;

WHEREAS, Wal-Mart consents to Plaintiffs' filing of the Fourth Amended Complaint

pursuant to Federal Rule of Civil Procedure 15(a)(2);

WHEREAS, Wal-Mart's consent to the filing of the Fourth Amended Complaint shall not be construed as expressing agreement or disagreement with any factual allegation or legal theory set forth therein, such matters to be resolved in the appropriate course following the filing of the Fourth Amended Complaint;

WHEREAS, Plaintiffs and Wal-Mart have reached an agreement, pursuant to Civil L.R. 6-1(a), to extend the time within which Wal-Mart must answer or otherwise respond to Plaintiffs' Fourth Amended Complaint and that a corresponding amount of additional time should be provided to Plaintiffs to address any motion by Wal-Mart regarding Plaintiffs' Fourth Amended Complaint;

WHEREAS, Plaintiffs and Wal-Mart further agree that to avoid potentially redundant motion practice, briefing, or responsive pleadings, any motion challenging the Fourth Amended Complaint should be resolved by the Court prior to the filing of an Answer by Wal-Mart;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

THEREFORE, Plaintiffs and Wal-Mart stipulate and agree as follows:

1. Plaintiffs may file the Fourth Amended Complaint on October 27, 2011, pursuant to Rule 15(a)(2);

2. The deadline by which Wal-Mart must answer or otherwise respond to Plaintiffs' Fourth Amended Complaint is extended to January 6, 2012;

3. Should Wal-Mart move against the Fourth Amended Complaint within the time period specified in paragraph 2, an opposition to any such motion shall be filed no later than March 16, 2012, and a reply, if one is to be filed, shall be filed no later than April 13, 2012;

///
///
///
///
///

4.   Should Wal-Mart move against the Fourth Amended Complaint, any answer to that Fourth Amended Complaint shall be filed within thirty (30) days following the entry of an order resolving Wal-Mart's motion.

IT IS SO STIPULATED.

Dated: October 26, 2011

By:   /s/ Brad Seligman

Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654

Attorneys for Plaintiffs

By:   /s/ Theodore J. Boutrous, Jr.

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorney for Defendant

**I, Theodore J. Boutrous, Jr., attest that concurrence in the filing of this document has been obtained from the other signatory.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE:  October 28, 2011

_____
UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION OF EXTENSION OF TIME FOR DEFENDANT WAL-MART STORES, INC. AND [PROPOSED] ORDER, Case No. 01-cv-2252-CRB

- 3 -