**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SERGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | No. C 01-02252 CRB<br><br>**ORDER OF REFERENCE** |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to Magistrate Judge Jacqueline Scott Corley with any motions to be heard and considered at the convenience of her calendar. The hearing currently on calendar before the Honorable Charles R. Breyer is vacated.

Dated: November 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE