Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654

Joseph M. Sellers
Christine E. Webber
Jenny R. Yang
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699

Attorneys for Plaintiffs

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520
TBoutrous@gibsondunn.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO.: C 01-2252-CRB<br><br>**STIPULATION TO RESCHEDULE HEARING ON PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER** |

The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs noticed a hearing on their Motion to Modify Protective Order for November 18, 2011;

1  WHEREAS, Lead Counsel for Wal-Mart, Ted Boutrous, will be travelling internationally on firm business on November 18 and unable to attend a hearing on that date;

WHEREAS, Plaintiffs' counsel believe that it is imperative that this motion be resolved without significant delay because of the EEOC filing deadlines (one of which is January 27, 2012) set by the Court for former class members;

WHEREAS, Plaintiffs and Wal-Mart have reached an agreement, subject to the Court's approval, to reschedule the hearing on Plaintiffs' Motion to Modify Protective Order;

THEREFORE, Plaintiffs and Wal-Mart stipulate and agree that the hearing on Plaintiffs' Motion to Modify Protective Order should be rescheduled from November 18, 2011 until a special setting on November 29, 2011 or November 30, 2011 at a time to be determined by the Court.

Dated: November 11, 2011

By:     /s/ Brad Seligman                         By:    /s/ Theodore J. Boutrous, Jr.

Brad Seligman (SBN 083838)                         Theodore J. Boutrous, Jr. (SBN 132099)
Jocelyn D. Larkin (SBN 110817)                     GIBSON, DUNN & CRUTCHER LLP
THE IMPACT FUND                                    333 South Grand Avenue
125 University Avenue                              Los Angeles, CA  90071
Berkeley, CA  94710                                Telephone:  213.229.7000
Telephone:  510.845.3473                           Facsimile:  213.229.7520
Facsimile:  510.845.3654

Attorneys for Plaintiffs                           Attorney for Defendant

**I, Theodore J. Boutrous, Jr., attest that concurrence in the filing of this document has been obtained from the other signatory.**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff's Motion to Amend/Correct Protective Order is reset before Magistrate Judge Jacqueline Scott Corley on 11/30/11 at 10:00 a.m., in Courtroom F, 450 Golden Gate Avenue in San Francisco.

DATE: 11/15/11

_____
UNITED STATES DISTRICT JUDGE
~~CHARLES R. BREYER~~
Jacqueline Scott Corley

101184645.1