1  Brad Seligman (SBN 083838)          Joseph M. Sellers
   Jocelyn D. Larkin (SBN 110817)      Christine E. Webber
2  THE IMPACT FUND                     Jenny R. Yang
   125 University Avenue               COHEN MILSTEIN SELLERS & TOLL
3  Berkeley, CA  94710                 PLLC
   Telephone:  510.845.3473            West Tower, Suite 500
4  Facsimile:  510.845.3654            1100 New York Avenue
                                       Washington, DC  20005
5                                      Telephone:  202.408.4600
                                       Facsimile:  202.408.4699
6  Attorneys for Plaintiffs

7  Theodore J. Boutrous, Jr. (SBN 132099)
8  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
9  Los Angeles, CA  90071
   Telephone:  213.229.7000
10 Facsimile:  213.229.7520
   TBoutrous@gibsondunn.com
11
12 Attorney for Defendant

13                                UNITED STATES DISTRICT COURT
14                               NORTHERN DISTRICT OF CALIFORNIA
15                                    SAN FRANCISCO DIVISION

16
17 BETTY DUKES, PATRICIA SURGESON,                CASE NO.: C 01-2252-CRB
   EDITH ARANA, DEBORAH GUNTER and
18 CHRISTINE KWAPNOSKI, on behalf of              **STIPULATION AND [PROPOSED]
   themselves and all others similarly situated,  ORDER REGARDING PAGE LIMITS
19                                                FOR MOTION TO DISMISS FOURTH
                       Plaintiffs,                AMENDED COMPLAINT**
20
         v.
21
   WAL-MART STORES, INC.,
22
                       Defendant.
23

24         The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah

25 Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"),

26 hereby stipulate and agree as follows:

27         WHEREAS, Wal-Mart intends to respond to the Fourth Amended Complaint by filing a

28 Motion to Dismiss or Strike;

Gibson, Dunn & Crutcher LLP

1
STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB

WHEREAS, because of the nature and posture of this case Wal-Mart contends that there are an unusual number of issues subject to a Rule 12(b)(6) motion that warrant briefing, including the impact of the Supreme Court's decision;

WHEREAS, this Court's standing order limits motions to dismiss to 15 pages;

WHEREAS, the parties agree that additional briefing would likely benefit the Court and the judicial system by allowing the parties to adequately articulate their positions on the preliminary issues at this stage of this case;

WHEREAS, Plaintiffs and Wal-Mart have reached an agreement, subject to the Court's approval, extending the page limits for the briefing on Wal-Mart's anticipated Motion to Dismiss or Strike the Fourth Amended Complaint;

THEREFORE, Plaintiffs and Wal-Mart stipulate and agree as follows:

1. Wal-Mart's Motion to Dismiss or Strike the Fourth Amended Complaint shall not exceed 35 pages;

2. Plaintiffs' Opposition to Wal-Mart's Motion shall not exceed 45 pages;

3. Wal-Mart's Reply to Plaintiffs' Opposition, if any, shall not exceed 15 pages.

Dated: December 1, 2011

By:   /s/ Brad Seligman                             By:   /s/ Theodore J. Boutrous, Jr.

Brad Seligman (SBN 083838)                          Theodore J. Boutrous, Jr. (SBN 132099)
Jocelyn D. Larkin (SBN 110817)                      GIBSON, DUNN & CRUTCHER LLP
THE IMPACT FUND                                     333 South Grand Avenue
125 University Avenue                               Los Angeles, CA  90071
Berkeley, CA  94710                                 Telephone:  213.229.7000
Telephone:  510.845.3473                            Facsimile:  213.229.7520
Facsimile:  510.845.3654

Attorneys for Plaintiffs                            Attorney for Defendant

**I, Theodore J. Boutrous, Jr., attest that concurrence in the filing of this document has been obtained from the other signatory.**

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3       DATE: December 8, 2011

5       UNITED STATES DISTRICT JUDGE
        CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Gibson, Dunn &
Crutcher LLP

3
STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB