| | |
|---|---|
| Brad Seligman (SBN 083838) | Joseph M. Sellers |
| Jocelyn D. Larkin (SBN 110817) | Christine E. Webber |
| THE IMPACT FUND | Jenny R. Yang |
| 125 University Avenue | COHEN MILSTEIN SELLERS & TOLL PLLC |
| Berkeley, CA 94710 | West Tower, Suite 500 |
| Telephone: 510.845.3473 | 1100 New York Avenue |
| Facsimile: 510.845.3654 | Washington, DC 20005 |
| | Telephone: 202.408.4600 |
| | Facsimile: 202.408.4699 |

Attorneys for Plaintiffs

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
TBoutrous@gibsondunn.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO.: C 01-2252-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS FOURTH AMENDED COMPLAINT** |

The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby stipulate and agree as follows:

WHEREAS, Wal-Mart intends to respond to the Fourth Amended Complaint by filing a Motion to Dismiss or Strike;

WHEREAS, because of the nature and posture of this case Wal-Mart contends that there are an unusual number of issues subject to a Rule 12(b)(6) motion that warrant briefing, including the impact of the Supreme Court's decision;

WHEREAS, this Court's standing order limits motions to dismiss to 15 pages;

WHEREAS, the parties agree that additional briefing would likely benefit the Court and the judicial system by allowing the parties to adequately articulate their positions on the preliminary issues at this stage of this case;

WHEREAS, Plaintiffs and Wal-Mart have reached an agreement, subject to the Court's approval, extending the page limits for the briefing on Wal-Mart's anticipated Motion to Dismiss or Strike the Fourth Amended Complaint;

THEREFORE, Plaintiffs and Wal-Mart stipulate and agree as follows:

1. Wal-Mart's Motion to Dismiss or Strike the Fourth Amended Complaint shall not exceed 35 pages;

2. Plaintiffs' Opposition to Wal-Mart's Motion shall not exceed 45 pages;

3. Wal-Mart's Reply to Plaintiffs' Opposition, if any, shall not exceed 15 pages.

Dated: December 1, 2011

By: /s/ Brad Seligman

Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654

Attorneys for Plaintiffs

By: /s/ Theodore J. Boutrous, Jr.

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorney for Defendant

**I, Theodore J. Boutrous, Jr., attest that concurrence in the filing of this document has been obtained from the other signatory.**

Gibson, Dunn & Crutcher LLP

2
STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB

1 PURSUANT TO STIPULATION, IT IS SO ORDERED

3     DATE: December 8, 2011

_____
UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB