| | |
|---|---|
| Brad Seligman (SBN 083838)<br>Jocelyn D. Larkin (SBN 110817)<br>THE IMPACT FUND<br>125 University Avenue<br>Berkeley, CA 94710<br>Telephone: 510.845.3473<br>Facsimile: 510.845.3654 | Joseph M. Sellers<br>Christine E. Webber<br>Jenny R. Yang<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>West Tower, Suite 500<br>1100 New York Avenue<br>Washington, DC 20005<br>Telephone: 202.408.4600<br>Facsimile: 202.408.4699 |

Attorneys for Plaintiffs

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
TBoutrous@gibsondunn.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 01-cv-2252-CRB<br><br>**STIPULATION OF REVISED BRIEFING SCHEDULE FOR DEFENDANT WAL-MART STORES, INC. TO RESPOND TO FOURTH AMENDED COMPLAINT AND [PROPOSED] ORDER** |

The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Fourth Amended Complaint in the above-captioned case against Wal-Mart on October 27, 2011;

WHEREAS, Plaintiffs and Wal-Mart previously reached an agreement, pursuant to Civil

L.R. 6-1(a), to extend the time within which Wal-Mart must answer or otherwise respond to Plaintiffs' Fourth Amended Complaint and that a corresponding amount of additional time should be provided to Plaintiffs to address any motion by Wal-Mart regarding Plaintiffs' Fourth Amended Complaint;

WHEREAS, Plaintiffs and Wal-Mart further agree that to avoid potentially redundant motion practice, briefing, or responsive pleadings, any motion challenging the Fourth Amended Complaint should be resolved by the Court prior to the filing of an Answer by Wal-Mart;

WHEREAS, this Court previously extended the dates for filing of a motion to dismiss the Fourth Amended Complaint by stipulation and order, Docket No. 769;

WHEREAS, since that time, due to the press of the holidays on Wal-Mart's retail business and related commitments for the legal business, Wal-Mart has asked Plaintiffs to modify the briefing schedule, and they have consented, subject to this Court's approval, *see* Declaration of Rachel S. Brass in Support of Stipulation of Revised Briefing Schedule for Defendant Wal-Mart Stores, Inc. to Respond to Fourth Amended Complaint;

WHEREAS, the stipulated changes to the briefing schedule, described below, do not alter the date by which any reply brief by Wal-Mart shall be filed, such that all briefing shall be completed by the same date as was previously ordered by the Court, *see* Docket No. 769;

THEREFORE, Plaintiffs and Wal-Mart stipulate and agree as follows:

1. The deadline by which Wal-Mart must answer or otherwise respond to Plaintiffs' Fourth Amended Complaint is extended to January 13, 2012;

2. Should Wal-Mart move against the Fourth Amended Complaint within the time period specified in paragraph 4, an opposition to any such motion shall be filed no later than March 23, 2012;

3. The date for the filing of a reply, if one is to be filed, shall remain unchanged as April 13, 2012;

///

///

///

STIPULATION OF REVISED BRIEFING SCHEDULE FOR DEFENDANT WAL-MART STORES, INC. TO RESPOND TO FOURTH AMENDED COMPLAINT AND [PROPOSED] ORDER, CASE NO. 01-CV-2252-CRB

- 2 -

4. Should Wal-Mart move against the Fourth Amended Complaint, any answer to that Fourth Amended Complaint shall be filed within thirty (30) days following the entry of an order resolving Wal-Mart's motion.

IT IS SO STIPULATED.

Dated: December 23, 2011

By: /s/ Brad Seligman

Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654

Attorneys for Plaintiffs

By: /s/ Theodore J. Boutrous, Jr.

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorney for Defendant

**I, Theodore J. Boutrous, Jr., attest that concurrence in the filing of this document has been obtained from the other signatory.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: January 3, 2012

_____
UNITED STATES DISTRICT [JUDGE]
CHARLES R. [BREYER]

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION OF REVISED BRIEFING SCHEDULE FOR DEFENDANT WAL-MART STORES, INC. TO RESPOND TO FOURTH AMENDED COMPLAINT AND [PROPOSED] ORDER, CASE NO. 01-CV-2252-CRB

- 3 -