AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

Betty Dukes, et. al
   Plaintiff (s),
V.
Wal-Mart Stores, Inc.
   Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C01-02252 CRB

Notice is hereby given that, subject to approval by the court, __Cleo Page__ substitutes
(Party (s) Name)

__Pro Per_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Impact Fund, Cohen Milstein Sellers Toll, Davis Cowell & Bowe, Equal Rights Advocates, Tinkler & Bennett__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: Cleo Page, Pro Per
   Address: 4203 E. 85TH ST.
   Telephone: Tulsa, OK 74137      Facsimile _____
   E-Mail (Optional): _____

I consent to the above substitution.
Date: 10/19/2011
                                    _(signature)_
                                    (Signature of Party (s))

I consent to being substituted.
Date: 10/7/11
                                    Jocelyn D. Larkin _(signature)_
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____
                                    _____
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __January 17, 2012__          _(signature)_
                                    IT IS SO ORDERED
                                    Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to