AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Betty Dukes, et. al
               Plaintiff (s),
V.
Wal-Mart Stores, Inc.
               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C01-02252 CRB

Notice is hereby given that, subject to approval by the court, __Cleo Page__ substitutes
                                                                                              (Party (s) Name)

__Pro Per__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Impact Fund, Cohen Milstein Sellers Toll, Davis Cowell & Bowe, Equal Rights Advocates, Tinkler & Bennett__ .
                                                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Cleo Page, Pro Per
    Address:       4203 E. 85TH ST.
    Telephone:    Tulsa, OK 74137    Facsimile _____
    E-Mail (Optional): _____

I consent to the above substitution.
Date: 10/9/2011
                                                                         (Signature of Party (s))

I consent to being substituted.
Date: 10/7/11                              Jocelyn D. Larkin
                                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____
                                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __January 17, 2012__

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to