Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654

Attorneys for Plaintiffs

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520
TBoutrous@gibsondunn.com

Attorney for Defendant

Joseph M. Sellers
Christine E. Webber
Jenny R. Yang
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO.: C 01-2252-CRB<br><br>**STIPULATION AND ORDER REGARDING FILING OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF WAL-MART'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT** |

The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Named Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby stipulate and agree as follows:

WHEREAS, on January 3, 2012, pursuant to a stipulation of the parties, this Court established a briefing schedule on Wal-Mart's Motion to Dismiss the Fourth Amended Complaint, *see* Dkt. 780;

WHEREAS, on January 13, 2012, Wal-Mart filed its Motion to Dismiss the Fourth Amended Complaint and a Memorandum of Points and Authorities in Support Thereof, *see* Dkt. 781;

1

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF WAL-MART'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB

Gibson, Dunn & Crutcher LLP

WHEREAS, Wal-Mart wishes to file a supplemental memorandum in support of its motion to dismiss, not to exceed five pages, to assert an argument regarding the timeliness of the plaintiffs' class allegations;

WHEREAS, Wal-Mart has agreed that Named Plaintiffs may have an additional five pages and seven days in which to respond to all of the arguments made in support of Wal-Mart's motion to dismiss;

WHEREAS, counsel for Named Plaintiffs have agreed to Wal-Mart's proposal and consented to the filing of the supplemental memorandum on the terms stated; and

WHEREAS, the stipulated changes to the briefing schedule described below do not alter the date by which any reply brief by Wal-Mart shall be filed, such that all briefing shall be completed by the same date as was previously ordered by the Court, *see* Dkt. 769, 780;

THEREFORE, the Named Plaintiffs and Wal-Mart stipulate and agree as follows:

1. Wal-Mart may file a Supplemental Memorandum of Points and Authorities in Support of its Motion to Dismiss the Fourth Amended Complaint no later than March 21, 2012 that shall not exceed 5 pages;

2. Named Plaintiffs' response to Wal-Mart's Motion to Dismiss the Fourth Amended Complaint shall be filed no later than March 30, 2012 and shall not exceed 50 pages;

3. The deadline for the filing of Wal-Mart's reply, if one is to be filed, shall remain unchanged as April 13, 2012;

///
///
///
///
///
///
///
///
///

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF WAL-MART'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB

4. The hearing date set for Wal-Mart's Motion to Dismiss shall be May 7, 2012 at 10:00 a.m..

IT IS SO STIPULATED.

Dated: March 21, 2012

| By: /s/ Brad Seligman | By: /s/ Theodore J. Boutrous, Jr. |
|---|---|
| Brad Seligman (SBN 083838)<br>Jocelyn D. Larkin (SBN 110817)<br>THE IMPACT FUND<br>125 University Avenue<br>Berkeley, CA 94710<br>Telephone: 510.845.3473<br>Facsimile: 510.845.3654 | Theodore J. Boutrous, Jr. (SBN 132099)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| Attorneys for Plaintiffs | Attorney for Defendant |

**I, Theodore J. Boutrous, Jr., attest that concurrence in the filing of this document has been obtained from the other signatory.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: MARCH 23, 2012

_____
UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Gibson, Dunn & Crutcher LLP

3
STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF WAL-MART'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB