Brad Seligman (SBN 083838)
Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
*bseligman@impactfund.org*
*jlarkin@impactfund.org*

Joseph M. Sellers (*pro hac vice*)
Christine E. Webber (*pro hac vice*)
Jenny R. Yang (*pro hac vice*)
Peter Romer-Friedman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
*jsellers@cohenmilstein.com*

Attorneys for Plaintiffs

Theodore J. Boutrous, Jr. (SBN 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520
TBoutrous@gibsondunn.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO.:C 01-2252-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADVANCEMENT OF HEARING DATE FOR WAL-MART'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT** |

The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Named Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), hereby stipulate and agree as follows:

WHEREAS, on January 13, 2012, Wal-Mart filed its Motion to Dismiss the Fourth Amended Complaint and noticed a hearing on the motion for May 11, 2012, *see* Dkt. 781;

WHEREAS, on March 23, 2012, this Court advanced the hearing date from May 11, 2012 to

1  May 7, 2012, *see* Dkt. 788;

2  WHEREAS, on April 10, 2012, this Court continued the hearing date from May 7, 2012 to

3  June 22, 2012, *see* Dkt. 794;

4  WHEREAS, counsel for Named Plaintiffs are unavailable on June 22, 2012;

5  WHEREAS, the Office of the Calendar Clerk has advised counsel that the Court may be

6  available to hear Wal-Mart's Motion to Dismiss the Fourth Amended Complaint on June 8, 2012;

7  WHEREAS, counsel for Named Plaintiffs and counsel for Wal-Mart are available on June 8,

8  2012 to be heard on Wal-Mart's Motion to Dismiss the Fourth Amended Complaint;

9  WHEREAS, all briefing on Wal-Mart's Motion to Dismiss the Fourth Amended Complaint

10  has been submitted to the Court;

11  THEREFORE, Named Plaintiffs and Wal-Mart stipulate and agree that the hearing date on

12  Wal-Mart's Motion to Dismiss the Fourth Amended Complaint be advanced to June 8, 2012.

13

14  IT IS SO STIPULATED.

15

16  Dated:  April 17, 2012

17  By:  ___/s/ Joseph M. Sellers_____          By:  ___/s/ Theodore S. Boutrous, Jr._____

18  Joseph M. Sellers (*pro hac vice*)              Theodore J. Boutrous, Jr. (SBN 132099)
    COHEN MILSTEIN SELLERS & TOLL PLLC              GIBSON, DUNN & CRUTCHER LLP
19  West Tower, 100 New York Avenue, Suite 500      333 South Grand Avenue
    1100 New York Avenue                            Los Angeles, CA  90071
20  Washington, D.C.  20005                         Telephone:  213.229.7000
    Telephone:  510.845.3473                        Facsimile:  213.229.7520
21  Facsimile:  510.845.3654

                                                    Attorneys for Defendant
22  Attorneys for Named Plaintiffs

23  **I, Joseph M. Sellers, attest that concurrence
    in the filing of this document has been obtained**
24  **from the other signatory.**

25
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
26

27  DATE:  __04/18/2012_____          _____
                                           UNITED STATES DISTRICT JUDGE
28                                         CHARLES R. BREYER

2

STIPULATION AND [PROPOSED] ORDER REGARDING ADVANCEMENT OF HEARING DATE FOR WAL-MART'S MOTION TO
DISMISS FOURTH AMENDED COMPLAINT
CASE NO.: C 01-2252-CRB