IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKES, ET AL., | No. C 01-02252 CRB |
| Plaintiffs, | **SUPPLEMENTAL BRIEFING ORDER** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

The parties are directed to file supplemental briefing of no more than ten pages on whether the Supreme Court's grant of certiorari in Comcast Corp. v. Behrend, No. 11-864, 2012 WL 113090 (U.S. June 25, 2012), has any impact on the pending motion to dismiss, dkt. 781. The parties should file simultaneous briefs on or before **Friday, July 13, 2012**, and any responses due by **Friday, July 20, 2012.**

**IT IS SO ORDERED.**

Dated: July 2, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2001\2252\Supplemental Briefing Order.wpd