IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKES, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant._____/ | No. C 01-02252 CRB<br><br>**ORDER REQUIRING RESPONSE** |

　　　Defendant Wal-Mart Stores, Inc. ("Wal-Mart") has moved for leave to file a motion for reconsideration (dkt. 822) of this Court's order denying Wal-Mart's Motion to Dismiss. Specifically, Wal-Mart asks this Court to reconsider whether, for purposes of exhausting their administrative remedies, absent class members may rely on the administrative charge filed by former named plaintiff Stephanie Odle.

　　　The Court ORDERS Plaintiffs to respond to Wal-Mart's motion. In a filing of no more than 12 pages, Plaintiffs shall address both whether leave should be granted to file the motion as well as the merits of the proposed motion for reconsideration. Plaintiffs' response shall be submitted no later than 5:00 p.m. on December 27, 2012.

　　　**IT IS SO ORDERED.**

Dated: December 13, 2012

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2001\2252\order requiring response.wpd