1  Brad Seligman (SBN 083838)  
   *bseligman@impactfund.org*  
2  Jocelyn D. Larkin (SBN 110817)  
   *jlarkin@impactfund.org*  
3  THE IMPACT FUND  
   125 University Avenue  
4  Berkeley, CA  94710  
   Telephone:  510.845.3473  
5  Facsimile:  510.845.3654  

   Joseph M. Sellers  
   *jsellers@cohenmilstein.com*  
   COHEN MILSTEIN SELLERS & TOLL, PLLC  
   West Tower, Suite 500  
   1100 New York Avenue  
   Washington, DC  20005  
   Telephone:  202.408.4600  
   Facsimile:  202.408.4699  

6  Attorneys for Plaintiffs

8  THEODORE J. BOUTROUS, JR., SBN 132099  
   *tboutrous@gibsondunn.com*  
   CATHERINE A. CONWAY, SBN 98366  
9  *cconway@gibsondunn.com*  
   MICHELE L. MARYOTT, SBN 191993  
10 *mmaryott@gibsondunn.com*  
   GIBSON, DUNN & CRUTCHER LLP  
11 333 South Grand Avenue  
   Los Angeles, CA 90071-3197  
12 Telephone:   213.229.7000  
   Facsimile:    213.229.7520  

13 Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, DEBORAH GUNTER, CHRISTINE KWAPNOSKI, and EDITH ARANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No.  C-01-2252-CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT AND CLASS CERTIFICATION<br><br>Hon. Judge Charles R. Breyer<br>Courtroom: 6 – 17th Fl. |

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT AND
CLASS CERTIFICATION
CASE NO. C-01-2252- CRB

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW
WASHINGTON

1. WHEREAS, on September 21, 2012, the Court entered an Order that, among other things, directed plaintiffs to file their motion for class certification by January 11, 2013. Dkt. 812. On October 24, 2012, the parties filed a joint Case Management Statement informing the Court that plaintiffs wished to seek a three-month extension of this deadline to April 11, 2013 and that Wal-Mart would not oppose this request. Dkt. 816. At the October 26, 2012 Case Management Conference, the Court agreed to this extension and asked the parties to file a stipulation to that effect. *See* Dkt. 817.

2. WHEREAS, plaintiffs wish to seek an extension of the deadline for responding to Wal-Mart's discovery requests, which Wal-Mart does not oppose provided that the parties' supplemental disclosures are made in a timely fashion.

THEREFORE, plaintiffs and Wal-Mart stipulate and agree as follows:

1. The schedule for briefing plaintiffs' Motion for Class Certification shall be modified as follows:

   a. Plaintiffs will file their Motion and any expert report(s) no later than April 11, 2013.

   b. Wal-Mart will file its Opposition and any expert report(s) no later than May 31, 2013.

   c. Plaintiffs may file their optional Reply and any rebuttal expert report(s) no later than June 25, 2013.

   d. Plaintiffs' reserve the right to seek extension of this deadline for good cause, including delay in production of discovery.

2. The parties agree to the following with respect to class discovery:

   a. Plaintiffs shall respond to Wal-Mart's pending discovery requests no later than January 9, 2013.

   b. Wal-Mart shall substantially complete its production in response to Plaintiffs' pending discovery requests by January 9, 2013. In the event production is not completed by January 9, 2013, Wal-Mart shall identify what production remains and provide a schedule for production of the remainder.

      c.   The parties shall exchange supplemental disclosures no later than January 31, 2013.

      d.   All discovery requests and responses shall be served, if feasible, electronically in both Word and PDF format.

Dated: December 20, 2012

By: __/s/ Brad Seligman____
Brad Seligman
THE IMPACT FUND

*Attorneys for Plaintiffs*

Dated: December 20, 2012

By: _/s/ Catherine Conway___
Catherine Conway
GIBSON DUNN & CRUTCHER LLP

*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated the _____ of _____, _____      _____
                                                                             Judge Charles R. Breyer