1  Brad Seligman (SBN 083838)  Joseph M. Sellers
    bseligman@impactfund.org     jsellers@cohenmilstein.com
2  Jocelyn D. Larkin (SBN 110817)  COHEN MILSTEIN SELLERS & TOLL, PLLC
    jlarkin@impactfund.org       West Tower, Suite 500
3  THE IMPACT FUND              1100 New York Avenue
   125 University Avenue        Washington, DC 20005
4  Berkeley, CA 94710           Telephone: 202.408.4600
   Telephone: 510.845.3473      Facsimile: 202.408.4699
5  Facsimile: 510.845.3654

6  Attorneys for Plaintiffs

7

8  THEODORE J. BOUTROUS, JR., SBN 132099
    tboutrous@gibsondunn.com
   CATHERINE A. CONWAY, SBN 98366
9   cconway@gibsondunn.com
   MICHELE L. MARYOTT, SBN 191993
10  mmaryott@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
11 333 South Grand Avenue
   Los Angeles, CA 90071-3197
12 Telephone:   213.229.7000
   Facsimile:   213.229.7520
13
   Attorneys for Defendant WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, DEBORAH GUNTER, CHRISTINE KWAPNOSKI, and EDITH ARANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. C-01-2252-CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT AND CLASS CERTIFICATION<br><br>Hon. Judge Charles R. Breyer<br>Courtroom: 6 – 17th Fl. |

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT AND
CLASS CERTIFICATION
CASE NO. C-01-2252- CRB

1. WHEREAS, on September 21, 2012, the Court entered an Order that, among other things, directed plaintiffs to file their motion for class certification by January 11, 2013. Dkt. 812. On October 24, 2012, the parties filed a joint Case Management Statement informing the Court that plaintiffs wished to seek a three-month extension of this deadline to April 11, 2013 and that Wal-Mart would not oppose this request. Dkt. 816. At the October 26, 2012 Case Management Conference, the Court agreed to this extension and asked the parties to file a stipulation to that effect. *See* Dkt. 817.

2. WHEREAS, plaintiffs wish to seek an extension of the deadline for responding to Wal-Mart's discovery requests, which Wal-Mart does not oppose provided that the parties' supplemental disclosures are made in a timely fashion.

THEREFORE, plaintiffs and Wal-Mart stipulate and agree as follows:

1. The schedule for briefing plaintiffs' Motion for Class Certification shall be modified as follows:

    a. Plaintiffs will file their Motion and any expert report(s) no later than April 11, 2013.

    b. Wal-Mart will file its Opposition and any expert report(s) no later than May 31, 2013.

    c. Plaintiffs may file their optional Reply and any rebuttal expert report(s) no later than June 25, 2013.

    d. Plaintiffs' reserve the right to seek extension of this deadline for good cause, including delay in production of discovery.

2. The parties agree to the following with respect to class discovery:

    a. Plaintiffs shall respond to Wal-Mart's pending discovery requests no later than January 9, 2013.

    b. Wal-Mart shall substantially complete its production in response to Plaintiffs' pending discovery requests by January 9, 2013. In the event production is not completed by January 9, 2013, Wal-Mart shall identify what production remains and provide a schedule for production of the remainder.

c. The parties shall exchange supplemental disclosures no later than January 31, 2013.

d. All discovery requests and responses shall be served, if feasible, electronically in both Word and PDF format.

Dated: December 20, 2012

By: __/s/ Brad Seligman____
Brad Seligman
THE IMPACT FUND

*Attorneys for Plaintiffs*

Dated: December 20, 2012

By: _/s/ Catherine Conway___
Catherine Conway
GIBSON DUNN & CRUTCHER LLP

*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated the __3rd__ of __Jan__, __2013__

Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA