IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WAL-MART STORES, Inc.,<br><br>　　　　Defendant. | Case No.: 01-cv-2252 CRB (JSC)<br><br>**ORDER RE: BRIEFING SCHEDULE FOR MOTION FOR DECLARATORY RELIEF (Dkt. No. 840)** |

As set forth at the telephonic discovery conference held on January 22, 2013, the following briefing schedule shall apply to Plaintiffs' Motion for Declaratory Relief Concerning the Akin Gump Memo (Dkt. No. 840): Defendant's opposition is due January 29, 2013, and Plaintiffs' reply is due February 5, 2013. The Court will hold oral argument on February 14, 2013 at 9:00 a.m. in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California. Counsel may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

**IT IS SO ORDERED.**

Dated: January 22, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE