IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WAL-MART STORES, Inc.,<br><br>        Defendant. | Case No.: 01-cv-2252 CRB (JSC)<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF (Dkt. No. 850)** |

The Court is in receipt of the Joint Discovery Letter Brief (Dkt. No. 850) regarding the production of data from Wal-Mart's HR database system. It appears that the parties could benefit from in person meet and confer regarding the matters discussed therein including the language of any revised stipulated protective order. Accordingly, following the hearing tomorrow, February 14, 2013 at 9:00 a.m. regarding Plaintiff's Motion for Declaratory Relief, counsel will be directed to meet and confer in person in the Court's jury room in an attempt to resolve, or at least narrow, the parties' dispute.

**IT IS SO ORDERED.**

Dated: February 13, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE