IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKES, ET AL., | No. C 01-2252 CRB |
|     Plaintiffs, | **ORDER DENYING MOTION FOR EXTENSION** |
| v. | |
| WAL-MART STORES, INC., | |
|     Defendant. | |

    Plaintiffs ask that this Court grant them an additional six months to file their motion for class certification. See dkt. 867. Wal-Mart opposes the request. See dkt. 874. Extensions may be granted "for good cause," Fed. R. Civ. P. 6(b)(1)(A), which the Court finds absent here. The Court initially made the motion due January 11 2013, see dkt. 812 at 14, and then approved the parties' stipulation extending the deadline an additional three months to April 11, 2013, see dkt. 833.

    Extensive discovery had already been completed while this case proceeded as a nationwide class action, Seligman Decl., dkt. 761 ¶ 3, and the current discovery period presented a limited opportunity to supplement that record–not to start from scratch. Plaintiffs say discovery disputes have hampered their progress, but every party has to prioritize and tailor its discovery efforts in light of court-imposed deadlines and the time it takes to resolve

//

formal disputes, which the Court has demonstrated its willingness to address promptly. E.g., dkts. 872, 863, 837. Having already granted a three-month extension, the Court finds no good cause for further extension.

**IT IS SO ORDERED.**

Dated: March 18, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE