IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WAL-MART STORES, Inc.,<br><br>　　　　Defendant. | Case No.: 01-cv-2252 CRB (JSC)<br><br>**ORDER RE: DISCOVERY LETTER BRIEF (Dkt. No. 879)** |

　　　Now pending before the Court is a Joint Discovery Letter Brief (Dkt. No. 879) wherein Plaintiffs seek to compel certain discovery subject to the Court's March 13, 2013 Order (Dkt. No. 872). Plaintiffs seek: (1) further information regarding the Human Resources ("HR") data Wal-Mart was ordered to provide, and (2) assistance scheduling a Rule 30(b)(6) deposition. The Court has considered the parties respective positions and GRANTS Plaintiffs' requests as set forth below.

**1. HR Data**

　　　Wal-Mart has known for months that it had to produce HR data to Plaintiffs and that this discovery was essential to Plaintiffs' motion for class certification. Wal-Mart was ordered to produce all the HR data by March 14, 2013. Although it has done so, the HR data is in a different form than the HR data previously produced. Plaintiffs therefore have questions regarding the data which Wal-Mart has not responded to. Wal-Mart shall respond

to all of Plaintiffs' outstanding written questions by the end of the day March 21, 2013. If Plaintiffs still have questions regarding the data, the parties must participate in a conference call on Monday, March 25, 2013 to discuss the issues. All parties must have all necessary persons available during that conference call to address any substantive issues regarding the data.

## 2. Rule 30(b)(6) Deposition

The Court's March 13, 2013 Order (Dkt. No. 872) required Wal-Mart to make a Rule 30(b)(6) designee(s) available for deposition. Wal-Mart has offered to make the designee available for deposition on April 4, 2013 – one week before Plaintiffs' motion for class certification is due. Plaintiffs request an earlier date and ask that the witness be produced in California. Wal-Mart shall make its Rule 30(b)(6) designee available for deposition in Bentonville, Arkansas next week, March 25-29, 2013.

This Order disposes of Docket No. 879.

**IT IS SO ORDERED.**

Dated: March 20, 2013

Jacqueline S. Corley
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE