IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WAL-MART STORES, Inc.,<br><br>　　　　　Defendant. | Case No.: 01-cv-2252 CRB (JSC)<br><br>**ORDER SETTING HEARING FOR PLAINTIFFS' DISCOVERY LETTER BRIEF (Dkt. No. 882)** |

The Court is in receipt of Plaintiffs' Discovery Letter Brief (Dkt. No. 882) seeking assistance compelling Wal-Mart's compliance with the Court's March 20, 2013 Order (Dkt. No. 880). The Court hereby schedules a telephonic hearing on this matter for 9:00 a.m. tomorrow, March 27, 2013. Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

**IT IS SO ORDERED.**

Dated: March 26, 2013

　　　　　　　　　　　　　　　　　　　　_Jacqueline S. Corley_
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE