Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:     626.585.9600
Facsimile:     626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br><br>**SUPPLEMENTAL DECLARATION OF DEBORAH GUNTER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

I, Deborah Gunter, declare:

1.    I have personal knowledge of each and every fact set forth in this Declaration, and if called to testify as a witness in this matter, I could and would competently testify to each of these facts.

2.    I am one of the named plaintiffs in this case, and have been since 2002.

3.    In support of the Plaintiffs' Motion for Class Certification that was filed in 2003, I filed a declaration setting forth my experience as an employee at Wal-Mart from April 2, 1996 through August 25, 1999 at three different stores in Riverside, Perris, and Lake Elsinore, California. A true and accurate copy of this declaration is attached hereto as Exhibit A.

4.    On June 21, 2004, the Honorable Martin Jenkins appointed me as one of the class representatives in this case.

5.    Before I was appointed a class representative, Wal-Mart deposed me for over seven hours on January 23, 2003.

6.    Since my appointment as a class representative in 2004, I have continued to vigorously represent the class through the many years of appeals. I have continued to communicate with Plaintiffs' counsel, to follow the progress of the litigation and attend court hearings, including the argument before the United States Supreme Court in Washington D.C. After the ruling of the Supreme Court, my interest in representing the other women who suffered from gender discrimination in pay and promotion as employees at Wal-Mart continued, although I understand those women whom I now seek to represent are limited to those who worked in stores within the California Regions. Since the Supreme Court's ruling, I have continued to communicate with Plaintiffs' counsel and follow the progress of the case.

7.    I have no conflicts with the interests of the class, as none have arisen since Judge Jenkins approved me as a class representative. I have not returned to

work at Wal-Mart and I have not brought any other lawsuits against Wal-Mart. I have not served as a class representative in any other case. I have no relationship with Plaintiffs' counsel other than as it relates to this case.

8.    I continue to wish to represent this class. As I stated in my declaration in 2003, I wanted to do whatever I could to support a lawsuit that would end gender discrimination in promotion and pay and open up advancement opportunities for women at Wal-Mart. I became a named plaintiff because I was unfairly denied promotional opportunities, training, and equal pay during my three years with the company. I want to change Wal-Mart's employment practices so that women have the same opportunity to advance with the company as men and receive equal pay for their workI have understood from before my involvement in this case that I alone could not make the largest employer in America change its ways, and that it would require a large number of women, joining together, to accomplish this. I continue to believe this to be true.

9.    I understand the responsibilities of a named plaintiff and class representative. I am prepared to fulfill my duties to the women in the class so that they achieve fair and equitable treatment.

I declare under penalty of perjury of the laws of the United States and State of California that the foregoing is true and correct.

This Declaration was signed by me on April __, 2013 at YUCCA VALLEY, _____, California.

Deborah Gunter