Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:      626.585.9600
Facsimile:      626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> WAL-MART STORES, INC. <br><br> Defendant. | Case No. C 01-CV-2252-CRB <br><br> **DECLARATION OF MELISSA AGUILERA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Melissa Aguilera, declare:

1. I am a female and a resident of California. I worked at Wal-Mart from 1993 to 2004 at two different stores, #1574 and #2557, in Bakersfield, California.

2. In the 10 years that I worked for Wal-Mart, I tried repeatedly to get promoted to the position of Support Manager and continuously expressed my desire to move up in the company with my managers, Dwayne Farrone (spelling unknown) and Terry Lewis.

3. I was eventually moved from sales associate to Department Manager in 1998, but when I would apply for Support Manager, I was told that it "wasn't the right time." The store manager, Dwayne Farrone (spelling unknown), told me this at least once but I cannot recall when. The Assistant Manager, Terry Lewis, also told me this on at least two occasions but I cannot recall the exact years. I recall that these positions were eventually filled by men.

4. In or around 2002, I applied for the position of Personnel Manager because I was not getting promoted to Support Manager. I felt Support Manager was a better position at the time. I applied for Personnel Manager twice before I finally got it. The man who was given the position, Robert "Bob" (last name unknown), before I was had less work experience with Wal-Mart than I did at the time. I only got the position after Bob experienced problems and was eventually terminated by the company.

5. Many management positions were never announced at the stores where I worked. A meeting would be held and an announcement would be made that a management position in the store had already been filled. These positions were given to men.

6. I observed that female employees were assigned to work in clothing, cosmetics, and fabric departments. Men were often placed in the Sporting Goods, Hardware, Chemical, and the Tire & Lube Express departments.

7. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on 4-10-13 , 2013 at Bakersfield, CA.

Melissa Aguilera

Decl. of Melissa Aguilera in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252 CRB