Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA  91103
Telephone:     626.585.9600
Facsimile:     626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> WAL-MART STORES, INC. <br><br> Defendant. | Case No. C 01-CV-2252-CRB <br><br> **DECLARATION OF MAVI ALULQUOY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
|---|---|

i

Decl. of Mavi Alulquoy in Suppt. of Plaintiffs' Motion for Class Certification          Case No. C 01-CV-2252-CRB

ii

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

I, Mavi Alulquoy, declare:

1. I am female and reside in California. I was an employee at Wal-Mart from approximately 1999 until 2002. I worked in the Santa Maria, California store (Store #2507). I started working as an hourly associate before the store opened and then soon after it opened I was promoted to Department Manager.

2. I really wanted to be a Store Manager at Wal-Mart. That was my goal when I started with the company and I worked really hard to achieve that goal. My work on behalf of the company towards that goal is reflected in the numerous awards I won while at Wal-Mart. These included: #1 Department Manager, #1 in Sales, #1 Achievement, #1 Team Player and repeatedly being recognized for having over a million dollars in sales in my department. I was also selected by a vote of the store's associates to represent our store at the home office in Bentonville, Arkansas. I have a number of very nice looking plaques and awards from my time at Wal-Mart but never got a promotion beyond Department Manager.

3. I repeatedly told the Store Manager Dave Towns, and my direct supervisor, Assistant Manager Dave Martinez, that I wanted to be a Store Manager. They told me I would need to be an Assistant Manager but they never gave me any other information about how I could advance in the company. I repeatedly expressed my interest in obtaining a promotion to Assistant Manager. At least three or four times, I learned there would be a promotion to Assistant Manager. On each of these occasions, I expressed my interest and asked that I be considered. I was never even interviewed for the position. Instead, on each of these occasions, a male candidate was selected for the position instead of me. Those promoted instead of me included Brian Rhodes, Tim and Henry. At least a couple of these male employees had

started at Wal-Mart after I did and I do not believe that any of them had as strong a performance record as I did. No one ever told me what I needed to do to improve my chances of being promoted to Assistant Manager.

4. When I complained to store management about not getting interviewed for one of the last Assistant Manager positions I applied for, they retaliated against me by scheduling me to work the night shift. The night shift was from midnight to 8 a.m. I was scheduled to work the night shift even though I was already working from 7:30 a.m. to 4 p.m. I worked both shifts for some time but eventually got overwhelmed by all of the hours, and the frustration of never even being interviewed for Assistant Manager despite all of my performance accolades. Even while I was working so hard, no one in management gave me any information or advice on how to move up in the company. It became apparent that there was no promotion planned for me, so I quit.

5. Some of the departments were segregated by gender. The Hardware, Lube and Sporting Goods departments had mostly men working in them and the Softlines and Health and Beauty Aid departments had almost exclusively women working in them.

6. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 25, 2013 at Santa Maria, California.

Mavi Alulquoy