Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:    626.585.9600
Facsimile:    626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> WAL-MART STORES, INC. <br><br> Defendant. | Case No. C 01-CV-2252-CRB <br><br> **DECLARATION OF TERRI ARAGON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Terri Aragon declare:

1. I am female and reside in Arizona. I was an employee at Wal-Mart in 2002 at the Apache Junction, Arizona store (Store #1381). Before going to work for Wal-Mart, I worked for five years at Basha's, a large grocery store chain in Arizona. I worked in the Produce Department at Basha's and then as a Produce Clerk at Wal-Mart.

2. During my employment at Wal-Mart, I learned that male employees, hired after me and in the same job position as me, were paid more than I was. I first learned this when my son Jason started working as an Associate at Wal-Mart approximately six months or so after I did. I did not know he had applied for the job until he told me that he had gotten it. Jason was in his early 20s at the time. He was very inexperienced, I think he may have only had one job before going to work at Wal-Mart. When he told me he had been hired at Wal-Mart, he told me that he was being paid $9 or $10 an hour. I was surprised to hear that because even though I had a good deal more experience and had been there longer, I was only being paid around $8 an hour. I later looked at Jason's pay stub and it confirmed that he was being paid more than I was.

3. Wal-Mart had a policy against talking about how much we got paid but after learning that my son was being paid more than I was, I asked my co-workers, including male employees Marcos and Leo, who also worked in the Produce Department, how much they were being paid. Both Marcos and Leo had less experience than I did and even though they started working for Wal-Mart about the same time that I did, they were being paid more than I was. Marcos was a convicted felon who had to regularly leave work to meet his probation officer.

4. I complained about this pay disparity to my supervisor, Produce Manager Patricia. Patricia had been at Wal-Mart for about five years and I talked to her at least two to three times about the fact that less experienced men who had started after me were making more than I was. She told me that she could try to get it

1

Decl. of T. Aragon in Supp. of Plaintiffs' Motion for Class Certification. Case No. CV 01-2252 CRB

addressed but that she did not think that anything would come of it. I also talked to the Store Manager about. I don't remember his name but he and the Produce Manager kept sending me back and forth to talk to the other person about the pay disparity. The Store Manager told me that they would eventually give me a raise. I never got the raise that he promised and the Produce Manager was right, nothing ever changed as a result of my complaints.

5. When I started at Wal-Mart I wanted to promote up to the Produce Manager position. I was never offered a promotional opportunity and soon became disillusioned with my promotional prospects within the company.

6. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on April 2, 2013 at Gold Canyone, Arizona

Terri Aragon

Decl. of T. Aragon in Supp. of Plaintiffs' Motion for Class Certification. Case No. CV 01-2252 CRB