Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:      626.585.9600
Facsimile:      626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF ELIZABETH RIGGINS BROWNELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone  510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Elizabeth Riggins Brownell, declare:

1. I am female and reside in Washington State. I was hired in or around February or March 1994 to set up Wal-Mart Supercenter #2101 in Kennewick, WA. I was hired as a Cashier but before we opened the store I was transferred to the Customer Service Desk and shortly thereafter assigned to be a Customer Service Manager (CSM). I worked at Store #2101 until in or around 2006. During that time, I worked in a store within the California Regions.

2. During my employment with Wal-Mart, I was never offered an opportunity of promotion into management.

   a. In or around 2001, when asked by my manager (the nighttime Assistant Manager, a male) what my goals were at Wal-Mart, I expressed interest in becoming a Support Manager. I never heard back about my interest or how to apply.

3. During my employment with Wal-Mart, I became aware that male employees, hired after me and in the same job position as me, were paid more than I was.

   a. When I was hired as a Cashier in 1994, I was paid around $5.20 per hour. I was promoted to Customer Service Manager (CSM) that year, and I believe I received a 25 cent raise.

   b. As a CSM, I believe that I was paid less than male CSMs with the same or less experience. In or around 1997, I was assigned to train CSM Rob Hansen, who had been hired after I was and worked as a Department Manager until being transferred to CSM. Another female CSM (Retha Sanders) told me that she had seen Rob's paycheck and that he was being paid more than we were.

   c. I was promised one or more raises that I never received, including a raise for my second promotion from cashier to Customer Service Manager (CSM) in or around

Decl. of Elizabeth Riggins Brownell in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252 CRB

2002 (I had worked as a part-time cashier for a few months in order to care for my elderly parents).

d.  I worked on the overnight shift and, although my job duties as overnight CSM included stocking shelves, I believe that my rate of pay was less than overnight stockers (who were predominantly male).  On payday, it was my job to go to the Cash Office to get cash and then open a register at the Customer Service Desk for employees to cash their paychecks while on break.  During the period of time that Wal-Mart allowed employees to cash paychecks at the register, I observed that there were male Stockers who had been hired after I had been whose checks were more than mine.

4.  I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct.  This declaration was signed by me on April 8_____, 2013 at Kennewick, WA.

Elizabeth Riggins Brownell

Decl. of Elizabeth Riggins Brownell in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252 CRB