Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF STACEY BURT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone  510.339.1934
Facsimile:  510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Stacey Burt, declare:

1. I am a female and a resident of Brentwood, CA. I have been an employee at Wal-Mart since 1995. During part of that time, I have worked at stores within California.

2. While I have been employed with Wal-Mart, many male employees, some hired after me and in the same or similar job positions, were being paid more than I was.

   a. I am in my 17th year of working for Wal-Mart and am now making just $14.91 per hour.

   b. Throughout my time at Wal-Mart, I have asked for merit raises and have been told that the company did not have the money to offer merit increases and that awarding such raises is not company practice. I complained to several store managers—including Kevin Johntson, Kim Washburn, Paul (Lee) Ruiz, and another manager named Jesse whose last name I do not remember. Paul Ruiz, who is now the manager at the Sequim, WA store, told me that Wal-Mart no longer gave merit raises, even though I saw my male colleagues getting merit raises and higher pay.

   c. While not permitted to do so by company policy, several associates that I worked with in the Garden Department discussed their pay with me in the lounge/back room. On several occasions, both Tim Iverson and Paul (last name unknown) even showed me their checks. I noticed that they were making more money than I was for the same job—being an associate in the Garden Department. I had worked at Wal-Mart for about eight years longer than Paul.

   d. I also knew that a young male associate named Pat Murray received so many merit raises that, after just a couple of years, he was being paid more than I was for

doing the same job in the Garden Department. When Pat was first hired, I was one of the associates who trained him.

3. The fact that I have been paid less than my male coworkers is made worse by an unequal distribution of scheduled hours. I observed that male associates got scheduled for more hours than women, including me.

    a. Currently, male coworkers, who are younger and less senior, are getting more and more desirable shifts.

    b. In 2010, when I moved to California after over 14 years working for Wal-Mart, my work status was reduced from full-time to part-time. When I had my 16th anniversary at Wal-Mart in 2012, the company took away the four weeks of paid vacation that I had earned during my 15th year of employment.

4. I observed that Wal-Mart assigns women to certain departments, and not to others. At my current store in Antioch, CA, the Tire & Lube Express department would not permit females to transfer in from other departments. I know this because I know women that have attempted to transfer and have been unable to. A coworker, Brazzie (last name unknown), had this experience. The position to which she wanted to transfer was filled by a young, new hire, who is also male.

5. I was aware of one woman, Donna (last name unknown), who worked in that department initially, but was forced to transfer to the Sporting Goods department after they cut her hours in Tire & Lube Express and only permitted her to work as a cashier there. Donna told me that the Department Manager for Tire & Lube Express, the "supervisor manager," and the other associates working in that department did not think it was a place for women to work.

2

Decl. of Stacey Burt in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252 CRB

6. In general, Wal-Mart does not post openings or interview candidates when opportunities exist to transfer to different departments. It is all about who you know, and this usually seems to benefit the male associates.

7. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 25, 2013 at Brentwood, CA.

Stacey Burt