Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No:  C 01-2252-CRB <br><br> **DECLARATION OF DEBRA CAMPBELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Debra Campbell, declare:

1. I am female and reside in Arizona. I was an employee at Wal-Mart from approximately 2000 until 2006. I worked in the Surprise, Arizona store (Store #2777). I worked in the bakery at the grocery store ABCO for about five years, the last two as the Assistant Manager of the Bakery/Deli, before starting in the Bakery Department at Wal-Mart.

2. During my employment with Wal-Mart, I learned that several of the men I worked with in the Bakery Department were being paid more than I was. A number of the Bakery employees were wondering when we were going to get our merit raises so we started talking about our pay. One of my male co-workers, Rocco, asked me how much I was being paid. I told him that it was my understanding that it was against company policy to talk about how much we were getting paid but it was payday and he showed me his pay stub. I was making approximately $11 or $12 dollars an hour and he was making approximately $14 an hour. He told me, "that's not right, you do more in this Department than anyone else." Michael and Hal, two other male co-workers in the Bakery Department, told me during this conversation that they were also making approximately $14 an hour. I had more bakery experience than these three male employees and had been at the store longer than they had. Not only had I trained Rocco and Hal, and a number of others, when they first got to the Bakery Department, but I was regularly asked to participate in the interview and selection of new employees for the Bakery. I don't believe any of these male employees participated in the interviews and selections like I did. I did not bring this disparity in pay issue to store management because I was worried that I would be retaliated against if I did.

3. I was very interested in promoting at Wal-Mart. I repeatedly told store management, including Store Manager Scott Miller, that I wanted to promote to the Bakery Manager position. I applied for promotion to Bakery Manager two times but was denied the promotion both times. On one of these occasions, I was told by a

number of people in store management, including an Assistant Manager, that I had gotten the position. I did not learn that I had actually been denied the promotion until a male employee, I think his name was Lalo, appeared in the Department one day and informed everyone that "I am your new Bakery Manager. Not only had Lalo not been in the store as long as I had but I do not believe he had the same extensive background in baking that I did. I was never told why I did not get the Bakery Manager position.

4. I also repeatedly informed store management that I wanted to participate in the Manager Training program. I spoke with Store Manager Scott Miller and Co-Manager Dick about the program. They said that I would be considered but nothing ever happened. I kept asking about it but they never explained what I needed to do to become a part of the program and I was never allowed to participate. When I told Co-Manager Mike that I wanted to participate in the Manager Training program he told me that "You will never make it. You are too aggressive to hold an upper management position at Wal-Mart." I think he said this to me because I am a woman as I had never heard a male employee chastised for being too aggressive in their pursuit of a promotion at Wal-Mart. I can't remember all of the individuals that were selected for the Manager Training program instead of me but a number of them were men who had not worked at the company as long as I had, including Rocco, who I had previously trained and worked with in the Bakery Department.

5. In 2003, I asked to be transferred to Sam's Club to work as a Cake Decorator because they got paid more at Sam's Club than I was making in my position at Wal-Mart. When I asked Co-Manager Randy Belt about this, he told me "No. I will

////

////

////

////

////

make sure that any transfer you request will be denied." He said they needed my experience and worth ethic at the Wal-Mart.

6. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Arizona that the foregoing is true and correct. This declaration was signed by me on April 4, 2013 at Surprise, Arizona.

Debra Campbell

Decl. of D. Campbell in Supp. of Plaintiffs' Motion for Class Certification. Case No. CV 01-2252 CRB