Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF CANDIS CHASTAIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Candis Chastain declare:

1. I am female and currently reside in Missouri. I was an employee at Wal-Mart and/or Sam's Club from approximately 2001 until 2004. I worked at the Wal-Mart store in Winslow, Arizona (Store #1328) from approximately July 2001 until July 2002, and then again from approximately January 2003 until January 2004. In between, I worked at the Sam's Club in Gladstone, Missouri (Store #8207). I worked as an Associate during my first time period in the Winslow store, and as a Cashier at the Sam's Club and during my second stint at the Wal-Mart in Winslow.

2. In early 2004, after I returned to the Wal-Mart in Arizona, I learned that one of the male employees who had started after I had was being paid more than I was. I think his name was Lawrence Marquez and he had just started as a Cashier a couple months earlier. Wal-Mart had a policy that we were not supposed to discuss our pay with each other but he told me how much he was being paid. Not only was he being paid more than me when he was a Cashier but he transferred to a Stocker position and started making even more. All of the Stockers were men but when I learned that you could get paid more for being a Stocker, I asked the Store Manager if I could be a Stocker. Although my request was for the most part ignored, the Store Manager made clear to me that I could not be a Stocker. I was never told why. I thought this was strange because I had done the same kind of work that the Stocker's do when I first started at Wal-Mart. I worked in the Domestics Department, where I was responsible for moving furniture and in the Auto Department, where I regularly moved batteries and other related items. Lawrence worked as a Stocker for a couple months and then came back to a Cashier position. He was allowed to keep the higher pay he had been making as a Stocker in his Cashier position and continued to be paid more than I was, even though I had been with the company for years and he had just started a couple months earlier.

3. Some of the departments and job positions in the Wal-Mart and Sam's Club I worked at were segregated by gender. The Hardware Department had mostly men

working in it and the Stockers and those who worked in the back unloading were mostly men. The Softlines and Fabric Departments had mostly women working in them.

4. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Missouri that the foregoing is true and correct. This declaration was signed by me on April 3 , 2013 at Gladstone, Missouri.

*Candis Chastain*

Candis Chastain

Decl. of C. Chastain in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB