Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF CYNTHIA CRUTCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

ii

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

I, Cynthia Crutcher, declare:

1. I am female and reside in Arizona. I was an employee at Wal-Mart from approximately 2001 until 2004. I worked in the Phoenix, Arizona store (Store #1598). I had a lot of professional experience before I went to work at Wal-Mart. This included working as an Administrative Assistant to the Governor of Arizona and for two years as a Manager at K-Mart supervising the Front End and Consumables Department.

2. I applied for a job as a Night Stocker at Wal-Mart because the store was close to my home and I needed the work. They told me when I applied that I was "too qualified" to be a Night Stocker. I took the Night Stocker job at the Phoenix store and tried to promote to a more appropriate position. I did everything I was supposed to do. I helped out in other departments when they needed me to and I helped bring the Wal-Mart in Scottsdale, Arizona up to date when they asked me to go over there and help do that. The District Manager, whose name I cannot remember, repeatedly told me that he appreciated my help with the Scottsdale store, taking me out to lunch a couple times to thank me for my efforts. Despite all of this, I was still a Night Stocker when I left Wal-Mart in 2004.

3. I repeatedly expressed my interest in being promoted into the Assistant Manager training program. I told the Assistant Manager, Store Manager, District Manager and Regional Manager that I wanted to be a part of the Assistant Manager training program and asked them what I needed to do to be a part of the program. They told me to fill out the form and that they would get back to me. I filled out the form and submitted it to my direct supervisor but no one ever got back to me. I never heard back about the training program.

4. There was one person promoted to Assistant Manager while I was there, a young man in his early 20s named David. David was hired from outside Wal-Mart and he told me and a number of my co-workers that this was his first time being a

manager. Despite my extensive managerial experience, I was never even interviewed for the position.

5. Wal-Mart had a policy which prohibited employees from discussing their wages with each other. Despite this, a number of the Night Stockers talked about how much they were paid, particularly after we would get our performance reviews and raises. Two of the male Night Stockers told me what they were being paid. One of them, who had been there for some time before I started, was being paid about five dollars more an hour than I was. The second, who had only been hired a couple months before I was, was making about a dollar more an hour than I was. I don't remember either of these men's names but they also told me that some of the other male Night Stockers were making more than some of the female Night Stockers, and that this was true even when the women had been working for Wal-Mart longer than the men.

6. Some of the departments at the Wal-Mart I worked at were segregated by gender. It was very "old fashioned", the Hardware, Automotive and Sporting Goods Departments had mostly men working in them and the Softlines, Cosmetics and Food Departments had mostly women working in them.

7. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 28, 2013 at Phoenix, Arizona.

Cynthia Crutcher