Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No: C 01-2252-CRB <br><br> **DECLARATION OF LINDA DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

APR-09-2013 05:50 PM    CVS 3022                    2097457805                    P. 1/ 1

I, Linda Davis, declare:

1.  I am female and reside in California. I am a current employee at Wal-Mart. I was hired in 1992 in Sam's Club store #6612 in Concord, CA as an hourly associate. In 2008, I started working as an hourly associate at Wal-Mart store #1697 in Elk Grove, CA. I started work this year in a new Wal-Mart store in Elk Grove, CA.

2.  From 1992 to 2008, I was working as a Front end supervisor at Sam's Club. Starting in 1994, I expressed interest to my Department Manager in being considered for promotion past Front End supervisor when it was evaluation time around September or October. Almost every year, I wrote in my self-evaluations that I was interested in moving up the ladder at Sam's Club. My comments were never acknowledged and I was never offered a promotional opportunity. Positions were not posted in Sam's Club, so I did not know when to apply. I observed that mostly men being promoted to management positions.

3.  During my employment with Wal-Mart, I became aware that male employees, hired after me and in the same job position as me, were paid more than I was.  In or around 1997, two men were hired as hourly associates in my department. They were bragging about how much they were making during conversations on the floor. I learned through these conversations that they were paid more than I was, even though I had been working there for five years.

4.  I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March April 10, 2013 at Galt, CA.

Linda Davis

Received   08-04-2013   14:33   From-2097457805        To-The Impact Fund        Page   001