Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF BARBARA JEAN DOUGHERTY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Barbara Jean Dougherty declare:

1.     I am female and reside in California. I was an employee at Wal-Mart Store #2536 in Tulare, CA from 2001 to 2011, with a brief stint supporting the remodel of the Porterville, CA store around 2004.

2.     During my employment with Wal-Mart, I was never offered an opportunity of promotion into management.  I was never told of specific steps I needed to take to be eligible for a promotion into management even though I repeatedly asked how to do so.

a.     Even though I initially was promoted very quickly from a Sales Floor Associate to a Department Manager within 18 months, thereafter I was never offered an opportunity of promotion into management.  I was responsible for training and directing sales associates as well as ordering and receiving the products to put on store shelves.

b.     In 2004, I began to apply for Support Manager (entry level management position) positions.  I would update my applications every 90 days or so to make sure that I would be eligible for Support Manager positions in other departments as they came up.  They never called me in for an interview.

c.     In or around 2007, I took the Assistant Manager exam and passed it.  Walmart never called me for an interview for any Assistant Manager positions.

d.     I repeatedly asked what I needed to do to get promoted but was given no specific advice other than to work weekends and assist in other departments, which I did.  Cody Webb, a male employee who I trained when he started four or five years after me, had less experience and less time at Wal-Mart, and yet received promotions that I was qualified for and did not get.  Within two years he became an Assistant Manager.

e.    In or around 2011, Fernando Gonzolas, Assistant Manager for Tire, Furniture and Sporting Goods departments, approached me and said, "You're not interested in being a support manager out in TLE (Tire and Lube Express Services), are you?" I was interested. This was three years after I had started applying for Support Manager positions. They gave the job to a male employee and never asked me to interview for the position.

f.    I remained a department manager for approximately eight years.

3.    There was gender segregation in department assignments. I observed that generally female employees were assigned to work in the Beauty and Cosmetics departments, where I worked for several years. I also noticed that they tended to hire men in the Tire and Lube sections.

4.    I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 27, 2013 at Porterville, CA.

Barbara Jean Dougherty

Decl. of B. Dougherty in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB