Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA  91103
Telephone:    626.585.9600
Facsimile:    626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF KRISTY FARIAS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

1.    I am a woman and a resident of the State of California. I worked at the Wal-Mart store in La Quinta, California from 1998 until 2012.

2.    I was originally hired as a temporary associate at the La Quinta Wal-Mart store in August 1998. I was made a full-time associate in November 1998.

3.    After working as an associate for over two years, I was promoted to Department Manager in 2001. I worked in many different departments over the next eleven years, and so had experience in many areas of the store.

4.    A friend of mine, Joe Alvarez, was hired at about the same time I was, in 1998. In 2002, we were both Department Managers. He showed me his paystubs in 2002 and I was distressed to see that he was making about $2.00 an hour more that I was being paid.   I could see no reason for such a difference: we had the same experience and the same jobs. I was never told by anyone an explanation for a comparable male earning so much more than me. Joe Alvarez continued to be paid more than me for years.

5.    Wal-Mart had a company policy that prohibited employees from talking about their wages. I was concerned that if I raised the issue of the difference in pay between Joe and me that we would be disciplined for sharing this information with each other.

6.    I recall another occasion when I learned that men were being paid more than me. In approximately 2000, several of the men who worked in the Sporting Goods department were bragging that they had been given raises. I recall that I was not given a raise at that time. I was given no explanation from management as to why these men were given the raises and I was not.

///
///
///
///
///
///

7.    I was terminated in January 2012. A District Manager came through my department and instructed me to change a display, which I did. The next day, an Assistant Manager, who had not been

2

DECLARATION OF KRISTY FARIAS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. C 01-2252-CRB

7. I was terminated in January 2012. A District Manager came through my department and instructed me to change a display, which I did. The next day, an Assistant Manager, who had not been present when the District Manager gave the direction, was angry with me about this, and fired me. My termination papers state I am eligible for rehire.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 26, 2013 at Indio, California .

Kristy Farias

DECLARATION OF KRISTY FARIAS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. C 01-2252-CRB

3