Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      vs.<br><br>WAL-MART STORES, INC.,<br><br>      Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF HILLARY FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

Decl. of Hillary Flores in Suppt. of Plaintiffs' Motion for Class Certification          Case No. C 01-CV-2252-CRB

I, Hillary Flores, declare:

1. I am female and reside in Oregon. I was an employee at a Wal-Mart from approximately March 2001 until September 2003. I worked as a sales associate and then an assistant department manager in store #1784 in Salem, Oregon in Region 19.

2. During my employment with Wal-Mart, I was never offered an opportunity of promotion into management. I was never told of specific steps I needed to take to be eligible for a promotion into management.

3. During my employment with Wal-Mart, I became aware that a male employee, hired after me and in a lower job position than me, was paid more than I was. Around September 2003, I was working as an assistant department manager of the shoe department. I was asked to train a new male associate in the department. During training, I learned that he was getting paid $1.00-$2.00 more than I was despite only being hired that week. A week later, I was laid off because of financial difficulties within the department. The male associate I was training took my place.

4. There was gender segregation in department assignments. I observed that only male employees were assigned to work in the electronics department. In addition, the Assistant Manager, Cindy, said to me, "If you're a girl, you're never

going to get hired for truck crew." Truck crew was a higher paying position than other departments.

5. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Oregon and California that the foregoing is true and correct. This declaration was signed by me on March 31 , 2013 at Salem, OR.

Hillary Flores