Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
  RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF CHRISTY FOWLER (FORMERLY TOKAR) IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Decl. of Christy Fowler in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252-CRB

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Christy Fowler (formerly Tokar) declare:

1.      I am female and reside in Lynden, WA. I was an employee at Wal-Mart from 1996 to 2003. During that time, I worked store #2269 in Yakima, WA in Region 19.

2.      During my time at store #2269, I worked as a Department Manager in Ladies' Wear. I sought further promotion, but was never offered a promotional opportunity despite my expression of interest in the Management Training Program. In or around 1998, I inquired about applying for the Management Training Program. I had been recognized for bringing up sales in my department, from being "in the red" to being "in the black" and I was getting above average evaluations. One of my male Assistant Managers, Aaron, had encouraged me to pursue the Management Training Program. Our store was combining with another store in the same area at the time. I was told that there was a new store opening in Tri-Cities, WA, and since I was living in Tri-Cities at the time, I thought it would be a good opportunity to train there. When I asked my Store Manager if I could attend the training in Tri-Cities, he said, "No, don't bother." Meanwhile, I saw that several young male co-workers, who had joined Wal-Mart around the same time as me, were admitted into the Management Training Program. In particular, the Department Manager in Sporting Goods, Brian, who was male, even younger than me, and had only been with Wal-Mart as long as I had, was admitted into the program. That year I saw only one woman, Maria, who was in her 40s, admitted into the Management Training Program.

    a.  For several years, I received exceptional evaluations and I continued to express my interest in promotion to my Store and Assistant Managers. During my performance reviews, I would express my interest in promotion to one of the Assistant Managers, Aaron. I would also talk to Connie, one of the newer Assistant Managers, about how she was able to get the position, so that I could try harder. They continued to encourage me and told me to work overnights and change

1

departments, which I did. I was given several different departments to manage but was never able to move up in spite of excellent evaluations. Meanwhile, I continued to see men with less experience or the same experience be promoted to salaried managerial positions.

3.    During my employment with Wal-Mart, I became aware that male employees, hired after me and in the same job position as me, were paid more than I was. Male department managers would brag about getting paid at least $1.00 more per hour. In particular, in or around 1998, the Department Manager of Sporting Goods, Brian, who was younger than me and who had worked with Wal-Mart less time than me, bragged that he was being paid more than me. I did not complain because I understood that it was against company policy to discuss pay with co-workers.

4.    I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Washington and California that the foregoing is true and correct. This declaration was signed by me on March 30, 2013 at Lynden, Washington.

Christy Fowler

2

Decl. of Christy Fowler in Supp. of Plaintiffs' Motion for Class Certification