Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF LYNDA GRUHLKE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

Decl. of L. Gruhlke in Suppt. of Plaintiffs' Motion for Class Certification          Case No. C 01-CV-2252-CRB

I, Lynda Gruhlke, declare:

1. I am female and reside in California. I was an employee at Wal-Mart from approximately 2002 until 2007. I worked in the San Marcos, California store (Store #3494) for the entire time I was at Wal-Mart.

2. I worked as a Nurse for more than 20 years, and in retail for another approximately ten years, before starting at Wal-Mart. I was regularly recognized for my strong performance at Wal-Mart. I was given an achievement award based on the sales and production in my Department, the Store Manager told me and others that I was "the hardest working person" in my Department and, in approximately 2004, the District Manager recognized me for my strong performance after reviewing my work.

3. I was hired before the store opened and was one of the first employees hired at the San Marcos store. I wanted to promote within the company and I repeatedly told the Store Manager and Assistant Managers Michael and Bobbi that I was interested in promoting into management. I asked the Store Manager and Assistant Manager Michael on a number of occasions if I could participate in the Manager Training program. They never told me how to participate in the program or what I needed to do to become part of it. At least five other employees were chosen to participate in the Manager Training program instead of me. One of those chosen instead of me was a woman but the rest were men. One of the men selected instead of me started at the store around the same time that I did, and we worked side-by-side until he was selected for the program, but each of the others was hired after I was. I was never allowed to participate in the Manager Training program.

4. I also applied for the Department Manager position in my Department three times, I believe in 2002, 2003 and 2004. I was regularly assigned the work responsibilities of the Department Manager, including being responsible for the Department's profits and losses, supervising the Department's Associates and delegating work to them, before I was eventually promoted to Department Manager

in 2004. During the 2002 to 2004 time period I was basically working as the Department Manager without the pay or title of the Department Manager. The first two times I applied to be Department Manager, a man was selected for position instead of me. One of the men who was chosen instead of me started working at the store around a year and half after I did. The other man selected instead of me, I think his name started with an "S", had been hired to work in the Department at around the same time that I had but did not have any sales experience before coming to Wal-Mart. I also applied for the position of Customer Service Manager but was denied that promotion as well.

5. During my employment with Wal-Mart I learned that male employees who I supervised and trained, and who had been hired after me, were being paid more than I was. There was a policy at Wal-Mart not to talk about how much we were being paid but some people did anyway. In particular, some of the male employees would brag about how much they were being paid and would act like they were better than the female employees because of it. When I heard male employees bragging about their pay, and started to hear rumors that male employees were being paid more than female employees, I asked some of the male employees what they were being paid. On one occasion, after I was eventually promoted to Department Manager in approximately 2004, I learned that three of the male employees who I supervised, and who I had trained, one of whom was named Patrick, were being paid more than I was. I asked each of them how much they were being paid and they told me what their pay was. Each of them was being paid more than I was. On another occasion, one of the male Associates in the Department that I supervised showed me his paycheck and he was being paid more than I was. Not only was I his supervisor but I had worked for the company for years longer than he had.

6. In approximately 2005, I heard Assistant Manager Mike, my direct supervisor at the time, talking about one of the female Associates he supervised. He said that "women are just too emotional."

2

7. Some of the departments were segregated by gender. The Automotive, Pet Supplies, Electronics and Sporting Goods Departments had mostly men working in them and the Jewelry, Clothing, Infant, Cosmetics Departments had mostly women working in them. The Cashiers were almost all women as well.

8. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on April 6, 2013 at Carlsbad, California.

Lynda Granike