Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:    626.585.9600
Facsimile:    626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> WAL-MART STORES, INC. <br><br> Defendant. | Case No. C 01-CV-2252-CRB <br><br> **DECLARATION OF EVA HAMAR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

ii

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

I, Eva Hamar, declare:

1.     I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

2.     I am female and reside in California. I was an employee at Wal-Mart from 1998 to 2003. I worked in the Victorville, California store (Store #1588). I started working as an hourly seasonal cashier in 1998, then was hired as an hourly cashier in 1999. In 2002, I took on a part-time Customer Service Manager position in addition to my cashier duties. When I started working at Wal-Mart I earned $6.25 per hour as a seasonal cashier. When I left Wal-Mart I was earning $7.68 per hour.

3.     During my employment with Wal-Mart, I was never offered an opportunity of promotion into management. I was never told of specific steps I needed to take to be eligible for a promotion into management.   In October 2000, I expressed my interest in a promotion to a managerial position, and it was given to a younger male employee, whose name I do not remember, but who had only been with Wal-Mart for around 6 months. I was never interviewed for a promotion. I repeatedly asked what I needed to do to get promoted but was given no specific advice. I repeatedly asked my manager Sharon (last name unknown) about promotions and she repeatedly said she would get back to me, but never gave me any specific information.

4.     During my employment with Wal-Mart, I became aware that male employees, hired after me and in similar job positions as me, were paid more than I was. In or around 2001 or 2002 my son's friend John B. (last name unknown) started working at Wal-Mart as a seasonal cashier. He showed me his pay stub and he was earning $7.50 per hour, which was more than I was earning at the time as a Customer Service Manager. John had just started working at Wal-Mart. I complained to my manager Sharon (last name unknown) about the fact that I was earning less than an entry level seasonal cashier, but nothing happened. I was never

told by management that there was something I needed to do to be paid the higher rate that my male co-worker received.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.  This declaration was signed by me on April 8 , 2013 at Olivehurst, California.

Eva Hamar