Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No: C 01-2252-CRB <br><br> **DECLARATION OF ANGELA HANEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597.7200
Facsimile: 415.597.7201
stemdcb@aol.com
elawrence@dcbsf.com

Noreen Farrell (SBN
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: 415.621.0672
Facsimile: 415.621.6744
nfarrell@equalrights.org

Sheila Y. Thomas (SBN 161403)
LAW OFFICE OF SHEILA THOMAS
5260 Proctor Avenue
Oakland, CA 94618
Telephone: 510.339.3739
Facsimile: 510. 339.3723
sheilayt@sbcglobal.net

Stephen Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982.8533
Facsimile: 505.982.6698
set@tinklernm.com

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
Facsimile: 505.983.9836
mb@thebennettfirm.us

Debra Gardner
PUBLIC JUSTICE CENTER
1 N. Charles Street, Suite 200
Baltimore, MD 21201
Telephone: 410.625.9409
Facsimile: 410.625.9423
gardnerd@publicjustice.org

Shauna Marshall (SBN 90641)
HASTINGS COLLEGE OF THE LAW
200 McAllister Street
San Francisco, CA 94102
Telephone: 415.581.8922
Facsimile: 415.565.4854
marshall@uchastings.edu

ii

I, Angela Haney, declare:

1. I am female and reside in California. I was an employee at the Wal-Mart store in Redlands, California (Store #1693) from approximately 2000 until 2004.

2. I started out at Wal-Mart as a Cashier and was paid approximately $7 an hour. I did a good job at Wal-Mart, I helped out in other Departments when I was asked to do so and was never written up or disciplined. I got the minimum raise every year and even though I worked at the Redlands store for almost four years, my pay only went up approximately $1 an hour over those four years.

3. In 2001 or 2002, Mike, one of the Assistant Managers of the Redlands store told me that many of the male employees in the store were making more than the female employees and that he did not think that was fair. He later told me that he had brought this issue to the attention of the District Manager and Dwight, the Store Manager. Mike told me that he and Dwight had gotten into an argument about it and that he quit working for Wal-Mart because of this.

4. Wal-Mart had a policy which prohibited employees from discussing their wages with each other but many of the employees did anyway. After hearing from Mike about the different pay that men and women were getting, I began to suspect that some of the male employees who had started working at the store after I had were being paid more than I was. I started asking some of the other employees what they were making. Steve, one of the Co-Managers, told me that I could get fired for asking other employees what they were being paid.

5. Two of my male co-workers in the Deli Department, Roger and Ishmael, told me what they were being paid. Both of them were Deli Clerks like me who started after I did and they were making at least $2 an hour more than I was. Roger told me that his starting salary was $11 an hour. They were being paid more than I was even though there were occasions when they came to work drunk and other occasions when they clocked in for work and then left the store. When I reported these actions

to the store's management, including my direct supervisor, Assistant Manager Amy, and the Co-Manager, nothing was done.

6. On another occasion, three men who worked in the Tire Lube and Express Department, one of whom was named James, were bragging to me about how much they got paid. Even though each of these three men had started after I had, they said they were making $11 or $12 an hour.

7. In approximately 2002, one of the other Cashiers, I think his name was Gus, showed me his paycheck. While I was still making a little more than $7 an hour, he was making something like $10.75 an hour even though he had started working at the store more than a year after I had. There was another male Cashier, I think his name was something like "Morno", who bragged to me in approximately 2001 that he was making more than $14 an hour, even though he had started working at the store just before I did.

8. In approximately the Fall of 2002, one of the men who had just got a job unloading trucks at our store told me that he was making $13 an hour. He bragged to me about how little he worked, and told me that Cashiers like me worked harder than he did. This guy was Amy the Customer Service Manager's boyfriend. When I learned about this, I asked Amy why some the men at Wal-Mart were paid more than some the women. She told me that it was "because men can do more things than women, they can lift heavier things . . . they are better employees."

9. On at least 10 occasions, sometimes in his office and sometimes in team meetings, I asked Dwight, the Store Manager, why I only got the minimum raise every year and why my pay was so low compared to some of the male employees who had not been working as long as I had. He was very dismissive and would treat me like I was nothing, saying things like "I don't have time for this" and "I need to go to a meeting." Nothing was ever done. One time, when I complained that the male employees who had just started working in the Tire Lube Express Department were making more than I was, Dwight retaliated against me by reducing my hours.

10. Some of the departments were segregated by gender. The Electronics, Sporting Goods, Tire and Automotive Departments had mostly men working in them and the Infants Departments had mostly women working in it.

11. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 1, 2013 at Hemet, California

Angela Haney

Decl. of A. Haney in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone  510.339.1934
Facsimile:  510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii