Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF KATHLEEN HANEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Kathleen Haney declare:

1. I am female and reside in California. I was an employee at Wal-Mart from approximately 1997 until 2004. I worked at the Redlands, California store (Store #1693) in 1997 and 1998, at the Supercenter in Las Vegas, Nevada (Store #3473) from approximately 2001 until mid-2003 and then again at the Redlands store from mid-2003 until early 2004. Before working for Wal-Mart, I was a supervisor for five years at K-Mart. At K-Mart, I supervised the front end of the store, including the cashiers, customer service, etc., and was responsible for supervising 15-20 people at a time.

2. During my employment with Wal-Mart, I became aware that male employees, hired after me and in the same job position as me, were paid more than I was. I started out working as an Associate in the Deli at the Las Vegas store in 2001. There were approximately seven Associates in the Deli at that time. Three female Associates, myself, Carla and Diane, and four male Associates, I think their names were Dante, Brian, Deion and Tony. I had been working at the Las Vegas store before it even opened so I had been working at Wal-Mart longer than any of the male employees in the Deli. I think that Dante and Carla started at Wal-Mart a couple months after the store opened but Diane and the others had all started more recently. There was a policy at Wal-Mart that employees were not supposed to talk about how much they got paid but a number of employees did. Many of us would go to cash our paychecks at the Arizona Charlie's restaurant down the street from the store on payday. We would often have lunch in the restaurant together after cashing our checks and we sometimes talked about how much we were getting paid. Each of the women in the Deli were getting paid less than the men. One of the male employees, Tony, was an undocumented immigrant who eventually had to leave the store because of this and he was making more money than I and the other women were.

1

3. I transferred to Internal Customer Service (ICS) toward the end of my time at the Las Vegas store. The ICS employees were responsible for bringing freight out to the floor on pallets and I operated the pallet stacker and was certified to use the forklift. While I was in ICS, there were about six men in ICS and me and one other woman. I think her name was Karen. I can't remember the names of all of the men but I think they included Steve, Junior and Leon. All of us regularly ate lunch together in the cafeteria and we sometimes talked about how much we got paid. Despite the fact that all of the ICS employees did the exact same things, and that I had been there longer than I believe all of the male employees, every single male employee was paid more than the other female employee and I. Steve started at Wal-Mart about the same time that I had but Junior started a couple months after I did.

4. I was also passed over for promotion for a less experienced male employee during my time at the Las Vegas store. Before I started in ICS I wanted to promote out of the Deli so I applied for a promotion to a Customer Service Manager (CSM) position. After interviewing for it, I was told by the Assistant Manager Rick that I "have it in the bag, the job is yours." Co-Manager Randy also told me that I was going to be promoted to the position. Randy told me that I was going to leave the Deli for the new position in three days. Three days passed and I was not moved. Then they told me that a young man, I think his name was Jake, was promoted to the position instead of me. While I had been working at the Las Vegas store for at least a year at that time, and had worked at the Wal-Mart in Redlands before that, Jake has only been there for three to four months. While I had been a supervisor at K-Mart for five years, Jake had been working as a Cashier and helping out at the Service Desk. I complained about Jake getting the job instead of me to Personnel Managers Jill and Maria, and Andy the People Manager, but nothing was done.

5. In 2003, after I transferred from the Las Vegas store back to the store in Redlands, California, I asked to be transferred to an opening in ICS. I explained that

2

I had worked in ICS at the Las Vegas store but Mike, the store's Assistant Manager, told me that the ICS position was "for men." A manager in ICS told me that working in ICS was "a man's job" and that they did not want to put women in ICS. I complained about this to the Store Manager and Personnel Department but nothing was done. Despite my requests to transfer there, I was never allowed to work in ICS at the Redlands store.

6. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on April 2, 2013 at _WAterford_, California

Kathleen Haney

Decl. of K. Haney in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB