Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF CHERYL HARDIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone:  415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone  510.339.1934
Facsimile:  510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

Decl. of C. Hardin in Suppt. of Plaintiffs' Motion for Class Certification

I, Cheryl Hardin, declare:

1. I am female and reside in California. I was an employee at Wal-Mart from approximately 1998 until 2002. I worked in the Roseburg, Oregon store (Store #2477) from 1998 until 2000, and then worked in the Elk Grove, California store (Store #1697), from 2000 until 2002.

2. I started as an associate in Roseburg. Within less than a year I was promoted to support manager.

3. I entered the management trainee program in early 2000. I entered the program at the same time as a male coworker named James Whittaker. I had been with Wal-Mart longer than Whittaker, and I had fifteen years of prior experience running my own small business. I also had four additional years of retail experience, including two years as an assistant store manager for another company. Whittaker had no prior retail experience. At the beginning of the six-week training program our store manager Roger Taylor (he went by the name "Bill") pulled me aside and said he wanted to speak with me. Taylor told me that while Whittaker and I would both be assistant managers after we completed the training program, Whittaker would be making more money than I would because he had a family to support.

4. After the training program I was an assistant store manager in the Roseburg store for several months in mid-2000. I then transferred to the Elk Grove, California store, where I also served as an assistant manager.

5. I was an overnight manager for approximately one year in the Elk Grove, California store. My fellow overnight managers were men. From conversations we had during our shifts, I believe that several of these male coworkers with the same job classification and the same duties were paid more than I was, without having any additional qualifications or experience.

6. Some of the departments were segregated by gender. The Hardware, Lube and Sporting Goods departments had mostly men working in them and the Softlines and Health and Beauty Aid departments had mostly women working in them.

7. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on April 4, 2013 at Sacramento, California.

Cheryl Hardin

Cheryl Hardin