Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF DARLA HARPER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

1

DECLARATION OF DARLA HARPER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
CASE NO. C 01-2252-CRB

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

DECL. OF DARLA HARPER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION            Case No. C 01-CV-2252-CRB

I, Darla Harper, declare:

1.     I am female and reside in California. I was an employee at Wal-Mart from October 1995 until I resigned in December 2005. From October 1995 until May 1997, I worked at a Wal-Mart in Auburn, Washington (Store #2385). On May 3, 1997, I transferred to the Pittsburg, California store (Store #1615). I worked at the Pittsburg store until the date of my resignation in December 2005.

2.     I started as an hourly associate in Auburn, Washington. I worked as a cashier in the jewelry department. All of the employees in the jewelry department were women.

3.     When I transferred to the Pittsburg store in May 1997, I transferred as a sales associate. The store manager at the time told me that I had to take a pay cut of $1 an hour because I was making more than what sales associates in the Pittsburg store made. I could not afford such a pay cut. The store manager told me that if I were going to make that wage, then I would have to be a customer service manager ("CSM"). I became a CSM.

4.     Very soon after I started working in the Pittsburg store, I met Betty Dukes. She was one of the cashiers I supervised. She told me she wanted to be a CSM and had wanted to be one before I got there. She had more experience than I did on the cash registers at that store. I spoke to Assistant Manager Chuck Salby. I asked him why Betty Dukes was not a CSM. He told me, "because you can't trust a n****r", using an offensive word.

5.     After serving as CSM for a little less than a year, there was an occasion where an associate was terminated. I believed she was terminated wrongfully. I testified for her at an unemployment hearing. Almost immediately after testifying for her, Wal-Mart disciplined me for allegedly losing money on the cash register, normally a terminable offense. I challenged the discipline as I did not believe I had lost any money on the cash register. Ultimately, although I do not believe any wrongdoing was proven, I was demoted rather than terminated. I was demoted to a sales associate position. I believe I was demoted as retaliation for testifying on behalf of the terminated employee.

5.     I remained a sales associate from January 1998 through February 2000, when I become Inventory Control Specialist lead.

6.     In early 2000, I applied for a promotion to Department Manager in foods. I had experience in that department as I had covered for managers when they were on vacation. I did not get

2

the promotion. Instead Spencer LNU (male) got the promotion. He had been at Wal-Mart less time than I had. I had to train him on how to do the job.

7.    I asked Store Manager Ken Cagle why Spencer was promoted instead of me. Mr. Cagle told me Spencer had more experience in foods. However, Spencer told me that in his previous job he had been a stocker.

8.    While I was training Spencer, he told me what he had been paid as an associate. I recall he said he was making close to $2 more an hour than I was making in the same position at one point.

9.    Spencer left the position after a few months. I was then promoted to Department Manager of Foods on April 8, 2000.

10.    Between 1999 and 2005, I applied at least three times for a promotion to Support Manager. I received only one interview and I was never promoted. I also repeatedly expressed interest in promotion to management during this time period.

11.    Some positions were posted on a board by the time clock but others were not.

12.    On one occasion around 2002, I sought promotion to Support Manager after seeing a posting for the promotion. Randy Bulcao (male) got the position instead of me. He had less experience than I did at Wal-Mart. Randy told me that he knew he was getting promoted before the posting was put up on the board.

13.    On other occasions, men got promoted to Support Manager before any posting went up on the board. For example, I recall that someone with the last name Mendez (male) who worked the night shift was promoted when no position had been posted. I would have been interested and would have applied to those positions had they been posted.

14.    Around 1999, after not getting one of the promotions, I spoke with the District Manager whose name I cannot recall about not getting promoted. He told me to "prove yourself Darla." I pointed out to him all the things I had done to prove myself, like manage holiday modulars and win sales competitions, but still I did not get promoted. I felt I was not taken seriously.

15.    Once I asked personnel manager Mike Annatone why I did not get promoted when men with less experience than I had were getting promoted. He told me "it's a man's world."

3

DECLARATION OF DARLA HARPER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
CASE NO. C 01-2252-CRB

16.    I was interested in getting into the Assistant Manager training program.  There was nothing in writing about how to get into the program.  There were no postings for openings in the program.  I spoke with a District Manager, Vince Martinez, about how to get into the program.  He told me that I either had to have an AA degree or I had to work my way up the chain by first becoming a Support Manager.  I would have applied for the program if I was given the chance to do so.

17.    I resigned from Wal-Mart in December 2005.

18.    I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.  This declaration was signed by me on March 26th, 2013 at Discovery Bay, CA. 94505

_Darla Harper_
Darla Harper

4