Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:     626.585.9600
Facsimile:     626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF CECILIA HARRISON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone  510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Cecilia Harrison, declare:

1.    I am a 41 year old African-American female who lives in Tooele, Utah. I began working for Wal-Mart at the Home Office in 1992. I entered the Management Training Program in 1997 and became an Assistant Manager. Becoming Store Manager of my own Wal-Mart store was my goal at Wal-Mart. I applied for over ten Co-Manager positions, the step between Assistant Manager and Store Manager, but Wal-Mart never promoted me. After four years of observing Wal-Mart promote male Assistant Managers to Co-Managers and observing Wal-Mart recruit males from outside the company for Co-Manager positions, I felt that because I was the wrong gender, Wal-Mart was not going to give me the opportunity to advance past my Assistant Manager position. In 2000, I terminated my employment with Wal-Mart due to the lack of career advancement opportunities for me, as a female.

2.    Before I began my employment at Wal-Mart I had over 10 years of experience in the import merchandise field. In 1992, my husband and I relocated to Rogers, Arkansas. I applied for a position at the Wal-Mart home office in Bentonville, Arkansas. I was hired in the import section of the international merchandising department.

3.    My first job was in a clerical position. Within a month, Wal-Mart promoted me to an Import Analyst/Customs Coordinator position. In this position I was responsible for reviewing Wal-Mart's importation quotes from its broker and finding any discrepancies or errors within the broker's U.S. Custom's filings.

4.    Within six months of beginning my Wal-Mart employment, I recovered for Wal-Mart a large sum in overpaid import taxes. I was rewarded with the "Yes We Can Sam" award and I was soon chosen to work with Wal-Mart executives on Wal-Mart's Foreign Trade Zone logistics team, which entailed that I travel with executives to Buckeye, Arizona and help develop the Foreign Trade Zone's warehouse. I was a member of this team during 1993 and 1994.

2

Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification    Case No. C-01-2252 MJJ

5.    I received my first annual performance evaluation in September 1993 and was rated as "exceeds expectations." I communicated my career goals with Wal-Mart on the evaluation. I wrote: "Goals:...work towards a management position with in Wal-Mart." See Cecilia Harrison's September 1993 Performance Evaluation, a true and correct copy attached hereto as Exhibit A.

6.    While at the Home Office I decided to grasp as much knowledge as I could about as many facets of the company as possible, so that I would be attractive to Wal-Mart for a salaried management position. I requested and received a transfer to a Merchandise Assistant position in 1994. In that position, I learned Wal-Mart's company-wide merchandising practices and policies and I assisted Clifford Young, buyer for Department 82, impulse merchandising. I worked on merchandise projects that trickled down to every Wal-Mart store. For example, I fully developed and designed Wal-Mart's Balloon Program, creating the standards for balloon display and sales procedure implemented in all Wal-Mart stores.

7.    In 1995 I moved into a Modular Planner position to learn another aspect of Wal-Mart operations. I became Modular Planner for department 82, impulse merchandise. A modular is a store product display area. The smallest detail of each product's layout at each Wal-Mart store is designed and controlled by Modular Planners at the Home Office. As Modular Planner for department 82, I controlled the merchandise layouts for food, checkouts, clip strips, and the tobacco products for the entire chain of Wal-Mart stores.

8.    While I was an employee at the Home Office I saw that the Home Office controls every aspect of a store. Guidelines are created in the Home Office, including the guidelines governing merchandise selection and displays, as well as personnel policies.

9.    In 1997, after I had been with Wal-Mart almost five years, my husband reported to Georgia for army training. I approached J.R. Campbell, who was the Senior Vice-President over my department, and expressed interest in transferring to a Wal-Mart store. I told Mr. Campbell that I did

3

Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification    Case No. C-01-2252 MJJ

not want to give up my employment with Wal-Mart and that I wanted to become a member of salaried management on the store level. Mr. Campbell provided me a written recommendation supporting my entry into the Management Training Program.

10.    I was accepted into an accelerated Management Training Program at the Martinez, Georgia Wal-Mart store.   When I completed the program, I received an "above average" rating on my training program evaluation. While in the Management Training Program, I let Store Manager John Vail and Co-Manager Tom White know that I wanted to work my way into a Co-Manager position and then eventually manage my own store.

11.    About the time I finished the Management Training Program my husband was stationed in California. Therefore, I asked to be transferred to an Assistant Manager position in California. I transferred to the Wal-Mart store in Paso Robles, California in September 1997.

