Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No:  C 01-2252-CRB <br><br> **DECLARATION OF LORETTA SUE HERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Loretta Sue Hernandez, declare:

1.   I am female and reside in Pleasanton, CA.  I was an employee at Wal-Mart from 2003-04 and 2006-2011.  I worked in store #3493 in Martinez, CA.

2.   I worked as a Cashier and Sales Associate in Soft Lines, Jewelry, Children's and Shoes.  Even though my supervisors knew that I wanted to move up in the Company, I never got promoted or got a raise.

3.   During my employment with Wal-Mart, I was never offered an opportunity of promotion into management.  I was never told of specific steps I needed to take to be eligible for a promotion into management.  In contrast, I remember Eduardo Barrientos.  He started two years after me, and he advanced to Assistant Manager within a year of getting hired.  I remember that everyone was shocked that he made Assistant Manager so quickly.  Marco Campbell, the Store Manager, played favorites with some of the males and I think Eduardo was one of them.  He liked to refer to Eduardo as "Marco Junior."  The Store Manager did not offer me a promotion to Assistant Manager, and he never told me what I needed to do to get such a promotion.  He never referred to me as "Marco Junior."

4.   I noticed that there was gender segregation in department assignments.  Very few, if any, men worked in the departments I worked, like Soft Lines and Jewelry, and Clothes.  Women folded clothes and put them away. Almost all the overnight and unloading work was done by men.

5.   I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.  This declaration was signed by me on April 10 , 2013 at Pleasanton, CA.

Loretta Sue Hernandez