Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
  RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:    626.585.9600
Facsimile:    626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF TINA HERNDON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Tina Herndon, declare,

1. I make this declaration on the basis of my personal knowledge and, if called as a witness, could and would testify competently to the facts in it.

2. I began working at Sam's Club in 1988 as an assistant manager when Sam's Club bought out Price Savers where I had worked as an assistant manager for six months. I came to Price Savers with four years of experience as an assistant manager at K-Mart and a bachelor's degree in marketing from the University of Dayton. I worked at ten Sam's Clubs stores in five states (Illinois, Indiana, Kentucky, Ohio and North Carolina) until I left the company in April 2001.

3. After four years as Assistant Manager in five clubs (three in Cincinnati, Ohio; Raleigh, North Carolina; and Florence, Kentucky), I was promoted to co-manager and transferred to the Streamwood, Illinois club in November 1991. In May 1992, I was promoted to general manager and transferred to the Merrillville, Indiana club. I consistently received average and above average reviews and had no coachings during that time. Director of Operations Gary Dawes wrote in my March 1993 evaluation, "I am very comfortable with Tina and feel she will continue to grow with her assignment over the next year ... Tina has excelled in many areas this past year, and has many fine management qualities." Attached hereto as Exhibit A is a true and correct copy of my March 1993 Management Evaluation Form.

4. In 1994, I was transferred to the Gurnee, Illinois club where I worked as General Manager until 1998. I became pregnant in 1998 and soon after I told District Manager Dale Green (male) that I was pregnant, I was coached for store shrinkage. This was the first coaching I had received in ten years with this company. One week before my scheduled pregnancy leave, I was demoted by District Manager Green to assistant manager for "poor organization skills." I had never been coached or spoken to about my organizational skills prior to this demotion. I was replaced by a male, Bob Miller, who had worked with the company for less time than I had and who did not have a marketing degree. When I returned from my leave of absence, I was told I had been relocated to the North Lake, Illinois club.

DECLARATION OF TINA HERNDON IN SUPPORT OF                          Case No. C-01-2252 MJJ
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

5. For the next year and a half, I did all that I could to work my way back up to Co-Manager or General Manager. I repeatedly told District Manager Green that I was interested in promotion. He told me that if I worked hard and improved in certain areas I would be considered for a promotion. I worked hard to improve and my evaluations reflected that I had addressed the problem areas Green had identified. During that time, eight co-manager positions opened. I was never considered for any of the positions and all but one were filled by men. None of the positions were posted. Two of those positions were offered to Brian [Last Name Unknown] and Orences Christian, both of whom had less experience than me with Sam's Club and who did not have marketing degrees. In fact, Brian [Last Name Unknown] had worked under me as the Front End Area Manager and my assistant when I was the General Manager at the Gurnee club. When I was passed up, I spoke with District Manager Green and he told me that my General Manager, Keith Lowe, had recommended me. Lowe confirmed this, but told me that Regional Vice President Don Hitt made the final decision about whom to promote based on those recommendations and had not chosen me. This process confirmed my understanding that the Regional Vice Presidents met weekly in Bentonville to discuss and select candidates for general manager and co-manager positions. In addition, I wrote in my 1999 evaluation that "I feel ready to be promoted to a Co-Manager or General Manager position. It is very discouraging to see less qualified individuals get promoted over me." Attached hereto as Exhibit B is a true and correct copy of my April 1999 Sam's Club Performance Appraisal for Merchandise Manager. Director of Operations Brian Collins told me to "wait for my time,"

6. Finally, in July 1999, I was promoted to Co-Manager at the Northlake club. Ths opening was not posted but I found out about it when I learned that the current Co-Manager was being promoted. I told Director of Operations Collins that I was interested in the position and he gave me the promotion.

7. In July 2000, I was transferred to the Evanston, Illinois club. In April 2001, while on maternity leave, I requested extended leave for medical reasons. District Manager Miller

3

DECLARATION OF TINA HERNDON IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Case No. C-01-2252 MJJ

told me that I would be terminated if I did not return to work. Because I was denied extended leave and was too sick to return, I felt I had no choice but to resign from the club. After working hard for more than 12 years at Sam's Club, I did not want my records to indicate that I was terminated.

8. I observed in each of the stores I worked in that women were more often assigned to the clothing department and men to the meat department, which pays more. I also observed that more men were assigned to the night shift, which generally pays $1.00 more than the day shift.

I declare under penalty of perjury of the laws of the United States and of the State of Illinois that the foregoing is true and correct.

