Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF PATTI HOBSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

**Decl. of Patti Hobson in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252-CRB**

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Patti Hobson, declare:

1. I am a female and a resident of Jamestown, California. I worked for Wal-Mart from 1993 until 2002 at stores in Jackson, CA, Stockton, CA, and Sonora, CA

2. During my employment with Wal-Mart, I became aware of male employees that were being paid more than I was and receiving merit raises when I was not.

    a. When I first began working at the store in Sonora, I worked in Receiving and there were two men in that department. One of these employees was a young man around 24 years of age whose name I cannot recall. One of these employees was an older gentleman. I believe that his first name was Jim (last name unknown). He was making about $5 more per hour than I was, even though I eventually became his boss within the department. I know this because he told me.

    b. On one occasion, Jim came back to the receiving department in a happy and bubbly mood. He bragged openly to me that he had just received a raise of $.75 to $1. I believe this occurred around 1997. I did not receive a raise during this period. He also informed me on other occasions that he had received raises when I did not. He received these raises in spite of poor evaluations that I gave him.

3. During my employment with Wal-Mart, I was never promoted into higher-level management positions at my store.

    a. My male coworker in receiving, the one who was around 24 years of age, was promoted into the management training program after about six months.

    b. I made the receiving department in which I worked #1 in the region after he moved on to the management training program.

    c. I considered pursuing a promotion more aggressively, but I was discouraged from doing so for several reasons:

i. First, I did not want to be a part of a male management team that I saw as treating women poorly. One manager, Francisco (last name unknown), had been transferred around to several different Wal-Mart stores because of sexual harassment complaints against him. I did not want to work with him closely.

ii. I knew that to get into the management training program, Wal-Mart had a requirement that managers-in-training leave their home stores and relocate to other areas. This is one of the reasons that I did not want to go into the program.

iii. In or around the beginning of 2002, I did notice, however, that a man that I worked with, Ricky (last name unknown), was not forced to move when he got into the management training program. A woman was promoted into the program at the same time and she was forced to move stores. I believe her name was Karen (last name unknown).

4. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on April 10, 2013 at Jamestown, CA.

Patti Hobson

Decl. of Patti Hobson in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252 CRB