Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA  91103
Telephone:     626.585.9600
Facsimile:     626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF NANCY HOM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Nancy Hom, declare:

1. I was an Assistant Manager for Sam's Clubs for 10 years, from 1991 until 2001. I am female and live in Concord, California.

2. I had been employed in retail management for nearly 20 years when I was hired by Wal-Mart, Inc. to be an Assistant Manager at Sam's Club. I was originally told that I would be in management training for several months, but after approximately two weeks of training with Sam's Club, I was made an Assistant Manager. I remained as an Assistant Manager for the next 10 years and never received a promotion. I never received any discipline. I was never given any direction or guidance as to what I needed to do to become a General (or Club) Manager.

3. My first assignment for Sam's Club was in Omaha, Nebraska, where I was an Assistant Manager. The Director of Operations, Bruce Redding, told me that if I worked hard I would be promoted to General Manager. At one point, he spoke to me about transferring to Las Vegas, Nevada, to show the women there that a woman could be a manager. He never transferred me to Las Vegas, and gave no explanation.

4. After about a year in Nebraska, I received a telephone call from the People Division in the Home Office in Bentonville, Arkansas, directing me to transfer to Yuba City, California with a week's notice. I understood when I was hired that I had to be willing to move on short notice to any place requested by Wal-Mart. I moved with my children from Nebraska to Yuba City where I was an Assistant Manager for approximately one year.

5. While at the Yuba City Club in 1993, I asked Director of Operations Marvin Moxley to promote me to the position of General Manager. He responded by asking with a tone of sarcasm why I felt I could be a General Manager. I responded by asking him why he thought I could not be one. He merely laughed in response, and gave me no further information. He did not appear to take my request seriously. At that time, I was not aware of any female General Managers or female

2

Declaration of Nancy Hom in Support of Plaintiffs' Motion for Class Certification        Case No. C-01-2252 MJJ

Directors of Operations within Sam's Club. There was no application to complete to express my interest in this position.

6. From Yuba City, I was transferred to Oxnard, California to be an Assistant Manager. Again, at the request of Wal-Mart, Inc., I moved with my children to help open a new club.

7. After about a year in Oxnard, I transferred to Concord, California in 1994 where I remained until I left in October 2001. I left my employment with Sam's Club because I was permanently disabled as a result of a workplace injury.

8. The policies and practices followed at each of these Sam's Clubs in Nebraska and California were the same. When I first began at Sam's Club, there were no handbooks or written guidelines for Sam's Clubs. Instead, we used and relied upon the manual and guidelines used at Wal-Mart Stores. Eventually, a Sam's Club manual was created. Each of the clubs I worked at had a manual in the manager's office which contained the policies and guidelines issued by the Home Office in Bentonville, Arkansas. When a new policy or guideline was issued, it was sent by the Home Office with instructions to insert it in the notebook. The policies and guidelines in the notebook included directives on personnel policies, including hiring and harassment, in addition to sales, inventory and merchandise procedures.

9. When I began working at Sam's Clubs, no job positions were posted. Postings for hourly positions at the Club level began in the late 1990s. However, even when we posted a job as open or available to permit interested employees to sign up for consideration, I observed that the General Managers frequently had already selected the person for the position. I recall, for example, General Manager Alan Oshier at the Concord Sam's Club directed me to post positions when he had already expressed to me his decision on who would be given the job. In particular, I recall that Mr. Oshier had already told me who he had selected as the new Check Out Supervisor at the same time he was

directing me to post the position as available. Mr. Oshier also told me who he had selected as Team Leaders, or hourly supervisors, at the time he was directing me to post the positions.

10. Each day at Sam's Clubs, we received reports from the Home Office in Bentonville, Arkansas. We received regular and frequent reports reflecting financial results and goals, including sales and profits and merchandising information. Over the years, we received additional reports. By the late 1990s, in addition to the reports on sales and profits, we also received reports showing employee turnover rates on a club basis. These reports were modified over time, and later also showed the demographics of club associates. This information was sent to our club on a monthly basis. By examining these "People Profit and Loss" reports, one could see what percentage of associates at our club were female, and what percentage of club management was female. Although we received these reports monthly, I do not recall a single instance when any General Manager or Director of Operations ever mentioned our club demographics or discussed this report at all.

11. Each day we sent to Home Office reports reflecting sales and inventory numbers. In the early 1990s, we made and received these reports by telephone. By 2001, these reports were generally sent through computer communications. However, even when the reports became computer-generated, there were still typically daily telephone calls with the Regional or Home Office.

12. As Assistant Manager, I participated in hiring hourly employees upon occasion. Neither the Yuba City club nor the Oxnard club had opened when I arrived and so I helped interview many applicants. The final hiring decisions were made by the General Managers. The pay rates were established by the Home Office in Bentonville, Arkansas, but the General Manager at the Club had discretion to pay more to any newly hired individual. I observed General Managers paying newly hired male employees more than they paid newly hired female employees. For example, General

Declaration of Nancy Hom in Support of Plaintiffs' Motion for Class Certification          Case No. C-01-2252 MJJ

Manager Alan Oshier paid John Naslund approximately $15.00 an hour when he was hired in early 2001. I am unaware of any female employee receiving a comparable rate when first hired.

13. In helping to open the Yuba City and the Oxnard Sam's Clubs, part of my responsibilities included ensuring the policies and procedures established by the home office in Bentonville, Arkansas were implemented at the club level. I did this by discussing these Home Office directives with the hourly employees who reported to me. In addition, when I worked at the Concord club, I was responsible for training newly hired employees and orientation. The materials I used for new hire orientation came from Home Office.

