Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:      626.585.9600
Facsimile:      626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF JOANNE JASO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Joanne Jaso, declare:

1. I make this statement on the basis of my personal knowledge, and, if called as a witness, could and would testify competently to the facts herein.

2. I have been employed by Wal-Mart Inc. in California since April 1996. I am female.

3. When I began working for Wal-Mart, my goal was to eventually become an Assistant Manager.

4. I am a single mother. When I first began working for Wal-Mart, I made approximately $11,220 per year and, seven years later, I now make approximately $25,000 per year. It has been very difficult to support my two children on the salary I make working for Wal-Mart. In February 2001, I could no longer support my family on my salary so I took a second full-time job. This second job provided insurance for my family, as I could not afford Wal-Mart's health insurance and had been uninsured since I began working for Wal-Mart in 1996. In February 2002, I was diagnosed with stress-related illnesses and was forced to quit the second job.

5. From 1998 to 2001, I worked every weekend even though I was an hourly associate. I also worked overnights for that entire period. I thought that Wal-Mart would recognize my commitment to the job if I worked these hours.

6. I have observed a great amount of gender segregation in jobs at the two Wal-Mart stores I have worked in. Women tend to work in Cosmetics and Health and Beauty Aids. The Garden Center employees are almost exclusively male with the exception of the cashiers. In the store where I currently work in Bakersfield, California there are only two women that hold management positions above support manager: Assistant Manager Tina Hernandez, and Assistant Manager Davlin Barrera. Assistant Managers Hernandez and Barrera both transferred into the store. I have never seen a female store manager.

2

DECLARATION OF JOANNE JASO IN SUPPORT OF                                        Case No. C-012252 MJJ
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

7. I was hired by Wal-Mart as an overnight stocker in a Bakersfield, California store. In approximately December 1996, I transferred to a different Wal-Mart store in Bakersfield, California and took a position as a processor. In February 1997, I became a cashier.

8. In approximately September 1997, Customer Service Manager Carly Griswold asked me if I wanted her position because she was stepping down. The position was not posted and I did not apply for it. I took the position and held it for three years until 2001. In this position, I supervised cashiers and was responsible for the front end of the store. I was never disciplined and my performance evaluations were always either 'meets expectations' or 'exceeds expectations.' (Attached hereto is a true and accurate copy of 1999 Performance Evaluation as Jaso Exhibit A). I received several merit raises. In April 2000 I was recognized for "above and beyond performance." The commendation stated:    "[Joanne] displayed ownership in her area with great leadership." (Attached hereto is a true and accurate copy of Associate's Commendation Form as Jaso Exhibit B).

9. I have applied for at least ten department manager and support manager positions from 1998 to 2002. Store Manager Oscar Cuevas told us in employee meetings that everyone who applies for these positions would be interviewed, yet I have been interviewed for only four or five of these positions.

10. In approximately 1998, I applied for an Electronics Department Manager position. Store Manager Cuevas told me that he already had two men selected for the position because the department carries a lot of responsibility and he did not think I could handle it. He added that the position was a man's job and requires a lot of heavy lifting.

11. In approximately 1998, I applied for a support manager position. I was not interviewed. A man, Charles Bristow, was selected for the position. I asked Store Manager Cuevas why I was not considered for the position. He replied that I did not have enough merchandizing experience to be a

DECLARATION OF JOANNE JASO IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION                    Case No. C-012252 MJJ

Department Manager or Support Manager. At this time I had been working in the front end for about one year and I believed that I had gained considerable merchandizing experience. Store Manager Cuevas also told me that to be a Support Manager, you had to first be a Department Manager. Before his promotion to Support Manager, Charles Bristow had been a Receiving Manager for approximately one month. Receiving Manager is not a Department Manager position.

12. In approximately 1998, I went on the pipeline, Wal-Mart's intranet, looking for different opportunities that Wal-Mart offered. I saw reference to a Manager Training program. I had never seen a posting for a manager training position. I told Store Manager Cuevas that I was interested in the Manager Training program. He responded that I did not have enough merchandizing experience.

13. In approximately 1998, I applied for a Department Manager of Furniture position. I was not interviewed for that position. It was given to a male cashier that I had supervised.

