Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Telephone:     626.585.9600
Facsimile:     626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF LUCRETIA JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Decl. of Lucretia Johnson in Support of Plaintiffs' Motion for Class Certification        Case No. C 01-CV-2252-CRB

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Lucretia Johnson, declare:

1. I am a woman and a current Sam's Club employee.

2. I began working at the Sam's Club in Concord,California in August 1993. Although I consistently expressed interest in being promoted into management, I was not offered a salaried management position until June 2002, a year after this lawsuit was filed and almost nine years after I began working for Sam's Club. At that time, I was promoted to Front End Area Manager, the position I currently hold.

3. Between 1993 and my promotion to Front End Area Manager in June 2002, I held the following positions: Cashier, Check Out Supervisor, Membership Desk Employee, Outside Sales, Marketing and Membership Team Leader, and Advantage Coordinator. I have always worked in the areas of the store known as "operations" and the "front end". I have never been offered a position in another area of the store, such as receiving or the merchandise areas.

4. In February 1994, I received my six-month evaluation. I wrote on the evaluation that my career goal was "to learn more about the company where it would benefit me to move up in the company. I would like to learn each department to have the knowledge to benefit myself and grow with the company." A true and correct copy of that evaluation is attached hereto as Exhibit A.

5. In July 1994, I received my first annual evaluation. I wrote on the evaluation that I "would like to be trained to advance within our company" and my goal " is to learn as much as I can about the warehouse business to guide me to a management position." A true and correct copy of that evaluation is attached hereto as Exhibit B.

6. In July 1995, I received my second annual evaluation. In the section entitled "career goals," I wrote that I wanted "to be able to grow within the company." A true and correct copy of that evaluation is attached hereto as Exhibit C.

7. In July 1997, I received my fourth annual evaluation. I wrote on the evaluation that my career goal "is to grow within the company as a lead person and to develop my skill." A true and correct copy of that evaluation is attached hereto as Exhibit D.

8. In July 1998, I received my fifth annual evaluation. In the section entitled career goals, my supervisor, Angela Putnam wrote, "Lucretia would like to master her new current position and then work her way to the next level which is management." A true and correct copy of that evaluation is attached hereto as Exhibit E.

9. In September 2000, I received my seventh annual evaluation. I wrote on the evaluation that I wanted to "enroll in the MIT program for management" and "continue to develop skills that would help me to become an operation manager." A true and correct copy of that evaluation is attached hereto as Exhibit F.

10. In July 2001, I received my eighth annual evaluation. I wrote on the evaluation that I wanted to "develop my skills and job knowledge that would lead me in a management position." A true and correct copy of that evaluation is attached hereto as Exhibit G.

11. Despite my repeated expression of interest in promotion into management, I was never told how I could apply for the Management Training Program. I never saw or heard about any applications. On one occasion, General Manager George Cunningham told me that I would never be promoted into management, but did not tell me why. On other occasions, my managers told me that I needed to get more experience, but did not tell me what experience I needed or give me a timeline. It was very discouraging to continually express interest in a management position, but not get promoted for so many years.

12. While I was working at the Membership Desk, my supervisor was a woman named Angela Putnam. Ms. Putnam promoted me to the position of Marketing and Membership Team Leader. Ms. Putnam was a very good supervisor and mentor who encouraged me in my goal of getting promoted. Ms. Putnam referred to Sam's Club as a "boy's club" and told me that, as a woman, she had to fight to get promoted and that I would, too. Ms. Putnam no longer works at the Concord Sam's Club. Apart from Ms. Putnam, I have not received encouragement and mentorship from my supervisors.

13. In June 2002, I was promoted to the position of Front End Area Manager. The position became open when the Front End Area Manager Neville Boston left the Club. I told General

Manager Alan Oshier that I was interested in the position. About three or four months after Mr. Boston left, Mr. Oshier told me that I had been selected for the position. I had not applied for the position or been interviewed for the position. I believe that I was promoted only because this lawsuit was filed and Sam's Club wanted to increase the number of women in management at the Concord store.

14. In January 2003, there was a notice posted in the store, soliciting interest in the Management Training Program. I told Director of Operations Ross LaDeaux that I was interested in the Management Training Program. Mr. LaDeaux told me that I did not have to sign up on the posting because he already knew that I was interested and I was being considered. I have not been interviewed or heard anything further.

15. I do not know how long I must work as a Front End Area Manager or whether I have to become Receiving Area Manager in order to get promoted into the Management Training Program. When the Receiving Area Manager position opened up a few months ago, I told General Manager Alan Oshier that I was interested in the position. Mr. Oshier told me that I needed to spend more time as Front End Area Manager. I later spoke to General Manager Theresa Hagensen about what I had to do to get promoted into the Management Training Program. Ms. Hagensen suggested that I transfer to the Receiving Area Manager position. When I received my annual evaluation in February 2003, I asked Director of Operations Russ LaDeaux whether I had to work as Receiving Area Manager in order to be promoted. Mr. LaDeaux told me that I can be promoted without being Receiving Area Manager.

16. I learned that Wal-Mart Stores, Inc. stated, in response to an Interrogatory propounded in this case, that General Manager Alan Oshier and Assistant Manager Brian Lothamer do not believe that I am qualified for the Management Training Program because I have poor people skills. I find that ironic because Mr. Lothamer and Mr. Oshier have poor people skills, but have been allowed to advance into management. When I worked under the supervision of Mr. Lothamer, he routinely yelled at me, belittled me, and put me down in front of other employees. I had similar experiences

Declaration of Lucretia Johnson in Support of Plaintiffs' Motion for Class Certification    Case No. C-01-2252 MJJ

with Mr. Oshier. Mr. Oshier told me that he was taking anger management classes and thanked me for praying for him.

17. I have worked under class member declarant Nancy Hom's supervision. I never experienced any difficulties working with Ms. Hom. I have worked with Named Plaintiff Christine Kwapnoski. I never had any difficulty working with Ms. Kwapnoski.

18. Neither Mr. Lothamer, nor Mr. Oshier, nor any other Sam's Club manager has ever told me that I am ineligible to advance beyond the position of Front End Area Manager because of my supposed problems with people skills.

19. I have personal knowledge of each and every fact set forth in the Declaration, and if called to testify as a witness in this matter, I could and would competently testify to each of these facts.

I declare under penalty of perjury of the laws of the United States and State of California that the foregoing is true and correct.

This Declaration was signed by me on ___April 16, 1___ (month, day), 2003, at

___San Francisco___ (city, state).
CA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Lucretia Johnson in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT A

WMP-12
Rev: 7-87

WAL-MART STORES, INC.
ASSOCIATE EVALUATION FORM

Date of Review: 2/17/94

Name _Lucretia Johnson_    Social Security No. _257-15-025c_

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation        2 - Periodic Review (6 month)     3 - Pay Increase-Anniversary
4 - Promotion                5 - Pay Increase-Merit            6 - Demotion
7 - Transfer                 8 - Warning (Probation)           9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evaluation and discuss the _positive_ and _negative_ points.

The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents together before filing the evaluation in the personnel file.

### GENERAL JOB PERFORMANCE

IN THE SPACE PROVIDED, DESCRIBE THE ASSOCIATE'S PERFORMANCE.

