Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
  RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA  91103
Telephone:     626.585.9600
Facsimile:     626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF GAYLE KELLEMS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Gayle Kellems, declare:

1. I am a female and a former employee of Wal-Mart Stores, Inc. I live in Berryville, Arkansas.

2. I began working for Wal-Mart in July 1980. Twenty-one years later, in July 2001, I resigned from Wal-Mart. I resigned because I believed that Wal-Mart would never promote me to the position of Store Manager.

3. From 1980 until 1989, I was an hourly employee at a Wal-Mart store in Pocahontas, Arkansas. I held the positions of cashier, sales associate, department manager, and support manager. During this period, I always worked hard, performed well, and was never disciplined. For the first seven years of my career with Wal-Mart, no Wal-Mart manager ever asked me whether I would be interested in a management level job.

4. In approximately 1987, Store Manager Jack Staten asked me whether I was interested in entering the management training program. I declined his offer because, at that time, I had three young children. I did not believe that I could manage to raise my children and work fifty hours per week as an Assistant Manager. At that time, I did accept a position as Support Manager. The Support Manager position is an hourly supervisor position.

5. As a Support Manager, I worked approximately forty-eight hours per week which generally included two nights per week and one weekend every month. Working in the Support Manager position, I realized that I could handle the additional hours and responsibility of management. I enjoyed the work and became excited about the opportunities to build a career as a Wal-Mart manager. As a result, in approximately 1988, I told Store Manager Staten that I wanted to be promoted into the management training program. Approximately one year later, I entered the management training program.

6. In approximately December 1989, I was promoted to the position of Assistant Manager of a Wal-Mart store in Ankeny, Iowa. When I accepted this position, I relocated my family and home from Arkansas to Iowa. I was not given the option of remaining in Arkansas. At the time, 1 had

Declaration of Gayle Kellems in Support of Plaintiffs' Motion for Class Certification    Case No. C-01-2252 MJJ

three school-age children. I would have preferred to remain in Arkansas, but I was willing to make the sacrifice of relocation in order to further my career with Wal-Mart. I aspired to become a Store Manager and then a District Manager. I was willing to work hard and make personal sacrifices to achieve my goal.

7. When I worked at the Ankeny, Iowa Wal-Mart store, District Manager Mark Pistorius told me that I was not earning as much as the other Assistant Managers. I was the only female Assistant Manager in the Ankeny store. Instead of immediately raising my salary to the level of the other Assistant Managers, Mr. Pistorius gave me raises approximately every six months to bring my salary to parity with others.

8. In October 1991, District Manager Mark Pistorius asked me to transfer laterally to a new Wal-Mart store in West Des Moines, Iowa as an Assistant Manager. I agreed to the transfer because the store in West Des Moines was a larger store with a higher volume of sales. As a result, I believed that I would learn more about managing a Wal-Mart store. I believed that accepting this transfer would benefit my career at Wal-Mart and increase my opportunities for advancement within Wal-Mart.

9. I received performance evaluations in approximately the following dates: September 1990, December 1990, June 1991, November 1991, December 1991, March 1992 and October 1992. On each of these evaluations, I wrote that I wanted to be promoted. True and correct copies of these evaluations are attached hereto as Kellems Exhibits A through G, respectively.

10. In September 1992, I was transferred laterally to a Wal-Mart store in Berryville, Arkansas where I worked as an Assistant Manager. When I transferred to Berryville, Arkansas, the store was being converted into a Wal-Mart Supercenter. I believed that I was advancing my career by transferring to a Supercenter because Supercenters are larger than regular Wal-Mart stores and sell grocery merchandise. When I began working in Berryville, I did not receive any additional training even though I had not previously worked in a Supercenter.

Declaration of Gayle Kellems in Support of Plaintiffs' Motion for Class Certification         Case No. C-01-2252 MJJ

11. On numerous occasions while I worked in Berryville, Arkansas, I told District Manager Steve Furner and Store Manager Larry Philips that I would like to be promoted to either a Co-Manager or a Store Manager position.

12. In February 1994, I received a performance evaluation that is signed by Store Manager Larry Phillips and District Manager Steve Furner. I wrote on the evaluation that my short term career goal was to be Co-Manager in Berryville and my long-term goal was to be director of a small Supercenter or a similar size Division One store. The performance evaluation also has a space for the District Manager to write comments. In that space, the following statement is written: "We will work closely with Gayle to achieve her goal to which can be accomplished by January 1995." A true and correct copy of this evaluation is attached hereto as Kellems Exhibit H.

13. In 1995, I told Regional Personnel Manager Debby Moody that I would like to be promoted to the position of Co-Manager. Ms. Moody responded that she would keep me in mind. Ms. Moody never contacted me about available Co-Manager positions. I was not aware of any postings for Co-Manager positions. Other than speaking to my Store Manager, District Manager, and Regional Personnel Manager as I did, I did not know what else I could do to get promoted to a Co-Manager position.

14. In March 1995, I received a performance evaluation that is signed by Store Manager Larry Phillip and District Manager Steve Furner. Mr. Furner wrote at the bottom of the evaluation, "is ready for co-mng [Co-Manager] this year 95. Thanks. Steve Furner." A true and correct copy of this evaluation is attached hereto as Kellems Exhibit I.

15. While I was working in the Berryville, Arkansas Supercenter, a Co-Manager named Gary Saporito left his position in the Berryville store. I asked the District Manager whether I would be promoted into the position. He replied that Wal-Mart was not going to replace Gary Saporito.

16. In the spring of 1995 Gary Rains replaced Larry Phillips as the Store Manager in Berryville, Arkansas. At that time, I told Mr. Rains that I wanted to be promoted.

17. In the spring of 1995, Carl Simpson replaced Steve Furner as District Manager over the Berryville, Arkansas Supercenter. The first time that I met Mr. Simpson and many times after that, I

told Mr. Simpson that I wanted to be promoted to the position of Co-Manager. On one occasion, Mr. Simpson told me that I would be promoted to the position of Co-Manager the next time that there was an opening in the district. Mr. Simpson did not tell me what I could do, if anything, to ensure that I would be considered for positions outside of his district.

18. A Co-Manager position did open up in the district, but it was not offered to me. A few months after the Co-Manager position vacated by Gary Saporito was eliminated, another Co-Manager position was created in the Berryville, Arkansas Supercenter. The position was not posted. I was not aware of the opening until the position was filled, so I could not apply for it. I was not offered that position. The position was given to a male named Allen Buck. I asked Store Manager Gary Rains why the position was given to Mr. Buck and not to me. Mr. Rains responded that the store was in a convenient location for Mr. Buck and that Wal-Mart wanted to give Mr. Buck the experience of working in a store.

19. When Mr. Buck left the position of Co-Manager in the Berryville, Arkansas Supercenter, he was not replaced. District Manager Simpson told me that the Co-Manager position was eliminated in that store. Unlike Mr. Buck, I was not allowed to work as a Co-Manager of the Berryville Supercenter in order to get that experience.

20. I continued to ask District Manager Simpson to promote me. While I was working in Berryville, Arkansas, I never spoke about my interest in promoting to a Regional Vice President or anyone else that I would consider to be Mr. Simpson's supervisor. That would have been "career suicide." Despite the open door policy, there is an unspoken rule at Wal-Mart that managers should not go over their immediate supervisor's head.

21. In August 1996, Mr. Simpson offered me a position as Co-Manager of the Harrison, Arkansas Supercenter. At the time that he offered me the position, Mr. Simpson told me that a Co-Manager position was a training position and that after eighteen months I would have to relocate elsewhere. I accepted the position and told Mr. Simpson that I was willing to relocate. I remained as a Co-Manager for five years.

22. When I worked at the Harrison, Arkansas Supercenter, there were two Co-Managers at that store. One was assigned to the "grocery side" of the store, and the other was assigned to the "general merchandise side" of the store. For approximately two years, from August 1996 until 1998, I was assigned to the general merchandise side of the Harrison, Arkansas Supercenter. From approximately 1998 until July 2000, I was assigned to the grocery side of the store.

23. In July 2000, District Manager Bill Lovell asked me to transfer as Co-Manager to the Wal-Mart Supercenter in Branson West, Missouri. Mr. Lovell told me that employee morale was low and that the store needed a female manager so that employees would feel that they had someone in whom they could confide. I later learned that Mr. Lovell claimed to have transferred me to Branson West, Missouri Supercenter because a man named Gary Saporito wanted my position in Harrison, Arkansas. A true and correct copy of a statement by Mr. Lovell that Wal-Mart provided to the Equal Employment Opportunity Commission and that Wal-Mart produced in this case is attached hereto as Kellems Exhibit J.

24. I agreed to transfer to the Branson West store because I believed it would lead to a promotion to a Store Manager position. District Manager Bill Lovell promised me that I would be promoted to the position of Store Manager within one year of July 2000. At the time that I resigned, on July 31, 2001, I had not been offered a position as Store Manager.

25. I considered the transfer to Branson West to be a demotion. As a Co-Manager, I earned a base salary and also a bonus that is calculated based on store profits. The Harrison Supercenter is larger and more profitable than the Branson West Supercenter. As a result, the Co-Manager bonus for the Harrison Supercenter is about $5,000 more than the Co-Manager bonus for the Branson West Supercenter. As a condition of my transfer, Wal-Mart agreed to pay my bonus for the year following my transfer based on the Harrison Supercenter's profits. If I continued working for the Branson West Supercenter, my annual income would have declined about $5,000.

26. Between 1999 and 2001, I applied for eighteen Store Manager positions on the Management Career Selection computer system, including two stores in Arizona, five stores in Texas, four stores in Arkansas, five stores in Missouri, one store in Kentucky, and one store in

Declaration of Gayle Kellems in Support of Plaintiffs' Motion for Class Certification    Case No. C-01-2252 MJJ

Oklahoma. I was not offered any of the positions. No Wal-Mart manager ever told me why I was not selected for any of these positions.

27. In selecting which positions to apply for, I selected Supercenters and large Division One stores. All of my experience since 1992 had been in Supercenters and I had the knowledge to manage both general merchandise and food operations. In 1994, District Manager Steve Furner had told me that I would be bored if I was not working in a Supercenter. I enjoy fast-paced work and being challenged in my job. In addition, Store Managers, like Co-Managers, are paid a bonus based on the store's profits. I did not want to take a pay cut by transferring to a small store.

28. No District Manager, Regional Personnel Manager, or Regional Vice President for Wal-Mart ever approached me to offer me a promotion to a particular Store Manager position or asked whether I would be interested in a particular Store Manager position.

29. In late 1999, there was an opening for a Store Manager in the Berryville, Arkansas store. I was very interested because I live in Berryville. I applied for the position, but I was neither interviewed for the position nor offered the position. The position was filled by a man named Tom LaRue.

30. In early 2000, the position of Store Manager at the Berryville, Arkansas Supercenter opened up again. I applied for the position again. Again, it was given to a male, Tim Lehr. I am familiar with Mr. Lehr's career at Wal-Mart because we worked in the same district. In approximately late 1992 or early 1993, Mr. Lehr began working for Wal-Mart at the Berryville, Arkansas Supercenter as an Assistant Manager. Before he became the Store Manager in Berryville, Mr. Lehr worked briefly as Co-Manager of the Supercenter in Bentonville and as Co-Manager of the Berryville Supercenter. Mr. Lehr did not have the many years of experience as a Co-Manager that I had.

31. In early 2001, the Store Manager position in the Branson West Supercenter opened up. I applied, but I was not offered that position. I was qualified for the position. During the time that I had been at Branson West, the store's "shrink" and "unresolved people issues" rating had improved. The "shrink" is measurement of the store's losses through theft or paperwork errors. The "UPI"

rating is a measurement of employee morale. The Store Manager position in Branson West was filled by a man named Bill Stark. After working with me in the Branson West Supercenter and observing my skills, Mr. Stark told me that he was not any more qualified for the position that I was.

32. In June 2001, I reminded District Manager Bill Lovell that I had been at the Branson West Supercenter for almost one year and that I had not been promoted to a Store Manager position. Mr. Lovell replied that he thought that I would have been promoted to a Store Manager position by then. Mr. Lovell did not tell me that a store would soon be available. Mr. Lovell did not tell me that there was anything else that I could do to get promoted, other than to continue to apply for positions on the computer system as I had been doing unsuccessfully. Mr. Lovell did not tell me that he would do anything to help me get promoted to a Store Manager position. This conversation with Mr. Lovell left me with the impression that he was not going to assist me in getting promoted and that I would not be promoted any further.

33. As a result of my conversation in June 2001 with District Manager Lovell, I decided to resign. When I told Mr. Lovell of my decision, he did not try to discourage me. On July 2, 2001, I turned in my resignation notice in which I informed Wal-Mart that my last day of work would be July 31, 2001. I stated on my resignation notice that I was resigning because I felt that I had gone as far with the company as Wal-Mart will allow. Despite the fact that I had worked for Wal-Mart for over twenty years and was only forty-eight years old, no one from District, Regional, or Home Office management staff tried to persuade me not to resign.

34. I took the responsibility of being a Wal-Mart manager very seriously. I felt that I was obligated to give 110 percent to Wal-Mart because Wal-Mart gave me the opportunity to work in management. During the five years that I was a Co-Manager, I missed only three scheduled days of work. I missed two days because I was in the hospital. I missed a third day due to inclement weather. I live in a rural area with narrow, winding roads that often get icy in winter. On particular bad days, my family urged me to stay home from work because they feared that driving was dangerous. I did not take their advice because I was dedicated to my job at Wal-Mart. As a manager, I was scheduled to work fifty-two hours per week, but I often worked more than sixty

Declaration of Gayle Kellems in Support of Plaintiffs' Motion for Class Certification        Case No. C-01-2252 MJJ

hours in a week. I sacrificed holidays, weekends, and monumental occasions with my children. For example, I left my daughter's wedding party early to attend Wal-Mart's annual holiday meeting in Texas. I never hesitated to make these sacrifices because I believed that the opportunities I would have to advance within Wal-Mart would ultimately benefit my family.

35. During the time I worked at Wal-Mart, I consistently received high ratings on my performance evaluations. I was never disciplined. Wal-Mart has a training program for managers who perform poorly. I do not know what the official name of the program is, but it is commonly referred to among managers as "bad boys' school." I was never sent to "bad boys' school."

36. During the entire time that I worked as a manager for Wal-Mart, I do not remember ever hearing any discussions at the store level about the importance of increasing the number of women in management.

37. All of the Store Managers with whom I have worked during my twenty-one years at Wal-Mart have been male. All of the Co-Managers with whom I have worked during my twenty-one years at Wal-Mart have been male. All of the District Managers with whom I worked during my twenty-one years at Wal-Mart have been male.

38. I have personal knowledge of each and every fact set forth in the Declaration, and if called to testify as a witness in this matter, I could and would competently testify to each of these facts.

I declare under penalty of perjury of the laws of the United States and State of Arkansas that the foregoing is true and correct.

This Declaration was signed by me on _April 1_____, 2003, at _Berryville, Arkansas_

_Gayle L. Kellems_

9

Declaration of Gayle Kellems in Support of Plaintiffs' Motion for Class Certification          Case No. C-01-2252 MJJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Gayle Kellems in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT A

286337

## WAL-MART   SAM'S WHOLESALE CLUB   HYPERMART USA   WAL-MART SUPERCENTER

### MANAGEMENT PERFORMANCE APPRAISAL AND PLAN OF ACTION

Name: Gil Kelkins

Store/Location No.: 01-0872

Social Security Number: 102465892

Date Of Review: 8-25-90

Review Period: _____ , 19 ____ to _____ , 19 ____

### Instructions

On the following pages you will rate and describe the Assistant Manager's performance in the key areas of our business — People, Merchandising, and Operations — as well as the Assistant's personal effectiveness. Each key area is defined by 4 - 5 skill areas. *Rate the Assistant's skill in each area based on how closely his/her performance matches the skill description/examples.*

Follow the steps below in completing the evaluation form:

1. Familiarize yourself with the overall form, key areas and skills before you initiate the review.

2. Beginning with the Personal Effectiveness section, read the skill definition and specific examples. As you read each example, rate how the assistant's actual performance meets the example.

   - Place a (1) in the blank space left of the example if the Assistant's actual performance *never* meets the example.
   - Place a (2) if the Assistant's performance *sometimes* meets the example.
   - Place a (3) if the Assistant's performance *usually* meets the example.
   - Place a (4) if the Assistant's performance meets the example the *majority* of the time.
   - Place a (5) if the Assistant's performance *always* meets the example.

   Example:

   Leadership
   Ability to continuously improve the operation and profitability of the store by:
   5 — Continuously looking for better ways to do things.
   4 — Anticipating change and helping others react positively to change.
   3 — Clearly accepting direction or plans, and endorsing the benefits.
   2 — Setting high performance and ethical standards for self and others, and providing encouragement and help to meet those standards.

   Leadership Rating   Total of above ____ divided by 4 = ____

3. Determine an overall rating for the Assistant's performance in the skill area, by using the numbers written by each example. Add these numbers, then divide by the number of examples (round to the nearest 10th).

