Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No:  C 01-2252-CRB <br><br> **DECLARATION OF VALLERY LEE-WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Vallery Lee-Williams, declare:

1. I am female and reside in California. I was an employee at Wal-Mart from approximately 1999 to 2010. I worked in the Victorville, California store (Store #1588) from approximately 1999 to 2007, and the Pomona, California store (Store #2288) from approximately 2008 to 2010.

2. I applied for a Support Manager position while I was at the Victorville store. A male employee, I think his name was Robert, also applied for the same Support Manager position. Robert had not worked at Wal-Mart as long as I had and I do not believe that he was as qualified as I was for the Support Manager position based on his poor work performance. Not only did I observe Robert's poor work performance but the Store Manager commented on it and I believe that he received multiple coachings (discipline). One of the Assistant Store Managers, who was a man, specifically told me that they needed to promote a man into the Support Manager position that I had applied for. Robert was given the promotion to Support Manager along with myself and one other person. The three of us shared the Support Manager position and I did not receive any extra pay for taking on the responsibilities of a Support Manager.

3. One of my female co-workers in Victorville, I believe her name was Bertha, was a Customer Service Manager for many years. She was repeatedly recognized, including by store management, as one of the store's best employees. She kept applying for promotion to Assistant Manager but was never promoted. A number of male candidates were promoted instead of her. Bertha complained to the corporate office about not being promoted but nothing was done. I found this very discouraging, and it led me to believe that continuing in my efforts to receive a promotion would be futile.

4.  One of my male co-workers in the Victorville store, I believe his name was Allan Hudson, told me that he had approached store management and requested a raise. He told me that they had given him a dollar an hour merit raise. After learning this, I went to an Assistant Manager, I think his name was Ray, and asked for a raise. He told me that they were not giving out merit raises and I did not get a raise like Allan did. I do not know of any employees who received a dollar an hour merit raise like Allan did.

5.  At the Victorville store, the employees in the Hardware and Sporting Goods departments were almost all men and the employees in the Jewelry, Infant and Softlines departments, as well as the employees at the courtesy desk, were all women

6.  I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 23, 2013 at Pomona, California.

Vallery Lee-Williams