Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No: C 01-2252-CRB <br><br> **DECLARATION OF CHRISTINA LOEW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone:  415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone  510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Christina Loew, declare:

1. I am female and currently reside in Utah. I was an employee at Wal-Mart from approximately 2000 until 2007. From 2000 to 2005, I worked at the Perris, California store (Store #1747) and from 2005 to 2007, I worked at the Richfield, Utah Supercenter (Store #5168). Before starting at Wal-Mart, I worked for 15 years in retail, restaurants and hotels and completed three years of continuing education in business and computer information.

2. During my employment with Wal-Mart, I became aware that male employees, hired after me and in the same job position as me, were paid more than I was. Although there was a policy against discussing what we got paid, many of the employees talked about this anyway. Over the years I worked at Wal-Mart I learned that numerous men with less experience than me were being paid more than I was but a couple instances stand out in my mind. The first was when I was an Associate in the Hardware Department in the Perris, California store. One of the male Associates in Hardware, I can't remember his name, bragged to me about how much he was being paid and told me that I was being paid less because "you're just a woman." I had been working at the store for three or four years at that point and was only making around $7.50 an hour. He had only been there around six months, I think this conversation happened in connection with his six month raise, and he was making around $10 an hour. I saw his pay stub so I was able to confirm that he was being paid this much even though we were doing the same work in the same Department.

3. After I had been at the Perris, California store for a couple of years, I was regularly asked to train new Associates since I had worked in most of the different parts of the store. We sometimes talked about how much they were getting paid and there were a couple of occasions where the male Associate who I was training, and who had just started working for the company, was being paid more than I was even though I had been there for years and was training them.

4. I repeatedly asked management why men who were doing the same work I was were being paid more. One of the people I brought this issue to was Jim, one of the Assistant Managers in the Perris, California store. I talked to Jim about this at least two to three times during the last couple years I worked at the Perris store. When I complained to Jim about the fact that men with the same or less experience than I had were getting paid more than I was, he told me that men get paid more "because they can do more than women can." This was not true as I regularly outperformed my male counterparts, working longer and harder at the exact same work that they did, including stacking pallets, unloading trucks, moving pallets, stacking shelves, etc. Despite my complaints, nothing changed.

5. After I started working at the Wal-Mart in Richfield Utah, I also asked Bruce Moffett, the Store Manager, why some of the men who were doing the same work that I was, and who had less experience with the company than I did, were getting paid more. His response was that "men make more money than women because they are the only provider for their family." When I told him that I was a single mother and so I was the sole provider for my family, he said that that did not matter and the men should be paid more anyway.

6. During my employment with Wal-Mart, I was also denied promotional opportunities that were given to less experienced men who had not worked for the company as long as I had. When I started out, I was very interested in promoting into a Department Manager position. I told store management that I wanted to promote within the company and asked how to do so. The Store Manager and the Assistant Manager in Perris, California told me that in order to promote, I needed to learn everything I could about all of the different parts of the store and aspects of the business. I followed their advice and worked in numerous different positions in order to learn everything that I could and improve my chances for promotion. I worked as a Cashier and a Stocker, in positions in Store Delivery, Inventory Control,

Customer Service, Layaway and Remodel, and as an Associate in the Electronics, Garden Center, Hardware, Jewelry and Seasonal Departments.

7. While I was an Associate in the Perris, California store, I applied for the Department Manager position in Toys, Electronics and Garden Center. I also applied for the position of Customer Service Manager twice. On each of these occasions, a male employee with less experience was given the position instead of me.

8. My understanding was that promotional opportunities were supposed to be posted in the store so that everyone was aware of them and could apply if they were interested. I wanted to promote so I would watch for the postings but there were occasions when the opportunities were never posted and instead, we would just be told that someone had been promoted. This happened with the Electronics and Hardware Department Manager positions in the Perris, California store.

9. While I was working in the Perris store, I asked to be allowed to participate in the management training program. The Store Manager did not let me participate in the program and told me that it was because I "needed more training." A number of men, many of whom had less experience and had not been with Wal-Mart as long as I had, were selected to participate in the management training program instead of me.

10. I was also subjected to sexual harassment during my time at Wal-Mart by my Assistant Manager, Jim, who was one of my supervisors in the Perris, California store. He made inappropriate comments about my body and initiated inappropriate physical contact with me. I reported this harassment to the Store Manager but nothing was done.

11. Some of the departments at the Wal-Marts I worked at were segregated by gender. The Hardware, Garden and Electronics and Sporting Goods Departments had mostly men working in them and the Jewelry and Cosmetics/Health Care

////

Departments had mostly women working in them.

12. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Utah that the foregoing is true and correct. This declaration was signed by me on April 3, 2013 at Sigurd, Utah.

Christina Loew