Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
  RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF LEESA MARIE LONG IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Leesa Marie Long, declare:

1. I am a resident of North Bend, Oregon and a female. I worked for Wal-Mart from 2003 until 2005 at a Supercenter in Coos Bay, OR.

2. While working for Wal-Mart, I was informed that male employees were being paid more than I was, even if they were in the same position and were hired after I was. Management never told me that there was something different I needed to do to be paid the higher wage that male employees were receiving.

   a. In or around 2003, while I was making approximately $7.50 per hour, male employees doing the same job and with the same level of seniority were making approximately $8.50 to $9.00 per hour. While I cannot remember the names of all of these coworkers, I can remember having these conversations with men that I worked with. One conversation I remember particularly was with an employee named Julio (last name unknown). Julio was telling me that his wages were being garnished for child support payments and mentioned that he was earning $9.00 per hour at the time.

   b. Also in or around 2003, three male employees were brought into my department at approximately $8.00 per hour, while I was still making only around $7.50 per hour. These male employees had all been employed at the store for about three months at the time, which was less time than I had been there. These employees were Dan (last name unknown), Patrick (last name unknown), and Chuck (last name unknown). I know what they were being paid because they told me.

   c. In 2004 or 2005, my Co-Manager, Katrina (last name unknown), told me that Wal-Mart had implemented a new pay structure to "equalize pay."

1

3. Based on my experience, I also believe that men were promoted at a higher and faster rate than I was during my employment at Wal-Mart. I sought promotion to several positions, including support manager, but was never offered one of these promotions.

    a. In or around the first part of 2004, I applied for a department manager position but did not receive it. The position was given to a man instead. They told me that I did not have experience but I do not believe that the male that got the position had more experience that I did.

    b. In or around June of 2004, a male coworker of mine, Scott (last name unknown), was moved into the management training program ahead of me. He started about the same time as I did, in the grocery department.

    c. In or around November of 2004, I expressed interest in the management training program. I heard that men who were accepted into the program were offered $32,000 per year. Dan (last name unknown), who was promoted into the program before me with less experience, told me this is what he was paid when he entered the program. When I discussed entering the management training program, they told me that the salary was approximately $28,000.

    d. When I asked further about the requirements to be accepted into the management training program, in or around November 2004, my store manager, Earl (last name unknown) told me that "if you look the part of what Wal-Mart wants in management and pass the interview with the DM, you can get into the program."

    e. Earl, as well as other managers, also told me that employees in the management training program were expected to relocate for nine months to a year in order to "break ties" with home. He said that after this period, people in the management training program could request to return, but there was no guarantee. I was

2

discouraged from pursuing the management training program because of this requirement.

4. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Oregon and California that the foregoing is true and correct. This declaration was signed by me on APR. 3 , 2013 at North Bend, OR.

Leesa Marie Long