Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF PAMELA A. LONG IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Pamela A. Long, declare:

1.   I am female and reside in Washington. I was an employee at Wal-Mart from approximately 1997 to August 2008.  I worked as a cashier and sales associate from around 1997 to around 1998 in #1817 in Hermiston, OR. I worked as a sales associate, support manager, and department manager from around 1998 to around 2002 in store #2550 in Vancouver, WA. I worked as an assistant manager trainee and an assistant manager from around 2002 to around 2006 in store #2469 in Longview, WA. I worked as an assistant manager from around 2006 to 2007 in store #5440 in Portland, OR. I worked as an assistant manager from around 2007 to around 2008 in store #5462 in Vancouver, WA.

2.   Around 1999 until around 2002, I worked as a department manager of the health and beauty deparatment in store #2550 in Vancouver, WA. Around 1999 or 2000, I expressed my interest to the district manager about moving up to assistant manager. There were no postings or formal application process for the position.  Finally, around 2002, I was promoted to assistant manager trainee in store #2469 in Longview, WA.

   a.   I continued as an assistant manager until I left Wal-Mart in 2008. I was not made aware or offered further promotional opportunities.

3.   Around 2002, I had just been promoted to assistant manager trainee in store #2469 in Longview, WA.  A male assistant manager trainee, Larry, had been hired at Wal-Mart later than me but was promoted to assistant manager trainee at the same time as me.  Larry asked me about my pay check, saying, "how are you going to spend your grand?" My paycheck was about $850 for the two-week pay period. I did not complain because I knew company policy said not to discuss pay.

4.   I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on April 8, 2013 at Antioch, CA.

Pamela A. Long   4/8/13

Pamela A. Long