Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF DEBORAH KAY LUTHER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Deborah Kay Luther, declare:

1.    I am female and reside in California. I was an employee at Wal-Mart from 2001-2003. I worked Store #1840 in Manteca, CA. During that time, I worked in a store that was within the California Regions.

2.    Wal-Mart first hired me as a Cashier, the position that I maintained until I left in 2003. In addition to cashiering, I worked the overnight shift where I stocked Health and Beauty products, Toys, and Housewares. I came to Wal-Mart with 20 years of sales experience in other corporations such as General Electric, Robert Half, and I already had my own real estate license.

3.    During my employment with Wal-Mart, I was never offered an opportunity of promotion into management. I was never told of specific steps I needed to take to be eligible for a promotion into management. My Store Manager, John, knew that I wanted to move up the corporate ladder. However, whenever I inquired about promotion opportunities, he told me that there were no openings and that there are other people in line ahead of me that are due for a promotion.

a.    I remember two men in particular, Kevin and Dave, who both started working at Wal-Mart at the same time as me. Despite having more education and work experience than the two of them, Kevin and Dave got promoted to Department Leads in Health and Beauty and Electronic Departments respectively. By the time I left Wal-Mart, they were both Department Managers whereas I was still a Cashier.

4.    During my employment with Wal-Mart, I became aware that other male employees hired at the same time as me and in the same job position as me, had a higher starting salary than me even though I had more work experience and education than them. No one in management told me that there was something I needed to do to be paid the higher rate as these male employees.

a.    Kevin and Dave, the same male employees that were hired at the same time as me, were also my friends. They were also both "tight" with

store management. We were talking one day about future opportunities at Wal-Mart and I asked them about their starting salaries. Both of them started at $9 compared to my starting salary of minimum wage. Right off the bat, Kevin and Dave were making more money than me.

5.    There was gender segregation in department assignments. I observed that only female employees were assigned to work in clothes and only men tended to work in electronics. Electronics and the other "elite" departments only had men working in them. Very few women were in management at my store. My female co-workers and I would even talk casually about how "you have to be a man" in order to advance at Wal-Mart. I can only think of one female manager at the time I worked at Wal-Mart—one of the HR Managers.

6.    I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on April 10, 2013 at Manteca, CA.

Deborah Kay Luther