Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No: C 01-2252-CRB <br><br> **DECLARATION OF PEGGY J. MACGREGOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

Decl. of Peggy J. MacGregor in Support of Plaintiffs' Motion for Class Certification        Case No. C 01-CV-2252-CRB

I, Peggy J. Macgregor, declare:

1. I am female and reside in Arizona. I was an employee at Wal-Mart from approximately June 1996 to June 2008. I worked in Sam's Club store #6607 in Phoenix, AZ (no longer exists),Wal-Mart store #2515 in Phoenix, AZ, and Wal-Mart store #5331 in Phoenix, AZ.

2. Around 1998, I was working as an hourly floor associate at Sam's Club. During work on the floor, I expressed interest to one of my Assistant Manager, Fred, about applying for the Management Training program. He told me that I wasn't qualified even though I had managed a convenience store in Washington prior to working in Sam's Club and had been getting generally good evaluations. This really shook my confidence, so I didn't inquire further.

3. Around 2001, I was working as an hourly floor associate in Sam's Club. I became aware that male coworkers were getting paid more than me despite being there for less time. One man named Brian Connor came in with no prior retail experience and was hired at around $9.00 per hour. This was about how much I was making, but I had been working at Sam's Club for around six years at that time. He would brag about how much he was making to coworkers and me during work on the floor. Over the next six months, he told us he received multiple raises even though he was doing subpar work. I did not receive a raise during these months despite taking on more than my share of work. I didn't complain because it was company policy that we were not allowed to discuss pay.

4. In 2002, I applied to transfer stores due to sexual harrasment from one of my Assistant Managers, John Shahady.

5. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Arizona and California that the foregoing is true and correct. This declaration was signed by me on March April 8, 2013 at Phoenix, AZ.

Peggy J. Macgregor