100  ageq          pun⅃ ɔɒqmI əd⊥-o⊥              08Þ⎳ɛÞ⎳Ɛʚ∂9-moɿ⅃        ⎳ϛ:Ɛⵏ  Ɛⵏ0∂-Þ0-80  bəʌiəɔəꓤ

Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
  RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF NANCY MARLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Decl. of Nancy Marley in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252-CRB

l·d          06Þ⎳ƐÞ⎳Ɛʚ∂9              əⅼⅼiʌʎəⅼɿɒM    dɛⵏ:ϛ0 8ⵏ 80 ɿqA

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

Received   08-04-2013   13:57   From-6232437490   To-The Impact Fund   Page 003

I, Nancy Marley, declare:

1.  I am a woman and a resident of Surprise, AZ. I worked at Wal-Mart from 1990 to 2000. During part of that time, I worked at store #1532 in Glendale, AZ, which was part of the California regions.

2.  I worked at Wal-Mart in the Layaway Department and did the job of a Department Manager. I received the keys to the security room, a responsibility that only high-end managers had. I also made schedules for the Layaway Department employees and I had the ability to override the cashiers when necessary, a responsibility usually only given to Customer Service Managers. Throughout this period, I was only considered a cashier and never received the position of Department Manager. While I was doing the job of a Department Manager, I was only being paid as a cashier.

3.  I asked for raises, but don't remember getting any (other than my annual raise).

4.  While I was working at the Glendale, AZ store, I know that a male employee in the claims department made more money than I did. While I cannot remember his name, I do remember that I had been working there longer and that I also had a lot more responsibility. I know that he made more than I did because he told me.

5.  I asked for a promotion during my yearly reviews in store #1532. The reviews were conducted by the personnel manager, whose name I do not remember.

6.  I also asked for promotions when the store would got extremely busy, especially during the holiday period, when I was in charge of over $1 million worth of merchandise in the Layaway Department. I asked the Store Manager, Randy Johnson, for a promotion during these times. I brought this up around five times from 1999 to 2000 and never received the promotion to Department Manager.

p.3   6232437490   Marleyville   Apr 08 13 05:14p

Received    08-04-2013  13:57    From-6232437490    To-The Impact Fund    Page 004

7. I also asked Randy Johnson for a promotion to assistant manager but never got an opportunity. I knew that Wal-Mart had a requirement that you be flexible and possibly move stores.

8. The managers at the store knew that I did my job right, but I was never told what I needed to do to receive a promotion.

9. While I worked at Wal-Mart, I noticed that the company had men working in certain departments and women in others. For example, men were more likely to be in the Paint and Automotive Departments, while women were often in Clothing and Health & Beauty Aids.

10. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Arizona and California that the foregoing is true and correct. This declaration was signed by me on April 8, 2013 at Surprise, AZ.

Nancy Marley

Decl. of Nancy Marley in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252 CRB

Apr 08 13 05:14p    Marleyville    6232437490    p.4