Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No:  C 01-2252-CRB <br><br> **DECLARATION OF KRISTIN MARSH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Kristin Marsh, declare:

1. I am a female and reside in Hollister, California. I was originally hired as an employee at Wal-Mart in the spring of 1994. I worked for Wal-Mart until 2007, with a short break in 1997.

2. During my employment with Wal-Mart, I was never offered an opportunity to be promoted into management. I was never told of specific steps that I needed to take in order to be eligible for such a promotion.

   a. Starting in 1998, I tried to get promoted to Support Manager and also into the management training program. I sought these promotions in the Tire & Lube department as I explain below. I did not receive an interview and never got a promotion.

   b. While I was at Wal-Mart, I noticed that job openings were not regularly posted. In my experience, the company also did not have a system for informing employees when jobs were filled or who was selected to fill them. Because many people were selected for the management training program I desired, I cannot say that one person in particular was selected instead of me.

   c. While I cannot state the exact dates when I expressed interest, I did inform my managers of my interest in promotion by speaking with them repeatedly about my desire.

   d. One experience that I do recall occurred around the beginning of 1998. I asked the District Manager for Tire & Lube, Ed Brockman, about becoming a management trainee. His response to me was, "Aren't you a single mother?" I did not get that promotion.

3. During my employment with Wal-Mart, I knew that male employees, hired after me and in the same or lower positions, were paid more than I was. I was never told by management that there was something I needed to do to be paid the higher rate that male employees were receiving.

    a.  One of the male associates who was paid more than me, with less experience and in an equivalent position, was Wesley Vernor, my husband. I regularly see my husband's paystub.

    b.  Wesley started at Wal-Mart in 1999, five years after my original hire, and was a Service Manager in Tire & Lube while I was the Department Manager of Automotive—these are equivalent positions.

    c.  By the end of June 2000, Wesley was making about $3 more per hour than I was.

4. I have personal knowledge of all the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 25, 2013 at Hollister, CA.

Kristin Marsh

Decl. of Kristin Marsh in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252 CRB