Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF PAMELA MCCLELAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Pamela McClelan, declare:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

2. I am female and reside in Nevada, but I used to live in California. I was an employee at Wal-Mart from January 1991 through July 2001. I worked in two Wal-Mart locations. From 1991 to July 2000, I worked at a Bakersfield, California store (Store #1574) and then went to work in the Ridgecrest, California location (Store #1600) until I left the company in the summer of 2001.

3. I wanted to advance at Wal-Mart. I heard about available management positions when an outgoing manager expressed that they were leaving. Sometimes an available position got announced at a staff meeting, but mostly you had to hear about openings through the grapevine. I applied three times for a department manager position; twice in Softlines around 1998 or 1999, and once as a front end department manager in charge of last-minute items like candy. The application process was not much of a process at all. I did not fill out an application or take a test. I was not interviewed for the job. All I did was tell an assistant manager that I was interested, and their response was that I was not qualified. In spite of my interest, I was never promoted.

4. I complained to Assistant Manager Terry [last name unknown] about the refusal to promote me, but that went nowhere. No one ever told me why I was not promoted or what I needed to do to become promotable.

5. I was never told how I could get into the management training program. I knew of its existence and its relocation requirement because I was told about them when I first started at Wal-Mart. I was never given any material about the program, and was unaware of how to get into it.

6. I noticed that certain departments at Wal-Mart were segregated by gender. This was true at both locations in which I worked, and occurred throughout all the years I worked at Wal-Mart. The Softlines department, which was mostly a clothing

department, primarily had women employees in it, while the Lube Express department was all men during the entire time I worked for Wal-Mart. The Pet, Toy, Hardware and Sporting Goods departments also had mostly men working in them. I did work in them at times, but I was usually the only woman in those departments.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. This declaration was signed by me on April 5th, 2013 at Pahrump, Nevada.

Pamela McClelan