Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, | Case No: C 01-2252-CRB |
| Plaintiffs, | **DECLARATION OF LINDA MCMENOMY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

i

Decl. of Linda McMenomy in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252-CRB

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Linda McMenomy, declare:

1. I am female and reside in Missouri. I was an employee at Sam's Club from approximately 1993 to 2009. I worked in store #6474 in St. Louis, MO in Region SC(5) as a Marketing Associate, a Membership Associate, a Cashier, a Shipping and Receiving Associate, a Claims Department Associate, and Checkout Supervisor.

2. Around 1995, I was working as a Marketing Associate. I started expressing my interest in applying for the position of Assistant Manager, but was never given the promotional opportunity throughout my entire time working at Wal-Mart. I scheduled a time to talk to David Atkinson, my team leader at the time, to inquire about the position. He told me that because I was a mother, this position was not right for me. He continued to say that Assistant Manager has long hours and being a mother would prevent me from being able to perform the job. I complained to the HR representative, Debbie Duncan, but nothing happened. I also talked to Andy Blazing, Assistant Manager and he said the same thing as David Atkinson about my role as a mother.

3. From approximately 1996 to 1999, I repeatedly asked General Manager, Jerry King, about promotional opportunities but he would wave me off and tell me, "Your time will come." I never received a promotional opportunity during this time. In 2000, I resigned as a full-time employee because I could not move up in the company. I moved down to part-time and sought other opportunities outside Sam's Club. I continued to ask for promotional opportunities as a part-time employee, but was never given one or told how to apply.

4. Starting in 1995 and continuing throughout the time I was employed at Sam's Club, I became aware that male coworkers were getting paid more than me despite the male coworkers being there for less time. For instance, I was working in Marketing between approximately 1993 and 1999 and during working hours, male associates would tell me that they were making $1.00 to $2.00 more than me per hour, even though they had less tenure with Wal-Mart. I recall three of

these male coworkers: Tony Chevis, an associate in Grocery, Jim Ward in Shipping and Receiving, and Steve Emery in the Claims department.

5. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Missouri and California that the foregoing is true and correct. This declaration was signed by me on April 8, 2013 at Salem, MO.

Linda McMenomy

Decl. of Linda McMenomy in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB