Case 3:01-cv-02252-CRB    Document 891-62    Filed 04/15/13    Page 1 of 4

Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF VALERIE MEADE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Valerie Meade, declare:

1.      I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

2.      I am female and currently reside in Florida. I was a full-time employee at Wal-Mart from 1991 to 2001. During that time, I worked at various stores in California, including the stores in Lodi (Store #1789), Elk Grove (Store #1697), and Manteca (Store #1840).

3.      I started working at Wal-Mart as an hourly Cashier earning approximately $5.00 per hour. I stayed in this position for approximately 6 months before moving to an hourly position in the Photo Lab department, where I worked for about 1 year. Then I became a salaried Photo Lab Manager and remained in this position for about four years. In or around 1997, I moved from my position as Photo Lab Manager to an hourly associate position. I worked in various hourly associate positions in the Lodi, Elk Grove, and Manteca stores for the duration of my employment at Wal-Mart, including Department Manager for the Seasonal, Stationery, and Toys departments; Cashier; Customer Service Manager; Assistant Manager for the Jewelry department; and Sales Associate in the Arts and Crafts and Toys departments. Several of these departments were typically staffed by female employees, particularly Jewelry and Arts and Crafts.

4.      Between 1997 and 2000, while I was working in the Lodi store, Wal-Mart consistently discouraged me from applying for a Manager position. I had worked as a Photo Lab Manager for about five years, which is a salaried position. I hoped to move up the managerial chain, but felt discouraged from applying because I saw how poorly Wal-Mart treated women in Assistant Manager positions. I observed that female Assistant Managers were given the worst shifts, less flexibility, and were often responsible for finishing the work of men who did not rise to the level expected of them. Specifically, I observed how my female colleague, Laurie Meath, was treated when she moved from Department Manager to Assistant

Manager at the Lodi store. I observed that Laurie was treated poorly and disrespected by others in her Assistant Manager training program and was given lots of the busy work like cleaning up. Despite my experience as the Photo Lab Manager and Department Manager, and my experience in many positions throughout the store, Wal-Mart did not encourage me to apply for the Assistant Manager job. No manager, throughout my years at Wal-Mart, told me how to move up into management, or told me the steps I needed take to be better prepared for a managerial career.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. This declaration was signed by me on April 3 ___, 2013 at Orlando, Florida.

Valerie Meade
Valerie Meade