Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No: C 01-2252-CRB <br><br> **DECLARATION OF LIANE MEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Liane Meyer, declare:

1. I am a woman and a resident of Green Valley, AZ. I worked at Wal-Mart from 1989 to 2003.

2. While working for Wal-Mart, I reached the position of Assistant Manager in 1999.

3. In 2001, about two years after being promoted to Assistant Manager, I was informed that a male employee was being paid more than I was, even though he was hired after me and in the same position:

   a. David Beauvais was hired by my former District Manager, Wayne Berg. After David was hired, Gary Ceresa, my store manager, told me to be his mentor and to teach him everything I knew about being a "good assistant manager."

   b. David Beauvais had no previous management experience. I know this because he told me. I, on the other hand, had been with the company for nearly 11 years and had been an Assistant Manager for two of those years.

   c. I learned that David Beauvais had been hired with a salary of $40,000 per year, which was $10,000 more per than I was earning. This pay difference existed despite my higher level of seniority and the fact that I was mentoring him.

   d. When I had my yearly evaluation with Wayne Berg and Gary Ceresa, I brought up the issue of David Beauvais making more than I made. Wayne Berg reprimanded me for discussing pay, which was against company policy. He did not address my unequal pay complaint in any other way.

e.  Also during that evaluation, Wayne Berg asked me if there was anything he could do for me.  When I told him that I could use a nice raise for my kids and me, his reply was that maybe I should not have had so many kids.

4.  I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Arizona and California that the foregoing is true and correct.  This declaration was signed by me on _MArch 30_, 2013 at Brentwood, CA.

Date here →

Liane Meyer

Decl. of Liane Meyer in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01 2252 CRB