Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF CAROL MILSE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Carol Milse, declare:

1.  I am female and reside in California. I was an employee at a Wal-Mart Supercenter from approximately July 1997 until July 2002.  I worked in store #1915 in Yucca Valley, CA as an hourly associate in the shoe department and then asdepartment manager of stationary.

2.  From the day I became department manager in 2000, I repeatedly inquired about promotion opportunities to my store manager and assistant managers during floor inspections. I specifically asked about support manager and the assistant manager training program. Anytime an assistant manager or support manager left, I would inquire during the daily floor inspections about the possibility of applying for that spot. I was always told "we don't know yet," or "we'll get back to you." They did not get back to me, however, and at the next staff meeting, the new assistant manager or new support manager would just be announced to the rest of us. I observed that the people that would fill these positions were usually men who came from other stores. I also checked the computer system everyday, but positions were not posted there for my store. Despite my efforts, I was never told how to apply and I was never promoted.

3.  In 2002, when I was working at a department manager, I found out a male associate in my department was making $1.00 to $2.00 more per hour than I was. He had left his paycheck on my supply cart and I saw that he was making around $11.00 per hour, while I was only making around $9.00 per hour as his superior. He had also only been at the store for a couple of months, whereas I had been working at the store since 1997. I complained to my store manager, Wendy. She told me that she could not discuss it, and she did not do anything about it. I ended up stepping down to associate and taking a pay cut because my managers were unresponsive to the unequal pay issue.

4.  Due to the unequal pay that I had experienced as department manager, I decided to apply for a job at Stater Brothers Supermarket. I was told by District Manager Dave Simmons and Acting Store Manager Leonard that my working at Stater Brothers was a conflict of interest. Even

1

though I knew at least two other male employees were working at other retail and grocery stores, I was terminated from Wal-Mart in July 2002. I called the Wal-Mart hotline for help, but Regional Personnel Manager Raoul only confirmed the termination.

5. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on ~~March~~ April 5, 2013 at Crestline, CA.

Carol Milse

Decl. of Carol Milse in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB