Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF JEANETTE MISEGADIS (FORMERLY GABEL) IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Decl. of Jeanette Misegadis in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252-CRB

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

Decl. of Jeannette Misegadis in Supp. of Plaintiffs' Motion for Class Certification          Case No. C 01-CV-2252-CRB

I, Jeanette Misegadis (formerly Gabel), declare:

1. I am female and reside in Colorado. I was an employee at a Wal-Mart from approximately 1991 to March 2000. I worked as a department manager in several departments including Fabrics and Crafts, Health and Beauty Aids, and Soft Lines in store #1598 in Phoenix, AZ. I also worked in Garden City, Kansas prior to working in Phoenix, AZ.

2. From 1998 to 2000, I was working as a department manager. I sought further promotion to the Management Training Program and Assistant Manager position, but was never offered a promotional opportunity. During the lunch hours, I approached my Assistant Managers and asked what I needed to do to be promoted, but I was constantly discouraged. They would laugh me off and dismiss me. One Assistant Manager even told me, "You don't want that." I also asked my Store Manager about being promoted once, but he said "No, I don't think so."

3. During my employment with Wal-Mart, I became aware that male employees, hired after me and in the same job position as me, were paid more than I was. Around 1998, I was working as a department manager and making around $12.00 per hour. A male employee working as a greeter, an entry level position, told me during a coffee break that he was earning the same amount as me.

4. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Colorado and California that the foregoing is true and correct. This declaration was signed by me on March 31, 2013 at Peyton, CO.

Jeanette Misegadis

Jeanette Misegadis

Decl. of Jeanette Misegadis in Supp. of Plaintiffs' Motion for Class Certification. Case No. CV 01 2252 CRB