Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF APRIL MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, April Mitchell, declare:

1. I am female and reside in California. I was employed as a sales associate at the Wal-Mart store in Clovis, California from 2001 to 2009.

2. During my employment with Wal-Mart, I was never approached regarding the opportunity to promote or encouraged to seek promotion. I was never told of specific steps I needed to take to be eligible for a promotion into management. I understood that the policy or practice at Wal-Mart was that one had to be willing to relocate if they wanted to promote. I was caring for my terminally ill mother for much of the time and would not have been able to relocate. This policy or procedure regarding relocation contributed to my not wanting to promote within the company.

3. I believe that some of my male co-workers at Wal-Mart, who were hired after me and in the same job position as me, were paid more than I was. On one occasion, when I was standing outside the manager's office, I overheard one female manager, I think it was Michelle Willhoit, say to another female manager, "if I was paid the same as the men are, I could get ahead and do a lot more." I also heard female managers on other occasions remark about how their male counterparts were getting paid more than they were. I wanted to ask store management about whether I was getting paid less than comparable male employees but I was worried that they would retaliate against me if I asked about this. Wal-Mart had a policy which prohibited employees from discussing their wages with each other. In my experience, the store management was more concerned with their place in the store and in the company, their own personal interest, than they were about the employees that they supervised.

///

///

4. There was gender segregation in department assignments when I worked at Wal-Mart. The jewelry, clothing, infant and softline departments were assigned almost exclusively female employees and the automotive, sporting goods and hardware departments were almost all men.

5. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 28, 2013 at Fresno, California.

April Mitchell

Decl. of A. Mitchell in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB