Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:   626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, | Case No:  C 01-2252-CRB |
| Plaintiffs, | **DECLARATION OF LISA NUNEZ IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

DECLARATION OF LISA NUNEZ

1

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone  510.339.1934
Facsimile:  510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Lisa Nunez, declare:

1. I am female and reside in Leesville, Louisiana. I am currently employed as a Customer Service Manager at Wal-Mart. From June 1999 until 2000, I worked in store #1826 in Visalia California. I also worked in Wal-Mart stores in Lacy, Washington and Pullyalup, Washington from 2000 to 2011.

2. I believe that I was discriminated against in pay while I worked in Visalia, California. While I was employed in the Visalia store, I requested a merit increase from Store Manager Ben (LNU) and he told me that I had to submit paperwork. He denied my request and told me I had to have a certain number of customer compliments to get a merit raise. He also placed me in the position of Customer Manager but did not give me a raise for working in the position.

3. I was also subjected to Wal-Mart's discriminatory practices in allocating raises based on performance evaluations. Despite excellent attendance, filling in for higher paid jobs, and developing a breadth of knowledge and experience around the store, my performance was only ever evaluated at "meets expectations," granting me a 40 cent raise, in spite of performance that was exceptional. When I questioned my managers about my reviews, I was told that I did not meet the qualifications for higher raises and that there were additional qualifications such as customer compliments.

4. I also believe that I was discriminated against in promotions. When I first started at Wal-Mart in 1999, I began voicing my opinion about wanting to be on the management track. I ran a clothing store prior to my employment at Wal-Mart, and I wanted to move into management. Even though I had management experience, was ambitious, and Wal-Mart promoted very young managers, I knew it would be long time before I could become an Assistant Manager. I tried to do everything I could to prepare myself. I pursued and

**DECLARATION OF LISA NUNEZ**

2

accepted all job assignments and promotions that I could: Customer Service, Layaway, Cash Office assignments, check cashing/money center, working all over the floor, Customer Service Manager and Lead Customer Service Manager. I took these assignments in part because Store Manager Ben (LNU) at the Visalia store told me that, taking these assignments was required for me to move up. Despite all my efforts and experience, I was not promoted to Assistant Manager. However, I observed male employees with less experience were promoted to Assistant Manager. Also, at the time I worked in the Visalia store available management positions were not posted.

5. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Louisiana that the foregoing is true and correct. This declaration was signed by me on March 27, 2013 at Leesville,, Louisiana.

Lisa Nunez

**DECLARATION OF LISA NUNEZ**

3