Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
  RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF LOTTIE PEREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com
svarela@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Lottie Perez declare:

1. I am female and reside in Nevada. I was an employee at the Wal-Mart store in North Las Vegas (Store # 2592) from approximately 1999 until 2002. I started as an associate in the Food Department and remained an hourly associate throughout my time at Wal-Mart. When I started working at Wal-Mart, I was planning on moving up in the company and making my career there.

2. When I started at Wal-Mart I was paid around $6 an hour. I had been told I would get a raise after about six months. I did not receive it. When I asked my direct supervisor, Assistant Manager Patrick O'Grady manager about it, he told me "no, not right now. Because you just started and I don't think you need to make more than that."

3. Around that time, I met with Store Manager Nathan Owens in his office. He had called me in to ask if I was going to participate in the company's health insurance. Mr. Owens' wife was just leaving his office as I was going in, and he said to her, "well, you don't need to work because I make enough." I came in to his office and did not say anything about his statement to his wife. He said to me, "I just don't understand why women need to get a job because they should be at home getting pregnant." I was very surprised, and said to him, "Not everyone's as lucky as your wife; some women have to work." Mr. Owens replied, "No, I don't believe that."

4. I told Assistant Manager Patrick about Mr. Owens' statement, and he said, "yeah, most women don't need to work; they need to be home. I wouldn't go as far as Nathan, because that's going to get him in trouble, talking about pregnancy."

5. After I had been at Wal-Mart for about one year, they hired a young man who was right out of the military (I don't recall his name, but he was previously at the Nellis Air Force Base) to work in my Department. I was responsible for training him. Assistant Manager Patrick told me that he was going to make this young man Department Manager over me. When I told Patrick, "I have been here a year, why

don't you make me the Department Manager, he said "right now, I need a man, I don't need a woman."

6. While I was training this young man in the Food Department, he asked me how much I was making after working at Wal-Mart for a while. I told him that my understanding was that Wal-Mart had a policy which prohibited employees from discussing their wages with each other. He told me that he was making $8 an hour. I told him that I was making less than that. He said that he thought that was crazy because "you're training me." I told him I was making about $6.30 an hour. He said that it was "stupid" that I was making less money, and that he couldn't work at a place like that. He quit about a week later. I think he worked for Wal-Mart for about two weeks.

7. I asked Assistant Manager Patrick why the man I was training was making more than I was, and he said, "you have a husband to take care of you, and he is just starting out and has a family to support." I did not say anything in response. I was worried that they would retaliate against me if I complained too much. Another Wal-Mart manager, Matt, told me "you're just an older woman and you don't really need the money."

8. During my employment with Wal-Mart, I was never offered an opportunity of promotion into management. I was never told of the specific steps I needed to take to be eligible for a promotion into management.

9. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Nevada that the foregoing is true and correct. This declaration was signed by me on April 1, 2013 at Las Vegas, Nevada.

Lottie Perez

Decl. of L. Perez in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB