Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF TRACY PLEASANT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Tracy Pleasant, declare:

1. I am female and reside in Arizona. I was an employee at Wal-Mart from approximately 2000 until 2004. Although I worked primarily at the Wal-Mart in Phoenix, Arizona (Store #2515), I also worked for short periods of time at the Wal-Marts in Glendale, Arizona and Surprise, Arizona. I had 19 years of retail management experience before going to work for Wal-Mart, including four years as a General Manager of two restaurants, where I supervised 40-50 people, and almost seven years as an Assistant Manager at a Silo retail store, where I supervised approximately 100 people. I was hired as a Customer Service Manager at Wal-Mart.

2. During my employment with Wal-Mart, I learned that male employees who were in the same job position as me were being paid more than I was. During the 2000 to 2002 time period during which I was a Customer Service Manager, one of my male co-workers, I think his name was Shane, bragged to me about how he was being paid $21 an hour. I was only being paid around $14 an hour at that time. Shane was being paid this much more than me even though he had just started working for Wal-Mart a couple months earlier and did not have the extensive retail or retail management experience that I did.

3. I was in the Manager Training program in approximately 2002 with a male co-worker, I think his name was Matt or Mike. There was a policy against talking about how much we got paid but he and I talked about it. He had zero professional experience, having just graduated from college and started at the store, but was being paid around $45,000 a year. I was in the same program, and had been working for the company for a couple years at that time, but was only being paid around $38,000 a year. Another male member of the Manager Training program, whose name I do not remember, told me that he was making even more than the $45,000 that Matt/Mike was. I was also regularly required to work more hours and more difficult shifts than the male participants in the Manager Training program.

1

4. When I started working for Wal-Mart, I was very interested in promoting into management. I told the management at Store #2515, including the Store Manager, Co-Manager Jerry, the other Co-Manager and Assistant Manager Martha, that I wanted to promote into management. Although years later I was eventually allowed to participate in the Manager Training program, I was also interested in other promotional opportunities. Despite repeatedly informing store management of my interest in promoting, no one ever told me what specific steps I needed to take to promote.

5. Some of the departments at the Wal-Marts I worked at were segregated by gender. The Automotive and Sporting Goods Departments had almost all men working in them and the Clothing and Health and Beauty Departments had almost all women working in them.

6. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Arizona that the foregoing is true and correct. This declaration was signed by me on April 5, 2013 at Phoenix, Arizona.

Tracy Pleasant