Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No: C 01-2252-CRB <br><br> **DECLARATION OF LINDA RUSSELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Decl. of Linda Russell in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252-CRB

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone:  415.621.0672
nfarrell@equalrighs.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703   ·
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone  510.339.1934
Facsimile:  510.339.3723
sheilayt@sbcglobal.net

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Linda Russell, declare:

1. I am female and reside in Washington. I worked for Wal-Mart from in or around 1991 to 1994 in Nebraska and then again from in or around May 1997 to 2003 in Washington State at Store #2539 (Spokane, WA, 1997-2000) and Store #2865 (Shadle, WA, 2000-2003). During part of that time, I worked in a store within the California Regions.

2. During my employment with Wal-Mart, I was never offered an opportunity of promotion into management. I was never told of specific steps I needed to take to be eligible for a promotion into management. I noticed that people that got promoted got sent to other stores and that made it difficult to pursue management positions.

3. During my employment with Wal-Mart, I became aware that male employees, hired after me and in the same job position as me, were paid more than I was.

    a. In or around 1998 or 1999, at store #2539 in Spokane, WA, I was transferred into the Electronics Department. I thought that I deserved as high a wage as anyone since I had worked in the Electronics Department for Wal-Mart in Nebraska for almost three years. But in fact, men with less experience were started out at a higher wage than I was. I was paid approximately $6 per hour. I had conversations with male co-workers in Electronics and learned that they were starting out at higher wages and getting better raises.

4. While working at Wal-Mart, I observed that women were concentrated in certain departments, while men were concentrated in others. Women tended to work Apparel and men worked in Hardware and Electronics. There were women in all departments but to a lesser degree in these particular departments. Women working in the male-dominated

departments would start out as cashiers.  This was my experience working in the Electronics Department.

5.  I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of Washington and California that the foregoing is true and correct.  This declaration was signed by me on _____ *April 8th*, 2013 at Mead, WA.

Linda Russell

Decl. of Linda Russell in Supp. of Plaintiffs' Motion for Class Certification, Case No. C 01-2252 CRB