i Decl. of K. Salvato in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252-CRB

Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com
Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com
*Attorneys for Plaintiffs*
[Additional Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN FRANCISCO DIVISION**<br>BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>WAL-MART STORES, INC.,<br>Defendant. | Case No: C 01-2252-CRB<br>**DECLARATION OF KATHLEEN SALVATO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Decl. of K. Salvato in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252-CRB

ii Decl. of K. Salvato in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB Steven Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org
Merit Bennett
THE BENNETT FIRM

Telephone: 415.597.7200
Facsimile: 415.597.7201
stemdcb@aol.com
elawrence@dcbsf.com
Noreen Farrell (SBN
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: 415.621.0672
Facsimile: 415.621.6744
nfarrell@equalrights.org
Sheila Y. Thomas (SBN 161403)
LAW OFFICE OF SHEILA THOMAS
5260 Proctor Avenue
Oakland, CA 94618
Telephone: 510.339.3739
Facsimile: 510. 339.3723
sheilayt@sbcglobal.net
Stephen Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982.8533
Facsimile: 505.982.6698
set@tinklernm.com

460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
Facsimile: 505.983.9836
mb@thebennettfirm.us
Debra Gardner
PUBLIC JUSTICE CENTER
1 N. Charles Street, Suite 200
Baltimore, MD 21201
Telephone: 410.625.9409
Facsimile: 410.625.9423
gardnerd@publicjustice.org
Shauna Marshall (SBN 90641)
HASTINGS COLLEGE OF THE LAW
200 McAllister Street
San Francisco, CA 94102
Telephone: 415.581.8922
Facsimile: 415.565.4854
marshall@uchastings.edu

Decl. of K. Salvato in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB

Decl. of K. Salvato in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB I, Kathleen Salvato, declare:

1. I am female and reside in California. I worked at Wal-Mart from April 2000 until December 2003. I worked in the Clearlake, California store (Store #1979).

2. I started as an hourly associate in the Radio Grill. After working in that position for a number of months, I was named the Department Manager because no one else wanted the job. I wanted to get out of the Radio Grill Department so I applied for almost every opportunity that would take me to another part of the store or into management.

3. I applied for promotion at Wal-Mart approximately 12 times. I applied for promotion to the CSM position at least two or three times. On at least one of those occasions, a man who I believe had less experience than I did was promoted to the position instead of me. I also applied for the Manager position for the Food, Sporting Goods, Hardware and Paint Departments. On each of these occasions, the position was given to a man instead of me.

4. I was told by Store Manager Armando Reyes that I would be promoted to Support Manager and I applied for that position a number of times without success. On one occasion, after I had been there about three years and repeatedly expressed my interest in promotion to Support Manager, Reyes promoted a male associate, Steve, instead of me. Steve was promoted to Support Manager instead of me despite the fact that he was a cart-pusher and had only been at the store about six months.

5. I repeatedly expressed my interest in obtaining a promotion to Assistant Manager and was repeatedly told by the Store Manager that I was in line to join the Assistant Manager training program. At least three or four times, I learned there would be a promotion to Assistant Manager. On each of these occasions, I expressed my interest and asked that I be considered. I was never even interviewed for the position. Instead, on each of these occasions, a male candidate was selected for the position instead of me, despite the fact that these men had not been with the

2 Decl. of K. Salvato in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB

company as long as I had. Those promoted instead of me included Johnny, Bill and Tony. I don't remember their last names because we used first names in the store.

6. I reported a number of these incidents to senior management at Wal-Mart, including Alan, the District Manager, and Alan's boss Danny, but nothing was done.

7. I eventually got hurt on the job trying to pull freight in an attempt to prove to Wal-Mart that I was a good employee.

8. Wal-Mart had a policy which prohibited employees from discussing their wages with each other. Despite this, some employees did discuss their pay and I learned that a number of female Department Managers were getting paid less than some of the men that they supervised.

9. In my experience at Wal-Mart, most of the store management was male. One of the store's managers, Tony, told me that "women should not be working in the Hardware Department . . . . they should be over in the Softlines Department instead." I thought this was ridiculous as I had worked for a lumber company for seven years before coming to Wal-Mart and had extensive experience working with and ordering hardware equipment. A number of the Departments at the store reflected this manager's attitude and were segregated by gender. The Auto, Garden and Hardware Departments had mostly men working in them and the Softlines and Infant Departments had almost exclusively women working in them.

10. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 25, 2013 at Clearlake Oaks, California

Kathleen Salvato
Kathleen Salvato