Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF RETHA SANDERS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

ii

I, Retha Sanders, declare:

1.  I am female and reside in Washington State. I was an employee at Wal-Mart Supercenter #2101 from in or around October 4, 1994 through in or around 2006. I worked as a Cashier and as a Customer Service Manager (CSM). During that time, I worked in a store within the California Regions.

2.  During my employment with Wal-Mart, I became aware that male employees, hired after me and in the same job position as me, were paid more than I was. I was never told by management that there was something I needed to do to be paid the higher rate as these male employees.

    a.  I first became aware of unequal pay in or around February 1997 when I saw the paycheck of my co-worker Rob Hansen. Rob had been hired from Payless to work in Sporting Goods. Rob was soon transferred from Sporting Goods to work as a CSM. I was charged with the task of training Rob. One day, in or around February 1997, I was in the Cash Office and saw Rob's paycheck. It showed that Rob was making significantly more than all of the female CSMs. At the time, I was making between $7-8.00 per hour, and my female co-workers were making about the same amount per hour as I. Rob's paycheck showed that he was making over $10 per hour. I approached Store Manager Tom and said, "If you don't pay me what you're paying Rob, then don't ask me to train him and do CSM work." Tom said back, "Then go back as a cashier." My work performance had been very good but because I spoke out about unequal pay, I was demoted to cashier. This happened on or about February 22, 1997. I believe that as a CSM (1996-1997) and also as a cashier (from 1997 through in or around 2006), I was paid less than my male counterparts who had equal or lesser qualifications.

b. When I left Wal-Mart in or around 2006, after thirteen years of being a well-regarded employee, I was paid only approximately $13 per hour. I went above and beyond their expectations, adjusted my availability, and performed very well, and yet I never received a merit raise. I believe that throughout my employment at Wal-Mart I was underpaid as compared to my male co-workers who had equal or lesser qualifications.

I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct. This declaration was signed by me on 4-5_____, 2013 at Kennewick, WA.

Retha Sanders
Retha Sanders