Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
  RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**DECLARATION OF RUTH STINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Ruth Stinson, declare:

1. I am female and reside in California. I was an hourly associate at a Wal-Mart in Las Vegas, Nevada from August 2001 to August 2002.

2. I believe that I was discriminated against because of my gender with regard to the pay I received at Wal-Mart. I believe that during my time at Wal-Mart, I was paid less than male employees who had equal or lesser qualifications than I did. I know this for a number of reasons.

3. First, I helped my younger brother Kenneth get a job as an overnight stocker at Wal-Mart. My brother is six years younger than I am and had very limited, if any, experience working retail. I think this might have been the first job he ever had. During his first couple months on the job he received a number of raises. In a matter of months, he was making something like $10 an hour. He told me that he had gotten a number of raises during his first couple months on the job. At one point, he told me that he was making more than $10 an hour. At the same time, I was making approximately $7.50 an hour even though I had been working for Wal-Mart longer, was in a more prestigious position, and had significantly more experience.

4. I also learned that a number of the male teenagers who worked as "cart boys" collecting the shopping carts in the parking lot, were making more money than I was. Some of these kids were less than 18 years old and as a result had to have their work hours restricted. They spoke in the store about how much they were paid. I was shocked when I learned that some of these "cart boys" were making more than I was.

5. My direct supervisor was a woman named Karen, who was the manager of the lingerie department where I worked. Karen applied for a promotion, was offered the position and was planning on accepting the offer. Before Karen was officially promoted, a man, I think his name was John, was given the position instead of her. Not only was he given the position instead of her but he was paid more money for this position than Karen had been offered.

6. I gave my two weeks-notice to quit my job at Wal-Mart after learning about all of these men who were making more money than I was. The store manager, Dave, called me at home and asked me to come in and meet with him and the District Manager, who was also a man, before I quit. I met with them and the District Manager told me that he would give me a raise to bring me up to where I thought I should be paid and that I would be made the manager of the lingerie department position, as had previously been promised to me. The District Manager promised me that all of this would happen before my next pay check. It did not. I never got the raise or the promotion that he promised and I eventually quit Wal-Mart to go work somewhere else.

7. Some of the departments were segregated by gender. The tools, toys, lawn and garden, electronics and sporting goods departments had mostly men working in them and the softlines and jewelry departments had almost exclusively women working in them.

8. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. This declaration was signed by me on March 23, 2013 at Downey, California.

Ruth Stinson