Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No: C 01-2252-CRB <br><br> **DECLARATION OF LINDA TEPLEY-KEAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

Decl. of Linda Tepley-Kean in Supp. of Plaintiffs' Motion for Class Certification        Case No. C 01-CV-2252-CRB

I, Linda Tepley-Kean, declare:

1. I am a female and a resident of Flagstaff, AZ. I was an employee at a Wal-Mart Supercenter in Omak, WA from approximately September 2003 until September 2010. During this time, I worked as a Sales Associate and as a Department Manager.

2. During my time working at Wal-Mart, I was never offered the opportunity to advance beyond the position of Department Manager.

   a. I came to Wal-Mart with prior retail management experience at Lee Frank Mercantile. The position I had at Lee Frank Mercantile was roughly equivalent to Wal-Mart's Support Manager position.

   b. I expressed interest in being promoted to Support Manager every year that I was employed at Wal-Mart, from 2003 until 2010. I was never approached or considered for a promotion to Support Manager, however, while my male counterparts with less experience and qualifications were approached and promoted.

3. While working for Wal-Mart, I believe that I was paid less than male employees who had equal or lesser qualifications, and who worked in the same or similar positions. My managers and supervisors never told me what Wal-Mart's requirements were to be paid the higher rate that these male employees received.

   a. In or around 2003 and 2004, a male associate that was hired around the same time I was, Blair (last name unknown), told me that he received a $.50 per hour raise. I did not receive this raise.

   b. In or around 2004, I learned that a man named Matt Dickinson, who was hired shortly after I was and worked with me in the Garden Center, had started at a higher wage and received so many merit raises that he was earning significantly

1

more than I was. As I mention above, I had prior retail management experience and did not understand why he was paid more.

    c. In or around 2007, when Matt left Wal-Mart, he told me and my female coworkers that he was making $3 more per hour than we were. Matt also received a 50 cent pay increase for driving forklifts, but many women also drove forklifts and did not receive this pay increase.

4. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of California and Arizona that the foregoing is true and correct. This declaration was signed by me on   4/4/13   , 2013 at Flagstaff, AZ.

Linda Tepley-Kean

---

2