12.    I informed Paso Robles Store Manager Nick Sigala and District Manager Ron Smoot that I was interested in being promoted in January 1998, during my first annual evaluation as an Assistant Manager. I wrote on my evaluation that I wanted to take the next step, to Co-Manager. See Cecilia Harrison's January 1998 performance evaluation, a true and correct copy hereto attached as Exhibit B.

13.    Nick Sigala remained the Store Manager at the Paso Robles store for approximately my first year as Assistant Manager there. During that time Nick Sigala treated female Assistant Managers differently than male Assistant Managers. If a problem occurred at the store he yelled at the female Assistant Managers, which included Lissa Remington, Sherrie Logan and me. However, he never yelled at the male Assistant Managers, Greg French and Kenny Johnson. Mr. Sigala ranted and raved at the females on a daily basis, unless he was asking us to do extra work for him, such as preparing his presentations for district meetings. I never observed him treating the male Assistant Managers rudely. He chose the male Assistant Managers to be his buddies. He golfed with them.

He even tried to get Mr. French and Mr. Johnson a transfer to his new store, when he transferred. Store Manager Sigala did not befriend any female Assistant Managers.

14.    After two years as Assistant Manager in the Paso Robles store, I transferred to a Wal-Mart in Orem, Utah, because my husband was hired by a company in Utah.

15.    Once my family was in Utah, my husband and I had a discussion about my future at Wal-Mart. We talked about how I wanted to become a Wal-Mart Co-Manager and then a Store Manager. My husband had been honorably discharged from the army, so the army no longer dictated our residence.    My husband and I agreed that from that point on, where our family lived would be dictated by my career with Wal-Mart. We knew that many promotions were out of state and we were willing to move anywhere.

16.    I started working at the Orem Wal-Mart store in March 1999. I was assigned to be Assistant Manager of soft lines and front end. Within six months I was promoted to the Lead Assistant Manager of the store. As Lead Assistant Manager I was charged with the additional responsibility of creating the Assistant Manager schedules and running Store Manager and Co-Manager reports when those managers were busy or unavailable.

17.    My Store Manager, John Reynolds, also chose me to be the Orem Wal-Mart's closing Assistant Manager. This means that I was the regularly scheduled Assistant Manager on the 2 p.m. to closing shift. Within six months I made such an impact on the Orem's store operations and the employees' morale, including dramatically improving the store's readiness for the morning crew, that the District Manager, Jim Curtis, requested that I give a presentation to all Utah Store Managers.

18.    Throughout my employment in the Orem store, I let District Manager Jim Curtis and Store Manager John Reynolds know I was always looking for the next step in my career, to become a Co-Manager.

Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification    Case No. C-01-2252 MJJ

19.    John Reynolds completed my first evaluation in the Orem Wal-Mart in February of 2000. He rated me as "exceeds expectations." Jim Curtis was present during this evaluation. As I had done consistently during my year at the Orem store, I discussed with Mr. Curtis and Mr. Reynolds my desire to be promoted. I also wrote in the personal goals sections of the evaluation that I wanted to become a Specialty Division Manager or Division 1 Co-Manager. See Cecilia Harrison's February 10, 2000 Management Performance Appraisal, a true and correct copy hereto attached as Exhibit C.

20.    I applied for numerous Co-Manager positions while I was in the Orem Wal-Mart. Each position was posted over the Pipeline, Wal-Mart's computerized communication network. Each position listed specific requirements…e.g. the store was seeking a Co-Manager with X amount of years as Assistant Manager and X or above on the applicant's last performance evaluation. After applying for a position over the Pipeline, the applicant's District Manager, in my case , Jim Curtis, had to recommend that individual in order to be considered for the Co-Manager position.

21.    I read the requirements for each position for which I applied. I always made sure I had the requisite evaluation rating and experience before I applied for the position. In fact, the computer system would not let you proceed if your responses to the application questions indicated you did not meet the posted requirements. Out of the numerous positions for which I applied, I recall that one was in North Carolina, one was in Michigan and one was in Massachusetts. None of the stores I applied at ever responded to my application. Jim Curtis did not recommend me for the Massachusetts position and I am unaware of any positions for which Mr. Curtis did recommend me.

22.    I feel that Jim Curtis did not recommend for a Co-Manager position because I am female. Jim Curtis promoted several males out of the Assistant Manager position into Co-Manager positions or provided them the needed recommendation to receive the promotions outside the district. For example, he promoted Assistant Managers Ted Jones and Jeffrey Robbins from the

6

Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification    Case No. C-01-2252 MJJ

Riverdale store, Mark Pierson from the Layton store and Pat Keen and Craig Williams from my store in Orem.