This declaration was signed by me on _April 21_, 2003 at Waukegan, Illinois.

Tina Herndon

DECLARATION OF TINA HERNDON IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Case No. C-01-2252 MJJ

4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Tina Herndon in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT A

409259

REGION #17

GARY DAWES, DIRECTOR OF OPERATIONS
Sam's Club #8148
900 S. Barrington
Streamwood, IL 60107
(708) 213-9257 or 9324


GENERAL MANAGER PROGRESS EVALUATION PACKET
FOR YEAR ENDING 1992


PROGRESS EVALUATION COMPLETED FOR
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Tina McIntyre
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
GENERAL MANAGER
SAM'S CLUB #8174
3134 E. 79th Ave.
Merrillville, IN 46410

WMHO 734817
CONFIDENTIAL

Exhibit A

January 15, 1992
FOR YEAR 1992
MANAGEMENT EVALUATION
TINA McINTYRE
General Manager
SAM'S CLUB #8174
Merrillville, IN

Tina McIntyre was named the general manager of Merrillville in May of 1992. During the time in which Tina has been the general manager of the unit, it has continued to grow at an accelerated rate. There was really no transition period for Tina at all. At this time Tina's overall rating would be average. I am very comfortable with Tina and feel she will continue to grow with her assignment over the next year.

The financials for the club this year have improved greatly. Through November the Sales are up 41%. Membership is up nearly 60% and should hit $1 million for the year. Controllable Expenses were down through November nearly 1.2 from last year. Net profit was at $557,000.00 in comparison to $25,000.00 last year. Gross Margins were down 1%. Even with strong results there is still much that can be done to increase the profitability in Merrillville.

Tina has excelled in many areas this past year, and has many fine management qualities. The area which I am most proud of would be the way in which she handled her change over to the general manager. Upon her assignment she identified several opportunities and addressed them at once. Morale actually improved when she did this. Tina is a very dedicated and loyal management partner. She is also very supportive and professional. Tina makes good decisions and is not afraid to seek the advice of others or admit when she is wrong. She is very concerned about our associates and the company philosophies. She has excellent people skills. It is a pleasure to work with Tina.

Areas of performance which we need to work on and imporve this year are listed below:

OPERATIONAL CONTROLS AND SHRINKAGE:

Controls at the club are poor and shrinkage is high. Year to date it was at .48% on $179,000.00. Shrinkage and controls go hand-in-hand. The receiving area and particularly, the claims and receiving office are poor. Assistant managers and team leaders are not focused in on these problems and are not being held accountable.

WMHO 734818
CONFIDENTIAL

Page 2 — Tina McIntyre

ASSISTANT MANAGER AND TEAM LEADER ACCOUNTABILITY:

You have worked entirely to hard yourself, at managing the club. You must better utilize the team you have and hold them accountable. Training will be the key to help you in this area.

IMPROVED EXPENSE CONTROL:

Controllable expenses need to be at 5.20% year to date for 1992. DA's are way to high. Your budget is .45%. CO's and shrinkage, again, must improve. Other income accounts are all terrible, all below last year. In order to achieve this each assistant manager must be assigned an expense account and you must follow up to insure they make the difference. Proper scheduling and staffing is also very important. Expenses need to be lowered but not at the expense of member service.

MANAGEMENT INVOLVEMENT WITH MARKETING:

You have personally been involved but your staff has not. Your program is only average and is carried by several key hourly associates. Membership income is 2.15% and needs to be 2.50%.

MERCHANDISE STANDARDS:

These standards must remain consistent.

MEMBER SERVICE:

We need to improve member service and associate awareness to member service in the club.

Your performance was again good this past year. Our expectations for 1993 will be much greater. Your budget is for $50 million with a 2% net at $1 million. I expect $55 million at 3.0% net to $1.6 million for the year. I am confident you will have a successful year in 1993 as long as you continue to challenge yourself as you have in the past and you continue to grow. Thank you for the past year.