14. In 1992, I received in the mail a copy of a letter that was addressed to Helen Walton, the widow of founder Sam Walton, Rob Walton, the founder's son, Bud Walton, the brother of Sam Walton and a number of top executives of the company. This letter indicated that it was from eighty Assistant Managers, General Managers and Directors and I understood that copies were being sent to store level management across the country. The letter was dated September 26, 1992. Attached to it was a second letter, dated July 20, 1992, again addressed to the Waltons and to company executives. I received these letters at the club where I worked in the usual course of business. The envelopes were addressed to Managers and Assistant Managers. After reading and copying these letters, I gave the originals to the General Manager of the Club. I took copies home with me and have kept them at my home. True and correct copies of these two letters are attached hereto as Hom Exhibits A and B respectively. These letters stated, among other things, that there was a pattern of discrimination against women at Sam's Clubs, and asked for the help and attention of the addressees. The letters also stated that they were prepared on behalf of a large number of managers and highlighted other issues of concern including a fear of retaliation for expressing these concerns. I do not know who wrote these letters, and I was not asked to participate in drafting them. No one in management asked me anything about these letters. I am unaware of any response to these letters.

5

Declaration of Nancy Hom in Support of Plaintiffs' Motion for Class Certification          Case No. C-01-2252 MJJ

15. In 1993, I received another letter in the mail at the club where I worked. This letter was addressed to Sam's Assistant Managers, General Managers, and Directors of Operations. It stated that it was from over 100 Sam's Management Members. After reading and copying this letter, I gave the original to my General Manager and took a copy home with me, where I have kept it ever since. A true and correct copy is attached hereto as Hom Exhibit C. This letter stated that women were discriminated against, passed over for promotions, talked down to, and black listed for using the Open Door. I do not know who wrote this letter. I am unaware of any response from Sam's Club or Wal-Mart management as a result of this letter. I was not asked anything about this letter or about the claims asserted in it.

16. In 1993, I was severely injured in a workplace accident. After I transferred to the Concord, California club, I was demoted to an hourly employee. Several weeks after I complained in writing to the Home Office in Bentonville, Arkansas, my title of "Assistant Manager" was restored and I was given the position of "Export Manager." However, my salary was decreased and frozen. In addition, I no longer received Geographical Assistance Pay ("GAP"), which is additional compensation given to Assistant Managers and above to compensate for the increased local costs of living, compared to the base salaries set in Bentonville, Arkansas. GAP at the Concord club at that time was approximately 30% of my annual salary. I protested many times to the Club and Regional management and to the Home Office using the Open Door policy. I explained that Mr. Dave Columb, who had been "Export Manager" before me, had received GAP. Eventually, my GAP pay was restored after a delay of some months. However, I did not receive GAP retroactively for the months in which I waited.

17. As a result of my use of the Open Door, I was told by Regional Personnel Manager Rita Seckington that "We would be watching", and if I did not perform, I would "be coached right out the front door". Director of Operations Phil Goodwin asked me if I realized what I had done, getting the

"big boys" involved. I understood these comments to be threats of retaliation for my use of the Open Door.

18. As an Assistant Manager at the Concord club, I worked with and sometimes supervised Christine Kwapnoski, now a named plaintiff in this action. During the years 1994 through 2001, Ms. Kwapnoski often expressed to me her desire to become a manager at Sam's Club. I passed on Ms. Kwapnoski's wish for promotion to Directors of Operations Phil Goodwin, and to the General Managers of the Concord club, including Alan Oshier, Mike Bruegger, Ed Walker, Harley Lowe, and Chet Wayne. Ms. Kwapnoski worked in the receiving and claims area with me. I found her to be an excellent employee and suggested merit raises be awarded to her on more than one occasion.

19. In spring of 2001, the Receiving Area Manager position became vacant. I suggested Ms. Kwapnoski be given the position, based on her experience, work ethic and her potential. She had been qualified for the position for several years, as she had been an excellent receiving and claims area employee, and had been a Team Leader in another area of the club. Nevertheless, she had been repeatedly passed over for this position. Director of Operations Phil Goodwin asked me who I thought should be given the position, and I suggested Ms. Kwapnoski. Mr. Goodwin was adamantly opposed to giving this promotion to her, saying that she had "people issues". Mr. Goodwin was in the Concord store a few times a month. I worked with Ms. Kwapnoski daily and I believed she was qualified for the position. Mr. Goodwin asked if I would cover the Receiving Area Manager position until someone was selected for the job. Shortly thereafter, approximately two weeks after this litigation was filed, Ms. Kwapnoski was finally allowed to be the Receiving Area Manager.

20. Although he blocked Ms. Kwapnoski from being promoted due to unspecified "people issues", Mr. Goodwin did not hold Store Manager Alan Oshier to a similar standard. Mr. Oshier lost his temper with Club associates on a very frequent basis. His outbursts were loud, often cruelly personal, and common knowledge among most of the employees at the Club. Mr. Oshier told me

7

Declaration of Nancy Hom in Support of Plaintiffs' Motion for Class Certification          Case No. C-01-2252 MJJ

that Mr. Goodwin had instructed him to take an anger management course. Mr. Goodwin never expressed to me a belief that Mr. Oshier had "people issues" or that he should not be in management because of these outbursts.