14. In approximately May 2001, I applied for a support manager position. Robert Morning, who had worked for Wal-Mart as a Receiving Manager for only a few months, was promoted to Support Manager without first holding a department manager position.

15. In approximately 2002, I applied for a furniture department manager position. Several times I asked Assistant Manager Craig Beemer when I would be interviewed. He repeatedly responded that I would be interviewed soon. I was never interviewed for the position and when I asked Assistant Manager Beemer why, he responded that he had based his decision on a previous interview. I had not been interviewed in approximately three years.

17. In November 2002, after six years of experience with Wal-Mart, I was finally promoted to Department Manager of Boys Wear. This is an hourly position. I have no confidence that I will ever reach my goal of becoming Assistant Manager.

///

DECLARATION OF JOANNE JASO IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION                    Case No. C-012252 MJJ

18. In early 2003, I saw that for the first time in my six years at Wal-Mart, Wal-Mart was offering an opportunity to apply for manager training. However, I was on medical leave for the seven days during which an application could be made. I missed my opportunity and I have not been told if or when Wal-Mart will accept applications for the Manager Training program again. I remain interested in joining the Manager Training program at Wal-Mart and if given the opportunity would readily enter a training program.

I declare under penalty of perjury of the laws of the United States and State of California that the foregoing is true and correct.

This Declaration was signed by me on April 17th, 2003, at Kern County.

Johne Jaso

JOANNE JASO, DECLARANT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Joanne Jaso in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT A

## PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: JOANNE JASO | Store # 1624 | Position: O/N CSM |
| SS#: 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 | | Current Pay Rate: 8.50 |
| Review Period: YEARLY | | Increase Amount: 8.93  43¢ |
| From: 04-01-99 | To: 04-01-00 | New Pay Rate: 8.93 |

☐ 90 Day          ☒ Annual          ☐ Follow Up

### STRENGTHS

Joanne is an excellent leader, always given the associates good direction in completing the front routines in a timely manner. The cash roll sation the win train & be abyles excellent. Known for cba dutie Joanne has always been a hard worker. Dress code, follow the loft rule.

### AREAS FOR IMPROVEMENT

Learn more about the floor + dept manager duties, learn the ledzon

### ASSOCIATES COMMENTS/ GOAL SETTINGS

NO COMMENT

*This is an evaluation of the Associate's __Overall__ Job Performance.*

☒ EXCEEDS EXPECTATIONS    ☐ MEETS EXPECTATIONS    ☐ BELOW EXPECTATIONS

### SIGNATURES

| | | |
|---|---|---|
| Associate's Signature | JoAnne Jaso | 2-29-00 |
| Print Associate's Name | | Date |
| Supervisor's Signature | T HERNANDEZ | 2/29/00 |
| Print Supervisor's Name | | Date |
| Signature of Next Level of Supervision | Print Supervisor's Name | Date |

## JASO EXHIBIT A

WMHO 1037677
CONFIDENTIAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

## Declaration of Joanne Jaso in Support of Plaintiffs' Motion for Class Certification

# EXHIBIT B

WMP-32 (REV. 7/84)

## ASSOCIATE'S COMMENDATION FORM

NAME: Joanne Jaso            SS# 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 STORE # 1624

DATE HIRED: 4-1-96          POSITION: - OVERNIGHT CSM -

This form is to be used to recognize any action for which an associate should be commended.  Please give all the details, including dates.

Joanne Is Being Recognized For Her ABove & Beyond Performance AT The FRoNT + All the Extra things She Does. She Has Displayed ownership in Her ARea With Great leadership. Thankyou. Joanne For Your Hardwork Keep it up.

If a change in position occurs, please fill out the following:

POSITION:    FROM: _____    TO: _____
DEPARTMENT:  FROM: _____    TO: _____
SALARY:      FROM: 8.50 8.93          TO: 9.38
STATUS:      FROM: __F__ P __T__      TO: __F__ P __T__
             ** F = FULL TIME ** P = PART TIME ** T = TEMPORARY **

ASSOCIATE SIGNATURE _____    DATE: 3-28-00
MANAGER'S APPROVAL _____     DATE: 4-13-00
EFFECTIVE DATE _4-15-00_

COPIES TO ASSOCIATE'S PERSONNEL FILE

WMHO 1037676
CONFIDENTIAL

**JASO EXHIBIT B**