INITIATIVE - How is the associate's ability to act independently in new situation; the extent to which he/she sees what needs to be done and does it without being told?.

COMMENTS: _Lucretia needs to take initiative. She has the ability to act independently but needs to use that ability to accomplish tasks and issues that may occur._

PRODUCTIVITY - What is the actual work output of the associate relative to other associates? Consider what he/she actually produces rather than what the associate is capable of producing. Does the associate utilize preplanning and organization to increase productivity?

COMMENTS: _Lucretia helps other associates when she is not busy ringing on a register, and will stock registers with boxes and other supplies._

WPK/8070-128C/0787-1

CONFIDENTIAL

EXHIBIT A

WMHO243268

Associate Evaluation Form (Cont.)

EFFORT - Describe the degree to which the associate does his/her best to be a top associate without regard to how effective he/she may be). Consider conscientiousness and motivation. Does the associate work consistently?

COMMENTS: Lucretia makes sure she has knowledge of all policies and procedures, and tries to stay busy most of the time

DEPENDABILITY - Cover the extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent. Discuss amount of follow-up needed to ensure work completion.

COMMENTS: Lucretia is very dependable. She shows up to work her scheduled shifts and has been late only a couple of times. She has also come into work when she has been called in.

JOB KNOWLEDGE - Evaluate the associate's knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job. Does the associate utilize all resources available to help accomplish tasks?

COMMENTS: Lucretia knows all procedures, equipment and materials required to get her job done. She will also be shown how to use runbooks to look up item numbers and prices

COOPERATIVENESS - Is the associate willing to work harmoniously with others in getting the job done? Evaluate his/her readiness to observe and conform to the policies of Management. Does the associate maintain an attitude toward others that makes working together comfortable?

COMMENTS: Lucretia works great with others. She makes working with others very comfortable. she has no problem with policies and procedures.

WPK/8070-128C/0787-2

CONFIDENTIAL

WMHO243269

Associate Evaluation Form (Cont.)

JUDGMENT - Evaluate the associate's ability to make decisions which are sound -- has the freedom from impulsiveness and immaturity in his/her thinking; has the ability to base his/her actions on fact rather than emotion.

COMMENTS: Lucretia has the ability to make decisions based on fact rather than emotion. If she comes up with a problem she will ask for a supervisors assistance.

SAFETY - How are the associate's work habits as it relates to safety? Does he/she observe the rules, laws and policies regarding safety and cleanliness? Does he/she look for ways and suggest ways to improve safety of self and others? Does he/she take action on an unsafe condition even if it is not in his/her work area?

COMMENTS: Lucretia wears her back belt at all times and uses the buddy system when needed.

COURTESY TOWARDS CUSTOMERS - Cover the associate's attitude towards customer service. Does he/she show respect, consideration, cooperation for the needs and wants of the customer? Does he/she promote aggressive hospitality? Does associate greet and acknowledge all customers he/she comes in contact with? Does he/she enjoy being around the public and working with the public?

COMMENTS: Lucretia is great with members, she shows nothing but respect, consideration and concern for members needs. She acknowledge's all members she may come in contact with

EVALUATION SUMMARY

DISCUSS THE ASSOCIATE'S MAJOR STRENGTHS:
- great member service
- dependable
- good job Knowledge.

WPK/8070-128C/0787-3

CONFIDENTIAL

WMHO243270

Associate Evaluation Form (Cont.)

DISCUSS THE MAJOR AREAS OF JOB PERFORMANCE NEEDING IMPROVEMENT: _____

Lucretia needs to work on taking more Initiative to get assiand task completed in a appropiate amount of time

AREAS OF JOB PERFORMANCE IMPROVED SINCE LAST EVALUATION:

- more sense of urgency
- more safety

ASSOCIATE'S PLAN OF ACTION:  ASSOCIATE, EXPLAIN THE STEPS YOU WILL TAKE TO IMPROVE ANY WEAK-
NESSES YOU MAY NOW HAVE:

I'm aware of needing to take more initiative and will improve in this area in the future

CAREER GOALS: IS to learn more about the company were it would benfit me to move up in the company I would like to learn each department to have the knowledge to benfit myself and grow with the company

ASSOCIATE'S COMMENTS: I was well Pleas. with my review and I will improve on the things that was said.

BASED ON THE ASSOCIATE'S PERFORMANCE OVER THE EVALUATION PERIOD, PLEASE CIRCLE THE APPRO-
PRIATE PERFORMANCE RATING:

| EXCEPTIONAL | ABOVE STANDARD | STANDARD | BELOW STANDARD | MARGINAL |
|---|---|---|---|---|

_____ Associate

7.00
Old Rate

Rachell Ray_____ Supervisor

7.61
New Rate

2/17/94
Date Signed

_____ Supervisor

WPK/8070-128C/0787-4

CONFIDENTIAL

WMHO243271

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Lucretia Johnson in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT B

*: 7.61*

SWC 50%.(8-90)

**SAM'S CLUB
ASSOCIATE EVALUATION FORM**

Date of Review: 7./7.94

Name _L/A____ J_____ £_     Social Security No. _____

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation      2 - Periodic Review (6 month)    ③ - Pay Increase-Anniversary
4 - Promotion              5 - Pay Increase-Merit           6 - Demotion
7 - Transfer               8 - Warning (Probation)          9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions.  Be sure you are thorough, truthful, factual and fair on the evalution and discuss the positive and negative points.

The form is divided into two parts.  The first is an evaluation of the associate's general job performance.  The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents before filing the evaluation in the personnel file.

## JOB PERFORMANCE

(CIRCLE NUMBER OF RATING WHICH DESCRIBES ASSOCIATE'S PERFORMANCE)

INITIATIVE - The degree to which the associate acts independently in new situations; the extent to which he/she sees what needs to be done and does it without being told.

| 5 | ④ | 3 | 2 | 1 |
|---|---|---|---|---|
| Little or no supervision needed. Highly resourceful and aggressive. | Thinks and acts independently. Resourceful in new situation. | Initiative is satisfactory. Requires average supervision. | Requires frequent instructions. Needs close supervision. | Must be told everything to do. Takes no personal initiative. |

COMMENTS: _____

PRODUCTIVITY - The actual work output of the associate relative to other associates. Consider what he/she actually produces rather than what the associate is capable of producing.

| 5 | 4 | ③ | 2 | 1 |
|---|---|---|---|---|
| Definitely a top producer. | Produces more than most; above average. | Average output; definitely meets requirements. | Low output; below average. | Extremely. low output; definitely not average. |

COMMENTS: _____

WPK/FMS207-S/0286M-1

CONFIDENTIAL

**EXHIBIT B**

WMHO243262

EFFORT - The degree to which the associate does his/her best    be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Intensely motivated. Exerts maximum effort. | Exerts more effort than most. A hard worker. | Satisfactory effort; average motivation. level. | Low motivation could perform much better than he/she does. | Exerts effort only when he/she is forced to do so. |