   Example:

   Leadership
   Ability to continuously improve the operation and profitability of the store by:
   5 — Continuously looking for better ways to do things.
   4 — Anticipating change and helping others react positively to change.
   3 — Clearly accepting direction or plans, and endorsing the benefits.
   2 — Setting high performance and ethical standards for self and others, and providing encouragement and help to meet those standards.

   Leadership Rating   Total of above  15  divided by 4 =  3.8

4. Based on the Skill Rating, rate the Assistant's overall performance in the key area. Add all of the skill ratings on the page, then divide by the number of skills (round to the nearest 10th).

5. Repeat this for each key area. After you complete the Operations Area, determine the Assistant's overall performance rating, by adding the ratings of the four key areas and dividing by four (again, rounding to the nearest 10th).

   *This overall performance rating will determine the performance portion of the Assistant Manager's Bonus.*

6. List the Assistant's major strengths and weaknesses, and complete a specific development plan with the Assistant.

   Important: The information from this section will be used for the Assistant's performance description, and will become part of his / her personnel file.

Management Performance Appraisal and Plan Of Action (10/89)

1

EXHIBIT A

CONFIDENTIAL
WMHO 218085

# PERSONAL EFFECTIVENESS

### Leadership

Ability to continuously improve the operation and profitability of the location by:

_3_ Continuously looking for better ways to do things.
_4_ Anticipating change and helping others react positively to change.
_3_ Clearly describing direction or plans, and explaining the benefits.
_3_ Setting high performance and ethical standards for self and others, and providing encouragement and help to meet these standards.

**Leadership Rating**      Total of above _13_ divided by 4 = | 3.3 |

---

### Customer Focus

Ability to 'think like a customer' in all aspects of our business. Someone who effectively 'thinks like a customer' would:

_3_ Evaluate his/her area's appearance, merchandise selection and customer service as he/she thinks the local customer sees these areas.
_4_ Teach and reinforce the importance of the 'customer' -- does not tolerate poor customer service performance.
_4_ Set a high standard of customer service by serving as a positive role model (Greets customers, responds quickly to service/merchandise problems).

**Customer Focus Rating**      Total of above _11_ divided by 3 = | 3.7 |

---

### Organization/Planning

Effective utilization of time and effort to achieve results. Organization and planning skill is reflected by:

_3_ Specific, measurable 30 - 60 - 90 day Operations and Merchandising plans.
_4_ Using a daily base plan and 'To Do' lists.
_3_ Assigning clear responsibility/accountability to Associates.
_4_ Follow-up and follow-through on plans.

**Organization/Planning Rating**      Total of above _14_ divided by 4 = | 3.5 |

---

### Judgment

Ability to make sound decisions in line with company procedure and philosophy. While judgment is influenced by experience, someone who demonstrates good judgment:

_4_ Uses company procedures, philosophies and experience to evaluate alternatives.
_4_ Considers financial impact and/or impact on people in all decisions.
_4_ Involves others appropriately in decision-making.
_4_ Is willing to make and support a decision when time is critical.

**Judgment Rating**      Total of above _16_ divided by 4 = | 4.0 |

---

### Sense of Urgency

Ability to take action on assignments and complete them with minimum supervision. Someone with a strong sense of urgency:

_4_ Maintains a relatively fast daily work pace (but not chaotic) for self and others.
_4_ Reacts quickly to assignments and directions.
_3_ Anticipates problems and works to prevent or quickly resolve.

**Sense of Urgency Rating**      Total of above _11_ divided by 3 = | 3.7 |

---

### Personal Effectiveness Comments

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered. Gail is well organized and follows thru on direction given. Gail has excellent judrement skills and applies her judgement well. Her sense of urgency is very good. Needs to anticipate and hand off problems more.

**PERSONAL EFFECTIVENESS OVERALL RATING**      Total of skill areas _18.2_ divided by 5 = | 3.6 |

2

Management Performance Appraisal and Plan Of Action (10/88)

CONFIDENTIAL
WMHO 218086

## MERCHANDISING SKILLS

**Inventory Management**

Ability to maintain a profitable high in-stock position without creating overstocks. Effective inventory management can be evaluated as:

3 — Maintaining a 97% or better in-stock position. Assistant's Avg. In-Stock: _____ %     N/A

4 — Department Managers keep accurate, up-to-date order books. Are Assistant's books up-to-date?   YES   NO

3 — Inventory turns are at company average or better. Assistant's average inventory Turns: _____

3 — Open-to-buy budgets are followed.

Assistant's average OTB position: _____ Over-Budget   _____ On-Budget   _____ Below Budget.

4 — Markdowns are at or below company average. Assistant's Avg. Markdown %: _____ %

| Inventory Management Rating | Total of above | 17 | divided by 5 = | 3.4 |
| --- | --- | --- | --- | --- |

**Promotional Merchandising**

Ability to create profitable sales above and beyond the normal volume. A strong promotional merchant:

4 — Displays a good mix and assortment of merchandise – basic, seasonal and promotional items – on features, and changes the balance of the features to reflect a seasonal event.

3 — Features a mix of price points, high-ticket and low-ticket.

5 — Features promotional merchandise as it is received.

4 — Takes action to sell-through on promotional merchandise and minimize markdowns.

| Promotional Merchandising Rating | Total of above | 16 | divided by 4 = | 4.0 |
| --- | --- | --- | --- | --- |

**Seasonal Merchandising**

Ability to tailor the merchandise mix and presentation to appeal to the customer's buying needs, based on the time of year or a specific event. A strong seasonal merchant:

4 — Plans special purchases and presentations of timely merchandise through realistic 30 - 60 - 90 day merchandising plans, and follows through on these plans.

4 — Creates exciting, eye appealing merchandise presentations which communicate the message "Wal-Mart has what I need" to our customers.

4 — Keeps accurate, complete records of seasonal purchase, presentation, and sales.

4 — Reacts to seasonal overstocks by promoting the merchandise through ads, in-store sales, and special displays.

4 — Reacts to seasonal inventory out-of-stocks by locating additional merchandise from other stores or placing direct orders with vendors (if possible).

2 — Completes a "Correction of Errors" report at the end of the season or event.

| Seasonal Merchandising Rating | Total of above | 22 | divided by 6 = | 3.7 |
| --- | --- | --- | --- | --- |

**SWAS (Store Within A Store) Performance**

Ability to use the SWAS concept to develop Department Managers' merchandising knowledge and skills, and continue to increase each departments' profitable sales. SWAS performance is measured by:

4 — SWAS YTD points.     Assistant's Points: _____

3 — Department Managers' ability to understand and apply SWAS numbers to their daily merchandise orders and promotions.

3 — Ability to turn an under-performing department into a satisfactory or above performing department.

| SWAS Rating | Total of above | 10 | divided by 3 = | 3.3 |
| --- | --- | --- | --- | --- |

**Merchandising Skills Comments**

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

Gail strongly supports quick action with promotional merchandise and understands our seasonal plan for selling merchandise your reill. Gail needs to be more involved in correction of errors.

| MERCHANDISING SKILLS OVERALL RATING | Total of skill areas | 14.4 | divided by 4 = | 3.6 |
| --- | --- | --- | --- | --- |

Management Performance Appraisal and Plan Of Action (09/89)     3

CONFIDENTIAL
WMHO 218087

## OPERATIONS SKILLS

**Store Appearance/Maintenance**

Ability to maintain an attractive, clean, safe and enticing environment for our customers. Attention to store appearance and maintenance is evidenced by:

- 4 — Daily store tours and quick reaction to tour notes.
- 3 — Clean, straight departments/work areas including fixtures, counters, floors, lighting, and merchandise.
- 3 — Correct signing and flagging of merchandise and services.
- 4 — Attractive, safe, creative display of merchandise.

| Store Appearance/Maintenance Rating | Total of above 14 divided by 4 = 3.5 |
|---|---|

**Management of Company Assets**

Knowledge of and adherence to company policies and procedures. Someone able to effectively manage company assets has an above satisfactory knowledge of:

- 4 — Store Controls Checklist.
- 3 — Cash Office procedures and controls.
- 3 — Invoice Office procedures and controls.
- 5 — Receiving procedures and controls.
- 4 — Front End procedures and controls.
- 3 — UPC/Merchandise Systems procedures and controls.

| Management of Company Assets Rating | Total of above 22 divided by 6 = 3.7 |
|---|---|

**Safety/Security**

Understanding and adherence to safety and security procedures, as demonstrated by:

- 5 — Continued reinforcement and teaching of store safety for our associates as well as our customers.
- 5 — Quick and correct reaction to safety hazards, and accidents.
- 4 — Knowledge of and adherence to firearm procedures.
- 4 — 100% compliance with company procedures and policies on cash pulls and bank deposits.
- 5 — 100% compliance to opening and closing procedures.

| Safety/Security Rating | Total of above 23 divided by 5 = 4.6 |
|---|---|

**Financial Analysis/Management**

Ability to read, interpret, and (when necessary) complete Wal-Mart financial reports. Someone with strong skills in this area would be able to:

- 3 — Read and explain monthly P&L statements.
- 4 — Use Purchase/Sales Recap reports to provide merchandising direction.
- 3 — Develop and follow departmental budgets.
- 3 — Use company systems to evaluate productivity and performance.

| Financial Analysis Rating | Total of above 13 divided by 4 = 3.3 |
|---|---|

**Operations Skills Comments**

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

Gail has done a very good job of teaching and following safety in our store this year. She understands reg. flow extremely well and is always involved at front end. She has complied in a timely manner most months, on her portion of store controls checklist — follow-up. Gail needs more exposure to P&L, and offices.

| OPERATIONS SKILLS OVERALL RATING | Total of skill areas 15.1 divided by 4 = 3.8 |
|---|---|

CONFIDENTIAL
WMHO 218088

# PEOPLE SKILLS

## Communications Skills

Ability to clearly communicate with others. Someone with strong communications skills is able to get work done on time willingly through others with minimal rework. Specific results of strong communications skills are:

4  Routine work and Special Assignments are done correctly and on time.

3  Associates are aware of daily priorities and can easily answer questions about priorities, procedures, and/or merchandise.

3  Associate turnover is relatively low because associates enjoy coming to work.

**Communications Skills Rating**          Total of above __10__  divided by 3 =  |3.3|

## Teaching/Training Skills

Ability to help Associates learn how to do their jobs correctly and understand what our company is trying to achieve. Someone with effective teaching/training skills determines what and how an associate needs to learn, evaluates whether the Associate learned or not, and adapts teaching or training to fit the associate's needs. Specific results of effective teaching/training skills are:

3  Associate Training Plans are documented and complete for Full and Peak-Time Associates.

2  Meetings (Cashier, Receiving crew, etc.) include short teaching sessions.

3  Associates are able to accept more responsibility through promotion and/or job change.

**Teaching/Training Skills Rating**          Total of above __8__  divided by 3 =  |2.7|

## Coaching/Discipline Skills

Ability to reinforce, and encourage good performance and correct poor performance. Someone with strong coaching/discipline skills is able to set high performance standards because he/she frequently, accurately, and fairly gives performance feedback. Specific results of effective coaching/discipline are:

3  Associates have an accurate understanding of how they are performing.

4  Good performance is frequently recognized and rewarded.

3  Performance problems are addressed quickly and effectively.

3  Discipline is used effectively and usually results in the Associate correcting the problem.

**Coaching/Discipline Skills Rating**          Total of above __13__  divided by 4 =  |3.3|

## Evaluation

Ability to write and conduct associate evaluations on time. Someone who does an "above standard" job in writing and giving evaluations is able to accurately describe each associate's performance and help develop an action plan for improving performance. Specific results of effective evaluation skills are:

4  Strengths and weaknesses can be clearly identified by reading the written evaluation.

3  Associates can accurately describe their evaluation.

4  Evaluations are completed on or before the due date.

**Evaluation Rating**          Total of above __11__  divided by 3 =  |3.7|

## People Skills Comments

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered. Include specific examples of the Assistant's ability to accomplish things through others and ability to work effectively with other Managers.

Gail does a fine job in recognizing for rewarding her people. She has consistently started up to date with evaluations which are easy to understand and clearly written. Gail needs to work more on training of associates and consistantly having training sessions / meetings

## PEOPLE SKILLS OVERALL RATING          Total of skill areas __13.0__  divided by 4 =  |3.3|

Management Performance Appraisal and Plan Of Action (10/89)                                    5

CONFIDENTIAL
WMHO 218089

## SUMMARY

| OVERALL PERFORMANCE RATING: | | | | Rating |
|---|---|---|---|---|
| | Personal Effectiveness Rating | | 3. 6 | |
| | People Skills Rating | + | 3. 3 | |
| | Merchandise Skills Rating | + | 3. 6 | |
| | Operations Skills Rating | + | 3. 8 | |
| | TOTAL | = | 17. 3 | divided by 4 = 3. 6 |

## DEVELOPMENT PLAN

### Instructions

Use this section to construct a brief development plan, by addressing relative strengths and weaknesses, and the means to better utilize or improve these areas.

Important: The strengths and weaknesses indicated here will be used for the Assistant's performance description, and will become a part of his / her personnel profile.

**Strengths**
1. Judgement
2. Safety Awareness
3. Seasonal - Promotional Urgency
4. Receiving - fontard Knowledge
5. Evaluation consistency

**Plans for Better Utilizing Strengths**
I will use my strengths to improve my weaknesses.

**Weaknesses**
1. Have more training meetings
2. Utilize corr. of errors.
3. Exposure to P&L more
4. Learn more about offices
5. Make more long range plans

**Plans for Improving**
I agree with my weaknesses & will work hard to improve. I will delegate more duties & steer my time toward meetings, plan + insetting myself.

**Career Goals / Assistant Manager Comments**
First to be a store manager & eventually a DM

**District Manager (Wal-Mart) or Director of Operations (Sam's) Comments**
Gail has a good sense of urgency and knows how to handle problems as the arise. Leads people prior and operationally. Needs to work on planning and the payment out of the business.

C. HANSON                    M. PETORIUS

Associate          Supervisor          Supervisor

9/25/90

Date          Date          Date

Management Performance Appraisal and Plan Of Action (10/88)

CONFIDENTIAL
WMHO 218090

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

## Declaration of Gayle Kellems in Support of
## Plaintiffs' Motion for Class Certification

# EXHIBIT B

| WAL-MART | SAM'S CLUB | HYPERMART*USA* | WAL-MART SUPERCENTER |
|---|---|---|---|

**MANAGEMENT PERFORMANCE APPRAISAL AND PLAN OF ACTION**  297936

| Name | Store/Location No. |
|---|---|
| Social Security Number | Date Of Review |
| Review Period | |
| | 19 _____ to _____ 19 ___ |

## Instructions

On the following pages you will rate and describe the Assistant Manager's performance in the key areas of our business — People, Merchandising, and Operations — as well as the Assistant's personal effectiveness. Each key area is defined by 4 - 5 skill areas. *Rate the Assistant's skill in each area based on how closely his/her performance matches the skill description/examples.*

Follow the steps below in completing this evaluation form:

| | |
|---|---|
| 1 | Familiarize yourself with the overall form, key areas and skills before you initiate the review. |
| 2 | Beginning with the Personal Effectiveness section, read the skill definition and specific examples. As you read each example, rate how the Assistant's actual performance meets the example.

• Place a (1) in the blank space left of the example if the Assistant's actual performance **never** meets the example.
• Place a (2) if the Assistant's performance **sometimes** meets the example.
• Place a (3) if the Assistant's performance **usually** meets the example
• Place a (4) if the Assistant's performance meets the example the **majority** of the time.
• Place a (5) if the Assistant's performance **always** meets the example. |
| 3 | Determine an overall rating for the Assistant's performance in the skill area, by using the numbers written by each example. Add these numbers, then divide by the number of examples (round to the nearest 10th). |
| 4 | Based on the Skill Rating, rate the Assistant's overall performance in the key area. Add all of the skill ratings on the page, then divide by the number of skills (round to the nearest 10th). |
| 5 | Repeat this for each key area. After you complete the Operations Area, determine the Assistant's overall performance rating, by adding the ratings of the four key areas and dividing by four (again, rounding to the nearest 10th).

*This overall performance rating will determine the performance portion of the Assistant Manager's Bonus.* |
| 6 | List the Assistant's major strengths and areas of improvement, and complete a specific development plan with the Assistant.

Important: The information from this section will be used for the Assistant's performance description, and will become part of his/her personal file. |

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL

WMHO 218079

**EXHIBIT B**

## PERSONAL EFFECTIVENESS

**Leadership**
Ability to continuously improve the operation and profitability of the location by:

- _4_ Continuously looking for better ways to do things.
- _3_ Anticipating change and helping others react positively to change.
- _4_ Clearly describing direction or plans, and explaining the benefits.
- _4_ Setting high performance and ethical standards for self and others, and providing encouragement and help to meet these standards.

**Leadership Rating**     Total of above _15_ divided by 4 = _3.8_

**Customer Focus**
Ability to 'think like a customer' in all aspects of our business. Someone who effectively 'thinks like a customer' would:

- _3_ Evaluate his/her area's appearance, merchandise selection and customer service as he/she thinks the local customer sees these areas.
- _4_ Teach and reinforce the importance of the 'customer' — does not tolerate poor customer service performance.
- _4_ Set a high standard of customer service by serving as a positive role model (Greets customers, responds quickly to service/merchandise problems).