23.    District Manager Jim Curtis also hired males with no prior Wal-Mart history from outside the company straight into Co-Manager positions. I never saw him hire a female into a Co-Manager position who was from outside the company. I also never saw him promote a female Assistant Manager during my employment at Wal-Mart.

24.    After two years at the Orem Wal-Mart, approximately in the spring of 2001, I was suddenly, and without notice, transferred to the Taylorsville store. The transfer occurred while I was having surgery on emergency sick leave. I never knew of any male Assistant Managers who were transferred without discussion and without prior notice. I asked John Reynolds why I was transferred to the Taylorsville store. He said he did not know and that he was not given prior notice either.

25.    Shortly after I was transferred to the Taylorville store, Jim Curtis' district was restructured. Leonard Falcon became my District Manager.

26.    Within about four months of my transfer to the Taylorsville store, I had my first meeting with District Manager Leonard Falcon. I told Mr. Falcon that I was seeking a promotion to Co-Manager. I had recently received another "above-standard" rating, I had a visibly good impact on the Taylorsville store and I was now Lead Closing Assistant Manager in my second store in Utah. Leonard Falcon told me "Well, I just came to the district, I really don't know you, so it will take some time before I could promote you to Co-Manager."

27.    At first I tried not to be discouraged by Mr. Falcon's alleged desire to get to know me before he promoted me. I continued to apply for Co-Manager positions for my final months at Wal-Mart. I applied for at least six positions when I was in the Taylorville store. Even though I met the

7

Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification        Case No. C-01-2252 MJJ

qualifications for the position, I was never contacted or interviewed for any of the Co-Manager positions.

28.    1 did not understand why I was not receiving job offers or even interview opportunities when I had earned the Lead Assistant Manager position in both of my Utah stores. I felt my career advancement was stifled by Mr. Falcon and was previously stifled by Jim Curtis. I was nothing less than mortified when I saw the constant stream of males receiving promotions instead of me.

29.    I am familiar with Wal-Mart's Store Manager and Co-Manager bonus program. Co-Manager's receive profit bonuses which are a percentage of the Store Manager's Store Profit Bonus. The higher the profit, the higher the bonus that Co-Manager receives.   The Co-Manager's bonus is typically more that $10,000.  While I was at Wal-Mart, Assistant Managers received bonuses on the same scale as hourly associates.  The highest bonus an Assistant Manager could receive was double the share of an hourly associate, if that Assistant Manager had an above standard evaluation.  I was rated "above standard" and in my case I never received more than a $1,500 bonus from Wal-Mart as an Assistant Manager.

30.    By the summer of 2000 I was frustrated at being denied Co-Manager positions and frustrated from watching males from outside the company, as well as male Assistant Managers who had never been recognized for benefiting Wal-Mart as I had, placed in these positions.  I had never received any coachings while at Wal-Mart and my performance rating, "exceeds expectations," qualified me for promotions to Co-Manager positions.  I decided to terminate my employment.

31.    I lined up new employment at Cargo Link International, a customs import company, before I terminated my employment at Wal-Mart so that I would not have a break in employment.  I was hired as a part-time employee at Cargo Link International and began working there a couple weeks before my last day at Wal-Mart.  Within a month of ending my employment at Wal-Mart, I

Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification        Case No. C-01-2252 MJJ

was working fulltime at Cargo Link International and running my own nail design business on the side.

32.    If I could be confident that Wal-Mart would judge me on my merit and not by my gender, I would be willing to return to Wal-Mart as a Co-Manager. I have expressed this to Mr. Falcon and Mr. Curtis since leaving my employment at Wal-Mart.

I have personal knowledge of each and every fact set forth in the Declaration, and if called to testify as a witness in this matter, I could and would competently testify to each of these facts.

I declare under penalty of perjury of the laws of the United States and State of _Utah_ that the foregoing is true and correct.

This Declaration was signed by me on _1st of April_, 2003, at _Salt Lake City, U.T._

Cecilia Harrison



Notary Public
DANIEL JORGENSEN
3393 West 5550 South
Salt Lake City, Utah 84116
My Commission Expires
February 21, 2006
State of Utah

Sworn before me this 1st day of April, 2003.