ED/dc

*Tina L McIntyre 3-3-93*
*Gary Dawes*

WMHO 734819
CONFIDENTIAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Tina Herndon in Support of Plaintiffs' Motion for Class Certification**

# EXHIBIT B

WMHO 734844
CONFIDENTIAL

Case 3:01-cv-02252-CRB    Document 891-42    Filed 04/15/13    Page 11 of 13

Exhibit B

# SAM'S CLUB PERFORMANCE APPRAISAL *for* MERCHANDISE MANAGER

| NAME: Tina Herndon | COACH: Keith Lowe |
|---|---|
| SSN: 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 | DATE OF APPRAISAL: |
| CLUB: 635B | APPRAISAL PERIOD: FYE '99 |

| KEY RESULT AREAS AND MEASURES | KEY DUTY AREAS | MEASUREME |
|---|---|---|

### MERCHANDISING/FRESH

| SALES ACTUAL THIS YEAR | SALES BUDGETED THIS YEAR | SALES % DIFFERENCE |
|---|---|---|
| $47,787,331 | $48,892,504 | -2.26 % |
| | ACTUAL LAST YEAR | % DIFFERENCE |
| | $42,015,342 | +13.79 % |
| | RATING: 5 4 ③ 2 1 | |

**1. Planning** — 5 ④ 3 2
a) Coordinates merchandise programs 30 days in advance
b) Plans merchandise related events (i.e. Roadshows, endcap promotions, etc.)
c) Follows up to use of the 52 week file system in Fresh Meat/Bakery

**2. Utilizing Tools** — 5 ④ 3 2
a) Follows up to Lows and Outs with Replenishment to better maintain proper in-stock
b) Works exceptions of the Negative On-Hand and No Movement Report, keeping the stock status current for proper in-stock
c) Follows up to working the Tools of the Trade, including all the merchandise reports and screens (i.e. Max, WMMU, etc.)

**3. Teaching** — 5 ④ 3 2
a) Teaches Area Managers and Team Leaders item merchandising and utilizing the Tools of the Trade

**4. Club Standards/Presentation** — 5 ④ 3 2
a) Enforces the club standards through daily touring with Area Managers and Team Leaders
b) Works the Max Report for proper merchandise presentation
c) Tours with the Meat and Bakery Managers looking at merchandise presentation, checking product rotation, weights and proper packaging
d) Ensures HACCP is in order daily and daily tare weight program and proper packaging are in place

### QUALITY PERFORMANCE REVIEW

| SCORE | # OF EXCEPTIONS | # CORRECTED |
|---|---|---|
| 3807 | 48 | 79% |
| | RATING: 5 4 3 ② 1 | |

**5. Execution** — 5 ④ 3 2
a) Executes all corporate merchandise programs (i.e. planner, seasonal sets, layouts from H.O.)
b) Manages the flow of merchandise from receiving to the sales floor
c) Maintains price leadership and conducts competitive shopping visits
d) Tracks endcap productivity and other features. Partners trained on tracking.
e) Checks the monthly Quality Performance Review (QPR) and follows up on the exceptions
f) Checks quality control, food handling standards, proper equipment use and lockout-tagout process
g) Checks month end fresh inventories for accuracy
h) Ensures company policies on outdated and damaged product are followed

**6. Reacting to trends** — 5 ④ 3 2
a) Monitors and evaluates results using reports and productivity tracking

**Comments:** Tina does an outstanding job of planning and following up on directions. Tina understands and utilizes all reports to effectively get her job done. Areas for improvement include more involvement in the no-movement report, teaching the team leaders to utilize tools of the trade and planning.

### PROFIT

| ACTUAL THIS YEAR | BUDGETED THIS YEAR | % DIFFERENCE |
|---|---|---|
| $146,180 | $914,405 | -81.22 % |
| | ACTUAL LAST YEAR | % DIFFERENCE |
| | $254,481 | -42.55 % |
| | RATING: 5 4 ② 2 1 | |

**1. Manages to improved profit** — 5 4 ③ 2
a) Utilizes Staffing Comparison in conjunction with indexing to develop schedules and manage wages
b) Checks P & L exceptions and follows up with the Meat and Bakery Managers

**Comments:** Tina does understand the importance of payroll management as it related to bottom line profit. Areas needing improvement include QPR scores, fresh inventories, and stales.

| 5 = Outstanding | 4 = Exceeds Expectations | 3 = Meets Requirements | 2 = Needs Improvement | 1 = Unacceptable |
|---|---|---|---|---|

revised 01:15/99

| KEY RESULT AREAS AND MEASURES | KEY DUTY AREAS | MEASURE |
|---|---|---|
| **OPERATIONAL CONTROLS** | 1. Verifies the accuracy of all receiving paperwork | 5 4 ③ 2 |
| MOST RECENT / PREVIOUS SHRINKAGE / DIFFERENCE | 2. Follows up on Demo Schedule execution, periodically checking paperwork for accuracy | 5 4 ③ 2 |
| SHRINKAGE .48 / .47 / +.01 | 3. Follows company policy on handling damages and vendor returns | 5 4 ③ 2 |
| | 4. Follows maintenance programs for the forklifts, baler and other power equipment | 5 4 ③ 2 |
| RATING: 5 4 3 ② 1 | 5. Makes sure all back door and compactor controls are in place | 5 ④ 3 2 |
| | 6. Works closely with G.M. and Audit Team on shrinkage controls | 5 ④ 3 2 |