21. In my experience, male managers that I worked with over the years, including Mr. Goodwin and Mr. Oshier, had stereotypical images of how women should behave. Ms. Kwapnoski did not always fit this image.

22. Ms. Kwapnoski had previously been passed over for numerous other positions, which I, as Assistant Manager, believed her to be the most qualified. For example, Tyler Whitney, Bryce Sherman, and Joshua Reynolds were all Area Managers long before Ms. Kwapnoski was promoted to that position. In my opinion, none of these men were any more qualified than Ms.Kwapnoski, and none of them had the amount of seniority that Ms.Kwapnoski did.

23. I observed more frequent and larger merit raises and larger annual raises given to men than to women repeatedly at Sam's Clubs throughout my career. At the Concord Sam's Club, General Manager Oshier often gave large raises to men. For example, I recall Ernie Tautalatasi receiving raises totaling approximately $2.00 an hour in 2000, his first year at the Concord Club. The following year, his raises increased his hourly rate by approximately $1.25 an hour. Henry Sargent was hired in approximately the fall of 2000. I recall that within months, he had been given raises totaling approximately $4.00 an hour. Women were not given raises with the same frequency or ease. For example, I was told by General Manager Mike Bruegger not to come back to him with a request for another raise for Christine Kwapnoski. Another female employee, Cassandra Iman, was not given raises consistent with her performance or in comparison with male associates.

24. I observed disparate treatment of men and women engaged in prohibited personal relationships. For example, Assistant Manager Richard Putnam at a store in the Sacramento area was accused of having an inappropriate personal relationship with a female hourly employee. The

Declaration of Nancy Hom in Support of Plaintiffs' Motion for Class Certification        Case No. C-01-2252 MJJ

female employee was terminated. Only when greater protest was lodged with the Home Office by Mr. Putnam's wife was Mr. Putnam disciplined. He was terminated but rehired three months later in the same position. To my knowledge, the female hourly employee was not rehired.

25. The workplace atmosphere at the Concord Sam's Club was one of hostility towards women in management. For example, when Director of Operations Goodwin telephoned the Club and I answered, he frequently would ask to speak with "a manager". When I would remind him that I was a manager, he would merely respond by asking me to have one of "the guys" return his call. Assistant Manager Richie King told me that the Region was run as a "good old boys' club" and added that he "was not complaining". The male managers socialized together, to the exclusion of the female managers.

26. I have personal knowledge of each and every fact set forth in this Declaration, and if called to testify as a witness in this matter, I could and would competently testify to each of these facts.

I declare under penalty of perjury of the laws of the United States and California that the foregoing is true and correct.

This Declaration was signed by me on April __/ 7__, 2003, at Concord, California.

_____
Nancy Hom

Declaration of Nancy Hom in Support of Plaintiffs' Motion for Class Certification          Case No. C-01-2252 MJJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Nancy Hom in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT A

SAM'S CLUB — MEMBERS ONLY

OPEN DOOR POLICY

TO:    Helen, Bud and Rob Walton

FROM:    Eighty Assistant Managers, General Managers and Directors

DATE:    September 26, 1992

SUBJECT:    Job Security, Opportunities for the future.

cc:    Dean Sanders
       Harry Miller
       David Glass
       Don Soderquist
       Brian Pugh
       Tom Coughlin
       Chuck Webb
       Gary Nebinger
       Randy Edwards
       Steve Tiernan
       Directors of Operation

EXHIBIT A

Dear Helen, Bud and Rob Walton;

We are writing this letter as a follow up to our origional letter dated July 20, 1992.  More commonly known as "The Blue Letter".

We have had an overwhelming response from Assistant Managers, General Managers and Directors.  Stating they would like to be a part of the Unified Management Team.  We now write to you with the support of Eighty Management Members from Sam's Club.

Let us say, again, before you put Loss Prevention on another wild goose chase.  These letters will again be reworded, typed and distributed by several people who do not work for this company.  And, again be forwarded UPON APPROVAL from our Management Team.  We know from experience with our hourly associates that Loss Prevention tries to track down the source of who and where these letters are coming from.

THAT MAKES A HUGE STATEMENT ABOUT OUR, SO CALLED, OPEN DOOR POLICY!

Upon talking to so many new Management Members, we feel we should go into further detail about our concerns for this company.  When we speak of "this Company" we are directly referring to Sam's Club.  However, we have been approached by several (Twenty Eight) individuals from Wal-Mart, Hypermart and the Super Centers who are in full support of the issues expressed within these letters.  There are several Management Members waiting to see if any changes will be made for the entire Wal-Mart Corporation before they pursue further actions within each division.

There were several accusations of where the origional letter came from, and who all was involved in writing it.  We heard hundreds of different versions.  ALL OF WHICH WERE WRONG!  The most obsured being: "It was mostly all Women and Minority's involved."  That couldn't be farther from the truth.  We have a lot of PEOPLE concerned about the welfare of this company and the security of thier jobs.
                    NOT ALL WOMEN OR MINORITY'S

We intentionally waited until after the Fall Managers Meeting to write this letter.  The majority of us wanted to see how the issues would be addressed.  We feel like some issues in the origional letter were swept under the rug or checked off the list as they were acknowledged.  We have seen, or HEARD, that an effort has been made to change some of the issues.

Al Johnsons memo was a beginning!  We hope that, not unlike other situations in the past, this isn't something to passify us until things blow over.