COMMENTS: _____

_____

DEPENDABILITY - The extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Completely reliable highly persistent finishes a job at any cost to him/herself. | More reliable than average; usually persists in spite of difficulty. | Trustworthy and reliable; needs average direction; about average in persistence. | Sometimes unreliable; avoids responsibility; satisfied to "get by". | Usually unreliable; does not assume responsibility; gives up easily. |

COMMENTS: _____

_____

JOB KNOWLEDGE - Knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Authoritative knowledge of his/her own work and superior knowledge of related jobs. | Well-informed about his/her own job and related jobs. | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. | Minimum knowledge for doing his/her job. | Lacks knowledge to perform work properly. |

COMMENTS: _____

_____

COOPERATIVENESS - Willingness to work harmoniously with others in getting a job done. Readiness to observe and conform to the policies of management. Maintenance of an attitude toward others that makes working together comfortable.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Extremely cooperative stimulates work and good attitudes in others. | Goes out of his/her way to cooperate and get along. | Cooperative; gets along well with others; has a good attitude. | Indifferent; makes no effort to cooperate. | Extremely negative and hard to get along with. |

COMMENTS: _____

_____

WPK/FMS207-S/0286M-2

CONFIDENTIAL

WMHO243263

JUDGMENT - The extent to which the associate makes decisions which are sound. Freedom from impulsiveness and immaturity in his/her thinking. Ability to base his/her actions on fact rather than emotion.

| 5 | 4 | (3) | 2 | 1 |
|---|---|---|---|---|
| Unusual rational powers; astute in analyzing facts and solving problems; no impulsive decisions. | Better than average judgment; very mature and sound in his/her thinking. | Generally thinks rationally; not immature or illogical; has healthy respect for facts. | Sometimes fails to consider facts and makes error of judgment the average person would avoid. | Frequently makes judgments which are unsound; immature in thinking and judging. |

COMMENTS: _____

_____

_____

SAFETY - The development of work habits that prevent injury & loss, and promote cleanliness. The observation of rules, laws and regulations regarding safety and cleanliness.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Innovates safety ideas; observes all rules and regulations; has obtained the maximum level of cleanliness. | Goes out of his/her way to promote safety and cleanliness. | Observes all safety rules and regulations. Takes necessary steps to ensure cleanliness. | Obeserves some rules but needs definite improvement to meet safety and/or cleanliness standards. | Does not observe any rules or regulations concerning safety and/or cieanliness. |

COMMENTS: _____

_____

_____

_____

COURTESY TOWARDS CUSTOMERS - Respect, consideration, cooperation for the needs and wants of the customer.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Shows definite ability to detect the needs and wants of the customer; promotes customer cooperation. | Shows above average consideration and respect for the customer. | Is considerate and respectful toward customer; is cooperative in helping them fulfill their needs. | Indifferent toward customer; requires instruction on the importance of courtesy toward customers. | Has exhibited some rudeness toward customer; immediate change to correct this situation must be made. |

COMMENTS: _____

_____

_____

WPK/FMS207-S/0286M-3

CONFIDENTIAL

WMHO243264

EVALUATION SUMMARY

1. Identify what you consider to be areas that require improvement. List how these areas are to be improved and time limits within which improvements should be recognized. If you have any problems with attendance, it should be covered here.

_Attendance is excellent._

2. Identify what you consider to be the major strengths of the associate. These could be personal attributes, job performance or technical skills.

_A great team player, good with members of our club, very respectfull to club members and other team player_

3. Discuss improvement made by associate since last review as related to recommendations for improvement.

_prior idaluation was in a different Dept._

CAREER GOALS

What are the associate's career goals? Does he/she desire to achieve higher job responsibilties with the company? These comments should be made by the associate.

X _Would like to be trained to advance within our company. Also with the skills that I have, I feel that I could apply them to other positions within our company_

ASSOCIATE COMMENTS

Wal-Mart is a company which strongly believes in the "Open Door Policy" and we encourage the associate to make any comments on this evaluation. If you have questions or problems, feel free to discuss them with your supervisor. (Use blank sheet of paper for additional comments)

X _I'm well please with my evaluation, my goal that I would like to set for myself is to learn much as I can about warehouse business to guide me to a management Position._

New Rate of Pay ___8.01___          Effective Date ___8-17-94___

___Lucretia Johnson___   ___BB___        ___7-12-94___
      Associate            Supervisor       Date Signed

WPK/FMS207-S/0286M-4

CONFIDENTIAL

WMHO243265

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Lucretia Johnson in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT C

WFIP-12
Rev: 7-87

WAL-MART STORES, INC.
ASSOCIATE EVALUATION FORM

Date of Review: _7 - 18 - 95_

ame _Lucretia Johnson_    Social Security No. _257 15 0252_

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation       2 - Periodic Review (6 month)    3 - Pay Increase-Anniversary
4 - Promotion               5 - Pay Increase-Merit           6 - Demotion
7 - Transfer                8 - Warning (Probation)          9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evaluation and discuss the positive and negative points.

The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents together before filing the evaluation in the personnel file.

## GENERAL JOB PERFORMANCE

IN THE SPACE PROVIDED, DESCRIBE THE ASSOCIATE'S PERFORMANCE.

INITIATIVE - How is the associate's ability to act independently in new situation; the extent to which he/she sees what needs to be done and does it without being told?.

COMMENTS: Lucretia needs very little supervision. Lucretia likes to make cold calls when she is in between appointments

PRODUCTIVITY - What is the actual work output of the associate relative to other associates? Consider what he/she actually produces rather than what the associate is capable of producing. Does the associate utilize preplanning and organization to increase productivity?

COMMENTS: Lucretia's productivity in outside sales has shown small increase. She needs to to be more productive in this area. Lucretia's SIC have increased in sales within the last 4 months. Her largest increase has been in Vendor Theators. On average of 45% in sales and 25% in members.

WPK/8070-128C/0787-1

---

CONFIDENTIAL

**EXHIBIT C**

WMHO243258

Associate Evaluation Form (Cont.)

EFFORT - Describe the degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation. Does the associate work consistently?

COMMENTS: Lucretia puts alot of effort in working her SIC's & Vending within the last 4 months her SIC's have grown. She always keeps her SIC's up to date on new items

DEPENDABILITY - Cover the extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent. Discuss amount of follow-up needed to ensure work completion.

COMMENTS: Lucretia's organizational Skills have been a great asset to the marketing area. She has taken it on herself to learn more about the Special Orders program

JOB KNOWLEDGE - Evaluate the associate's knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job. Does the associate utilize all resources available to help accomplish tasks?

COMMENTS: Lucretia has the potential to learn more about the different membership reports. By learning more about each report it will in turn help grow in her SIC's. Lucretia shares her views and has help train new partners.

COOPERATIVENESS - Is the associate willing to work harmoniously with others in getting the job done? Evaluate his/her readiness to observe and conform to the policies of Management. Does the associate maintain an attitude toward others that makes working together comfortable?

COMMENTS: Lucretia is always willing to pitch in when ever needed, no matter what area.

WPK/8070-128C/0787-2

CONFIDENTIAL

WMHO243259

Associate Evaluation Form (Cont.)

JUDGMENT - Evaluate the associate's ability to make decisions which are sound -- has the freedom from impulsiveness and immaturity in his/her thinking; has the ability to base his/her actions on fact rather than emotion.