**Customer Focus Rating**     Total of above _11_ divided by 3 = _3.7_

**Organization/Planning**
Effective utilization of time and effort to achieve results. Organization and planning skill is reflected by:

- _3_ Specific, measurable 30 - 60 - 90 day Operations and Merchandising plans.
- _4_ Using a daily base plan and 'To Do' lists.
- _4_ Assigning clear responsibility/accountability to Associates.
- _4_ Follow-up and follow-through on plans.

**Organization/Planning Rating**     Total of above _15_ divided by 4 = _3.8_

**Judgment**
Ability to make sound decisions in line with company procedure and philosophy. While judgment is influenced by experience, someone who demonstrates good judgment.

- _4_ Uses company procedures, philosophies and exerience to evaluate alternatives.
- _4_ Considers financial impact and/or impact on people in all decisions.
- _5_ Involves others appropriately in decision-making.
- _4_ Is willing to make and support a decision when time is critical.

**Judgment Rating**     Total of above _17_ divided by 4 = _4.3_

**Sense of Urgency**
Ability to take action on assignments and complete them with minimum supervision. Someone with a strong sense of urgency:

- _4_ Maintains a relatively fast daily work pace (but not chaotic) for self and others.
- _4_ Reacts quickly to assignments and directions.
- _3_ Anticipates problems and works to prevent or quickly resolve.

**Sense of Urgency Rating**     Total of above _11_ divided by 3 = _3.7_

**Personal Effectiveness Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

_Gayle always communicates with others for their inputs. Gayle needs to work on her 30-60-90 day plans and long nose merchandise buys._

**PERSONAL EFFECTIVENESS OVERALL RATING**     Total of skill areas _19.3_ divided by 5 = _3.9_

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL

WMHO 218080

## MERCHANDISING SKILLS

### Inventory Management
Ability to maintain a profitable high in-stock position without creating overstocks. Effective inventory management can be evaluated as:

_4_   Maintaining a 97% or better in-stock position. Assistant's Avg. In-Stock: _____ %

_4_   Department Managers keep accurate, up-to-date order books. Are Assistant's books up-to-date? (Yes)   No

_3_   Inventory turns are at company average or better. Assistant's Average Inventory Turns: _____

_3_   Open-to-buy budgets are followed.

_4_   Assistant's average OTB position: ____ Over-Budget   ____ On-Budget   ____ Below Budget.
      Markdowns are at or below company average. Assistant's Avg. Markdown %: _____ %

**Inventory Management Rating**                        Total of above _18_ divided by 5 = _3.6_

### Promotional Merchandising
Ability to create profitable sales above and beyond the normal volume. A strong promotional merchant:

_4_   Displays a good mix and assortment of merchandise — basic, seasonal and promotional items — on features, and changes the balance of the features to reflect a seasonal event.

_4_   Features a mix of price points, high-ticket and low-ticket.

_5_   Features promotional merchandise as it is received.

_4_   Takes action to sell-through on promotional merchandise and minimize markdowns.

**Promotional Merchandising Rating**                   Total of above _17_ divided by 4 = _4.3_

### Seasonal Merchandising
Ability to tailor the merchandise mix and presentation to appeal to the customer's buying needs, based on the time of year or a specific event. A strong seasonal merchant:

_3_   Plans special purchases and presentations of timely merchandise through realistic 30 - 60 - 90 day merchandising plans, and follows through on these plans.

_4_   Creates exciting, eye appealing merchandise presentations which communicate the message 'Wal-Mart has what I need' to our customers.

_2_   Keeps accurate, complete records of seasonal purchase, presentation, and sales.

_3_   Reacts to seasonal overstocks by promoting the merchandise through ads, in-store sales, and special displays.

_4_   Reacts to seasonal inventory out-of-stocks by locating additional merchandise from other stores or placing direct orders with vendors (if possible).

_2_   Completes a 'Correction of Errors' report at the end of each season or event.

**Seasonal Merchandising Rating**                      Total of above _18_ divided by 6 = _3.0_

### SWAS (Store Within A Store) Performance
Ability to use the SWAS concept to develop Department Managers' merchandising knowledge and skills, and continue to increase the store's profitable sales. SWAS performance is measured by:

_3_   SWAS YTD points.        Assistant's Points: _____

_3_   Department Managers' ability to understand and apply SWAS numbers to their daily merchandise orders and promotions.

_3_   Ability to turn an under-performing department into a satisfactory or above performing department.

**SWAS Rating**                                        Total of above _9_ divided by 3 = _3.0_

### Merchandising Skills Comments
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

_Gayle is a super promotional merchant and ensures_
_that the merchandise stays current. She needs to_
_ensure her associates keep more accurate seasonal records_
_during the season._

## MERCHANDISING SKILLS OVERALL RATING       Total of skill areas _13.9_ divided by 4 = _3.5_

Management Performance Appraisal and Plan Of Action (10/90)

3

CONFIDENTIAL

WMHO 218081

## OPERATIONS SKILLS

**Store Appearance/Maintenance**
Ability to maintain an attractive, clean, safe and enticing environment for our customers. Attention to store appearance and maintenance is evidenced by:

- 4  Daily store tours and quick reaction to tour notes.
- 4  Clean, straight departments/work areas including fixtures, counters, floors, lighting, and merchandise.
- 3  Correct signing and flagging of merchandise and services.
- 4  Attractive, safe, creative display of merchandise.

| Store Appearance/Maintenance Rating | Total of above  15  divided by 4 =  3.8 |
| --- | --- |

**Management of Company Assets**
Knowledge of and adherence to company policies and procedures. Someone able to effectively manage company assets has an above satisfactory knowledge of:

- 3  Store Controls Checklist.
- 4  Cash Office procedures and controls.
- 3  Invoice Office procedures and controls.
- 5  Receiving procedures and controls.
- 5  Front End procedures and controls.
- 4  UPC/Merchandise Systems procedures and controls.

| Management of Company Assets Rating | Total of above  24  divided by 8 =  4.0 |
| --- | --- |

**Safety/Security**
Understanding and adherence to safety and security procedures, as demonstrated by:

- 4  Continued reinforcement and teaching of store safety for our associates as well as our customers.
- 5  Quick and correct reaction to safety hazards, and accidents.
- 4  Knowledge of and adherence to firearm procedures.
- 4  100% compliance with company procedures and policies on cash pulls and bank deposits.
- 4  100% compliance to opening and closing procedures.

| Safety/Security Rating | Total of above  21  divided by 5 =  4.2 |
| --- | --- |

**Financial Analysis/Management**
Ability to read, interpret, and (when necessary) complete Wal-Mart financial reports. Someone with strong skills in this area would be able to:

- 3  Read and explain monthly P&L statements.
- 3  Use Purchase/Sales Recap reports to provide merchandising direction.
- 4  Develop and follow departmental budgets.
- 3  Use company systems to evaluate productivity and performance.

| Financial Analysis Rating | Total of above  13  divided by 4 =  3.3 |
| --- | --- |

**Operations Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

She has really improved her op skills and systems knowledge in 6 mos. She has done the best job in the store in involving @ associate with safety. She needs to continue to work with P&L Recap and Top 50 as arders for her depts. Also signing, flagging consistency needs to be addressed.

| OPERATIONS SKILLS OVERALL RATING | Total of skill areas  15.3  divided by 4 =  3.8 |
| --- | --- |

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL

WMHO 218082

## PEOPLE SKILLS

**Communications Skills**

Ability to clearly communicate with others. Someone with strong communications skills is able to get work done on time willingly through others with minimal rework. Specific results of strong communications skills are:

___4___ Routine work and Special Assignments are done correctly and on time.

___4___ Associates are aware of daily priorities and can easily answer questions about priorities, procedures, and/or merchandise.

___3___ Associate turnover is relatively low because associates enjoy coming to work.

**Communications Skills Rating**

Total of above __7__ divided by 3 = __3.7__

**Teaching/Training Skills**

Ability to help Associates learn how to do their jobs correctly and understand what our company is trying to achieve. Someone with effective teaching/training skills determines what and how an associate needs to learn, evaluates whether the Associate learned or not, and adapts teaching or training to fit the associate's needs. Specific results of effective teaching/training skills are:

___4___ Associate Training Plans are documented and complete for Full and Peak-Time Associates.

___5___ Meetings (Cashier, Receiving crew, etc.) include short teaching sessions.

___3___ Associates are able to accept more responsibility through promotion and/or job change.

**Teaching/Training Skills Rating**

Total of above __12__ divided by 3 = __4.0__

**Coaching/Discipline Skills**

Ability to reinforce, and encourage good performance and correct poor performance. Someone with strong coaching/discipline skills is able to set high performance standards because he/she frequently, accurately, and fairly gives performance feedback. Specific results of effective coaching/discipline are:

___4___ Associates have an accurate understanding of how they are performing.

___5___ Good performance is frequently recognized and rewarded.

___3___ Performance problems are addressed quickly and effectively.

___4___ Discipline is used effectively and usually results in the Associate correcting the problem.

**Coaching/Discipline Skills Rating**

Total of above __16__ divided by 4 = __4.0__

**Evaluation**

Ability to write and conduct associate evaluations on time. Someone who does an 'above standard' job in writing and giving evaluations is able to accurately describe each associate's performance and help develop an action plan for improving performance. Specific results of effective evaluation skills are:

___4___ Strengths and weaknesses can be clearly identified by reading the written evaluation.

___4___ Associates can accurately describe their evaluation.

___4___ Evaluations are completed on or before the due date.

**Evaluation Rating**

Total of above __12__ divided by 3 = __4.0__

**People Skills Comments**

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered. Include specific examples of the Assistant's ability to accomplish things through others and ability to work effectively with other Managers.

*Carole has effective training sessions with her people. She gives accurate fair and generally timely evaluations. She always rewards good performance. She needs to work on training her replacements and try to address personnel problems more quickly. She has a very good grasp on how to use positive discipline.*

**PEOPLE SKILLS OVERALL RATING**

Total of skill areas __15.7__ divided by 4 = __3.9__

Management Performance Appraisal and Plan Of Action (10/90)

5

CONFIDENTIAL
WMHO 218083

## SUMMARY

| OVERALL PERFORMANCE RATING: | Personal Effectiveness Rating | 3.9 | Rating |
|---|---|---|---|
| | People Skills Rating | + 3.9 | |
| | Merchandise Skills Rating | + 3.5 | |
| | Operations Skills Rating | + 3.8 | 3.8 |
| | TOTAL | = 15.1  divided by 4 = | |

## DEVELOPMENT PLAN

### Instructions

Use this section to construct a brief development plan, by addressing relative strengths and weaknesses, and the means to better utilize or improve these areas.

Important: The strengths and areas for improvement indicated here will be used for the Assistant's performance description, and will become a part of his / her personnel profile.

**Strengths**

1. Good communication listening skills
2. promotional merchant
3. Training ability
4. Op skills
5. Understands Wal-Mart policies well

**Plans for Better Utilizing Strengths**

I intend to pass my strengths on to my dept mgrs. so they will be stronger.

**Areas for Improvement**

1. 30-60-90 day plans
2. Seasonal record-keeping
3. Finesse in sales floor areas
4. Use of PeL, Recap, Top 50, etc.
5. Quicker reaction to problems

**Plans for Improving**

I will work on my 30-60-90 day plans with my dept. mgrs. I will be stricter on finesse + make sure not to be done no matter what.

**Career Goals / Assistant Manager Comments**

My immediate goals are Store Manager + eventually DM. I feel I've had a fair evaluation.

**District Manager / Director of Operations Comments**

Gayle is a good merchant she needs to work on 30,60,90 day plans and seasonal record keeping. Excellent trainer and people skills

| | | |
|---|---|---|
| _Gayle Killems_ | _[signature]_ | _[signature]_ |
| Associate | Supervisor | Supervisor |
| 12-7-90 | 12-8-20 | 12-8-90 |
| Date | Date | Date |

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL
WMHO 218084

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Gayle Kellems in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT C

331751

**WAL-MART**    **SAM'S CLUB**    **HYPERMART*USA***    **WAL-MART SUPERCENTER**

## MANAGEMENT PERFORMANCE APPRAISAL AND PLAN OF ACTION

| KELLLEY, BYYLE LYNN ASST MGR THANSHEFFELD CEST CLIENT, CF G-122-412-2252  C2/28/29    ADT 2003 STOTCHEE | Name | Store/Location No. |
| | Social Security Number | Date Of Review |
| | Review Period _____ 19 ___ to _____ 19 |

### Instructions

On the following pages you will rate and describe the Assistant Manager's performance in the key areas of our business — People, Merchandising, and Operations — as well as the Assistant's personal effectiveness. Each key area is defined by 4 - 5 skill areas. *Rate the Assistant's skill in each area based on how closely his/her performance matches the skill description/examples.*

Follow the steps below in completing the evaluation form:

| 1 | Familiarize yourself with the overall form, key areas and skills before you initiate the review. |
| 2 | Beginning with the Personal Effectiveness section, read the skill definition and specific examples. As you read each example, rate how the Assistant's actual performance meets the example. |

- Place a (1) in the blank space left of the example if the Assistant's actual performance <u>never</u> meets the example.
- Place a (2) if the Assistant's performance <u>sometimes</u> meets the example.
- Place a (3) if the Assistant's performance <u>usually</u> meets the example
- Place a (4) if the Assistant's performance meets the example the <u>majority</u> of the time.
- Place a (5) if the Assistant's performance <u>always</u> meets the example.

| 3 | Determine an overall rating for the Assistant's performance in the skill area, by using the numbers written by each example. Add these numbers, then divide by the number of examples (round to the nearest 10th). |
| 4 | Based on the Skill Rating, rate the Assistant's overall performance in the key area. Add all of the skill ratings on the page, then divide by the number of skills (round to the nearest 10th). |
| 5 | Repeat this for each key area. After you complete the Operations Area, determine the Assistant's overall performance rating, by adding the ratings of the four key areas and dividing by four (again, rounding to the nearest 10th). |

*This overall performance rating will determine the performance portion of the Assistant Manager's Bonus.*

| 6 | List the Assistant's major strengths and areas of improvement, and complete a specific development plan with the Assistant. |

Important: The information from this section will be used for the Assistant's performance description, and will become part of his/her personal file.

Management Performance Appraisal and Plan Of Action (10/90)

1

EXHIBIT C

CONFIDENTIAL
WMHO 218072

## PERSONAL EFFECTIVENESS

**Leadership**

Ability to continuously improve the operation and profitability of the location by:

- __3__ Continuously looking for better ways to do things.
- __4__ Anticipating change and helping others react positively to change.
- __4__ Clearly describing direction or plans, and explaining the benefits.
- __4__ Setting high performance and ethical standards for self and others, and providing encouragement and help to meet these standards.

| **Leadership Rating** | Total of above __15__ divided by 4 = __3.8__ |
|---|---|

**Customer Focus**

Ability to 'think like a customer' in all aspects of our business. Someone who effectively 'thinks like a customer' would:

- __4__ Evaluate his/her area's appearance, merchandise selection and customer service as he/she thinks the local customer sees these areas.
- __3__ Teach and reinforce the importance of the 'customer' — does not tolerate poor customer service performance.
- __3__ Set a high standard of customer service by serving as a positive role model (Greets customers, responds quickly to service/merchandise problems).

| **Customer Focus Rating** | Total of above __10__ divided by 3 = __3.3__ |
|---|---|

**Organization/Planning**

Effective utilization of time and effort to achieve results. Organization and planning skill is reflected by:

- __4__ Specific, measurable 30 - 60 - 90 day Operations and Merchandising plans.
- __4__ Using a daily base plan and 'To Do' lists.
- __4__ Assigning clear responsibility/accountability to Associates.
- __4__ Follow-up and follow-through on plans.

| **Organization/Planning Rating** | Total of above __16__ divided by 4 = __4.0__ |
|---|---|

**Judgment**

Ability to make sound decisions in line with company procedure and philosophy. While judgment is influenced by experience, someone who demonstrates good judgment:

- __4__ Uses company procedures, philosophies and experience to evaluate alternatives.
- __4__ Considers financial impact and/or impact on people in all decisions.
- __4__ Involves others appropriately in decision-making.
- __4__ Is willing to make and support a decision when time is critical.

| **Judgment Rating** | Total of above __16__ divided by 4 = __4.0__ |
|---|---|

**Sense of Urgency**

Ability to take action on assignments and complete them with minimum supervision. Someone with a strong sense of urgency:

- __4__ Maintains a relatively fast daily work pace (but not chaotic) for self and others.
- __4__ Reacts quickly to assignments and directions.
- __3__ Anticipates problems and works to prevent or quickly resolve.

| **Sense of Urgency Rating** | Total of above __11__ divided by 3 = __3.7__ |
|---|---|

**Personal Effectiveness Comments**

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

Dan-le needs to ensure that the associates recognition of customer improves. Dan-le is extremely well-organized and makes very good 30-60-90 day plans.

| **PERSONAL EFFECTIVENESS OVERALL RATING** | Total of skill areas __18.8__ divided by 5 = __3.8__ |
|---|---|

CONFIDENTIAL
WMHO 218073

## MERCHANDISING SKILLS

**Inventory Management**
Ability to maintain a profitable high in-stock position without creating overstocks. Effective inventory management can be evaluated as:

_4_   Maintaining a 97% or better in-stock position. Assistant's Avg. In-Stock: _____ %

_4_   Department Managers keep accurate, up-to-date order books. Are Assistant's books up-to-date? (Yes) No

_4_   Inventory turns are at company average or better. Assistant's Average Inventory Turns: _____

_4_   Open-to-buy budgets are followed.