49:C:\Documents\eal\c-walm dec supp class cert.doc
02/06/2003 3:34:38 PM

Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification    Case No. C-01-2252 MJJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

## Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification

# EXHIBIT A

779233

Return to Compensation
Department by: **Sept 4**

HARRISON, CECILIA #    6-95    SEP 14 1993
ASSISTANT    YEARLY
8023 INTERNATIONAL -DSE-
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  1992-09-08    6

## Home Office
## Hourly Associate
## Performance Appraisal

Check type of review:

[ ] 90 day    [ ] 6 month

[✓] Annual    [ ] Special

SEP 14 1993

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Outstanding** Performance consistently exceeds requirements for complete competency in the job. | **Exceeds Requirements** Performance consistently meets and often exceeds the requirements for competency in the job. | **Meets Requirements** Performance consistently meets requirements for competency in the job. | **Improvement Needed** Performance sometimes meets requirements for competency, but often falls short; needs improvement. | **Below Standard** Performance falls substantially short of requirements for competency in the job. |

Time in current position:  11 MOS

# People Skills

**A. Customer Service**    *Demonstrates a willingness to assist any customer, either internal or external, with respect, consideration, and helpfulness; demonstrates that the "customer is the boss."*

Rating

**4**

Comments:
ASSOCIATE MUST CONTINUE TO PROMOTE OUR CORPORATE PARTNERSHIP W/ FRITZ RSL AND INTERNALLY BY IMPROVING HER METHODS WHEN APPROACHING OUR INTERNAL CUSTOMERS.

MAINTAINS AN EAGERNESS TO ASSIST ASSOCIATES.

**B. Communication**    *Expresses ideas clearly and concisely; actively listens to others; keeps others informed; asks questions when message is unclear.*

Rating

**3**

Comments:
IMPROVEMENT HAS BEEN SHOWN IN THIS AREA, BUT MUST BE CONSISTENT AND RELIABLE IN RESPONSE TO ASSOCIATES.

MUST MAINTAIN A COOPERATIVE LINE OF COMMUNICATION W/ OUTSIDE CUSTOMERS. SPECIFICALLY TUCKER. DO NOT ALLOW A SITUATION TO ESCALATE. INFORM MANAGEMENT.

**C. Teamwork**    *Demonstrates the ability to work well with people/team and maintain efficiency through serving as an active and contributing team member; is willing to teach, offer assistance and share knowledge to meet the team or departmental objectives.*

Rating

**3**

Comments:
CECILIA IS A TEAM PLAYER BUT MUST CONTINUE TO SHARE HER EXPERTISE IN A POSITIVE MANNER AND BRING ALL PLAYERS UNDER THE UMBRELLA.

IDENTIFY PROBLEMS & WORK TO ELIMINATE. BE CAREFUL NOT TO JUDGE PEOPLE. NOTE THE PROBLEM AND NOT THE PERSONALITY.

Wal–Mart Stores, Inc.
rev 10/92    Page 1

Form should be completed in ink

**EXHIBIT**

A

WMHO 912143
CONFIDENTIAL

# Work Processes

**A. Decision Making**

*Makes sound decisions based on facts and in line with company philosophies; evaluates alternatives and considers the impact on people, money and future outcomes; involves others when appropriate.*

Rating

**4**

Comments:

ASSOCIATE IS A DECISION MAKER BASED ON ABOVE CRITERIA.

MUST CONTINUE HER GROWTH AND UNDERSTANDING OF CORPORATE PHILOSOPHIES AND MANNERISMS IN ORDER TO PROJECT WAL-MART.

**B. Job Knowledge/ Technical Skills**

*Knowledge of the techniques, procedures, products, equipment and materials required to perform duties of the job. Examples: Computer use, software knowledge, typing skills, etc.*

Rating

**4**

Comments:

JOB KNOWLEDGE IS AN ASSET TO OUR COMPANY

ASSOCIATE SHOULD WORK TO UNDERSTAND 'WAL-MART CULTURE' AS A TECHNICAL SKILL

**C. Flexibility/ Adaptability**

*Plans, organizes and adjusts workload to react to changing priorities with a sense of urgency; is responsive to various situations and changing circumstances; meets deadlines without daily direction or supervision.*

Rating

**5**

Comments:

Cecilia MAINTAINS A HIGH SENSE OF URGENCY WHICH IS MANDATORY IN HER FIELD.

**D. Initiative**

*Self—starter; works without detailed instruction; challenges the status quo; focuses on quality methods in daily work to resolve long—term and short—term problems; develops and supports new ideas to improve the company; thinks of ways to make the job or company more effective.*

Rating

**5**

Comments:

ASSOCIATE POSSESS STRONG INIATIVE, CONTINUES TO CHALLENGE THE SYSTEM.

SHE ALSO CONTINUES TO IMPROVE HER KNOWLEDGE BASE - SHARE HER FINDINGS WITH OTHER ASSOCIATES.

**E. Quality of Work**

*Work is consistently free from errors, accurate, thorough, neat and reliable.*

Rating

**4**

Comments:

MAINTAINS THOROUGH FOLLOW-UP ON ANY PROJECT/TASK.