Comments: This area requires dramatic improvements in key controls-procedurals, Damages, RTV's and followup with receiving.

| PEOPLE | KEY DUTY AREAS | MEASURE |
|---|---|---|
| | 1. Establishes and maintains high performance standards: | 5 ④ 3 2 |
| **CLUB TURNOVER** | a) Selects people whose skills and abilities match the responsibilities of the job | |
| | b) Trains and motivates the team, building on strengths and developing weaknesses | |
| HOURLY (FT) 57 % HOURLY (PT) 111 % | c) Follows up on First Step and other area specific training | |
| | d) Ensures reviews are completed and pay raises are given in a timely manner within Field Non-Exempt Pay Plan guidelines | |
| | e) Gives the team timely and open performance feedback | |
| RATING: 5 4 ③ 2 1 | 2. Supports the company culture: | 5 ④ 3 2 |
| | a) Practices CBWA daily | |
| | b) Conducts and participates in meetings (Daily 10 minute and departmental) | |
| | c) Supports the Open/Door Policy | |
| | d) Communicates direction through area tours and time spent one on one with partners | |

Comments: Tina does an excellent job of listening and taking care of her partners. Tina ensures all evals are done on time. Tina communicates daily and weekly with her partners.

| KEY RESULTS | KEY DUTIES | OVERALL RATING | |
|---|---|---|---|
| Total of Key Results Ratings: 13 | Total of Key Duty Ratings: 55 | | |
| Divided by # of Key Results: 5 | Divided by # of Key Duties: 15 | KEY RESULTS OVERALL RATING: | 1.30 |
| Multiplied by .50: 2.6  X .50 | Multiplied by .50: 3.7  X .50 | PLUS KEY DUTIES OVERALL RATING: | 1.85 |
| Equals the Key Results Overall Rating: 1.3 | Equals the Key Duties Overall Rating: 1.85 | EQUALS OVERALL PERFORMANCE RATING: | 3.15 |

WMHO 734845
CONFIDENTIAL

| 5 = Outstanding | 4 = Exceeds Expectations | 3 = Meets Requirements | 2 = Needs Improvement | 1 = Unacceptable |
|---|---|---|---|---|

revised 01:15:99

## COMMENTS SECTION

Using the information written on the previous pages, list the overall strengths of the individual and the areas of opportunity below. Bullet point comments are recommended

**OVERALL STRENGTHS:**

overall club knowledge strong sense of urgency, team player, dedicated, planning and organization, wants to achieve, more.

**AREAS OF OPPORTUNITY:**

Involvement in fresh, controlling damages, shrink and cleaning standards.

**ACTION PLAN:**

As Sales Manager, I will still tour fresh areas when mdse Mgr. is not here. I will be involved with their margins, instockhas and cleanliness. Damages are a big opportunity in this club. I will ensure MOD checklist is completed on nites I close. I will continue to teach & train partners during morning meetings on damages. I will be involved with back room. I will help correct procedural errors. I will ensure door controls are in place.

**COACH'S COMMENTS:**

Tina has a great attitude with a "We can do anything" mentality. Tina has made a positive impact in each area we have asked her to run.

**ASSOCIATE'S COMMENTS:**

I've been working for Sam's for the last ten years. I feel I am ready to be promoted to Co-Mgr. & Gen Mgr position. It is very discouraging to see less qualified individuals get promotions over me. I have worked hard after being pulled down 1 yr. & 5 mos. ago. Due to financial reasons, I am unable to go two years without an increase. I have some hard decisions to make.

| | | | |
|---|---|---|---|
| Tina C. Herndon | Tina C Herndon | 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 | 4-16-99 |
| Print Associate Name | Associate Signature | SSN | Date |
| Keith Lowe | Keith Lowe | | |
| Print Coach Name | Coach Signature | | Date |
| Brian | Collins | B Coll | 4-17-99 |
| Print Coach Name | Coach Signature | | Date |

| S = Outstanding | 4 = Exceeds Expectations | 3 = Meets Requirements | 2 = Needs Improvement | 1 = Unacceptable |
|---|---|---|---|---|

revised 01/15/99

WMHO 734846
CONFIDENTIAL