We did hear a couple topics addressed at the Managers Meeting.  Expenses and the Bakery Expansions.  We must say it was encouraging!  As long as it was sincere and won't be forgotten after Christmas when Sales are down and the Executives are again looking for someone to blame.

1

Page 2

We were awfully discouraged by Lesters speach on Discrimination. We all came away with the fact that Profanity and Sexual Harrassment are the only two forms of discrimination, the Executives, felt needed to be addressed.      We wanted to know things like:

- What is it, you think, discrimination is.  (We obviously see it differently)

- What are we doing wrong as a company and how it effects our Bottom Line

- How & Why we need to stop it

The sad thing is that most people didn't even pay attention to the Profanity and Sexual Harrassment part, or Stan Moore would have cut out the part with the Donkey/having a nice ass.  And Paul Carter would have thought twice about the Jewelry comment, when he asked all the married people to raise thier hands.  And the proceeded to tell all the MEN in the audience that there were great diamond watches and bracletts in the jewelry case.

However, we do have several Assistant Managers, General Managers, Directors and Executives that talk like truck drivers.  And we certainly hope, at least, this problem will correct itself.

Maybe we need to go into further detail about wHat we feel discrimination is within this company.  So perhaps every topic we feel to be so, we'll point it out in this letter.

Moving on, we think we would be lying to say we were all happy about Al Johnson Retiring.  Some are very upset.  Some feel that Al was used as a Scape Goat so other issues wouldn't have to be addressed.  None of us feel like Al was 100% at fault.  We have several Executives!!!!!!

The #1 reason our Management Team is upset is not because of the move, but the fact that SO MANY WAL-MART PEOPLE ARE BEING BROUGHT IN TO RUN THIS COMPANY. (And if Dean really expects to bring in all of his Wal-Mart friends as G.M's, there will be an uproar like this company has never before seen) * DISCRIMINATION *

There is not one Executive who has ever ran a Club.  How and What are they basing thier decisions on?  It certainly can't be experience. We'll be honest.  We are terrified!

Terrified because we see our Executives trying to incorporate thier Wal-Mart retailing philosophies and ideals into a Wholesale Industry. We have horrifying tale after tale of the V.P's coming in to our Clubs and giving directions on End-Caps, Seasonal, Displays etc. that leaves everyone, including hourly associates, scratching thier heads in con- fusion.

But, our biggest complaint was that NO ONE AT THE OFFICE WANTS TO ACCEPT RESPONSIBILITY for telling us How and What things should be done.

This company is in a state of Mass Confusion concerning Company Policy and basic direction.  And the New Executives seem to think its the fault of... POOR MANAGEMENT!

Page 3

We get 5 profs a day from the office all telling us to do the same thing in a different way.  Who do we listen to?

We have eight seperate accounts where our V.P's actually LIED, and demanded they never told our Management to implement new programs.  Even when we have 10 or 15 witness' that heard them say these things.  EVEN OUR V.P's REFUSE TO BE HELD ACCOUNTABLE!

They are loosing credibility fast, or should we say, they already lost credibility among our Management Team.   Out of all 80 Management Members involved in forming this letter.  We have only heard 5 positive comments made about our V.P's.  If this were a G.M. or Assistant Manager in a survey, they'd be Busted.  Which says two things to all 80 of us.

1.    You don't want to know what we think, and
2.    You have different standards for Executives, Management and Hourly Associates.

WHICH WE FEEL IS DISCRIMINATION!

Our Executives have no idea who our Management Teams are.  We don't have Senority...we have an Open Door.  Which leaves way for them to PROMOTE and AWARD based on the Buddy Plan. (Who knows Who, Who likes Who, Who's sleeping with Who, and Who has a Favor they need to repay or pull in on)

Send out a Survey on this topic and 95% of the Wal-Mart Corporation would agree with it. *DISCRIMINATION*

It's all Politics.  When David Glass asked the question in our Fall Managers Meeting last year  "Do you think this Company is ran by Politics?" Every person in there wanted to raise thier hands, but were afraid for thier jobs!

We have Management that has been around since day one, with Sam's.  If some of those people aren't Qualified and Experienced enough to help run this Company, then it's because our Executives are REFUSING TO TRAIN THEM!  Instead we have YOUNG, COLLEGE EDUCATED, PERSONAL WALTON FAMILY FRIENDS, being trained up to take those positions.

Some of us feel like experience goes a lot further than a College Degree, or where and who you grew up with.   * DISCRIMINATION *

You keep saying that Management has an Open Door.  You say we can feel free to talk to anyone without fear.  RIGHT! Who would we talk to?   The V.P's have all been caught lying to us. Harry and Dean who refuse to accept responsibility for anything. And now, Dean is bringing in 40 new Wal-Mart General Managers to run our Company, because we're not qualified.  There isn't one person at the General Office that we know, trust or have one ounce of confidence in. And you expect us to trust in an Open Door!

Page 4

We have listed some of the things our Management Team feels would be a start to helping improve some things.

1.    We want a CLEAR COMPANY POLICY for everyone and everything.  So all figures will look the same and all Management will be treated equally.

PAYROLL

Some people talk about Payroll by %
Some people talk about Payroll by $
Some people talk about Payroll by Hours

Which one is it?  If Executives are Mad, and want to complain, they use whatever is convient.  If we've done a good job, and they are proud, they use whatever is convient.  EVERYONE NEEDS TO PLAY BY THE SAME RULE.