COMMENTS: *Lucretia makes very sound decisions. When members ask about a competitive price. Lucretia researchs the item and makes sure what she is saying is fact.*

SAFETY - How are the associate's work habits as it relates to safety? Does he/she observe the rules, laws and policies regarding safety and cleanliness? Does he/she look for ways and suggest ways to improve safety of self and others? Does he/she take action on an unsafe condition even if it is not in his/her work area?

COMMENTS: *Lucreta practices safety when ever possicble.*

COURTESY TOWARDS CUSTOMERS - Cover the associate's attitude towards customer service. Does he/she show respect, consideration, cooperation for the needs and wants of the customer? Does he/she promote aggressive hospitality? Does associate greet and acknowledge all customers he/she comes in contact with? Does he/she enjoy being around the public and working with the public?

COMMENTS: *Lucretia's bright smile and easy going personality is a great asset. She has been observed on many occasion of going out of her way with members.*

EVALUATION SUMMARY

DISCUSS THE ASSOCIATE'S MAJOR STRENGTHS:
*1. Lucretia is always professional in dress and manners
2. Pleasant to be around in turn helps morale of the whole club
3. Willing to learn.*

WPK/8070-128C/0787-3

CONFIDENTIAL

WMHO243260

Associate Evaluation Form (Cont.)

DISCUSS THE MAJOR AREAS OF JOB PERFORMANCE NEEDING IMPROVEMENT: _Lucretia_

1. _Bring up his state to more Memberships (0 a week plan_
2. _Learn more about each of the membership Reports._
3. _Improve her avg visit w/ her SIC_
4. _Improve sells in your S.I.C. work with Team Leaders_

AREAS OF JOB PERFORMANCE IMPROVED SINCE LAST EVALUATION: _N/A_

ASSOCIATE'S PLAN OF ACTION:  ASSOCIATE, EXPLAIN THE STEPS YOU WILL TAKE TO IMPROVE ANY WEAK-
NESSES YOU MAY NOW HAVE:

1. _Plan to work on presentation. Get with other marketers to show up_
2. _Plan to attend classes on memberships reports_
3. _Plan to send more information and visited the stores_
4. _Plan to set up a time to work with teamleader._

CAREER GOALS: _To improve my skill so that I will be able to grow within the company and continue my education in Early Childhood Development._

ASSOCIATE'S COMMENTS: _No comment_

BASED ON THE ASSOCIATE'S PERFORMANCE OVER THE EVALUATION PERIOD, PLEASE CIRCLE THE APPRO-
PRIATE PERFORMANCE RATING:

| EXCEPTIONAL | ABOVE STANDARD | STANDARD | BELOW STANDARD | MARGINAL |
|---|---|---|---|---|

_(STANDARD circled)_

| Associate | Supervisor | Supervisor |
|---|---|---|
| Old Rate | New Rate | Date Signed |
| $8.31o | $8.56 a | 4-18-95 |

WPK/8070-128C/0787-4

CONFIDENTIAL

WMHO243261

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Lucretia Johnson in Support of Plaintiffs' Motion for Class Certification**

# EXHIBIT D

SWC 502 (8-90)

**SAM'S CLUB**
**ASSOCIATE EVALUATION FORM**

EFF  8-1797
Date of Review: 7-1797

Name _Lucretia Johnson_     Social Security No. _257-15-C252_

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation    2 - Periodic Review (6 month)    (3) - Pay Increase-Anniversary
4 - Promotion           5 - Pay Increase-Merit         6 - Demotion
7 - Transfer            8 - Warning (Probation)        9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evalution and discuss the positive and negative points.

The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents before filing the evaluation in the personnel file.

## JOB PERFORMANCE

(CIRCLE NUMBER OF RATING WHICH DESCRIBES ASSOCIATE'S PERFORMANCE)

INITIATIVE - The degree to which the associate acts independently in new situations; the extent to which he/she sees what needs to be done and does it without being told.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Little or no supervision needed. Highly resourceful and aggressive. | Thinks and acts independently. Resourceful in new situation. | Initiative is satisfactory. Requires average supervision. | Requires frequent instructions. Needs close supervision. | Must be told everything to do. Takes no personal initiative. |

COMMENTS: _Lucretia needs very little supervision and has been taking charge of unit to insure member service is 100% she's been put in a position, as a long term partner, to insure dept is productive, and done a good job._

PRODUCTIVITY - The actual work output of the associate relative to other associates. Consider what he/she actually produces rather than what the associate is capable of producing.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Definitely a top producer. | Produces more than most; above average. | Average output; definitely meets requirements. | Low output; below average. | Extremely low output; definitely not average. |

COMMENTS: _Lucretia has been working 7 or 8 exempt for the past several months and for the second only 5.00 with only 61 vacations, with Lucretia's time in company, she needs to step up to dead of production._

WPK/FMS207-S/0286M-1

---

CONFIDENTIAL      **EXHIBIT D**      WMHO243249

EFFORT - The degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Intensely motivated. Exerts maximum effort. | Exerts more effort than most. A hard worker. | Satisfactory effort; average motivation level. | Low motivation could perform much better than he/she does. | Exerts effort only when he/she is forced to do so. |

(5 is circled)

COMMENTS: _Lucretia is a hard working partner, who has True concerns for how dept runs, She pays attention to detail to ensure her work is complete_

DEPENOABILITY - The extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Completely reliable highly persistent finishes a job at any cost to him/herself. | More reliable than average; usually persists in spite of difficulty. | Trustworthy and reliable; needs average direction; about average in persistence. | Sometimes unreliable; avoids responsibility; satisfied to "get by". | Usually unreliable; does not assume responsibility; gives up easily. |

(4 is circled)

COMMENTS: _Lucretia is dependable, can be counted on to show up for work. She reeds to take lunches + breaks. So she wont wear herself out. Lucretia is very flexible in changing schedule to meet our needs_

08 KNOWLEDGE - Knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Authoritative knowledge of his/her own work and superior knowledge of related jobs. | Well-informed about his/her own job and related jobs. | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. | Minimum knowledge for doing his/her job. | Lacks knowledge to perform work properly. |

(4 is circled)

COMMENTS: _Lucretia is a knowledgeable partner in all memberships / refunds aspects. Given are last procedure Reviews, Lucretia needs to bring our dept to next level. Become a teacher, and follow up on partners_

COOPERATIVENESS - Willingness to work harmoniously with others in getting a job done. Readiness to observe and conform to the policies of management. Maintenance of an attitude toward others that makes working together comfortable.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Extremely cooperative stimulates work and good attitudes in others. | Goes out of his/her way to cooperate and get along. | Cooperative; gets along well with others; has a good attitude. | Indifferent; makes no effort to cooperate. | Extremely negative and hard to get along with. |

(5 is circled)

COMMENTS: _Lucretia is very cooperative and easy to get along with. She works well with all partners She able to adapt to change._