      Assistant's average OTB position: _____ Over-Budget   _✓_ On-Budget   _____ Below Budget.

_5_   Markdowns are at or below company average. Assistant's Avg. Markdown %: _____ %

| Inventory Management Rating | Total of above _21_ divided by 5 = _4.2_ |
|---|---|

**Promotional Merchandising**
Ability to create profitable sales above and beyond the normal volume. A strong promotional merchant:

_5_   Displays a good mix and asortment of merchandise — basic, seasonal and promotional items — on features, and changes the balance of the features to reflect a seasonal event.

_4_   Features a mix of price points, high-ticket and low-ticket.

_4_   Features promotional merchandise as it is received.

_3_   Takes action to sell-through on promotional merchandise and minimize markdowns.

| Promotional Merchandising Rating | Total of above _16_ divided by 4 = _4.0_ |
|---|---|

**Seasonal Merchandising**
Ability to tailor the merchandise mix and presentation to appeal to the customer's buying needs, based on the time of year or a specific event. A strong seasonal merchant:

_4_   Plans special purchases and presentations of timely merchandise through realistic 30 - 60 - 90 day merchandising plans, and follows through on these plans.

_4_   Creates exciting, eye appealing merchandise presentations which communicate the message 'Wal-Mart has what I need' to our customers.

_3_   Keeps accurate, complete records of seasonal purchase, presentation, and sales.

_4_   Reacts to seasonal overstocks by promoting the merchandise through ads, in-store sales, and special displays.

_5_   Reacts to seasonal inventory out-of-stocks by locating additional merchandise from other stores or placing direct orders with vendors (if possible).

_2_   Completes a 'Correction of Errors' report at the end of each season or event.

| Seasonal Merchandising Rating | Total of above _22_ divided by 6 = _3.7_ |
|---|---|

**SWAS (Store Within A Store) Performance**
Ability to use the SWAS concept to develop Department Managers' merchandising knowledge and skills, and continue to increase the store's profitable sales. SWAS performance is measured by:

_3_   SWAS YTD points.        Assistant's Points: _____

_4_   Department Managers' ability to understand and apply SWAS numbers to their daily merchandise orders and promotions.

_4_   Ability to turn an under-performing department into a satisfactory or above performing department.

| SWAS Rating | Total of above _11_ divided by 3 = _3.7_ |
|---|---|

**Merchandising Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

Gayle needs to become more involved daily in the corr of errps progrm Gayle does an exceptional job with her m/d fastrol and awareness as well as seasonal merchandise instock and feature mix

| **MERCHANDISING SKILLS OVERALL RATING** | Total of skill areas _15.6_ divided by 4 = _3.9_ |
|---|---|

Management Performance Appraisal and Plan Of Action (10/90)                                                                3

CONFIDENTIAL
WMHO 218074

## OPERATIONS SKILLS

**Store Appearance/Maintenance**
Ability to maintain an attractive, clean, safe and enticing environment for our customers. Attention to store appearance and maintenance is evidenced by:

_5_ Daily store tours and quick reaction to tour notes.
_4_ Clean, straight departments/work areas including fixtures, counters, floors, lighting, and merchandise.
_3_ Correct signing and flagging of merchandise and services.
_4_ Attractive, safe, creative display of merchandise.

| Store Appearance/Maintenance Rating | Total of above _16_ divided by 4 = _4.0_ |
|---|---|

**Management of Company Assets**
Knowledge of and adherence to company policies and procedures. Someone able to effectively manage company assets has an above satisfactory knowledge of:

_4_ Store Controls Checklist.
_4_ Cash Office procedures and controls.
_3_ Invoice Office procedures and controls.
_4_ Receiving procedures and controls.
_4_ Front End procedures and controls.
_4_ UPC/Merchandise Systems procedures and controls.

| Management of Company Assets Rating | Total of above _23_ divided by 6 = _3.8_ |
|---|---|

**Safety/Security**
Understanding and adherence to safety and security procedures, as demonstrated by:

_4_ Continued reinforcement and teaching of store safety for our associates as well as our customers.
_4_ Quick and correct reaction to safety hazards, and accidents.
_4_ Knowledge of and adherence to firearm procedures.
_4_ 100% compliance with company procedures and policies on cash pulls and bank deposits.
_5_ 100% compliance to opening and closing procedures.

| Safety/Security Rating | Total of above _21_ divided by 5 = _4.2_ |
|---|---|

**Financial Analysis/Management**
Ability to read, interpret, and (when necessary) complete Wal-Mart financial reports. Someone with strong skills in this area would be able to:

_3_ Read and explain monthly P&L statements.
_4_ Use Purchase/Sales Recap reports to provide merchandising direction.
_4_ Develop and follow departmental budgets.
_4_ Use company systems to evaluate productivity and performance.

| Financial Analysis Rating | Total of above _15_ divided by 4 = _3.8_ |
|---|---|

**Operations Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

Gayle's tour notes are very detailed and documented. She needs to work on consistent flagging, signing, and riser maintenance. She needs to brush up on P&L review as well as invoicing. Gayle has a thorough knowledge of company policy relating to opening and closing procedures and carries out our expectations well.

| OPERATIONS SKILLS OVERALL RATING | Total of skill areas _15.8_ divided by 4 = _4.0_ |
|---|---|

Management Performance Appraisal and Plan Of Action (10/96)

CONFIDENTIAL
WMHO 218075

## PEOPLE SKILLS

**Communications Skills**

Ability to clearly communicate with others. Someone with strong communications skills is able to get work done on time willingly through others with minimal rework. Specific results of strong communications skills are:

- 4    Routine work and Special Assignments are done correctly and on time.
- 4    Associates are aware of daily priorities and can easily answer questions about priorities, procedures, and/or merchandise.
- 4    Associate turnover is relatively low because associates enjoy coming to work.

**Communications Skills Rating**

Total of above   12   divided by 3 =   4.0

**Teaching/Training Skills**

Ability to help Associates learn how to do their jobs correctly and understand what our company is trying to achieve. Someone with effective teaching/training skills determines what and how an associate needs to learn, evaluates whether the Associate learned or not, and adapts teaching or training to fit the associate's needs. Specific results of effective teaching/training skills are:

- 4    Associate Training Plans are documented and complete for Full and Peak-Time Associates.
- 4    Meetings (Cashier, Receiving crew, etc.) include short teaching sessions.
- 4    Associates are able to accept more responsibility through promotion and/or job change.

**Teaching/Training Skills Rating**

Total of above   12   divided by 3 =   4.0

**Coaching/Discipline Skills**

Ability to reinforce, and encourage good performance and correct poor performance. Someone with strong coaching/ discipline skills is able to set high performance standards because he/she frequently, accurately, and fairly gives performance feedback. Specific results of effective coaching/discipline are:

- 4    Associates have an accurate understanding of how they are performing.
- 5    Good performance is frequently recognized and rewarded.
- 3    Performance problems are addressed quickly and effectively.
- 3    Discipline is used effectively and usually results in the Associate correcting the problem.

**Coaching/Discipline Skills Rating**

Total of above   15   divided by 4 =   3.8

**Evaluation**

Ability to write and conduct associate evaluations on time. Someone who does an 'above standard' job in writing and giving evaluations is able to accurately describe each associate's performance and help develop an action plan for improving performance. Specific results of effective evaluation skills are:

- 4    Strengths and weaknesses can be clearly identified by reading the written evaluation.
- 4    Associates can accurately describe their evaluation.
- 3    Evaluations are completed on or before the due date.

**Evaluation Rating**

Total of above   11   divided by 3 =   3.7

**People Skills Comments**

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered. Include specific examples of the Assistant's ability to accomplish things through others and ability to work effectively with other Managers.

Orale communicates clearly to one associates and promotes 2-way communication through her listening skills. She is a very good trainer and has had good meetings. She has done a fine job recognizing performance standards that exceed one expectations, but needs to react a bit quicker with problems

**PEOPLE SKILLS OVERALL RATING**

Total of skill areas   15.5   divided by 4 =   3.9

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL

WMHO 218076

## SUMMARY

| OVERALL PERFORMANCE RATING: | | Rating |
|---|---|---|
| | Personal Effectiveness Rating    3.8 | |
| | People Skills Rating           + 3.9 | |
| | Merchandise Skills Rating      + 3.9 | |
| | Operations Skills Rating       + 4.0 | 3.9 |
| | TOTAL                          = 15.6   divided by 4 = | |

## DEVELOPMENT PLAN

### Instructions

Use this section to construct a brief development plan, by addressing relative strengths and weaknesses, and the means to better utilize or improve these areas.

Important: The strengths and areas for improvement indicated here will be used for the Assistant's performance description, and will become a part of his / her personnel profile.

**Strengths**

1. m/o control + awareness
2. Seasonal instock
3. well-organized
4. Good listener
5. Merchandix mix

**Plans for Better Utilizing Strengths**

Plan to combine strengths listed to develop better SWAS plans for my dept. I also need to combine M.O. controls with my personnel plans.

**Areas for Improvement**

1. Correction of error
2. Flagging - signing
3. Record Keeping
4. Customer recognition
5. Reaction to personnel problems merchandising.

**Plans for Improving**

If I develop better SWAS plans the areas I need improvement in will come automatically. I also will react to personnel problems with the same urgency as merchandising.

**Career Goals / Assistant Manager Comments**

Career Goals - Store Manager within the next 2 years. Eventually Dist. Mgr.

I feel the evaluation was fair and accurate. I will work hard to improve the areas needed by the next prob.

**District Manager / Director of Operations Comments**

Gayle is a very good with people and is a good personal merchant. Very well organized and a good communicator. Needs to work on operational skills in invoice and cash office skills.

| Gayle Kelleme | | |
|---|---|---|
| Associate | Supervisor | Supervisor |

| | | 6-20-91 |
|---|---|---|
| Date | Date | Date |

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL
WMHO 218077

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

## Declaration of Gayle Kellems in Support of Plaintiffs' Motion for Class Certification

# EXHIBIT D

JON
THIS IS A SPECIAL EVALUATION    NOV 2 5 1991
352870

## MANAGEMENT PERFORMANCE APPRAISAL AND PLAN OF ACTION    WAL-MART

| Place Adhesive Label Here<br>- OR -<br>Fill-Out Information At Right | Name<br>Gayle Kellem | Store/Location No.<br>01- 0892 |
| | Social Security Number<br>102 46 5892 | Date Of Review<br>11-14-91 |
| | Review Period<br>_____ ,19 ___ to _____ ,19 ___ | |

### Instructions

On the following pages you will rate and describe the Assistant Manager's performance in the key areas of our business — People, Merchandising, and Operations — as well as the Assistant's personal effectiveness. Each key area is defined by 4 - 5 skill areas. *Rate the Assistant's skill in each area based on how closely his/her performance matches the skill description/examples.*

Follow the steps below in completing the evaluation form:

1. Familiarize yourself with the overall form, key areas and skills before you initiate the review.

2. Beginning with the Personal Effectiveness section, read the skill definition and specific examples. As you read the examples:

   - Place a (√) in the blank space left of the example if the Assistant's actual performance matches the example.
   - Place a (√+) if the Assistant's actual performance exceeds the example.
   - Place a (√—) if the Assistant's performance does not at least meet the example.

   Example:

   Leadership
   ...
   Leadership Rating

3. Using the match between the Assistant's performance and the examples of good performance, rate the Assistant's performance in the skill area.

   5 = Outstanding — Actual performance exceeds all examples (all √/+'s).
   4 = Above Standard — Actual performance exceeds 50% or more of the examples (at least 50% √/+'s).
   3 = Standard - Acceptable — Actual performance matches at least 50% of the examples (at least 50% √'s or √/+'s).
   2 = Below Standard — Actual performance does not meet at least 50% of the examples (at least 50% √/—'s).
   1 = Poor - Must Be Improved Immediately — Actual performance does not meet any examples (all √/—'s).

4. Based on the Skill Rating, rate the Assistant's overall performance in the key area. Use the rating scale described above.

5. Repeat this for each key area. After you complete the Operations Area, determine the Assistant's overall performance rating — again, using the same rating scale.

   *This overall performance rating will determine the performance portion of the Assistant Manager's Bonus.*

6. Complete a specific development plan with the Assistant for his/her performance.

Management Performance Appraisal and Plan Of Action (01/89)    1

EXHIBIT D    CONFIDENTIAL
WMHO 218065

# PERSONAL EFFECTIVENESS

### Leadership
Ability to continuously improve the operation and profitability of the store by:

| 4 | Continuously looking for better ways to do things. |
| 4 | Anticipating change and helping others react positively to change. |
| 4 | Clearly describing direction or plans, and explaining the benefits. |
| 4 | Setting high performance and ethical standards for self and others, and providing encouragement and help to meet these standards. |

$16 \div 4 = 4.0$

| Leadership Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| | | | | | |

### Customer Focus
Ability to 'think like a customer' in all aspects of our business. Someone who effectively 'thinks like a customer' would:

| 4 | Evaluate store appearance, merchandise selection, and customer service as he/she thinks the local customer sees these areas. |
| 4 | Teach and reinforce the importance of the 'customer' — does not tolerate poor customer service performance. |
| 4 | Set a high standard of customer service by serving as a positive role model (Greets customers, responds quickly to service/merchandise problems). |

$12 \div 3 = 4.0$

| Customer Focus Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| | | | | | |

### Organization/Planning
Effective utilization of time and effort to achieve results. Organization and planning skill is reflected by:

| 4 | Specific, measurable 30 - 60 - 90 day Operations and Merchandising plans. |
| 4 | Using a daily base plan and 'To Do' lists. |
| 4 | Assigning clear responsibility/accountability to Associates. |
| 4 | Follow-up and follow-through on plans. |

$16 \div 4 = 4.0$

| Organization/Planning Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| | | | | | |

### Judgment
Ability to make sound decisions in line with company procedure and philosophy. While judgment is influenced by experience, someone who demonstrates good judgment:

| 4 | Uses company procedures, philosophies and experience to evaluate alternatives. |
| 4 | Considers financial impact and/or impact on people in all decisions. |
| 4 | Involves others appropriately in decision-making. |
| 4 | Is willing to make and support a decision when time is critical. |

$16 \div 4 = 4.0$

| Judgment Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| | | | | | |

### Sense of Urgency
Ability to take action on assignments and complete them with minimum supervision. Someone with a strong sense of urgency:

| 4 | Maintains a relatively fast daily work pace (but not chaotic) for self and others. |
| 4 | Reacts quickly to assignments and directions. |
| 4 | Anticipates problems and works to prevent or quickly resolve. |

$12 \div 4 = 4.0$

| Sense of Urgency Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| | | | | | |

### Personal Effectiveness Comments
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

Gayle has a very good sense of urgency. Gayle has good organizational abilities and does a good job of following that.

$20 \div 4 = 4.0$

| PERSONAL EFFECTIVENESS OVERALL RATING | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| | | | | | |

Management Performance Appraisal and Plan Of Action (01/88)

2

CONFIDENTIAL
WMHO 218066

## PEOPLE SKILLS

### Communications Skills

Ability to clearly communicate with others. Someone with strong communications skills is able to get work done on time willingly through others with minimal rework. Specific results of strong communications skills are:

4 — Routine work and Special Assignments are done correctly and on time.

4 — Associates are aware of daily priorities and can easily answer questions about priorities, procedures, and/or merchandise.

3 — Associate turnover is relatively low because associates enjoy coming to work. $11 \div 3 = 3.7$

| Communications Skills Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Teaching/Training Skills

Ability to help Associates learn how to do their jobs correctly and understand what Wal-Mart is trying to achieve. Someone with effective teaching/training skills determines what and how an associate needs to learn, evaluates whether the Associate learned or not, and adapts teaching or training to fit the associate's needs. Specific results of effective teaching/training skills are:

4 — Associate Training Plans are documented and complete for Full and Peak-Time Associates.

4 — Meetings (SWAS, Cashier, etc.) include short teaching sessions.

4 — Associates are able to accept more responsibility through promotion and/or job change. $12 \div 3 = 40$

| Teaching/Training Skills Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Coaching/Discipline Skills

Ability to reinforce, and encourage good performance and correct poor performance. Someone with strong coaching/discipline skills is able to set high performance standards because he/she frequently, accurately, and fairly gives performance feedback. Specific results of effective coaching/discipline are:

4 — Associates have an accurate understanding of how they are performing.

4 — Good performance is frequently recognized and rewarded.

4 — Performance problems are addressed quickly and effectively.