Page 2

Wal—Mart Stores, Inc.
rev 10/92

WMHO 912144
CONFIDENTIAL

**E. Productivity**  *The amount of work completed meets the requirements and standards of the job; consider volume, consistency, production and effort to improve.*

Rating: 4

Comments: ASSOCIATE PRODUCES WORK IN A TIMELY MANNER. MUST LOOK FOR WAYS THAT WE CAN IMPROVE OUR PROCESSES AS COMPANY GROWS.

**F. Dependability/ Responsibility**  *Accepts responsibility for work; performs follow-up when necessary; carries out assigned jobs and is accountable for his/her work; attendance, punctuality and timeliness of work meets departmental requirements. Discuss number of days missed since last review.*

Rating: 4

Comments: ASSOCIATE ACCEPTS RESPONSIBILITY FOR JOB FUNCTIONS

## Performance and Career Goal Setting

For Associate and Supervisor to complete together.

Improvement of Communication skills and I would be receptive to attend any and all communication enrichment classes available

Goals: To attain Customs Brokers license with in the next 2 to 3yrs then work towards a management position with in wal mart.

## Associate Comments

We strongly believe in our company's Open Door Policy and encourage you to make any comments regarding this performance evaluation, your present assignment and/or other related issues. Your supervisor shares an interest in your success and will willingly listen or provide any additional assistance you may need.

All permanent record attachment.

Wal-Mart Stores, Inc.
rev 10/92

Page 3

WMHO 912145
CONFIDENTIAL

# Summary

A. Associate's Major Strengths – (For permanent record)
- GENERAL CLASSIFICATION PROCEDURE AND SYSTEMS KNOWLEDGE ARE REAL ASSETS TO COMPANY.
- POSSESSES THE ABILITY TO PERFORM SEVERAL JOB FUNCTIONS SIMULTANEOUSLY.

B. Associate's Areas of Opportunity – (For permanent record) ·
- IMPROVE THE HANDLING OF A SITUATION AND NOT THE PERSONALITY / ANALYZE THE FACTS. CORRECT THE PROBLEM VS. CHARACTER JUDGEMENT.
- INFORM MANAGEMENT IF PROBLEM IS NOT RESOLVED.
- BE OPEN TO OTHERS IDEAS AND NOT FOCUS ON YOUR POINT OF VIEW.

- CONTINUE TO BUILD INTERPERSONAL COMMUNICATION SKILLS W/ A MORE POLITE TONE RATHER THAN ABRUPT TONE IN CONVERSATION.

## Evaluation Rating and Increase Calculation

| 40 | ÷ | 10 | = | 4.0 ✓ |
| Total Rating Points | | | | Average Rating |

| 5% | | | | ✓ |
| Percentage Increase | | | | New Rate of Pay |

(Increase applicable for 90–day and annual review only)

## Signatures

| Cecilia M. Harrison | [signature] | 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 | 9/10/93 |
| Print Associate's Name | Associate's Signature | Associate's SSN | Date |
| Becky Ezey | [signature] | | 9-10-93 |
| Print Supervisor's Name | Supervisor's Signature | | Date |
| Carlyle Johnson | [signature] | | 9/10/93 |
| Print Divisional Manager's Name | Divisional Manager's Signature | | Date |

Wal–Mart Stores, Inc.
rev 10/92

Page 4

WMHO 912146
CONFIDENTIAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Cecilia Harrison in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT B

✓ 16a'6-a

## MANAGEMENT PERFORMANCE APPRAISAL

Name: _Cecilia Harrison_   Date of Appraisal: _1/20/99_  90 DAYS MONTH ANNUAL
Social Security #: _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_   Position: _Asst. Mgr._
Coach: _Nick Swan_   Department: _softlines_
Appraisal Period From: _9/97_ To: _1/98_   Overall Rating: _3.4 — meet expectations_

This performance appraisal form is designed as an avenue to provide feedback to exempt Associates about their performance over the past year in these areas:

     • Corporate Beliefs and Values      • Achievement of Objectives / Major Job Responsibilities

There are five (5) levels of performance that should be used to rate the Associate in the areas listed above. The ratings are:

     1 = Unsatisfactory      2 = Below Expectations      3 = Meets Expectations

     4 = Exceeds Expectations      5 = Outstanding

### SECTION 1

**Corporate Beliefs and Values**   This section is to be completed by the Coach and should comment on the Associates understanding and daily application of the three (3) Wal-Mart Beliefs and Values (i.e. Respect for the Individual, Service to Our Customers, and Strive for Excellence). Coaches are not required to comment on all subpoints under each of the major beliefs and values. Coaches may comment either in narrative format or in bullet-point format.