We need to find a new way to cut expenses.  Our payroll has been cut until our members are suffering.  WE CAN'T CREATE SALES WITH LESS HELP!   We need to add to our Payroll.  And cut out a One Half Million Dollar, useless, Fall Managers Meeting from the budget.

Out of all our General Managers and Directors, not one came home or has ever returned home with a positive image.  (Excited about Christmas Merchandise, perhaps).

Why don't we turn our Year End Meeting into a Management Meeting, NO SPOUSES, and only have one per year.  All 80 of our Management Team feels the same way.  It's an extravagance we don't need. We NEED Cashiers!!  We NEED people to help our Members on the floor.

Increase our Payroll Expense, give our Members better service and we feel like our Sales will increase.


MEMBERSHIP

We want are Renewal dates to be figured into our Membership figures. This makes a huge difference in monthly percentages.

We want Canabalism and Compition to be figured into Sales Increases. Just like our Bakery Expansions!


BASIC COMPANY POLICY

We want to know what the actual Company Policies are on EVERYTHING.

Depending on which V.P's District you happen to be in, determines what your policies are, for hiring, operations, management moves, and payroll.  It's like working for 4 complete different Companies. ALL THE RULES AND GUIDELINES NEED TO BE THE SAME!

Page 5

BASIC COMPANY POLICY (cont'd)

Rob Walton said, now each Club will be looked at seperatly.

Dean says, no more shiny floors and full selling slots.  Sales on an individual basis.

We mean no disrespect Rob and Dean.  But we've heard this all before. We have experimented with it and eventually we ALL got in trouble for not having those things accomplished.  Honestly, we're afraid to try it again.

So, that (AS ALWAYS) puts the Management in a bad spot. We listen to Dean and eventually get into trouble.  OR  do we ignore it, (which most of us will do) because we've heard it before a dozen times. And suppose, just suppose... we follow direction, and still get into trouble!  Who do we call?   Our Directors are too beat down to stand up for whats right.  You've trained them to keep thier mouths shut, and they do!  And there are of course those 50% of the Directors, that if you go over thier heads to use the Open Door Policy, will black list you, and you'll have Hell to pay!!!!!!!

WHAT ARE THE ACTUAL COMPANY POLICY'S FOR EVERYONE AND EVERYTHING?

2.   We want to know the Chain of Command. Who do we listen to? Excuse the expression, but we have had every Tom, Dick and Harry in the Company out here telling us how to run our Clubs and what they think it should be like.

> Harry wants one thing
> V.P's want another
> Buyers want something else
> Directors try to make them all happen and pray they don't
> loose thier jobs.

We even have Membership people and Programs people out here walking our floors and evaluating our Clubs.  Who are these people? Not one, including Executives, have ever ran a Club.  Why don't they listen to our suggestions for a change.  And if we aren't held accountable to the Buyers for what our Club looks like, then tell them, and us!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! We're tired of it.

3.   We want to know why we are backing off from Promoting Hourly Associates?

> 20% Hourly
> 40% Other Companies
> 40% College Recruits

If we hire people that work for other Companies, with more experience, we would PAY THEM MORE and TREAT THEM BETTER.  But, we have our own very qualified, very experienced associates, whom we expect to take a pay cut or very small raise, to go into Management.

Page 6

Discrimination in Hourly Associate Promotions (cont'd)

We have absoutly no incentives what so ever for our own people.  We have hundreds of overly qualified associates, that are too smart to be used by our Assistant Manager program.  We have more than enough qualified associates within our own Company to cover the Management needs we will have for several years to come.

We can name dozens of hourly associates that had to take a pay cut, or a small raise, sometimes less than twenty dollars a pay period, to be an assistant Manager.  WHY?  To work an additional 20 hours per week, to assume additional pressures and responsibilities.  And even move Cross Country upon request, for a cost of living raise that barely covers your rent!

Our Assistant Managers have gotten the raw end of this deal for a long, long, long time.  * DISCRIMINATION *


We wish we could say that we have changed our opinions about the Union!

But, Helen, Bud and Rob, we've tried very hard to give the Executives the benefit of the doubt.  But the Fall Managers' Meeting only showed us that more of our Management Team than ever are discouraged and agree that, IT'S NOT WORTH IT!!

IT'S NOT FAIR!  We have all put in long hard hours/years to make this Company what it is today, and we refuse to let all the Credit go to the Executives we have now.  (Especially when they try to blame it on POOR MANAGEMENT TEAMS!)  We're tired of it, we'd rather have a Union!


We will say it again, IF HIGH EXPECTATIONS REALLY ARE THE KEY TO EVERY-THING --- THEN WHY DO ALL OF OUR EXECUTIVES HAVE SUCH LOW EXPECTATIONS OF US?


SAM'S "UNINTED" MANAGEMENT TEAM

-----------------------------------------------------------------
-----------------------------------------------------------------
Note to Assistant Managers, General Managers and Directors,

The issues on Specific Directors and Dean Sanders will be sent only to Helen, Bud, Rob, David, Dean, Don, Harry and Tom.
-----------------------------------------------------------------
-----------------------------------------------------------------

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

## Declaration of Nancy Hom in Support of Plaintiffs' Motion for Class Certification

# EXHIBIT B

SAM'S CLUB – MEMBERS ONLY
OPEN DOOR POLICY


TO:

FROM:   Thirty plus, Assistant Managers, General Managers and Directors

SUBJECT:  Discrimination, Job Security, Equality

DATE:   July 20, 1992

cc:   Helen Walton
      Bud Walton
      Rob Walton
      David Glass
      Al Johnson
      Don Soderquist
      Tom Coughlin
      Brian Pugh
      Brenda Lockhart
      Chuck Webb
      Gary Nebinger
      Randy Edwards
      Steve Tiernan


# EXHIBIT B

Dear Helen, Bud and Rob Walton

    David, Al, Don, Tom, Brian, Brenda, Chuck, Gary, Randy & Steve;

We are writing this letter on behalf of 30 plus, Management Members from Sam's Club. We have gathered what we feel are the top worries or concerns from our Directors, General Managers and Assistant Managers. And feel we owe Mr. Waltons family the kindness of voicing our opinions before we proceed with any further plans.