WPK/FMS207-S/0286M-2

CONFIDENTIAL

WMHO243250

JUDGMENT - The extent to which the associate makes decisions which are sound. Freedom from impulsiveness and immaturity in his/her thinking. Ability to base his/her actions on fact rather than emotion.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Unusual rational powers; astute in analyzing facts and solving problems; no impulsive decisions. | Better than average judgment; very mature and sound in his/ her thinking. | Generally thinks rationally; not immature or illogical; has healthy respect for facts. | Sometimes fails to consider facts and makes error of judgment the average person would avoid. | Frequently makes judgments which are unsound; immature in thinking and judging. |

COMMENTS: _Lucretia is a mature and responsible partner. She handles and deals with renters professionally and courteous. She is not afraid to approach mgmt on concerns_

SAFETY - The development of work habits that prevent injury & loss, and promote cleanliness. The observation of rules, laws and regulations regarding safety and cleanliness.

| 5 | 4 | (3) | 2 | 1 |
|---|---|---|---|---|
| Innovates safety ideas; observes all rules and regulations; has obtained the maximum level of cleanliness. | Goes out of his/ her way to promote safety and cleanliness. | Observes all safety rules and regulations. Takes necessary steps to ensure cleanliness. | Observes some rules but needs definite improvement to meet safety and/or cleanliness standards. | Does not observe any rules or regulations concerning safety and/or cleanliness. |

COMMENTS: _Lucretia is a safe partner, who observes all safety rules. Her biggest opportunity would be cleanliness and organization of dept._

COURTESY TOWARDS CUSTOMERS - Respect, consideration, cooperation for the needs and wants of the customer.

| (5) | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Shows definite ability to detect the needs and wants of the customer; promotes customer cooperation. | Shows above average consideration and respect for the customer. | Is considerate and respectful toward customer; is cooperative in helping them fulfill their needs. | Indifferent toward customer; requires instruction on the importance of courtesy toward customers. | Has exhibited some rudeness toward customer; immediate change to correct this situation must be made. |

COMMENTS: _Lucretia is courteous to renters and she reacts to renters quickly. Lucretia on several occasions has been commended by renters for her service_

WPK/FMS207-S/0286M-3

CONFIDENTIAL

WMHO243251

EVALUATION SUMMARY

1. Identify what you consider to be areas that require improvement. List how these areas are to be improved and time limits within which improvements should be recognized. If you have any problems with attendance, it should be covered here.

   *1) Take lunches & breaks 2) cleanliness & organization of dept 3) Become familiar with new membership report*

2. Identify what you consider to be the major strengths of the associate. These could be personal attributes, job performance or technical skills.

   *1) well rounded partner in all areas 2) shows concern for dept and club 3) good rapore w/ partners and mgmt.*

3. Discuss improvement made by associate since last review as related to recommendations for improvement.

CAREER GOALS

What are the associate's career goals? Does he/she desire to achieve higher job responsibilties with the company? These comments should be made by the associate.

*Is to grow within the company as a lead person, to develop my skills. I plan to use all tools that are available that would cut new what I will to advance within my department*

ASSOCIATE COMMENTS

Wal-Mart is a company which strongly believes in the "Open Door Policy" and we encourage the associate to make any comments on this evaluation. If you have questions or problems, feel free to discuss them with your supervisor. (Use blank sheet of paper for additional comments)

*I feel that my evaluation was base on true faith and I am please with it. I also want to say that when you have a management and partners willing to work together and communicate well will always get a positive result*

New Rate of Pay  *old 8.86 | new 8.94*   Effective Date  8-17-97

Associate _____  Supervisor _____  Date Signed  8-2-97

WPK/FMS207-S/0286M-4

*RETRO RAISE*

CONFIDENTIAL

WMHO243252

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Lucretia Johnson in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT E

SWC 502 (8-90)

**SAM'S CLUB**
**ASSOCIATE EVALUATION FORM**

EFF 8-1798

Date of Review: 8 - 7 - 9?

Name _Lucretia Johnson_        Social Security No. 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

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation       2 - Periodic Review (6 month)   ③- Pay Increase-Anniversary
4 - Promotion               5 - Pay Increase-Merit          6 - Demotion
7 - Transfer                8 - Warning (Probation)         9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evalution and discuss the _positive_ and _negative_ points.

The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents before filing the evaluation in the personnel file.

JOB PERFORMANCE

(CIRCLE NUMBER OF RATING WHICH DESCRIBES ASSOCIATE'S PERFORMANCE)

INITIATIVE - The degree to which the associate acts independently in new situations; the extent to which he/she sees what needs to be done and does it without being told.

|  5  |  4  |  3  |  2  |  1  |
|-----|-----|-----|-----|-----|
| Little or no supervision needed. Highly resourceful and aggressive. | Thinks and acts independently. Resourceful in new situation. | Initiative is satisfactory. Requires average supervision. | Requires frequent instructions. Needs close supervision. | Must be told everything to do. Takes no personal initiative. |

COMMENTS: _Lucretia is very aggressive and has a high motivation level to learn new tasks. I trust her to run a dept. on her own or with little guidance._

PRODUCTIVITY - The actual work output of the associate relative to other associates. Consider what he/she actually produces rather than what the associate is capable of producing.

|  5  |  4  |  3  |  2  |  1  |
|-----|-----|-----|-----|-----|
| Definitely a top producer. | Produces more than most; above average. | Average output; definitely meets requirements. | Low output; below average. | Extremely low output; definitely not average. |

COMMENTS: _Lucretia is detail oriented and can manage several tasks at one time. she learning MLtg dept at the same time and training 3 partners for membership!_

WPK/FMS207-S/0286M-1

CONFIDENTIAL

**EXHIBIT E**

WMHO243245

EFFORT - The degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Intensely moti- vated. Exerts maximum effort. | Exerts more effort than most. A hard worker. | Satisfactory effort; average motivation. level. | Low motivation could perform much better than he/she does. | Exerts effort only when he/ she is forced to do so. |

COMMENTS: _Lucretia goes the extra mile, and is a very dedicated partner. I am happy to have her in my department!_

DEPENDABILITY - The extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Completely reliable highly persistent finishes a job at any cost to him/ herself. | More reliable than average; usually per- sists in spite of difficulty. | Trustworthy and reliable; needs average direction; about average in persistence. | Sometimes unreliable; avoids responsi- bility; satisfied to "get by". | Usually unreliable; does not assume responsibility; gives up easily. |

COMMENTS: _Lucretia is very dependable - very rare to call in sick and when asked to complete a job she gets it done. Needs to work on follow thru w/ partners when delegating._

JOB KNOWLEDGE - Knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Authoritative knowledge of his/her own work and superior knowledge of related jobs. | Well-informed about his/her own job and related jobs. | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. | Minimum knowledge for doing his/her job. | Lacks knowledge to perform work properly. |

COMMENTS: _Very well informed in Membership desk and refunds and I look forward to her learning Mktg. just as well._

COOPERATIVENESS - Willingness to work harmoniously with others in getting a job done. Readiness to observe and conform to the policies of management. Maintenance of an attitude toward others that makes working together comfortable.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Extremely cooperative stimulates work and good attitudes in others. | Goes out of his/her way to cooperate and get along. | Cooperative; gets along well with others; has a good attitude. | Indifferent; makes no effort to cooperate. | Extremely negative and hard to get along with. |

COMMENTS: _Lucretia shows effort to cooperate with others - needs to let partners voice their opinions w/o taking matters personally. Needs to allow partners to run with their ideas even if she knows they won't work._