5 — Positive discipline is used effectively and usually results in the Associate correcting the problem. $17 \div 4 = 4.3$

| Coaching/Discipline Skills Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Evaluation

Ability to write and conduct associate evaluations on time. Someone who does an 'above standard' job in writing and giving evaluations is able to accurately describe each associate's performance and help develop an action plan for improving performance. Specific results of effective evaluation skills are:

4 — Strengths and weaknesses can be clearly identified by reading the written evaluation.

4 — Associates can accurately describe their evaluation.

4 — Evaluations are completed on or before the due date. $12 \div 3 = 40$

| Evaluation Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### People Skills Comments

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered. Include specific examples of the Assistant's ability to accomplish things through others and ability to work effectively with other Managers.

Gayle does a very good job addressing poor performance. Gayle is respected and also a good support with the associates.

Gayle needs to keep having training sessions with the evening associates.

$16 \div 4 = 40$

| PEOPLE SKILLS OVERALL RATING | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

Management Performance Appraisal and Plan Of Action (01/89)   3

CONFIDENTIAL
WMHO 218067

## MERCHANDISING SKILLS

### Inventory Management

Ability to maintain a profitable high in-stock position without creating overstocks. Effective inventory management can be evaluated as:

*4*

Maintaining a 97% or better in-stock position. Assistant's Avg. In-Stock: __49__ %

*5*  Department Managers keep accurate, up-to-date order books. Are Assistant's books up-to-date? (YES)  NO

*4*  Inventory turns are at company average or better. Assistant's average Inventory Turns: _____
Open-to-buy budgets are followed.

*4*  Assistant's average OTB position: _____ Over-Budget  /On-Budget  _____ Below Budget.
Markdowns are at or below company average. Assistant's Avg. Markdown %: _____ %  $20 \div 5 = 4.0$

| Inventory Management Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Promotional Merchandising

Ability to create profitable sales above and beyond the normal volume. A strong promotional merchant:

*4*  Displays a good mix and assortment of merchandise -- basic, seasonal and promotional items -- on features, and changes the balance of the features to reflect a seasonal event.

*4*  Features a mix of price points, high-ticket and low-ticket.

*4*  Features promotional merchandise as it is received.

*4*  Takes action to sell-through on promotional merchandise and minimize markdowns.  $16 \div 4 = 4.0$

| Promotional Merchandising Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Seasonal Merchandising

Ability to tailor the merchandise mix and presentation to appeal to the customer's buying needs, based on the time of year or a specific event. A strong seasonal merchant:

*4*  Plans special purchases and presentations of timely merchandise through realistic 30 - 60 - 90 day merchandising plans, and follows through on these plans.

*4*  Creates exciting, eye appealing merchandise presentations which communicate the message "Wal-Mart has what I need" to our customers.

*3*  Keeps accurate, complete records of seasonal purchase, presentation, and sales.

*4*  Reacts to seasonal overstocks by promoting the merchandise through ads, in-store sales, and special displays.

*5*  Reacts to seasonal inventory out-of-stocks by locating additional merchandise from other stores or placing direct orders with vendors (if possible).

*3*  Completes a 'Correction of Errors' report at the end of the season or event.  $23 \div 6 = 3.8$

| Seasonal Merchandising Rating | 8 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### SWAS (Store Within A Store) Performance

Ability to use the SWAS concept to develop Department Managers' merchandising knowledge and skills, and continue to increase each departments' profitable sales. SWAS performance is measured by:

*N/A*  SWAS YTD points. ____ Assistant's Points: _____

*4*  Department Managers' ability to understand and apply SWAS numbers to their daily merchandise orders and promotions.

*4*  Ability to turn an under-performing department into a satisfactory or above performing department. $8 \div 2 = 4.0$

| SWAS Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Merchandising Skills Comments

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

Gayle has very good merchandising skills. She aggressively goes after good selling and then how stand. Does a very good job of maintaining instock. Gayle needs to improve merchandise flow and to seasonal correction of errors.

$15.8 \div 4 = 4.0$

| MERCHANDISING SKILLS OVERALL RATING | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

CONFIDENTIAL
WMHO 218068

## OPERATIONS SKILLS

### Store Appearance/Maintenance

Ability to maintain an attractive, clean, safe and enticing environment for our customers. Attention to store appearance and maintenance is evidenced by:

5 — Daily store tours and quick reaction to tour notes.
4 — Clean, straight departments/work areas including fixtures, counters, floors, lighting, and merchandise.
3 — Correct signing and flagging of merchandise and services.
4 — Attractive, safe, creative display of merchandise.

$16 \div 4 = 4.0$

| Store Appearance/Maintenance Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Management of Company Assets

Knowledge of and adherence to company policies and procedures. Someone able to effectively manage company assets has an above satisfactory knowledge of:

4 — Store Controls Checklist.
4 — Cash Office procedures and controls.
4 — Invoice Office procedures and controls.
4 — Receiving procedures and controls.
4 — Front End procedures and controls.
4 — UPC/Merchandise Systems procedures and controls.

$24 \div 6 = 4.0$

| Management of Company Assets Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Safety/Security

Understanding and adherence to safety and security procedures, as demonstrated by:

4 — Continued reinforcement and teaching of store safety for our associates as well as our customers.
4 — Quick and correct reaction to safety hazards, and accidents.
4 — Knowledge of and adherence to firearm procedures.
4 — 100% compliance with company procedures and policies on cash pulls and bank deposits.
4 — 100% compliance to opening and closing procedures.

$20 \div 5 = 4.0$

| Safety/Security Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Financial Analysis/Management

Ability to read, interpret, and (when necessary) complete Wal-Mart financial reports. Someone with strong skills in this area would be able to:

4 — Read and explain monthly P&L statements.
4 — Use Purchase/Sales Recap reports to provide merchandising direction.
4 — Develop and follow departmental budgets.
4 — Use company systems to evaluate productivity and performance.

$16 \div 4 = 4.0$

| Financial Analysis/Management Rating | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

### Operations Skills Comments

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

Excellent reaction to tour Notes — Gayle has a good understanding of offices but needs to keep involved in them. Gayle needs to make sure proper flagging is done, especially on signed and advertised where I mdse is not priced

$16 \div 4 = 4.0$

| OPERATIONS SKILLS OVERALL RATING | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|

Management Performance Appraisal and Plan Of Action (01/88)                    5

CONFIDENTIAL
WMHO 218069

Personal Effectiveness 4.0
People Skills 4.0
Merchandising 4.0
Operations 4.0

**SUMMARY**

| OVERALL PERFORMANCE RATING | | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|
| | OVERALL | 16 ÷ 4 = | | | | |

**DEVELOPMENT PLAN**

| Instructions |
|---|
| Use this section to construct a brief development plan, by addressing relative strengths and weaknesses, the means to better utilize or improve these areas, and responsibility/follow-up necessary to achieve results. |

| Strengths | Plans for Better Utilizing Strengths | Responsibility/Follow Up |
|---|---|---|
| Good sense of urgency<br>Good people skills<br>Positive Attitude<br>Good Judgement<br>Aggressive Merchandiser | I need to use my strengths to better use my time so I can give more attention to the details needed in my areas. | |

| Weaknesses | Plans for Improving | Responsibility/Follow Up |
|---|---|---|
| Signing flagging Risers<br>Correction of Errors<br>Keep current on Offices<br>Flow merchandise | Need to pay more attention to details sometimes we get so busy we neglect details. MDS II has helped me in offices & the new system in West Des Moines will also help. | |

Career Goals / Assistant Manager Comments

Store Mgr. in near future - 2 yrs.
then District Manager

Hobbies - gardening, swimming,

District Manager Comments

Gale is a very good asst manager. Uses good common sense in her decisions. Excellent in delegation and follow. High degree in sense of urgency. Good aggressive merchant.

_Gale Kilmer_    _Wayne Thoutey_    _____
Associate          Supervisor          Supervisor

11/14/91           11/14/91           11-14-91
Date               Date               Date

Management Performance Appraisal and Plan Of Action (01/88)

CONFIDENTIAL
WMHO 218070

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Gayle Kellems in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT E

365442

**WAL-MART**  **SAM'S**  HYPERMART*USA*  **WAL-MART** *SUPERCENTER*

### MANAGEMENT PERFORMANCE APPRAISAL AND PLAN OF ACTION

| | Name | | Store/Location No. |
|---|---|---|---|
| | Social Security Number | | Date Of Review |
| | Review Period | | |
| | | 19 ____ to _____ , 19 ____ | |

## Instructions

On the following pages you will rate and describe the Assistant Manager's performance in the key areas of our business — People, Merchandising, and Operations — as well as the Assistant's personal effectiveness. Each key area is defined by 4 - 5 skill areas. *Rate the Assistant's skill in each area based on how closely his/her performance matches the skill description/examples.*

Follow the steps below in completing the evaluation form:

1. Familiarize yourself with the overall form, key areas and skills before you initiate the review.

2. Beginning with the Personal Effectiveness section, read the skill definition and specific examples. As you read each example, rate how the Assistant's actual performance meets the example.

- Place a (1) in the blank space left of the example if the Assistant's actual performance never meets the example.
- Place a (2) if the Assistant's performance sometimes meets the example.
- Place a (3) if the Assistant's performance usually meets the example
- Place a (4) if the Assistant's performance meets the example the majority of the time.
- Place a (5) if the Assistant's performance always meets the example.

3. Determine an overall rating for the Assistant's performance in the skill area, by using the numbers written by each example. Add these numbers, then divide by the number of examples (round to the nearest 10th).

4. Based on the Skill Rating, rate the Assistant's overall performance in the key area. Add all of the skill ratings on the page, then divide by the number of skills (round to the nearest 10th)..

5. Repeat this for each key area. After you complete the Operations Area, determine the Assistant's overall performance rating, by adding the ratings of the four key areas and dividing by four (again, rounding to the nearest 10th).

   *This overall performance rating will determine the performance portion of the Assistant Manager's Bonus.*

6. List the Assistant's major strengths and areas of improvement, and complete a specific development plan with the Assistant.

   Important: The information from this section will be used for the Assistant's performance description, and will become part of his/her personal file.

Management Performance Appraisal and Plan Of Action (10/90)

1

EXHIBIT E

CONFIDENTIAL

WMHO 218058

## PERSONAL EFFECTIVENESS

### Leadership

Ability to continuously improve the operation and profitability of the location by:

| | |
|---|---|
| _4_ | Continuously looking for better ways to do things. |
| _4.5_ | Anticipating change and helping others react positively to change. |
| _4_ | Clearly describing direction or plans, and explaining the benefits. |
| _4_ | Setting high performance and ethical standards for self and others, and providing encouragement and help to meet these standards. |

**Leadership Rating**   Total of above _16.5_ divided by 4 = _4.12_

### Customer Focus

Ability to 'think like a customer' in all aspects of our business. Someone who effectively 'thinks like a customer' would:

| | |
|---|---|
| _4_ | Evaluate his/her area's appearance, merchandise selection and customer service as he/she thinks the local customer sees these areas. |
| _4_ | Teach and reinforce the importance of the 'customer' — does not tolerate poor customer service performance. |
| _4.5_ | Set a high standard of customer service by serving as a positive role model (Greets customers, responds quickly to service/merchandise problems). |

**Customer Focus Rating**   Total of above _12.5_ divided by 3 = _4.17_

### Organization/Planning

Effective utilization of time and effort to achieve results. Organization and planning skill is reflected by:

| | |
|---|---|
| _3.5_ | Specific, measurable 30 - 60 - 90 day Operations and Merchandising plans. |
| _3.5_ | Using a daily base plan and 'To Do' lists. |
| _4_ | Assigning clear responsibility/accountability to Associates. |
| _4_ | Follow-up and follow-through on plans. |

**Organization/Planning Rating**   Total of above _15_ divided by 4 = _3.75_

### Judgment

Ability to make sound decisions in line with company procedure and philosophy. While judgment is influenced by experience, someone who demonstrates good judgment.

| | |
|---|---|
| _4_ | Uses company procedures, philosophies and exerience to evaluate alternatives. |
| _4_ | Considers financial impact and/or impact on people in all decisions. |
| _4_ | Involves others appropriately in decision-making. |
| _4_ | Is willing to make and support a decision when time is critical. |

**Judgment Rating**   Total of above _16_ divided by 4 = _4.50_

### Sense of Urgency

Ability to take action on assignments and complete them with minimum supervision. Someone with a strong sense of urgency:

| | |
|---|---|
| _4_ | Maintains a relatively fast daily work pace (but not chaotic) for self and others. |
| _4.5_ | Reacts quickly to assignments and directions. |
| _4_ | Anticipates problems and works to prevent or quickly resolve. |

**Sense of Urgency Rating**   Total of above _12.5_ divided by 3 = _4.17_

### Personal Effectiveness Comments

Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

_Style is an excellent asst manager with good leadership skills. She manages aggressively and excells and trnpares in the retailing policys a great deal of energy. Set asst to this tors customer and this may be in her attitudes._

**PERSONAL EFFECTIVENESS OVERALL RATING**   Total of skill areas _20.71_ divided by 5 = _4.04_

2                                    Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL

WMHO 218059

## MERCHANDISING SKILLS

2

**Inventory Management**
Ability to maintain a profitable high in-stock position without creating overstocks. Effective inventory management can be evaluated as:

2.5 — Maintaining a 97% or better in-stock position. Assistant's Avg. In-Stock: _____ %

2.5 — Department Managers keep accurate, up-to-date order books. Are Assistant's books up-to-date?  Yes  No

3.5 — Inventory turns are at company average or better. Assistant's Average Inventory Turns: _____

2.5 — Open-to-buy budgets are followed.

Assistant's average OTB position: ____ Over-Budget   ____ On-Budget   ____ Below Budget.

2.5 — Markdowns are at or below company average. Assistant's Avg. Markdown %: _____ %

**Inventory Management Rating**     Total of above  12.5  divided by 5 =  2.50

**Promotional Merchandising**
Ability to create profitable sales above and beyond the normal volume. A strong promotional merchant:

4 — Displays a good mix and assortment of merchandise — basic, seasonal and promotional items — on features, and changes the balance of the features to reflect a seasonal event.

4 — Features a mix of price points, high-ticket and low-ticket.

4 — Features promotional merchandise as it is received.

4 — Takes action to sell-through on promotional merchandise and minimize markdowns.

**Promotional Merchandising Rating**     Total of above  16  divided by 4 =  4.00

**Seasonal Merchandising**
Ability to tailor the merchandise mix and presentation to appeal to the customer's buying needs, based on the time of year or a specific event. A strong seasonal merchant:

4 — Plans special purchases and presentations of timely merchandise through realistic 30 - 60 - 90 day merchandising plans, and follows through on these plans.

4 — Creates exciting, eye appealing merchandise presentations which communicate the message "Wal-Mart has what I need" to our customers.

3.5 — Keeps accurate, complete records of seasonal purchase, presentation, and sales.

3.5 — Reacts to seasonal overstocks by promoting the merchandise through ads, in-store sales, and special displays.

3.5 — Reacts to seasonal inventory out-of-stocks by locating additional merchandise from other stores or placing direct orders with vendors (if possible).

3.5 — Completes a 'Correction of Errors' report at the end of each season or event.

**Seasonal Merchandising Rating**     Total of above  22  divided by 6 =  3.67

**SWAS (Store Within A Store) Performance**
Ability to use the SWAS concept to develop Department Managers' merchandising knowledge and skills, and continue to increase the store's profitable sales. SWAS performance is measured by:

N/A — SWAS YTD points.     Assistant's Points: _____

N/A — Department Managers' ability to understand and apply SWAS numbers to their daily merchandise orders and promotions.

N/A — Ability to turn an under-performing department into a satisfactory or above performing department.

**SWAS Rating**     Total of above  ___  divided by 3 =  ___

**Merchandising Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

_[handwritten comments]_

**MERCHANDISING SKILLS OVERALL RATING**     Total of skill areas  11.17  divided by 4 =  3.72

Management Performance Appraisal and Plan Of Action (10/96)

3

CONFIDENTIAL

WMHO 218060

## OPERATIONS SKILLS

**Store Appearance/Maintenance**
Ability to maintain an attractive, clean, safe and enticing environment for our customers. Attention to store appearance and maintenance is evidenced by:

- 4.5 Daily store tours and quick reaction to tour notes.
- 4 Clean, straight departments/work areas including fixtures, counters, floors, lighting, and merchandise.
- 4 Correct signing and flagging of merchandise and services.
- 4.5 Attractive, safe, creative display of merchandise.

*Store Appearance/Maintenance Rating* — *Total of above* 16 *divided by 4 =* 4.25

**Management of Company Assets**
Knowledge of and adherence to company policies and procedures. Someone able to effectively manage company assets has an above satisfactory knowledge of:

- 3.5 Store Controls Checklist.
- 3.5 Cash Office procedures and controls.
- 3.5 Invoice Office procedures and controls.
- 3.5 Receiving procedures and controls.
- 4 Front End procedures and controls.
- 3.5 UPC/Merchandise Systems procedures and controls.

*Management of Company Assets Rating* — *Total of above* 21.5 *divided by 6 =* 3.58

**Safety/Security**
Understanding and adherence to safety and security procedures, as demonstrated by:

- 4 Continued reinforcement and teaching of store safety for our associates as well as our customers.
- 4 Quick and correct reaction to safety hazards, and accidents.
- 4.5 Knowledge of and adherence to firearm procedures.
- 4.5 100% compliance with company procedures and policies on cash pulls and bank deposits.
- 4.5 100% compliance to opening and closing procedures.