### SECTION 2

**Achievement of Objectives/ Major Job Responsibilities**   Use last years Goal Setting form to list the Objectives or the Associates Major Job Responsibilities and the means of Measurement set for this year. In the Actual Results column, evaluate the Associates performance against the pre-established objectives. Assign a Rating to each Objective. (If more than 5 objectives were set, please attach additional paper.)

### SECTION 3

**Overall Strengths Areas of Opportunity & Associate Comments**   The Overall Strengths section is to be a brief overview of the major strengths and accomplishments of the Associate. The Areas of Opportunity section is to be completed by the Coach and is to be a brief summary of the personal development needs and challenges for the Associate. Bullet point comments are recommended instead of a narrative form since these comments will be entered into the Personnel system.

The Associate Comments section provides the Associate an opportunity to make any final comments to the performance appraisal. This section is optional but should be made available to Associates.

### SECTION 4

**Next Years Goal Setting**   This section should be used to set objectives for the coming year along with how they will be measured. In addition, short term and intermediate career goals should be listed with a clear path provided. This section should be completed by the Coach and the Associate during the performance appraisal discussion.

WMHQ 912130
CONFIDENTIAL

EXHIBIT
B

| Objective | Means of Measurement | Actual Results | Rating |
|---|---|---|---|
| Section 1 | **Respect for the Individual**<br>• Servant Leadership • Associate Accountability<br>• Confidentiality • Open Communications<br>• People Development • Open Door/Grass Roots | *· Supports the Open Door Ply*<br>*· Values People Development*<br>*· Holds associates Accountable*<br>*· Always remember to consider all sides* | Rating<br>3.5 |
| | **Service to our Customers**<br>• Quality Always • Creates a Friendly Atmosphere<br>• Sense of Urgency • Sundown Rule<br>• Teamwork • 10 Foot Rule | *· Practices 10 Ft Rule /*<br>*upholds the Sundown Rule*<br>*· good Sense of Urgency*<br>*· promotes team work* | Rating<br>3.5 |
| | **Strive for Excellence**<br>• Continuous Improvement • Competitive Spirit<br>• Integrity Always • Innovative<br>• Results Driven • Expense Conscious | *· continuous Improvement*<br>*· embraces constructive criticism*<br>*· High level of Integrity*<br>*· is expense conscious* | Rating<br>3.5 |
| Section 2<br>#1 Objective<br>or<br>Major Job<br>Responsibility | *S.J.A.S. /GUIDE* | *Good understanding of sur-*<br>*· need to be more consistent*<br>*w/ times / follow through*<br>*· Balance the need for 100%*<br>*Execution / compromise* | Rating<br>3.0 |
| #2 Objective<br>or<br>Major Job<br>Responsibility | *STANDARDS /EXPECTATIONS* | *· Has good standards /*<br>*expectations - Need to*<br>*change mgmt styles to*<br>*fit the situation / people* | Rating<br>3.5 |
| #3 Objective<br>or<br>Major Job<br>Responsibility | *GENERAL CONTROLS*<br>*· Shrinkage*<br>*· Inventory · Budgets* | *· more exposure needed to*<br>*shrink issues in moves, etc*<br>*· good controls on inventory*<br>*in depts - mng stock*<br>*out shrink - Don't wait*<br>*no chance (be mngng hands)* | Rating<br>3.2 |
| #4 Objective<br>or<br>Major Job<br>Responsibility | *Training / Development* | *· Take charge of your career*<br>*development - objective, do*<br>*values T. ID w/ candidates* | Rating<br>3.5 |
| #5 Objective<br>or<br>Major Job<br>Responsibility | *Detailed Store Tours /*<br>*Priority Setting* | *· use different approaches*<br>*in communicating opportunities*<br>*· Consistent clarity dpt. tours*<br>*detailed / x'x' needed* | Rating<br>3.4 |
| | | *great job of*<br>*visibility in education* **Overall Rating** | 3.4 |

Circle the appropriate rating:

| 1.0 to 1.9 = | 2.0 to 2.9 = | 3.0 to 3.7 = | 3.8 to 4.4 = | 4.5 to 5.0 = |
|---|---|---|---|---|
| Unsatisfactory | Below Expectations | Meet Expectations | Exceeds Expectations | Outstanding |

NOTE: Ratings between 1.0 and 2.9 must be accompanied with documentation reflecting that the appropriate coaching level has been administered.