Let us say, up front, before you put Loss Prevention on a wild goose chase! This letter is being reworded, typed and distributed by several people who do not work for this company. As well, we are sending each concerned, and very <u>tight lipped</u>, management member a copy of this letter that upon their approval, will be mailed from various areas of the country. TO SHOW OUR UNITY!!! Some letters will be mailed while on vacations, others will drive to neighboring towns or even have family members mail them from cities far away.

With that out of the way. Our top concern company wide, is without a doubt, JOB SECURITY. Never before have we seen such mass discouragement and dissatisfaction. There seems to be no light at the end of the tunnel! We are being ruled by Vice Presidents (Chuck Webb excluded) who are so Negative and a CEO who seems to think this is obviously the new Company Policy. We have been threatened and had negative comments and personal remarks made until, quite honestly, we're tired of it.

Does the Open Door give way to Legal Discrimination and an easy way to use the Promotable List as (for Assistant and General Managers) a tool to advance Friends and people who don't or won't make Waves?

DISCRIMINATION is running rampant in this company. We've stood by and watched as Women have been unfairly demoted and Opinions Surveys and undue Pressure placed upon them, that men in the same situations have been allowed to get away with for years. Blacks and Women are very carefully scattered among key positions, just to fill those quotas. And Executives don't even try to hide how they feel! It's common knowledge.

Our Vice Presidents seem to think that threats and fear for your job is the new Motivational Technique. We are tired of being treated unfairly and threatened because Sales, Company wide, aren't where the should be. We are tired of taking the blame because Executives have made the unwise decisions to spend hundred of thousands of dollars, on Bakery Expansions that are wiping out our Profits.

Executives have made the decisions to Over-Saturate some of the Markets, and the Sales Decreases are, of course, our faults!

There hasn't been an area where Compitition arrived in the Market that Management hasn't felt like they were going to be fired — we're tired of it! We don't mind looking for new ways to improve Sales and cut Expenses.(though you can only cut so much before the Members begin to suffer) And we feel like we have saved the company Millions of dollars, however, the fear of loosing our jobs or being threatened that lack of Sales in many of these situations, are our faults as a poor management team, is really getting old.

If the reason we continue to Expand and Grow  is to be #1 to the Retailing Industry, then maybe, just maybe it isn't worth it.

You say we are growing so quickly that we can't find enough qualified management to run the Clubs. It's NOT because of our growth! It's because  hourly people see how poorly <u>all Management</u> is treated, and no one    to h   a Manager. And believe us, it has nothing to do with a 32 hour  ited work week!

1

Page 2

You say now, that no Assistant can be promoted, unless they are willing
to accept the responsibility of becoming a General Manager.  WHY?
Except for the money, why would anyone want to be put through the things
that they have to endure?  Assistants view it as a Constant:
    – YOU'R WRONG
    – YOU'R NOT GOOD ENOUGH
    – EVERYTHING IS YOUR FAULT
    – IF YOU CAN'T DO IT, WE'LL FIND SOMEONE WHO CAN
No one wants to live like that!  And the moneys not worth it!

This company used to be concerned that we treated all hourly associates
fairly. (And management was Discriminated against)  Now, the new concern
seems to be Assistant Managers. (And our G.M's and Directors will continue
to be Discriminated against)  Is there no middle ground where this Company
can be run without threats and such obvious Discrimination?

The latest form of Discrimination seems to be coming to people who know
TOO MUCH ABOUT COMPANY POLICY. Pressure isbeing applied and false accusations
are being made that our most experienced and dedicated Managers are,..
DELIBERTLY AVOIDING COMPANY POLICIES!  We are Outraged that our Executives
have so little knowledge about what is going on in this Company that they
could ever make a comment like that to our most valued Members of Management.
You can't win for loosing!  If the Executives can't find any dirt to dig up,
they can say or do whatever they feel,and your still in jeopardy of loosing
your job.

Do you not want people who are dedicated and willing to carry on Mr. Waltons
techniques of "We can do anything"?   or, Is it like we ALL really believe,
And Al Johnson and his new team of Vice Presidents couldn't wait for Mr.
Walton to die, so they could run this Company the way they always wanted to.
(And were never allowed to get away with)

Were tired of the Management not having an Open Door!  Were tired of an
Open Door where one persons opinion, out of a hundred or two, has the
potential of getting you fired!  We feel like the Executives pick and choose
among these hourly complaints, to DISCRIMINATE against the management of
their choice.  God forbid a complaint come from a Club or Region of one of
our Women Management Members.  Or worse yet, a Club that one of the Exec-
utives decided they never liked to start with.  THIS HAS HAPPENED SEVERAL
TIMES, JUST IN THE LAST MONTH!  (Steve and Randy have practiced this form
of Discrimination until they are Professionals at it)

The Open Door creates a LEGAL  situation for the Executives to pounce on
the people they don't care for, while their "Good Ole Boys" and "YES people"
(Wendy Lancaster) get a slap on the hand and a promotion.  IT'S NOT FAIR!