WPK/FMS207-S/0286M-2

CONFIDENTIAL

WMHO243246

JUDGMENT - The extent to which the associate makes decisions which are sound. Freedom from impulsiveness and immaturity in his/her thinking. Ability to base his/her actions on fact rather than emotion.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Unusual rational powers; astute in analyzing facts and solving problems; no impulsive decisions. | Better than average judgment; very mature and sound in his/her thinking. | Generally thinks rationally; not immature or illogical; has healthy respect for facts. | Sometimes fails to consider facts and makes error of judgment the average person would avoid. | Frequently makes judgments which are unsound; immature in thinking and judging. |

COMMENTS: _Lucretia is very mature and logical in her thinking._

SAFETY - The development of work habits that prevent injury & loss, and promote cleanliness. The observation of rules, laws and regulations regarding safety and cleanliness.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Innovates safety ideas; observes all rules and regulations; has obtained the maximum level of cleanliness. | Goes out of his/her way to promote safety and cleanliness. | Observes all safety rules and regulations. Takes necessary steps to ensure cleanliness. | Obeserves some rules but needs definite improvement to meet safety and/or cleanliness standards. | Does not observe any rules or regulations concerning safety and/or cleanliness. |

COMMENTS: _Very well organized and a clean fanatic which promotes safety to other partners._

COURTESY TOWARDS CUSTOMERS - Respect, consideration, cooperation for the needs and wants of the customer.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Shows definite ability to detect the needs and wants of the customer; promotes customer cooperation. | Shows above average consideration and respect for the customer. | Is considerate and respectful toward customer; is cooperative in helping them fulfill their needs. | Indifferent toward customer; requires instruction on the importance of courtesy toward customers. | Has exhibited some rudeness toward customer; immediate change to correct this situation must be made. |

COMMENTS: _Very Professional Mannerism - Needs to Smile more at members who challenge her with issues. Needs to be more patient with Rude members._

WPK/FMS207-S/0286M-3

CONFIDENTIAL

WMHO243247

EVALUATION SUMMARY

1.  Identify what you consider to be areas that require improvement. List how these areas are to be improved and time limits within which improvements should be recognized. If you have any problems with attendance, it should be covered here.

    *I would like to see Lucretia learn her 3 main Reports in the next 2 months and How Sam's Club derive At their numbers.*

2.  Identify what you consider to be the major strengths of the associate. These could be personal attributes, job performance or technical skills.

    *Organized, cleanliness, motivated to do things right and to be consistant at it.*

3.  Discuss improvement made by associate since last review as related to recommendations for improvement.

    *Lucretia has been promoted to Team leader of mktg no longer at Mem desk. Shown great improvement over previous evals.*

CAREER GOALS

What are the associate's career goals? Does he/she desire to achieve higher job responsibilties with the company? These comments should be made by the associate.

*Lucretia would like to master her new current position and then work her way to the next level which is mgmt. or front End area Manager. Take classes to develop her skills.*

ASSOCIATE COMMENTS

Wal-Mart is a company which strongly believes in the "Open Door Policy" and we encourage the associate to make any comments on this evaluation. If you have questions or problems, feel free to discuss them with your supervisor. (Use blank sheet of paper for additional comments)

New Rate of Pay  +40¢ (MR)  10.46 old  10.56 new    Effective Date  8-17-98

_____ / Associate        _____ Supervisor        _____ Date Signed

WPK/FMS207-S/0286M-4

CONFIDENTIAL

WMHO243248

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Lucretia Johnson in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT F

Reason for this Review

SWC-502
(Rev. 7/99)

[  ] 90 day    [  ] 6 month  [✓] Annual   [  ] Special

Name: LUCRETIA Jackson  Due Date: 8-17-0c  7-17-00

SSN: 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   Hire Date: 8-17-93

**SAM'S CLUB PARTNER
PERFORMANCE REVIEW**

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Outstanding | Exceeds Requirements | Meets Requirements | Improvement Needed | Below Standard |
| Performance consistently exceeds requirements for complete competency in the job. | Performance consistently meets and often exceeds the requirements for competency in the job. | Performance consistently meets requirements for competency in the job. | Performance sometimes meets requirements for competency, but often falls short, needs improvement. | Performance falls substantially short of requirements for competency in the job. |

# Development Initiative

Rating:

**4**

1. Partner has certified in current position . . . . . . .  . . .  [✓] Yes  [  ] No
2. Partner has acted as a Sponsor during the orientation process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  [  ] Yes  [✓] No
3. Partner has cross-certified (since last evaluation). . . . . .  [✓] Yes  [  ] No

List Positions cross-certified

| TELEMARKETER | ADV COORDINATER | INSIDE MR |
|---|---|---|
| NEW BUSINESS MR | MEMBERSHIP DESK | MEMBER SERVICE DESK |
| CASHIER | CART ATTENDANT | PEOPLE GREETER |

**"Rating"**
3 "Yes" = Rating of 5
2 "Yes" = Rating of 4
1 "Yes" = Rating of 3
0 "Yes" = Rating of 1

Note: To be eligible for an increase, a partner needs to be certified in their current position.
(Effective:        )

# Comprehensive Performance

**Initiative**

Rating:

**3**

The degree to which the Partner acts independently in new situations. The extent to which he/she sees what needs to be done and does it without being told.
Strengths: DEVELOPS FUTURE GOALS FOR SELF IMPROVEMENT.
• MAKES PRACTICAL SUGGESTION
• ACTIVE AND EAGER TO TRY NEW APPROACHES.
Areas of Opportunity:
• LUCRETIA KNOWS WHAT NEEDS TO GET DONE, WASN'T ALWAYS
• FINISHING TASK FAST ENOUGH.

CONFIDENTIAL

**Productivity/
Work Quality**

Rating:

**3**

The actual work output of the Partner relative to others. Consider what is actually produced and the quality of the work.
Strengths:
• DISPLAYS PRIDE IN HER WORK
• ALLOCATE RESOURCES WISELY.
•                           •
Areas of Opportunity:
• AS A LEADER CONTINUE TO FIND WAY TO GET OTHER TO BE
• PRODUCTIVE.                •
* ATTAINING GOALS.

WMHO384324

SAM'S CLUB                    A DIVISION OF WAL-MART STORES, INC.                    PAGE1

EXHIBIT F

**Effort**

Rating:

| 4 |

The degree to which the Partner does his/her best to be a "World Class" Individual (without regard to how effective he/she may be.) Consider conscientiousness and motivation.

Strengths:
- LUCRETIA DISPLAY A STRONG INCENTIVE TO SUCCEED,
- SHE HAS A STRONG PERSONAL *COMMITTMENT.
- BELEIVES SHE CAN TO ANY JOB.*

Areas of Opportunity:
- MOTIVATING OTHER
- GETTING OTHER TO TRY HARDER

---

**Dependability**

Rating:

| 4 |

The extent to which the Partner can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

Strengths:
- GOOD ATTENDENCE
- CAN TRUST THAT SHE'LL BE TO WORK ON TIME.
- ADJUSTS HER SCHEDULE FOR BUSINESS.