*Safety/Security Rating* — *Total of above* 21 *divided by 5 =* 4.20

**Financial Analysis/Management**
Ability to read, interpret, and (when necessary) complete Wal-Mart financial reports. Someone with strong skills in this area would be able to:

- 4 Read and explain monthly P&L statements.
- 2.5 Use Purchase/Sales Recap reports to provide merchandising direction.
- 3.5 Develop and follow departmental budgets.
- 4 Use company systems to evaluate productivity and performance.

*Financial Analysis Rating* — *Total of above* 15 *divided by 4 =* 3.75

**Operations Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

[illegible handwritten comments]

**OPERATIONS SKILLS OVERALL RATING** — *Total of skill areas* 15.53 *divided by 4 =* 3.88

CONFIDENTIAL
WMHO 218061

## PEOPLE SKILLS

**Communications Skills**
Ability to clearly communicate with others. Someone with strong communications skills is able to get work done on time willingly through others with minimal rework. Specific results of strong communications skills are:

| | |
|---|---|
| 4.5 | Routine work and Special Assignments are done correctly and on time. |
| 4.5 | Associates are aware of daily priorities and can easily answer questions about priorities, procedures, and/or merchandise. |
| 4 | Associate turnover is relatively low because associates enjoy coming to work. |

**Communications Skills Rating**    Total of above __13__ divided by 3 = __4.33__

**Teaching/Training Skills**
Ability to help Associates learn how to do their jobs correctly and understand what our company is trying to achieve. Someone with effective teaching/training skills determines what and how an associate needs to learn, evaluates whether the Associate learned or not, and adapts teaching or training to fit the associate's needs. Specific results of effective teaching/training skills are:

| | |
|---|---|
| 4 | Associate Training Plans are documented and complete for Full and Peak-Time Associates. |
| 4 | Meetings (Cashier, Receiving crew, etc.) include short teaching sessions. |
| 4 | Associates are able to accept more responsibility through promotion and/or job change. |

**Teaching/Training Skills Rating**    Total of above __12__ divided by 3 = __4.0__

**Coaching/Discipline Skills**
Ability to reinforce, and encourage good performance and correct poor performance. Someone with strong coaching/discipline skills is able to set high performance standards because he/she frequently, accurately, and fairly gives performance feedback. Specific results of effective coaching/discipline are:

| | |
|---|---|
| 4 | Associates have an accurate understanding of how they are performing. |
| 4 | Good performance is frequently recognized and rewarded. |
| 3.5 | Performance problems are addressed quickly and effectively. |
| 3.5 | Discipline is used effectively and usually results in the Associate correcting the problem. |

**Coaching/Discipline Skills Rating**    Total of above __15__ divided by 4 = __3.75__

**Evaluation**
Ability to write and conduct associate evaluations on time. Someone who does an 'above standard' job in writing and giving evaluations is able to accurately describe each associate's performance and help develop an action plan for improving performance. Specific results of effective evaluation skills are:

| | |
|---|---|
| 4 | Strengths and weaknesses can be clearly identified by reading the written evaluation. |
| 4 | Associates can accurately describe their evaluation. |
| 4.5 | Evaluations are completed on or before the due date. |

**Evaluation Rating**    Total of above __12.5__ divided by 3 = __4.17__

**People Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered. Include specific examples of the Assistant's ability to accomplish things through others and ability to work effectively with other Managers.

_[handwritten comments, illegible]_

**PEOPLE SKILLS OVERALL RATING**    Total of skill areas __16.25__ divided by 4 = __4.06__

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL

WMHO 218062

## SUMMARY

3.9

| OVERALL PERFORMANCE RATING: | Personal Effectiveness Rating | 4.04 | Rating |
|---|---|---|---|
| | People Skills Rating | + 9.06 | |
| | Merchandise Skills Rating | + 3.22 | |
| | Operations Skills Rating | + 2.68 | |
| | TOTAL | = 15.20  divided by 4 = | 3.93 |

## DEVELOPMENT PLAN

### Instructions

Use this section to construct a brief development plan, by addressing relative strengths and weaknesses, and the means to better utilize or improve these areas.

Important: The strengths and areas for improvement indicated here will be used for the Assistant's performance description, and will become a part of his / her personnel profile.

**Strengths**

1. Good People ~~Tran~~ Skills
2. Good Basic merchandising Knowledge
3. Well organized
4. Strong sense of urgency
5.

**Plans for Better Utilizing Strengths**

Continue to artfully these skills and pass them down to her associates

**Areas for Improvement**

1. Maintain a customer Focus
2. Become Details oriented
3. Fully learn the key control areas
4.
5.

**Plans for Improving**

Always look at her pursuits from the customers eyes. Treat the Ost mgmt + hundies to they act the same us us. By being aware of the Detours of merchandising. I will cover correction of errors on seasonal notes. I need to work on start thinking like a store manager and not an associate

**Career Goals / Assistant Manager Comments**

Store mgr. within 2 years then District mgr. I will a weekly basis also seasonal OTB budgets for my areas. I also start thinking like a store manager and I intend to achieve my goal. fix a problem before anyone has to bring it to my attention.

**District Manager / Director of Operations Comments**

Gayle has an excellent knowledge and display technique. sense of urgency, good merchandise should run. Needs to work on training her replacement and be detailed in all task. Knows how Wal-Mart store

Associate  Gayle Kellman

12/30/91
Date

Supervisor

12-30/91
Date

Supervisor

12/30/91
Date

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL
WMHO 218063

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

## Declaration of Gayle Kellems in Support of
## Plaintiffs' Motion for Class Certification

# EXHIBIT F

368706.

**WAL-MART**  **SAM'S CLUB**  **HYPERMART*USA***  **WAL-MART SUPERCENTER**

## MANAGEMENT PERFORMANCE APPRAISAL AND PLAN OF ACTION

| Place Adhesive Label Here - OR - Fill-Out Information At Right | Name GAYLE KELLEMS | Store/Location No. 1764 |
| | Social Security Number ☑ 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 | Date Of Review 3-19-92 |
| | Review Period _____, 19 ____ to _____, 19 ____ | |

### Instructions

On the following pages you will rate and describe the Assistant Manager's performance in the key areas of our business — People, Merchandising, and Operations — as well as the Assistant's personal effectiveness. Each key area is defined by 4 - 5 skill areas. Rate the Assistant's skill in each area based on how closely his/her performance matches the skill description/examples.

Follow the steps below in completing the evaluation form:

1. Familiarize yourself with the overall form, key areas and skills before you initiate the review.

2. Beginning with the Personal Effectiveness section, read the skill definition and specific examples. As you read each example, rate how the Assistant's actual performance meets the example.

   - Place a (1) in the blank space left of the example if the Assistant's actual performance never meets the example.
   - Place a (2) if the Assistant's performance sometimes meets the example.
   - Place a (3) if the Assistant's performance usually meets the example
   - Place a (4) if the Assistant's performance meets the example the majority of the time.
   - Place a (5) if the Assistant's performance always meets the example.

3. Determine an overall rating for the Assistant's performance in the skill area, by using the numbers written by each example. Add these numbers, then divide by the number of examples (round to the nearest 10th).

4. Based on the Skill Rating, rate the Assistant's overall performance in the key area. Add all of the skill ratings on the page, then divide by the number of skills (round to the nearest 10th).

5. Repeat this for each key area. After you complete the Operations Area, determine the Assistant's overall performance rating, by adding the ratings of the four key areas and dividing by four (again, rounding to the nearest 10th).

   This overall performance rating will determine the performance portion of the Assistant Manager's Bonus.

6. List the Assistant's major strengths and areas of improvement, and complete a specific development plan with the Assistant.

   Important: The information from this section will be used for the Assistant's performance description, and will become part of his/her personal file.

Management Performance Appraisal and Plan Of Action (10/90)

1

EXHIBIT F

CONFIDENTIAL
WMHO 218051

## PERSONAL EFFECTIVENESS

### Leadership
Ability to continuously improve the operation and profitability of the location by:

|  |  |
|---|---|
| 7 | Continuously looking for better ways to do things. |
| 4 | Anticipating change and helping others react positively to change. |
| 7 | Clearly describing direction or plans, and explaining the benefits. |
| 4 | Setting high performance and ethical standards for self and others, and providing encouragement and help to meet these standards. |

| **Leadership Rating** | Total of above __16__ divided by 4 = __4.00__ |
|---|---|

### Customer Focus
Ability to 'think like a customer' in all aspects of our business. Someone who effectively 'thinks like a customer' would:

|  |  |
|---|---|
| 4 | Evaluate his/her area's appearance, merchandise selection and customer service as he/she thinks the local customer sees these areas. |
| 4.5 | Teach and reinforce the importance of the 'customer' — does not tolerate poor customer service performance. |
| 4.5 | Set a high standard of customer service by serving as a positive role model (Greets customers, responds quickly to service/merchandise problems). |

| **Customer Focus Rating** | Total of above __13__ divided by 3 = __4.33__ |
|---|---|

### Organization/Planning
Effective utilization of time and effort to achieve results. Organization and planning skill is reflected by:

|  |  |
|---|---|
| 3.5 | Specific, measurable 30 - 60 - 90 day Operations and Merchandising plans. |
| 4 | Using a daily base plan and 'To Do' lists. |
| 7 | Assigning clear responsibility/accountability to Associates. |
| 4 | Follow-up and follow-through on plans. |

| **Organization/Planning Rating** | Total of above __15.5__ divided by 4 = __3.88__ |
|---|---|

### Judgment
Ability to make sound decisions in line with company procedure and philosophy. While judgment is influenced by experience, someone who demonstrates good judgment.

|  |  |
|---|---|
| 4 | Uses company procedures, philosophies and exerience to evaluate alternatives. |
| 4 | Considers financial impact and/or impact on people in all decisions. |
| 4 | Involves others appropriately in decision-making. |
| 3.5 | Is willing to make and support a decision when time is critical. |

| **Judgment Rating** | Total of above __15.5__ divided by 4 = __3.88__ |
|---|---|

### Sense of Urgency
Ability to take action on assignments and complete them with minimum supervision. Someone with a strong sense of urgency:

|  |  |
|---|---|
| 4 | Maintains a relatively fast daily work pace (but not chaotic) for self and others. |
| 7 | Reacts quickly to assignments and directions. |
| 4 | Anticipates problems and works to prevent or quickly resolve. |

| **Sense of Urgency Rating** | Total of above __12__ divided by 3 = __4.00__ |
|---|---|

### Personal Effectiveness Comments
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

_Cayle leads well by example to the associates. He sense of urgency is area she sat need to develop. His action or steps are to attack the problems as plans need to be more specific + focused on eric. His performance criteria all high + she is touring on attacking to reflect this progress_

| PERSONAL EFFECTIVENESS OVERALL RATING | Total of skill areas __20.09__ divided by 5 = __4.02__ |
|---|---|

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL
WMHO 218052

## MERCHANDISING SKILLS

**Inventory Management**
Ability to maintain a profitable high in-stock position without creating overstocks. Effective inventory management can be evaluated as:

*4* — Maintaining a 97% or better in-stock position. Assistant's Avg. In-Stock: _____ %

*2.5* — Department Managers keep accurate, up-to-date order books. Are Assistant's books up-to-date?  Yes   No

*4* — Inventory turns are at company average or better. Assistant's Average Inventory Turns: _____

*4* — Open-to-buy budgets are followed.

*4* — Assistant's average OTB position: _____ Over-Budget    _____ On-Budget    _____ Below Budget.

_____ Markdowns are at or below company average. Assistant's Avg. Markdown %: _____ %

| *Inventory Management Rating* | Total of above *19.5* divided by 5 = *3.9 ⌐* |
|---|---|

**Promotional Merchandising**
Ability to create profitable sales above and beyond the normal volume. A strong promotional merchant:

*4* — Displays a good mix and assortment of merchandise — basic, seasonal and promotional items — on features, and changes the balance of the features to reflect a seasonal event.

*4* — Features a mix of price points, high-ticket and low-ticket.

*4* — Features promotional merchandise as it is received.

*7* — Takes action to sell-through on promotional merchandise and minimize markdowns.

| *Promotional Merchandising Rating* | Total of above *16* divided by 4 = *4 ⌐⌐* |
|---|---|

**Seasonal Merchandising**
Ability to tailor the merchandise mix and presentation to appeal to the customer's buying needs, based on the time of year or a specific event. A strong seasonal merchant:

*2.5* — Plans special purchases and presentations of timely merchandise through realistic 30 - 60 - 90 day merchandising plans, and follows through on these plans.

*4.5* — Creates exciting, eye appealing merchandise presentations which communicate the message "Wal-Mart has what I need" to our customers.

*3.5* — Keeps accurate, complete records of seasonal purchase, presentation, and sales.

*4* — Reacts to seasonal overstocks by promoting the merchandise through ads, in-store sales, and special displays.

*4* — Reacts to seasonal inventory out-of-stocks by locating additional merchandise from other stores or placing direct orders with vendors (if possible).

*3* — Completes a 'Correction of Errors' report at the end of each season or event.

| *Seasonal Merchandising Rating* | Total of above *22.5* divided by 6 = *3.75* |
|---|---|

**SWAS (Store Within A Store) Performance**
Ability to use the SWAS concept to develop Department Managers' merchandising knowledge and skills, and continue to increase the store's profitable sales. SWAS performance is measured by:

_____ SWAS YTD points.    Assistant's Points: _____

*N/A* — Department Managers' ability to understand and apply SWAS numbers to their daily merchandise orders and promotions.

_____ Ability to turn an under-performing department into a satisfactory or above performing department.

| *SWAS Rating* | Total of above _____ divided by 3 = _____ |
|---|---|

**Merchandising Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

_(handwritten comments)_

| **MERCHANDISING SKILLS OVERALL RATING** | Total of skill areas *11.65* divided by 4 = *2.85* |
|---|---|

Management Performance Appraisal and Plan Of Action (10/90)

3

CONFIDENTIAL
WMHO 218053

## OPERATIONS SKILLS

**Store Appearance/Maintenance**
Ability to maintain an attractive, clean, safe and enticing environment for our customers. Attention to store appearance and maintenance is evidenced by:

- 4 — Daily store tours and quick reaction to tour notes.
- 4 — Clean, straight departments/work areas including fixtures, counters, floors, lighting, and merchandise.
- 3.5 — Correct signing and flagging of merchandise and services.
- 4.5 — Attractive, safe, creative display of merchandise.

| **Store Appearance/Maintenance Rating** | Total of above  16  divided by 4 = 4.00 |
| --- | --- |

**Management of Company Assets**
Knowledge of and adherence to company policies and procedures. Someone able to effectively manage company assets has an above satisfactory knowledge of:

- 4 — Store Controls Checklist.
- 4 — Cash Office procedures and controls.
- 3 — Invoice Office procedures and controls.
- 3.5 — Receiving procedures and controls.
- 4 — Front End procedures and controls.
- 3.5 — UPC/Merchandise Systems procedures and controls.

| **Management of Company Assets Rating** | Total of above  22  divided by 6 = 3.67 |
| --- | --- |

**Safety/Security**
Understanding and adherence to safety and security procedures, as demonstrated by:

- 4 — Continued reinforcement and teaching of store safety for our associates as well as our customers.
- 4 — Quick and correct reaction to safety hazards, and accidents.
- 4 — Knowledge of and adherence to firearm procedures.
- 5 — 100% compliance with company procedures and policies on cash pulls and bank deposits.
- 5 — 100% compliance to opening and closing procedures.

| **Safety/Security Rating** | Total of above  22  divided by 5 = 4.40 |
| --- | --- |

**Financial Analysis/Management**
Ability to read, interpret, and (when necessary) complete Wal-Mart financial reports. Someone with strong skills in this area would be able to:

- 3 — Read and explain monthly P&L statements.
- 3.5 — Use Purchase/Sales Recap reports to provide merchandising direction.
- 3.5 — Develop and follow departmental budgets.
- 4 — Use company systems to evaluate productivity and performance.

| **Financial Analysis Rating** | Total of above  14  divided by 4 = 3.50 |
| --- | --- |

**Operations Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered.

_Gayle's experience with Wal-Mart would put a good edge for being an operations asst. mgr. in the div. He needs ass't knowledge well monitoring + reacting to what is sent in a timely manner, in departments and in continuing to learn the areas of systems, asset + learning the better assets will thoroughly e.g. — P&L, P&lcett, eTC, etc._

| **OPERATIONS SKILLS OVERALL RATING** | Total of skill areas  15.57  divided by 4 = 3.89 |
| --- | --- |

CONFIDENTIAL
WMHO 218054

## PEOPLE SKILLS

**Communications Skills**
Ability to clearly communicate with others. Someone with strong communications skills is able to get work done on time willingly through others with minimal rework. Specific results of strong communications skills are:

4 — Routine work and Special Assignments are done correctly and on time.

4 — Associates are aware of daily priorities and can easily answer questions about priorities, procedures, and/or merchandise.