WMHO 912131<br>CONFIDENTIAL

Case 3:01-cv-02252-CRB   Document 891-39   Filed 04/15/13   Page 19 of 22

## SECTION 3

**OVERALL STRENGTHS** (Coach's Comments)

Cecilia has a good sense of urgency & high visibility on the sales floor
- willing to work side by side w/ associates
Organized & detailed w/ depts. - holds associates accountable. But
always remember to watch & use different approaches

**AREAS OF OPPORTUNITY** (Coach's Comments)

- more exposure to financial / numbers side of the business
  - know the numbers & don't rely on the computer (imlac)
- more consistency of S.W.A.S. - pick a date & stick w/ it.
- watch your approach w/ associates. Not every approach is appropriate

**ASSOCIATE COMMENTS** (This section is optional for the Associate to complete)

Growth in pack and approach. I feel that Softlines
in 2099 will be 110% turn around with the
approach I have taken

## SECTION 4
### NEXT YEAR'S GOAL SETTING

| OBJECTIVES | MEANS OF MEASUREMENT |
|---|---|
| 1. Shrinkage reduced by 50% | · Next years shrink figures<br>· Amounts $ or real shrink captured by PC specialists per month. |
| 2. S.W.A.S / Training & Development | · consistent SWAS meetings (date)<br>Dept mgrs knowledge of numbers<br>and 30-60-90 day plans |
| 3. To make softlines turn around 110% at 2099 | |
| 4. To further myself with numbers & store operations maybe next step co/mgr | |
| 5. People Development | · Number of Associates promoted out of your areas<br>-dept mgr, office, Asst mgr |

**SIGNATURES**

| Associate | Date | Coach | Date |
|---|---|---|---|
| _(signature)_ | 1/23/98 | _(signature)_ | 1-20-98 |

Print Name: CECILIA HARRISON    Print Name: NICK SICAUX

Next Level of Supervision _____ Date _____

WMHO 912132
CONFIDENTIAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

## Declaration of Cecilia Harrison in Support of Plaintiffs' Motion for Class Certification

# EXHIBIT C

050044855

# MANAGEMENT PERFORMANCE APPRAISAL

| | |
|---|---|
| Name: CECILIA HARRISON | Date of Appraisal: 02/08/00 |
| Social Security # 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 | Appraisal Period: 02/99 TO 02/00 |
| pervisor: JOHN REYNOLDS | Overall Performance: 3.8 |
| Location: 1768 OREM, UT | Current Salary: 33146.36 (52) |
| Salary Increase Amount: | New Salary 34803.68   $1657.32 |