It's hard to see how an Open Door can continue to serve this NEW STYLE
of Executive Management.  Mrs. Walton, Bud and Rob, we don't want a Union!!!!!
But we refuse to continue to be threatened and fear for our jobs.
We realize this Company is growing too fast to ever have that close family
feeling and genuine concern for each other that it used to have.   We are
hoping that things haven't gone past a turning point. But we've never seen
more management ready to quit!  Something has to be done!

If it comes down to it, we're prepared to fight for a Union.  We're prepared
to go to Mass Media with Discrimination Suits our Laywers have only dreamed
about, and alot of us are prepared to loose our jobs, because at this rate
this company won't be worth working for in six months!

You know, IF HIGH EXPECTATIONS REALLY ARE THE KEY TO EVERYTHING – THEN WHY
DO ALL OF OUR EXECUTIVES HAVE SUCH LOW EXPECTATIONS OF US?  THEY TRY TO
CATCH US DOING THINGS WRONG INSTEAD OF HELPING US DO THINGS RIGHT!

Cat's "UNISTATES" Management Team

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Nancy Hom in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT C

SAM'S CLUB - MEMBERS ONLY

TO:  Sam's Assistant Managers
     General Managers
     Director of Operations

FROM:  Over 100 Sam's Management Members

DATE:  February 19, 1993

SUBJECT:  Job Security, Discrimination, Unity among the Management

cc:  No Executive will receive a copy
     We tried to work with them...they wouldn't listen!

EXHIBIT C

SAM'S CLUB – MEMBERS ONLY


TO:    Sam's Assistant Managers
       General Managers
       Director of Operations

FROM:   Over 100 Sam's Management Members

DATE:   February 19, 1993

SUBJECT:   Job Security, Discrimination, Unity among the Management

cc:   No Executive will receive a copy
      We tried to work with them...they wouldn't listen!

February 19, 1999

Sam's Assistant Manager   G.M's and Directors;

Enclosed you will find two letters which were mailed, in mass numbers, to the Executives at Wal-Mart and Sam's Club. We feel like we have given an adequate length of time for some type of effort to be made, or at very least a response to our concerns. Before we pursued any further actions with the Unions.

We now have a Unified Management Team of over 100 members. Who are all very discouraged and afraid for their job security. In all honesty, we had hoped that by mailing these first two letters, we could work with our Executives on some of our concerns. As well as making us feel more secure with our positions in the company.
However, that hasn't been the case. We feel like we've only made the Executives more upset.
                "HOW DARE YOU ACTUALLY USE THE OPEN DOOR POLICY"

We realize now, that we have no alternative but to let all of our Management Team know...
        YOU ARE NOT THE ONLY MEMBER OF MANAGEMENT THAT FEELS LIKE YOU'RE IN OVER YOUR
        HEAD, AND ABOUT TO LOOSE YOUR JOB!!!
There are a lot of us that feel that way! Here are some of our concerns. Do any of them hit close to home with you?

JOB SECURITY

Our company structure has been gradually set up in such a way, that you don't need a valid excuse to be Terminated or Busted Back anymore. There are literally dozens of ways to get rid of Management.

The latest form (which also proved to be very effective in the Wal-Mart Division) is the new PROCEDURAL BOOK. By following this outline, Loss Prevention or Internal Audit can come in at any time and find something, anything, to get rid of a Manager!!!!!
We've never heard the word DECISION DAY used more.

        Evaluations = DECISION DAY
        Loss Prevention = DECISION DAY
        Directors = DECISION DAY
        General Managers = DECISION DAY
        Assistant Managers = DECISION DAY

We all know that our Clubs are not ever perfect in all areas, at all times. We are afraid this will be used to CLEAN HOUSE of Management that our new "ALL WAL-MART" Executives don't approve of, so they can bring in all of there Wal-Mart buddy's to fill our positions.

They made that very clear at the meeting. Don't you think? We admit it, we are terrified! We feel like ruling by "INTIMIDATION" is the new standard.

Also in the Procedural Book, a Shrink percentage of .20% two years ago, would have qualified that Clubs associates for a Low Shrink Bonus. That same figure today has the potential to get you Terminated! A .20% Shrink would cause your Warehouse to go through a High Shrink Audit, which allows Loss Prevention and Internal Audit to come in and tear down the Management and Associate morale. Just one more way to GET RID OF MANAGERS!

We don't know about you, but we feel like our Sam's Management is being TOLD and TREATED like, we're not as QUALIFIED or as GOOD as the Wal-Mart Division. We feel like second class citizens! We have a lot of questions. Very valid questions that the Executives don't seem to want to address.
If we aren't qualified...Why aren't they training us?
If we aren't going to be promoted...Why aren't they telling us? (So we can look for better jobs?)

There are hundreds of us, thinking we will be the next General Manager or Director to be promoted. But for some reason, we are all passed over time and time again.
We feel like there used to be hope that, SOME DAY, it would be our turn! But now, the Wal-Mart Division is filling OUR JOBS! Reality has finally set in...

                THERE IS NO WHERE LEFT TO ADVANCE IN THIS COMPANY !

We see part of the problem, our new Executives don't trust the opinions of our General Managers or Directors, and flat refuse to listen to them. We know our suggestions for people on the Promotable List, don't ever actually make it!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

WHY?