Areas of Opportunity:

---

**Teamwork**

Rating:

| 4 |

Eagerness to work harmoniously with others in getting a job done. Observance of company and management policies.

Strengths:
- GET ALONG WITH MANAGEMENT AND FOLLOWS DIRECTION.
- LUCRETIA IS A STRONG PARTICIPANT IN TEAM EFFORTS.
- PUTTING EVENTS TOGETHER AND FOLLOW THROUGH TO MAKE SURE EVENTS WAS SUCCESSFUL.

Areas of Opportunity:
- KEEP LEARNING HOW TO GET OTHER TO WORK TOGETHER
- GET OTHER TO WANT TO Follow •YOUR DIRECTION.

---

**Judgment**

Rating:

| 3 |

The extent to which the Partner makes sound decisions. Ability to base his/her actions on fact rather than emotion.

Strengths:
- LUCRETIA IS SECURE IN HER JOB KNOWLEDGE.
- TRUES HAND, THINK HER WAY •THROUGH THINGS.

Areas of Opportunity:
- BE QUICKER IN RECOGNIZING• EMERGING TRENDS.
- LEARN FROM SETBACKS.

---

**Safety**

Rating:

| 4 |

The development of work habits that prevent injury and loss, and promote cleanliness. The observation of rules, laws, and regulations regarding safety and cleanliness.

Strengths:
- PROMOTES SAFETY TO HER TEAM
- Follow Company DIRECTIONS.

Areas of Opportunity:
- ATTEND MORE SAFETY MEETINGS.

WMHO384325

---

**SAM'S CLUB**          A DIVISION OF WAL-MART STORES, INC.          PAGE2

CONFIDENTIAL

| Member Service | Striving to exceed our Member's expectations. Respect, consideration, cooperation for the needs and wants of the Member. |
|---|---|
| Rating:<br><br>4 | Strengths:<br>• GOOD MEMBER Follow UP<br>• GREAT WITH COMMUNITEE INVOLEMENT.<br>•<br><br>Areas of Opportunity:<br>• CONTINUE TO WORK ON DEALI-G WITH MEMBERS IN TUFF Situati...<br>• TRY NOT TO LET YOUR MODS EFFECT YOUR ATTITUDES WITH OTHER |
| Communication | Express ideas clearly and positively, written or verbal. Ask questions when message is unclear. Actively listens. Keeps others informed. |
| Rating:<br><br>3 | Strengths:<br>• KEEP OTHER INFORMED OF Company DIRECTION.<br>• CONDUCTS WEEKLY MEETINGS.<br>• COMMUNICATES WELL WITH ALL LEVELS OF MANAGEMENT.<br>Areas of Opportunity:<br>• |

# Summary

Identify Overall Strengths:
- GREAT MEMBER Follow UP
- KEEPING OTHER INFORMED OF Company DIRECTION.
- GREAT WITH COMMUNITEE INVOLEMENT.
- TAKE PRIDE IN Her work.
- 
- 
- 

Identify areas of Opportunity.
- VERBAL Express— IN A Positive MANNER.
- MOTIVATING OTHER.
- ATTEND MORE SAFETY MEETINGS.
- 

## Improvements since last evaluation

Identify the areas of Opportunity from previous review.
- 
- 
- 
- 

Discuss improvements made by Partner.
- 
- 
- 
- 

CONFIDENTIAL

WMHO384326

# Partner Comments

Career Goals — In order to help you achieve and succeed, we would like to know your goals

| 1 Year | 3 Year |
|---|---|
| •Get involled in the Sponsor program | •Continue to develop skills |
| •Continue developing my leader- | •that would help me to become |
| •Ship skill thral gh school, | •a operation manager cross |
| •Workshops, and mentors. | •training invarious areas. |
| •Enroll in the MIT Program | •Finish College and get my |
| for management | degree in ministries counseling |

Partner Comments - As a company, we strongly believe in the "Open Door Policy" and we encourage you to make any comments on this performance evaluation. If you have questions or concerns, please discuss them with your supervisor.

See Attach letter.

# Evaluation Rating and Increase Calculation

.40 a dual Eff. 8/17/00
.59¢ merit Eff. 8/17/00 Retro

**36**   ÷   **10**   =   **3.6**

**Total Rating Points**          **Average Rating**

12.74 + 59 = 13.35

| Corresponding Pay Increase | New Rate Of Pay | Effective Date |
|---|---|---|
| 40¢ | | 9/10/00 |

Retro 8/17/00 - 9/2/00     138.37 Eg hrs.     .84 O.T idw.
81.64                      .84

# Signatures

| Partner's Name | Partner's Signature | Partner's SSN | Date |
|---|---|---|---|
| Lucretia Johnson | Lucretia John | | 9/6/00 |

| Supervisor's Name | Supervisor's Signature | | Date |
|---|---|---|---|

| General Manager's Name | General Manager's Signature | | Date |
|---|---|---|---|
| Alan Osalier | | | |

CONFIDENTIAL          WMHO384327

SAM'S CLUB          A DIVISION OF WAL-MART STORES, INC.          PAGE4

September 11, 2000


SAM's Club


RE: Evaluation for Lucretia Johnson


I appreciate the raise I have received but I feel that I do qualify for a .50 raise and that I should not have to get involved on another committee to make up the difference in my pay scale. I'm not only addressing the issue with my pay but I'm not clear in some of the areas of performance. I am not saying that I'm perfect and that I don't have to improve in areas however, I do feel that I have done a great job in accomplishing my goals in my role as a Teamleader in Marketing and Membership and that has gone unnoticed. Despite all of the obstacles that was in my way that should have kept me from doing a great job I have succeeded in taking the initiative, executing projects and all the while having great productivity.

Regarding my daily tasks and leading others I feel that the communication part of this evaluation is not clear. There were several incidents that have taken place and have caused me to be recognized by management that many things were caused by disputes that included insubordination, gender issues and also racial conflicts that ultimately let to the misconception that I don't have positive communication skills. It has been proven on several occasions that I have worked above and beyond these obstacles and have come out successful in completing the tasks before me. I was considered to be a successful leader in the past when the same issues were being said and I still held my position and accomplished what was needed to be done. This year my evaluation seems to reflect some of the old perceptions because some of the old people do not want to let it go. I do not feel that I should continue to be evaluated by these one sided individuals who only look to past issues and not even consider the year in question with all the accomplishments I have achieved.

I have had to be able to bring a team of people together in building Club morale such as the Spirit Committee, keeping them focused and planning events. I have had to make sure that follow up was being done so that success could be achieved. I went above the call of duty in the Children's Miracle Network projects and volunteered when no one else wanted to. With the help of another individual I pulled the company picnic together. I have also done successful team building in the Marketing department with the SIC focus group, credit events even won 1st quarter for the best in the region. I have worked on Matching Grants in community involvement. I have contributed in having SAM's return of investment through advertisement and membership sign-ups for Advantage and Business. I feel that all of these things have gone unnoticed and they should not be.