4 — Associate turnover is relatively low because associates enjoy coming to work.

**Communications Skills Rating**                     Total of above  12  divided by 3 = 4.00

**Teaching/Training Skills**
Ability to help Associates learn how to do their jobs correctly and understand what our company is trying to achieve. Someone with effective teaching/training skills determines what and how an associate needs to learn, evaluates whether the Associate learned or not, and adapts teaching or training to fit the associate's needs. Specific results of effective teaching/training skills are:

3.5 — Associate Training Plans are documented and complete for Full and Peak-Time Associates.

3.5 — Meetings (Cashier, Receiving crew, etc.) include short teaching sessions.

4 — Associates are able to accept more responsibility through promotion and/or job change.

**Teaching/Training Skills Rating**                  Total of above  11  divided by 3 = 3.67

**Coaching/Discipline Skills**
Ability to reinforce, and encourage good performance and correct poor performance. Someone with strong coaching/discipline skills is able to set high performance standards because he/she frequently, accurately, and fairly gives performance feedback. Specific results of effective coaching/discipline are:

4 — Associates have an accurate understanding of how they are performing.

4 — Good performance is frequently recognized and rewarded.

4 — Performance problems are addressed quickly and effectively.

4 — Discipline is used effectively and usually results in the Associate correcting the problem.

**Coaching/Discipline Skills Rating**               Total of above  16  divided by 4 = 4.00

**Evaluation**
Ability to write and conduct associate evaluations on time. Someone who does an 'above standard' job in writing and giving evaluations is able to accurately describe each associate's performance and help develop an action plan for improving performance. Specific results of effective evaluation skills are:

4 — Strengths and weaknesses can be clearly identified by reading the written evaluation.

4 — Associates can accurately describe their evaluation.

5 — Evaluations are completed on or before the due date.

**Evaluation Rating**                                Total of above  13  divided by 3 = 4.33

**People Skills Comments**
Use this section to describe the Assistant's relative strengths and weaknesses in this area. Also explain any other factors which should be considered. Include specific examples of the Assistant's ability to accomplish things through others and ability to work effectively with other Managers.

Gayle works well with others. She minds respect her + seem to respond to her in a positive manner. Her communication how level of time was effective for associates. Know what they need to do but at times need help in prioritizing tasks. Tiels to at not to for overwhelmed. Her daily assignments + instruct are clearly plan is a timely fashion. It not out to full stare a certified not need to extend a given assignment up ratio must. Return follow up, + front room mgmt is primary done.

**PEOPLE SKILLS OVERALL RATING**                    Total of skill areas  16.0  divided by 4 = 4.00

Management Performance Appraisal and Plan Of Action (12/90)

CONFIDENTIAL
WMHO 218055

## SUMMARY

| OVERALL PERFORMANCE RATING: | Personal Effectiveness Rating | 4.0~ | Rating |
|---|---|---|---|
| | People Skills Rating | + 4.00 | 4.0 |
| | Merchandise Skills Rating | + 3.88 | |
| | Operations Skills Rating | + 3.89 | |
| | TOTAL | = 15.39  divided by 4 = | 3.95 |

## DEVELOPMENT PLAN

### Instructions

Use this section to construct a brief development plan, by addressing relative strengths and weaknesses, and the means to better utilize or improve these areas.

Important: The strengths and areas for improvement indicated here will be used for the Assistant's performance description, and will become a part of his / her personnel profile.

| Strengths | Plans for Better Utilizing Strengths |
|---|---|
| 1. STRONG APPAREL MERCHANT | TEACH THESE QUALITIES TO |
| 2. GOOD SENSE OF URGENCY | HER ASSOCIATES. |
| 3. EFFECTIVE SIGNING & DISPLAYS | |
| 4. DESIRE TO EXCELL | |
| 5. VERY GOOD ATTITUDE POSITION | |

| Areas for Improvement | Plans for Improving |
|---|---|
| 1. PUSH RESPONSIBILITY DOWN - DELEGATE MORE | TRY TO DELEGATE AS MUCH AS |
| 2. DON'T BE AFRAID TO MAKE A DECISION | POSSIBLE AND NOT HESITATE TO MAKE |
| 3. ENSURE HER SHOPS ARE ALWAYS STAFFED | A DECISION - IF IT'S WRONG WE CAN |
| 4. ACTIVELY PUSH SAFETY TO OUR ASSOCIATES | LEARN AND/OR FIX IT. DO WHATEVER IT |
| 5. FIND ONE MORE TO IMPROVE TIMES | TAKES TO ENSURE PROPER STAFFINGS. |

**Career Goals / Assistant Manager Comments**

Store mgr within next 2 yrs.
then dist. mgr.
1. I will delegate more to my associates. I do intend
2. I will try to be more vocal on store decisions - I sometimes am
to take the back seat over arch - I [illegible] sometimes
unsure of how [illegible] [illegible] things handled.
3. My priorities right now are 1. Staffing 2. the back room.

**District Manager / Director of Operations Comments**

Gayle has outstanding people skills and has high goals
set for herself. She has a vast amount of experience that
she can share with her assoc. Needs to work on delegating
and follow-up skills. Get involved in office

_(signature)_ Gayle Williams    _(signature)_    _(signature)_
Associate                        Supervisor       Supervisor

3/19/92          3/19/92          3/19/92
Date             Date             Date

Management Performance Appraisal and Plan Of Action (10/90)

CONFIDENTIAL

WMHO 218056

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Gayle Kellems in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT G

JH  Management Performance Appraisal and Commitment to Success  391720

Name ___Gayle Kellems___
Social Sec. No. ___102 46 5892___

Store Location 01-0076, Berryville, Ar
Date of Review 10/f 21/92

Review Period: (circle one)   Special   Annual   MidYear

## Operations

Fill in the following operational numbers for the Manager's area of supervision:

- Manager's Areas of Responsibility ___Depts 23-26___
- Actual Sales (YTD) 4,114,979
- Actual Markdowns (YTD) 472,183
- Inventory Dollars 1,327,267

Budgeted Sales (YTD) 4,066,000
Budgeted Markdowns (YTD) 450,000
Budgeted Inventory Dollars 1,400,000

**Financial Impact**
- Ability to interpret department(s) and total store financial reports.
- Ability to understand and interpret the P and L statement and the general journal.
- Complete with accuracy a P and L planner.
- Complete a yearly store budget and "monthly revisions".
- Uses company systems to evaluate associate productivity in payroll and sales per man hour.

**Shrink/Safety**
- Adheres, promotes, and teaches safety procedures.
- Understands and follows through on key controls.

**General Controls**
- Maintains clean attractive areas with high standards.
- Has knowledge and fundamentals of the following areas:
  - Emergency opening and closing procedures
  - Specialty Divisions
  - Receiving and Directs

**Office Knowledge**
- Understands and utilizes technology in the Smart System, POS Replenishment and reports.
- Understands and follows office controls and procedures in the following areas: Invoicing, Cash, UPC/Merchandise and Claims.

**Strengths:**

Understands how to construct a P&L Planner
Promotes safety awareness among the associates
Practices good basic store maintenance standards
Has a working knowledge of the area office procedures
Knows how to analyze  department performance
Can perform any store operation well

**Specific Examples of Strengths:**

Has completed P&L Planner
Advisor to sfety team
Can perform as acting manager while I am absent

**Areas for Improvement:**

Understanding of systems/UPC area
Has basic knowledge of invoicing claims and backroom receiving
Can improve in the use of the journal and understanding of budgeting process
Working closer with department managers and working knowledge of the key controls

**How To Improve:**

Get involved more with systems on a daily basis
Work with the journal monthly

1

HOME OFFICE

EXHIBIT G

CONFIDENTIAL
WMHO 218043

## People Development

Associate Survey - Management Evaluation By Associate forms need to be completed by the associates. The purpose of these forms are for associates to evaluate the manager. Record the total results below:

Number of People Surveyed ___20___
(To be no less than 75% of total store. Exceptions Hypermart/Supercenter Cost Manager)

# of Full Time ___10___
# of Peak Time ___10___

Strongly Agree __80 %__    Agree __15 %__    Undecided/Don't Know __5 %__    Disagree ____%    Strongly Disagree ____%

Use the results of the Associate Survey and the following characteristics of an effective leader to list and explain the manager's strengths and areas for improvement in the area of people development.

**Leadership**
- Sets high standards.
- Promotes team development in area through teaching and motivation.
- Communicates clearly with associates.
- Sets weekly/daily goals and meets these goals.
- Continuously looking for ways to eliminate problems before they occur.
- Learns from associates daily.

**Wal-Mart Beliefs and Values**
- Respect for the individual through listening and caring.
- Freedom to use and encourage the open door policy.
- Practices and enforces the ten foot rule.
- Setting and reaching high performance standards.
- Represents the company well as a role model at work and in the community.

**Self Empowerment**
- Maintains a strong sense of urgency always.
- Consistently follows through with plans.
- Anticipates, accepts and helps associates adjust to change.
- Accepts and uses constructive criticism to learn.
- Continual learning and teaching.

**Associate Empowerment**
- Involves others in decision making.
- Coaches/evaluates associates in a timely/effective manner.
- Teaching and developing associates.
- Delegating and following up on associates.
- Recognizing and rewarding performance when needed.
- Gives authority to others to make decisions.
- Allows and constructively learns from failure.

**Strengths:**

| |
|---|
| XXXX  Firm, but fair leader |
| Respected by Associates |
| Maintans a positive mental attitude |
| Has a strong sense of urgency |
| Demonstrates positive willingless to learn |

**Specific Examples of Strengths:**

| |
|---|
| Associates know where they stand with Gayle |
| Her actions talk through her |
| Many associates have talked to her about all aspects of their life |
| Takes notes and reacts to them quickly |
| Takes directions well - asks questions when she doesn't know |

**Areas for Improvement:**

| |
|---|
| Developes sence of urgency in her people |
| Set better daily and weekly goals |
| Resume quality performance even more often than you do |
| Think more to involve associates in decision making |
| Encourage associates to try more innovative things |
| Follow-up, follow-up, follow-up |

**How To Improve:**

| |
|---|
| Through goal setting achieve higher sence of urgency in associates |
| Decide and assign tasks |
| Give motivation through MBWA |
| Always take the view f the customer when looking at the store |

2

HOME OFFICE

CONFIDENTIAL
WMHO 218044

## Merchandising

**Inventory Management**
- Open to buy exceeds, meets or below budget.
- Markdowns are at or below company average.
- Risers maintained, or aggressively eliminated.
- Overstocks controlled/Stockroom maintained.
- Inventory turns at company average or better.

**Basic Merchandising**
- Maintaining a 97% or better in-stock.
- Maintaining a merchandise mix - promotional, seasonal, basic Top 50 and competitive items.
- Modular maintenance up to date.
- Modification of modulars expanding and deleting merchandise for customer needs.
- Maintaining the appearance and shops in Apparel.
- Checks and reacts to competition consistently.
- Utilizes display guides to maximize sales.

**Seasonal Merchandise**
- Keeps accurate record of return sheet and tab purchases including quantities and plans to avoid overstocks.
- Completes a "Correction of Errors" report during each season or event and uses last year's correction of errors to improve on this year's sales and profit (when available).
- Reacts to seasonal inventory out-of-stocks.
- Seasonally correct features - timeliness-vs-ownership.

**Seasonal Merchandise (continued)**
- Feature purchases are timely.
- Follows company signing programs.
- Strives to push sales beyond their normal volume.
- Ability to identify hidden sidecounter items.

**Store-Within-A-Store**
- Understands and has the ability to apply purchase recap figures to store performance and sales floor operations.
- Develops item merchants in each department manager, as well as, sales associates through use of SWAS figures.
- Plans special purchases that are timely through realistic 30-60-90 day plans.
- Follows through on 30-60-90 day plans to make sure of merchandise presentation and operational execution.
- Promotes active VPI program.

**Food (For Supercenters and Hypermarts Only)**
- Orders by sales to purchase ratio.
- Checks competition per company program.
- Maximizes sales through demonstrations and sampling.
- Follows company policies when rotating stock to ensure freshness of products.
- Follows sanitation policies and procedures.
- Maintains a clean organized receiving area.
- Ensures merchandise is properly rotated and code dated.

**Strengths:**

Good apparrel merchant, knows the area well, maintains her shops

uses guide to merchandise her area

Her areas are always current

Maintains appropriate displays

Works to generate sales in her area

**Specific Examples of Strengths:**

Utilizes sales reports, follow shop guides

Allows associates participation to merchandise area

**Areas for Improvement:**

Demand that all power tracks and image area racks are full at all times. always strife to have hanging apparrel processed daily - 100%. Make sure all POS return sheets have merchandise orders are done timely.  Develope a better correction of erros program weekly.  Get department managers excited about merchandising through the VPI. work on signing and rack rules and arrangement.

**How To Improve:**

Set a standard of having full racks daily

Develope palns for apparrel

Daily checks of all areas

Require correction of errors at the end of each week

Pick VPI monthly

Be sure all signing is correct

3

HOME OFFICE

CONFIDENTIAL
WMHO 218045

## Commitment to Success

Name __Gayle Kellems__                    Social Security Number ____102 46 5892

This is a plan of action to obtain a higher level of achievement.

Manager and Supervisor should complete the following section together.

### Major Strengths and Opportunities

Strengths:

(1)  Good people skills. Her associates enjoy working with her and respect her

(2)  Strong apparrel manager. knows merchandise

(3)  Possess a willingness to learn, wants to excel, good sense of urtgency

### Areas for Improvement

What?

(1)  Insure departments are kept full at all times, race tracks and image areas.

(2)  Develope same sense of urgency from associates that she has for herself

(3)  Follow up needs to improve

### How to Improve ... Resources Needed

(1)  Walk area daily.   Open and Close or when leaving.

(2)  Explain to assoicates what is expected of them. set goals through communication and expectation.

(3)  Help associates set goals and prorities and good follow-up

### How to Follow-up (Set time frames and deadlines)

(1)  Start demanding full racks. new items - set the standard expected

(2)  Work together with associates to achieve tasks and priorities

(3)  Daily and monthly reports - hwere you're at and go from there

### Training Opportunities:

The following list contains current management training programs with time frames for completion based upon the MTP (Management Training Program) date. Check the programs completed by the Manager and discuss if the Manager is current.

☐ MTP (0-6 months)          ☐ ISE (Interviewing Skills Exercise)       ☐ SDMG (Supercenter Dept. Mgr/Grocery)

☐ MDPP (6-12 months)        ☐ Leadership Foundation Seminars           ☐ SDMM (Supercenter Dept. Mgr/Meat)

☐ MDPM (12-18 months)       ☐ MDS I                                    ☐ SDMP (Supercenter Dept. Mgr/Produce)

☐ MDPO (18-24 months)       ☐ MDS II/RMTS                              ☐ SDMD (Supercenter Dept. Mgr/Deli)

☐ Setups_____                                                        ☐ SDMB (Supercenter Dept. Mgr/Bakery)

4

HOME OFFICE

CONFIDENTIAL

WMHO 218046

Name : Gayle Kellems _____    Social Security Number __ 102 46 5892 __

**B. Career Goals** (This section should be completed by the Associate.)

1. Short Term *To improve in the areas mentioned, to become a stronger Asst. Mgr.*

2. Long Term *Upon developing in a stronger Asst. would like to be considered for promotion in the company.*

**C. Additional Comments:**

1. Associate *I do agree. I need to spend more time in the office especially to keep current with the new changes. I do feel like sometimes I get to busy with day to day work + don't follow thru with other programs such as VPI's, loss of errors; signing even though I realize this is as important to do anything else we need to do - I'll have to plan my time better.*

2. District Manager _____
   Appraisal was completed by Marrin Boyer, Store 01-1764, Des Moines, Iowa

**Overall Performance Rating:** (circle one)

Exceptional    (Exceeded expectations)    Met expectations    Didn't meet expectations    Marginal

Signatures:

_Gayle Kellems_
Associate

_Larry Killey_
Store Manager

_(signature)_
District Manager

_10-21-92_
Date

_Larry Phillips_
Print Name

_Charlie Russell_
Print Name

For Home Office Use Only
5☐    4☐    3☐    2☐    1☐

5

HOME OFFICE

CONFIDENTIAL
WMHO 218047

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Gayle Kellems in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT H

# Management Performance Appraisal and Commitment to Success

Name __Gayle Kellems__    Store Location __Bellevue AR__    (4)
Social Sec. No. __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__    Date of Review __2-20-94__

## Operations
17227

Fill in the following operational numbers for the Manager's area of supervision:

10246-

- Manager's Areas of Responsibility __Softlines__
- Actual Sales (YTD) __4,378,754__
- Actual Markdowns (YTD) __375,553__
- Inventory Dollars __779,240__

Budgeted Sales (YTD) _____
Budgeted Markdowns (YTD) _____
Budgeted Inventory Dollars _____

**Financial Impact**
- Ability to interpret department financial reports.
- Ability to understand and interpret the P and L statement and the general journal.
- Complete with accuracy a P and L planner.
- Complete a yearly store budget and "monthly revisions".
- Uses company systems to evaluate associate productivity in payroll and sales per man hour.