| Objective | Means of Measurement | Actual Results |
|---|---|---|
| **#1 Stock It**<br>* Store Tours<br>* Modular Execution<br>* Seasonal Merchandising<br>* Backroom Organization<br>* In-Stock<br>* Turn Improvement | *Tour Notes On File<br>* Modular Status Report<br>*Monthly Promotional Guides<br>*Perpetual Inventory Guide<br>*Out Of Stocks Report/ Neg.OH<br>*P&L / Purchase Recap | *SKU Inv. N/A — Objective Rating: 4.0<br>*Accuracy % (TY vs. LY, Co. Avg.)<br>*Exact Match % (TY vs. LY, Co. Avg.)<br>CECILIA DOES A GOOD JOB TOURING THE FLOOR.<br>MAINTAINS THE MONTHLY GUIDE VERY WELL.<br>GOOD IMPROVEMENT ON INVENTORY TURNS.<br>HAS DONS A GOOD JOB WITH PROFIT AND LOSS STATEMENTS<br>AND PURCHASE RECAPS. |
| **#2 Price It Right**<br>* Competition Program<br>* Price Change Execution<br>* Markdowns | *Competition Report<br>*Outstanding Price Change Summary<br>*P&L / Purchase Recap<br>*Weekly Markdown Recaps | Objective Rating: 4.2<br>HAS FOLLOWED WELL ON ALL PAPER FLOW.<br>NEEDS TO CONTINUE TRAINING THE ASSOCIATES<br>AND BE SURE EVERYONE UNDERSTANDS TO IMPORTANCE<br>OF THIS.<br>NEED TO GO OUT AND DO MORE COMPING. |
| **#3 Show the Value**<br>* Cart Rail Program<br>  omp. Store Sales Inc.<br>* Net Profit<br>* Controllable Expense<br>* Corporate Signing<br>* Feature Presentation | *Weekly Flash / P&L<br>*P&L<br>*P&L<br>* Monthly Promotional Floor Plan<br>*Monthly Promotional Guides | *Comp Sales % 11.1 — Objective Rating: 4.0<br>*Net % (TY vs. LY) 7.6 VS 7.3<br>*Controllable Exp. (TY vs. LY) 10.4 VS 10.9<br>HAS DONE AN EXCELLENT JOB WITH THE CART RAIL,<br>KEEPING FOCUS ON THIS.<br>FEATURE PRESENTATION HAS BEEN GOOD.<br>NEEDS TO FOCUS A LOT MORE ON SIGNING AND FLAGGING. |
| **#4 Take their Money**<br>* Gallup %<br>* Average Sale<br>* Cashier SWAS<br>* Customer Count<br>* Service to Customers<br>* Strive for Excellence | * Gallup Survey<br>* Weekly Flash<br>*Cashier SWAS Report<br>*Weekly Flash | *Gallop % 69% — Objective Rating: 3.2<br>*Customer Count (TY vs. LY) 1.8 MILLION OR 5000/DAY TY<br>VS   1.5 MILLION OR 4000/DAY LY<br>CECILIA HERSELF DOES A GOOD JOB WITH CUSTOMER<br>SERVICE AND FRONT-END CONTROL, HOWEVER THE<br>ASSOCIATES DO NOT SHARE THE VISION.<br>THIS IS A BIG TRAINING ISSUE AND WE NEED TO GET THE<br>CSM'S INVOLVED AND MAKE IT HAPPEN. NEED TO BE AT OR<br>ABOVE COMPANY AVERAGE FOR THE FRONT-END |
| **#5 Teach Them**<br>* Accident Reduction<br>* SWAS Execution<br>* CBL Current % Mgt./Hrly.<br>* Shrink Performance<br>* STAR Performance<br>  Respect for the Individual<br>  urnover<br>* VPI Participation | * 3 Line Claim Listing<br>* SWAS Board<br>* CBL Report<br>* STAR Report<br>* Turnover Recap<br>*SWAS Board | *Falling Merchandise TY vs LY: 3 VS 01 — Objective Rating: 3.6<br>*Slips and Falls TY vs. LY: 0 VS 1<br>*Shrink (TY vs. LY) FEB 1999 SHRINK 1.01% DIV 1<br>*Turnover (TY vs. LY) 94.69 VS 88.2<br>HAS DONE A GOOD JOB WITH SWAS.<br>VPI PARTICIPATION IS CONSISTANT.<br>CECILIA WORKS WITH HER ASSOCIATES.<br>NEEDS TO WORK ON THE RETENTION PLAN TO STOP<br>TURNOVER. |

EXHIBIT C

WMHO 912085
CONFIDENTIAL

Cecilia Harrison page 2                                    050044855

Circle one the following:

| Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unsatisfactory |
|---|---|---|---|---|
| 4.4 - 5.0 | 3.8 - 4.39 | 3.0 - 3.79 | 2.0 - 2.99 | 1.0- 1.99 |

NOTE: Ratings between 1.0 & 2.9 must be accompanied with documentation reflecting that the appropriate coaching level has been administered.

OVERALL STRENGTHS

CECILIA DOES A GOOD JOB AT HOLDING HER ASSOCIATES ACCOUNTABLE.

FOLLOWS UP ON NOTES VERY WELL.

GOOD KNOWLEDGE OF WAL-MARTS POLICIES AND PROCEDURES.

GIVES 100 %, WORKS WHEREVER AND WHENEVER NEEDED.

CECILIA HAS DONE A GOOD JOB TO HELP IMPROVE STANDARDS IN OUR STORE.

AREAS OF OPPORTUNITIES

CECILIA NEEDS TO BE MORE PATIENT WITH THE ASSOCIATES.

EXPLAIN WHAT YOU NEED THEN TEACH THEM HOW.

UNDERSTAND HOW YOU COME ACROSS.

NEEDS TO IMPROVE ON DETAIL SIDE COUNTER MAINTENANCE.

IMPROVE SIGNING OVERALL.

WORK CLOSER WITH FELLOW ASSISTANTS TO HELP GET WORK AND TEACHING DONE.

ASSOCIATE COMMENTS

PI Instock 100%
Front End Scanning all Cashiers @ or Above Company Goal
Store Alive & ready For Business @ 5pm
(Alive @ 5 program everyone Buy in)
Ballot survey @ #5 % in Front End
Personnel Goal: Specality DM or DIV 01 no msgc

SIGNATURES

ASSOCIATE _____  DATE 2-10-00

PRINT NAME Cecilia Harrison  DATE 2-10-00

COACH _____  DATE

PRINT NAME John Reynolds  DATE

NEXT LEVEL OF SUPERVISION _____  DATE 2-10-00

WMHO 912086
CONFIDENTIAL