Page 2

All of our Executive pc...cions have been given to the Wal-Mart c_.ision.
        President - WAL-MART
        Vice President - WAL-MART
        Director of Personnel - WAL-MART
        V.P-Divisional Mdse Mgr - WAL-MART
        Senior V.P. Food & Commodity - WAL-MART
This doesn't even take into consideration all of the G.M. and Director positions that
they are about to fill !

And, What do you think about this new, FAST-TRACK, program?    No experience!
Never been an Assistant Manager!  Never been a General Manager!   Never even worked in
a Club, but these kind of people are going to be our new Directors!!!!!!!!!!!!!!!!!!!!!!!!

We were told at the meeting that these people were being brought over, so we'd better
get used to the idea!

WE ARE CONCERNED, VERY CONCERNED!

Where is our Job Security?
Where is our opportunity to Advance?

There were recently some decisions made, which effected the Meat and Bakery Managers.
The Executives stopped the Bonus Plan...without any notice!   A year ago, they agreed to
pay the Meat and Bakery Managers a Bonus on Profits.  But the Managers were told in
January that they would no longer do this!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Some Managers took as much as a 10-12 THOUSAND DOLLAR pay cut.  These managers and the
people they hired were told that they had a GREAT FUTURE in the Fresh Department with
Sam's.  They gave up Careers and stable positions to join our company.  Now they are
being told that in the near future, there will not even be a need for their positions.
What next?        The Assistant Managers Bonus?
                  The General Managers Bonus?

We don't know about you...but we don't feel real secure!

It's not only the Job Security that worries us, it's also the DISCRIMINATION.

SALARIES ARE NOT EQUAL OR FAIR!   Wal-Mart has always taken care of the hourly associates,
so they wouldn't have to deal with the Unions.  But at the same time, our Management was
being treated poorly, working longer hours, for less pay, while they moved Heaven and
Earth the keep the Hourly Associates content.
Pay scales range from $18,000 to $80,000 (in some cases)  WHERE IS THE FAIRNESS IN THAT?

At very least, Assistant Managers should make enough to feed their families and pay the
rent.  They work long, hard, pressure filled jobs, and should be paid accordingly!
EIGHTEEN THOUSAND DOLLARS IS AT THE POVERTY LEVEL BY TODAYS STANDARDS!

SMALL PERCENTAGE OF WOMEN AND MINORITIES IN MANAGEMENT. Especially from the General
Manager level and up.  (We don't need to go into detail)

WOMEN HAVE BEEN, AND CONTINUE TO BE DISCRIMINATED AGAINST!  Talked down to!  Passed over
for Promotions!  Black Listed due to using the Open Door Policy! Black Listed for allowing
Associates to use the Open Door Policy! Not given, WELL DESERVED, pay raises!  Busted Back,
and Terminated in situations where men are allowed to get away with the same things for
years!  Paid Less, in many instances!
And, we'll be praying for those of you that work for Randy Edwards!   Because chances are
that you'll either be treated poorly, or moved to a different Region!

One of our biggest areas of Discrimination is found with the OPINION SURVEYS.
The HOURLY SURVEYS have intimidated us into being afraid to use Basic Company Policys!
We don't want to make the hourly associates mad enough to write or call the office.  We
know that all it takes is one unhappy associate for a General Manager or Assistant to
loose their jobs.  We've seen it time and time again.

We've seen Clubs and General Managers that have been Black Listed because their associates
felt too free to use the Open Door.  And wrote one too many letters to the office.
They have now been branded "TROUBLE CAUSERS" and banned from awards and promotions!

The EXECUTIVE SURVEYS were a joke, weren't they?  How many of you had the Guts to actually
write all the negative things you were thinking about the Executives and SEND THEM BACK...
U.S. MAIL!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
Postmarked, from your city, for all of Personnel to see!  We're not stupid, we know that
the guys in personnel tell everything they know!   It's just another form of INTIMIDATION!
Out of over 100 of our United Management Team, only seven people actually mailed a
truthful reply in. (And those seven won't be on the Promotable List any time soon!)

Page 3

We don't have the answers, we feel just as BEAT DOWN as you do!

We tried to gather together enough forces that the office could see that it wasn't just a couple unhappy people.    But, they still didn't listen.
We gave them point blank issues that we saw as potential problems.  They didn't listen.

We know we can't sit  back and let our jobs be taken away from us.  Or be Intimidated into feeling like we haven't done a Great Job at making this company what it is today. Dean said himself, that Sam's is the biggest money maker Wal-Mart has!  If that is so... It's because SAM'S MANAGEMENT TEAM made this company what it is.   Long before Dean and these new Executives were put in at the top.   WE HELPED MAKE THE PROFITS,  WE KEEP OUR MEMBERS COMING BACK!  And if we work together as a UNITED MANAGEMENT TEAM we can fight for our jobs and to make this company a better place to work.

When was the last time the Executives took a Sam's Manager and gave them, outright, a new Wal-Mart store?  (It hasn't happened!)

When was the last time they took a Sam's Director of Operations and put them over the Wal-Mart stores?

When was any of our people placed into Executive Positions without being Busted or Terminated?

Have you ever wondered WHY?  Have you wondered how Secure your Job is lately?
WE HAVE!!!

We don't have the answers!  We just have more and more questions everyday!  And we feel like something has to be done!

HOW ABOUT YOU ?

Sam's United Management Team