CONFIDENTIAL

WMHO243239

These are things that I have been focused on this past year. I am a great asset to SAM's Club. I have been with the company for 6 years and I plan to look into furthering my career at SAM's. Despite all the obstacles that have come and for the ones yet to come. I have always remained consistent, positive and successful. Even with all the changes that occurred in the department and within the company, I always adjusted to every manager even when at times I had NO manager, I carried on and ran the department and still maintained the standard and quality that SAM's expected. Through it all I continue to encourage and develop the skills needed in training the partners to be successful. I hope that this letter is taken as it is intended. To point out the things and projects that has contributed to my success this past year. My hope is that you remember all these things and that no retaliation occurs.

CONFIDENTIAL

WMHO243240

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Lucretia Johnson in Support of Plaintiffs' Motion for Class Certification**

# EXHIBIT G

CONFIDENTIAL

# SAM'S CLUB HOURLY ASSOCIATE - PERFORMANCE EVALUATION-90 day ☐ 6 Month ☐ Annual ☑

| | |
|---|---|
| **NAME** Lucretia Johnson | **SOCIAL SECURITY #** 257750252 | **REVIEW DATE** 7/16/01 |
| **POSITION** CDS | **DEPT. NUMBER** | **APPRAISAL PERIOD** |
| **PAY LEVEL** All Associates | **CURRENT RATE** 13.35 | **NEW RATE** 13.75 |

found already filed
Not Already
Keyed
Had to
retro
pays
of 10/1

**INSTRUCTIONS:** Determine if the associate meets expectations or does not.
Write "Yes" or "No" for each question. Please give specific examples.

Yes = Always Meets Expectations
No = Below Expectations

| | Y/N | Give Examples |
|---|---|---|
| **1. Communication** *Expresses ideas clearly and positively (written and/or verbal). *Actively listens and asks questions if unclear. *Keeps others informed. | Y | Lucretia is able to communicate w/ her co-workers |
| **2. Team Work** *Shares knowledge. *Shares workload. *Works well in a group, equally contributing to the overall goal/task. *Exhibits cooperation with others. | Y | Lucretia understands the tasks that are expected & shares the w/load |
| **3. Honesty/Integrity** *Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | Y | Lucretia maintains high moral standard. |
| **4. Kindness/Courtesy** *Demonstrates respect and consideration for others. *Has a friendly and pleasant attitude. | Y | Lucretia has a very friendly & pleasant attitude |

| | Y/N | Give Examples |
|---|---|---|
| **9. Sense of Urgency** *Responds quickly to instruction/direction. *Understands the importance of service and gives Members' calls, requests and questions their immediate attention. | Y | Lucretia responds quickly to issues on the F/E. She give her undivided attention. |
| **10. 10-Foot Rule** *Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | Y | Lucretia aggressively uses the 10ft rule. |
| **11. Proper Dress Code** *Adheres to company guidelines regarding dress code. *Maintains a clean and professional appearance. # of Time Adjustments due to not having badge ____ | Y | Lucretia is always in proper attire for work. |
| **12. Exceeds Member Expectations** *Demonstrates aggressive hospitality. *Displays a desire and readiness to go beyond what is expected to please the Member. | N | Lucretia needs to have a plan for credit & warranties |

| | Y/N | Give Examples |
|---|---|---|
| **5. Training** *Is certified in current job position and proficient in job responsibilities. *Eager to learn other positions in the club. | Y | Lucretia is certified on the register, man. refunds. |
| **6. Dependability** *Can be depended upon to be available and on time for work. Days Absent ____ Days Tardy ____ | Y | Lucretia can be depended on at work. |
| **7. Effort/Initiative** *Tries to do the best job they can do. *Identifies what needs to be done and does it without being told. | Y | Lucretia has an excellent eye for detail & puts forth maximum effort |
| **8. Expense Control** *Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, safety, shrink etc. | Y | Lucretia is conscious of shrink & works to maximize the |

| | Y/N | Give Examples |
|---|---|---|
| **13. Job Knowledge** *Completely understands position responsibilities. *Can perform all tasks related to their job function. | Y | Lucretia learns continually about & tries to improve in areas where she is weak |
| **14. Productivity** *Actual output of Associate meets expectations relative to club goals and to other Associates with equal experience and job responsibilities. Productivity Standard ____ | Y | Lucretia is one of our bright stars on the F/E |
| **15. Safety** *Observes rules regarding safety. *Demonstrates work habits that prevent injury or loss. *Cleanliness & standards of department | Y | Lucretia makes safety of upmost importance when @ work. |
| **16. Quality Of Work** *Completes all job responsibilities efficiently and error-free. | Y | Lucretia completes the tasks that are asked of her. |

controls that are in place.

SAM'S CLUB People Group, Effective May 1, 2001

Page 1 of 2

EXHIBIT G
WMHO227908

CCNFIDENTIAL

## Section B Is for Lead Level Positions only.

INSTRUCTIONS: Determine if the associate meets expectations or does not. Write "Yes" or "No" for each question. Please give specific examples.

**Yes = Always Meets Expectations**
**No = Below Expectations**

Use the scoring section to determine the Associate raise.



| | Y/N | Give Examples |
|---|---|---|
| **1. Role Model** *Is an example of culture. *Supports direction of the Company and club leadership. | Y | Lucretia has been w/ the club for 7yrs executes the culture . |
| **2. Listens To Other Ideas/Concerns** *Hears with thoughtful attention; alert to catch the meaning behind the words. *Responds quickly to issues that need to be addressed and recognizes outstanding input/ideas. | Y | Lucretia listens to the concerns of others & reacts to it. |
| **3. Manages Department Performance** *Understands goals of department and works through team to accomplish objectives. *Monitors area performance on a regular basis by review of key tools of the trade. *Reacts to trends as needed. *Demonstrates a capacity to direct a group of associates' performance. | N | Lucretia needs to use her tools of the trade. |
| **4. Mentors/Teaches** *Is a trusted guide or counselor. *Educates others by instruction, demonstration or with practice. Ensures all team members are position certified. | Y | Lucretia educates those that she supervises. |

**All Associates:**

Total Number of Yes's in Section A [　　　] out of 16

16 = 50 Cents　　　13 = 30 Cents
14 - 15 = 40 Cents　　12 - 0 = No Increase

**Associates in Lead Positions Only:**
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856, & 910)

Total Number of Yes's in Section A [15] out of 16
Total Number of Yes's in Section B [3] out of 4
Total Yes's [18] out of 20

20 = 50 Cents　　　17 = 30 Cents
18 - 19 = 40 Cents　　16 - 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.



| Strengths | Areas of Opportunity |
|---|---|
| • Team Player | • Use her tools of the trade. |
| • Dependable | • Develop a program |
| • Uses the 10ft rule | • for credit & warranties |
| • Kind & Courteous | • Be a leader |
| • | |

1. To develop and increase area knowledge. Deliver culture.
2. To develop & supervise E.C. to run small team & reflect exceptional club service. Develop my skills and knowledge that would lead me in a management position

I feel that this evaluation is a good one that reflect my accomplishment and growth.

| | | Signature: | Date: |
|---|---|---|---|
| Associate's Name: | Lucretia Johnson | | 7/6/01 |
| Hourly Supervisor's Name: | | Signature: | Date: |
| Salaried Supervisor's Name: | Neville Boston | Signature: | Date: 7/6/01 |
| Facility Manager's Name: | | Signature: | Date: |

WMHO227909