**Risk Control**
- Adheres, promotes, and teaches safety procedures.
- Corrects unsafe conditions and behaviors.
- Support/respond to active safety team.

**General Controls/Shrink**
- Maintains clean attractive areas with high standards.
- Has knowledge and fundamentals of the following areas:
- Understands and follows through on key controls

**Office Knowledge**
- Understands and utilizes technology in the Smart System, Replenishment and reports.
- Understands and follows office controls and procedures in following areas: Invoicing, Cash, UPC/Merchandise and Claims.

## Strengths:

Has good knowledge of P&L and journal

Very safety conscious

Has good knowledge of key controls

Strives to keep store standards high

## Specific Examples of Strengths:

Has completed P&L planner before management advisor to safety committee

Works with associates to teach what is expected to maintain high standards

## Areas for Improvement:

Needs to make the time to stay on top of new system changes

## How To Improve:

Keep involved in offices and new programs

STEVE EICNER

1

DISTRICT MANAGER

EXHIBIT H

CONFIDENTIAL
WMHO 218031

## Merchandising

102-46-589?

**Inventory Management**
- Open to buy exceeds, meets or below budget.
- Markdowns are at or below company average.
- Risers maintained, or aggressively eliminated.
- Overstocks controlled/Stockroom maintained.
- Inventory turns at company average or better.

**Basic Merchandising**
- Maintaining a 97% or better in-stock -- with a 100% goal.
- Maintaining a merchandise mix - promotional, seasonal, basic Top 50 and competitive items.
- Modular maintenance up to date.
- Modification of modulars expanding and deleting merchandise for customer needs.
- Maintaining the appearance and shops in Apparel.
- Checks and reacts to competition consistently.
- Utilizes display guides to maximize sales.

**Seasonal Merchandise**
- Keeps accurate record of return sheet and tab purchases including quantities and plans to avoid overstocks.
- Completes a "Correction of Errors" report during each season or event and uses last year's correction of errors to improve on this year's sales and profit (when available).
- Reacts to seasonal inventory out-of-stocks.
- Seasonally correct features - timeliness-vs-ownership.

**Seasonal Merchandise (continued)**
- Feature purchases are timely.
- Follows company signing programs.
- Strives to push sales beyond their normal volume.
- Ability to identify hidden sidecounter items.

**Store-Within-A-Store**
- Understands and has the ability to apply purchase rec: figures to store performance and sales floor operations.
- Develops item merchants in each department manage: as well as, sales associates through use of SWAS figure:
- Plans special purchases that are timely through realisti 30-60-90 day plans.
- Follows through on 30-60-90 day plans to make sure of merchandise presentation and operational execution.
- Promotes active VPI program.

**Food (For Supercenters and Hypermarts Only)**
- Orders by sales to purchase ratio.
- Checks competition per company program.
- Maximizes sales through demonstrations and sampling
- Follows company policies when rotating stock to ensure freshness of products.
- Follows sanitation policies and procedures.
- Maintains a clean organized receiving area.
- Ensures merchandise is properly rotated and code dated

---

**Strengths:**

Overstocks controlled - WPM's in back only

Keep good correction of errors

~~Good modular maintenance~~

---

**Specific Examples of Strengths:**

Merchandise transfers on overstock to keep inventory levels in line.

---

**Areas for Improvement:**

30-60-90 plans

---

**How To Improve:**

---

2

HOME OFFICE

CONFIDENTIAL
WMHO 218032

## People Development

Name: _Gayle Kollman_     Social Security Number _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_

Use the following characteristics of an effective leader to list and explain the manager's strengths and areas for improvement in the area of people development.

### Leadership
- Sets high standards.
- Promotes team development in area through teaching and motivation.
- Communicates clearly with associates.
- Sets weekly/daily goals and meets these goals.
- Continuously looking for ways to eliminate problems before they occur.
- Learns from associates daily.

### Self Empowerment
- Maintains a strong sense of urgency always.
- Consistently follows through with plans.
- Anticipates, accepts and helps associates adjust to change.
- Accepts and uses constructive criticism to learn.
- Continual learning and teaching.
- Orientation and safety are covered with all new associates.

### Associate Empowerment
- Involves others in decision making.
- Coaches/evaluates associates in a timely/effective manner
- Teaching and developing associates.
- Delegating and following up on associates.
- Recognizing and rewarding performance when needed.
- Gives authority to others to make decisions.
- Allows and constructively learns from failure.

### Wal-Mart Beliefs and Values
- Respect for the individual through listening and caring.
- Freedom to use and encourage the open door policy.
- Practices and enforces the ten foot rule.
- Setting and reaching high performance standards.
- Represents the company well as a role model at work and in the community.
- Practices Wal-Mart's beliefs on customer service.

### Strengths:
Good sense of urgency

Listens to people and cares about their ideas or problems
Sets goals and works as a team to complete them.

Enjoys teaching and learning from new associates

### Specific Examples of Strengths:
When there is an opportunity or large project that needs attention - get
everyone involved and form a game plan

### Areas for Improvement:
Need to set a better example towards 10-foot rule

Need to be more consistent on follow-up.

### How To Improve:

3

HOME OFFICE

CONFIDENTIAL
WMHO 218033

## Commitment to Success

Name _Gayle Kellman_                    Social Security Number _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_

This is a plan of action to obtain a higher level of achievement.

Manager and Supervisor should complete the following section together.

### Major Strengths and Opportunities

Strengths:

(1) Good listeners - takes time for people - if I don't know the answer to a question I will find out

(2) Good sense of urgency.

(3) Expect high store standards

### Areas for Improvement

What?

(1) patience - sometimes I feel like I try to accomplish too much in a days time.

(2) Learn the grocery business

(3)

How to Improve... Resources Needed

(1) realize there is only so much time in a day and some things need to wait. Set priorities

(2)

(3)

How to Follow-up (Set time frames and deadlines)

(1)

(2)

(3)

### Training Opportunities:

The following list contains current management training programs with time frames for completion based upon the MTP (Management Training Program) date. Check the programs completed by the Manager and discuss if the Manager is current.

☐ MTP (0-6 months)      ☐ ISE (Interviewing Skills Exercise)      ☐ SDMG (Supercenter Dept. Mgr/(

☐ MDPP (6-12 months)    ☐ Leadership Foundation Seminars         ☐ SDMM (Supercenter Dept. Mgr/

☐ MDPM (12-18 months)   ☐ MDS I                                   ☐ SDMP (Supercenter Dept. Mgr/P

☐ MDPO (18-24 months)   ☐ MDS II / RMTS                          ☐ SDMD (Supercenter Dept. Mgr/(

☐ Setups _Ames, Iowa - Marshall town, Iowa(floor)_    ☐ SDMB (Supercenter Dept. Mgr/B

   _Bloomington, Ill, West Des Moines, IOwa_

4

HOME OFFICE

CONFIDENTIAL
WMHO 218034

Name _Gayle Kellomo_                    Social Security Number 102-46-5

**B. Career Goals** (This section should be completed by the Associate.)

1. Short Term _I would like to be the Co-Manager in Bruceville as I feel I can learn alot from Larry._

2. Long Term _Director of a small Super Center or similar size Division / store._

**C. Additional Comments:**

1. Associate _____

2. Store Manager _____

3. District Manager _Gayle we will work closely with Gayle to achieve her goal - to which can be completed by Jan 95 -_

Review Period: (circle one)    Special    Annual    Mid-Year

**Overall Performance Rating:** (circle one)

Exceptional    (Exceeded expectations)    (Met expectations)    Didn't meet expectations    Margi

Signatures:

_Gayle Kellems_                      _____         _Steve Furner_
Associate                           Store Manager            District Manager

_2-24-94_                           _Larry Phillips_         _Steve Furner_
Date                                Print Name               Print Name

                                                             STEVE FURNER

5
HOME OFFICE

CONFIDENTIAL
WMHO 218035

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## *Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

## Declaration of Gayle Kellems in Support of
## Plaintiffs' Motion for Class Certification

# EXHIBIT I

## WAL-MART SUPERCENTER
### Area Director/Night Director Evaluation

Associate          Gayle Kellems          Store Number  01-0076  Berryville AR
Due Date                                  Social Security #  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
Hire Date          Last evaluation        Position  P.T. Director
How long under your supervision  2yr 5monthts  Time in present position  1 year

### CUSTOMER SERVICE                                    (Circle Selection)

1.  Customer Relations:
* Anticipates customer needs          * 10 foot attitude          * Complaint Resolution

COMMENTS:          Good Customer SERVICE - USES 10 Foot Rule

2.  ASSOCIATE RELATIONS:
* Listening skills          * Diplomacy                    * Respect
* Empowerment              * Support of "Open Door"        * Courtesy
* Approachable             * Honest with Associates        * Time Management
* Decision Making          * Coaching for Improvement      * Consistency
* Sound Judgment           * Delegation Skills             * Builds Self Esteem
* Problem Resolution Skill * Resolving Issues/Follow-up

COMMENTS:          Good leader - Sound judgement - Delegation
Skills good - Follow-up good

3.  COMMUNICATIONS: consider verbal, phone, listening and written skills.
* Store Management Team          * Support Directors          * Merchandisers
* Department Managers            * P.I. Director

COMMENTS:          Communication Skills good with All Associates

### TRAINING:

A.  PERSONAL

* MTP FOOD          * MDPP          * ISE          * MDS 2
* MTP GM            * MDPO          * LF           * CBL % complete  100%
* 40 Hr. Training   * MDPM          * MDS 1        * WI

COMMENTS:          Has Done All training Except Leadership
Foundation

                                        Area Director/Night Director Evaluation

EXHIBIT I

PWM-0002311

B.  ASSOCIATE TRAINING

* Coach / Teach        * Mentor        * Area CBL % complete _____

COMMENTS:  _Worked Well to get All Associates_
_TRAINED_

EXECUTION:

1.  SUPPORTS COMPANY DIRECTION
    * Raise the bar    * District Inventory Levels        * Competitive pricing
    * 100 % in stock    * Distinguish from Competition      * Grass Roots
    * Store/Area MOPR Score_____                          * Sun Down Rule
    * Store Tours (Conducts Detail, Priority, CBWA Tours)

COMMENTS:  _Sets Good Exmple - High Expectations_
_For Herself And Associates - Good problem Slover_
_CBWA Good_

2.  COMMITMENTS
    * Stockroom Compliance              * Modular compliance
    * Store Structure Followed          * 10% Comp Increase
    * Inventory Management              * Expenses Lower Than Last Year
    * Manage By Exception

COMMENTS:  _Will meet goals - Good Commitments_
_to All Wal-mart Values_

3.  EXPENSE CONTROL & SAFETY
    * Administration of safety standards    * Risk Management
    * Care/Maintenance of Equipment         * Accident Charges
    * Increase/Decrease of Accidents        * Sanitation

COMMENTS:  _Good Control in this Area_

PWM-0002312

Area Director/Night Director Evaluation

4. *Mystery Shopper Results

* Y-T-D for Store        * District Average        * Company Average
         80.10                      83.10

COMMENTS:

5. . Store Performance

* Profit TY vs LY                    * Sales Increase % TY vs LY

COMMENTS:           2,587,380   5.92   Vs  1,889,790  4.83

NEED to Develope A Week By Week Merchandise
And operational Plan to. Help Built Sales And Profit

TECHNICAL SKILLS:
* Enforces Company Policies/Procedures        * Perpetual Inventory
* Systems Updates                             * Tebron Knowledge

COMMENTS:       Uses Company Policies And Procedures
                Stay up With All Systems up dates
                Has Done Well In All Systems

MERCHANDISING:
* SWAS            * Seasonality              * Zoning
* In-stock        * Sales floor Presentation * Gross Mark-up
* Quality Standards (I.e. Cost Departments)

COMMENTS:   Above Standard In Stock - Need to Know Why on outs
            SWAS Needs Improvment - Better Pre-Planning
            Sales Floor PRESENTATION STANDARD Needs Excitement
            Gross 29.18 Yro Needs Help

PWM-0002313

ASSOCIATE TRAITS:

* Complies with Associates Handbook Guidelines:   ABOVE STANDARD
* Follows operational policies and procedures:   ABOVE STANDARD
* Self starter, energy level, initiative, punctual:   ABOVE STANDARD
* Professional appearance:   ABOVE STANDARD
* Is adaptable to changing situations, team oriented, cooperative:   ABOVE STANDARD

EVALUATION SUMMARY

Commendations:   Exceeded Expectations - Should be Co-Director
IN High Value Store or Director of Small Store

Coaching For Improvement (Level 2 or above):

Coaching For Improvement Progress:

Strengths:   Knowledge of Systems - People Skills
Good Sound Wal-Mart Values   Merchandising Skill
Good

Opportunities:   As Gayle becomes A Co director will
NEED TO Teach More ABOUT Goals And Besure Set
Time Frame

A   Above Standard   X
O   Average
F   Below Standard

Area Director/Night Director Evaluation

PWM-0002314

WalMart strongly believes in the Open Door Policy, and we encourage you to make
any comments you may have on this evaluation.

| | | |
|---|---|---|
| Area/Night Director | _Gailey Kellems_ | Date _3-17-95_ |
| Store Director | | Date _3-17-95_ |
| District Manager | _Steve_ | Date _3-17-95_ |
| Regional Manager | | Date |
| Regional Personnel Mgr. | | Date |

is READY FOR CO. MGR - THIS YEAR 95

THANX'S.
Steve

PWM-0002315

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

*Betty Dukes v. Wal-Mart Stores, Inc.*

## Case No. C 01-CV-2251-CRB

**Declaration of Gayle Kellems in Support of
Plaintiffs' Motion for Class Certification**

# EXHIBIT J

11/07/2001  05:13    870_   J418                                                PAGE  01

To: Cathy Davis
    Wal-Mart Legal Team

From: Bill Lovell
      Dist. Manager, Dist. 22, Reg. 26

Subject:  Gayle Kellems
          Co-Manager,
          Store #2175, Branson, Mo.

I am Bill Lovell, Dist. Manager, Dist. 22-Reg. 26.  My home base Store is
the Supercenter based in Harrison AR., Store 2.   Gayle Kellems was a Co-
Manager covering the food area of the Supercenter at Store 2 when my
district was realigned and I took the Harrison Store in Jan. of 2000.

Gayle was an Asst. Manager in the Berryville AR. Supercenter when she
was promoted to Co-Manager in the Harrison Supercenter. When Gayle was
Promoted to Co-Manager it was agreed she could drive to her new
assignment, approx. 35 miles, and not relocate.  Gayle had been doing this
For approx. 4 years when I picked up Harrison in my Dist.

In June of 2000 I was contacted by Gary Saporito, Manager of Store #2743,
Sherwood AR.  This store is a Neighborhood Market for Wal-Mart.  He
discussed a personal emergency and a need to relocate to Harrison
immediately.  Gary's former wife, who lived in Harrison, was killed in an
Auto accident and his daughter didn't want to live with her Step-Dad. Based
on this information Gary was willing to give up his store and relocate in the
Harrison store in whatever position that was available, so he would be able
to care for his teenage daughter.  I told Gary we would go to work on this
immediately and I would be back in touch.

I approached Gayle about taking the Co-Managers position in Store 2175,
Branson West, MO.  This would accomplish two goals.  Goal one – Give
Gayle the opportunity to work in a different Supercenter under a different
Manager, as she had only worked in one store as a Co-Manager. Goal two-
Make a place for Gary Saporito, so he could move to Harrison and care for
His daughter.  Also, Gary Saporito had a very strong food background with
Wal-Mart and his talents would helpful to the Harrison Supercenter.

## EXHIBIT J

CONFIDENTIAL
WMHO 219527

11/07/2001   05:13    87830038410                                          PAGE   82

Store 2175 was about the same drive for Gayle as she was currently driving each day to Harrison.  Gayle was interested in the move but was concerned about the difference in money because the Harrison Store would pay a larger bonus to a Co-Manger than the store in Branson West, based on volume and Profitability.

I visited with my Regional Vice President, Joe Mains, about guaranteeing her money for one year based on Harrison's bonus.  Joe agreed and honored her bonus for one year based on Harrison's profit structure!  I took this information back to Gayle and she agreed to take the new assignment with the following understanding!  Her report date will be July 15, 2000. She will be a Co-Manager over the General Merchandise side vs. a Food Co-Manager at Harrison.  This would continue her training for a Store Managers position.  Her bonus money would be guaranteed for one year only!  This was timed around her son graduating from High School, thus allowing Gayle to relocate away from Berryville AR. to Manage a Store when the opportunity came.

As District Manager I made no promises to her about being promoted to a Manager within one year, only this would better prepare her for that opportunity. During her time at Branson, Gayle only applied for local stores within 200 miles and never applied for stores in Wal-Mart growth area.

In early July Gayle informed me of her plan to retire from Wal-Mart and spend more time with her husband and family. Gayle stated that they might buy a resort so her and her husband could work together.  I tried to talk with her but she was determined to leave Wal-Mart.

On July 31, a retirement party was held for Gayle at 2175. Several Managers and Asst. Mangers from local Wal-Mart Stores were on hand to help celebrate her retirement.

CONFIDENTIAL
WMHO 219528