Joseph M. Sellers (pro hac vice)
Christine E. Webber (pro hac vice)
Jenny R. Yang (pro hac vice)
Peter Romer-Friedman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, D.C.  20005
Telephone:  202.408.4600
Facsimile:  202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
   RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  626.585.9600
Facsimile:  626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  C 01-2252-CRB<br><br>**DECLARATION OF EVA TURKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415.597-7200
Facsimile:  415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA  94105
San Francisco, CA  94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654
jlarkin@impactfund.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM  87505
Telephone:  505.983.9834
mb@thebenettfirm.us

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM  87501
Telephone:  505.982-8533
Facsimile:  505.982.6698
set@tinklernm.com

ii

I, Eva Turko, declare:

1. I am female and reside in Oregon. I was an employee at a Wal-Mart from approximately February 1998 until May 2010. I worked as a cashier, support manager, and overnight stocker in store #1364 in Lake Havasau, Arizona and as an assistant manager in store #1370 in Bullhead City, AZ.

2. During the time I was working as a cashier and as an overnight stocker in store #1364 in Lake Havasau, I became aware that male employees, hired after me and in the same job position as me, were being paid $0.10 to $0.25 more than me on average. I learned this through conversations during lunch and break times. I was never told by management that there was something I needed to do to be paid the higher rate as these male employees.

3. Around 2003, I went into the Management Training Program in store #1370 in Bullhead City, AZ. Towards the end of the training, the District Manager told me that I would have to relocate to Las Vegas as part of the requirement to become Assistant Manager. My husband was very sick at the time, so I said I could not relocate. As a result, they sent me back to store #1364 in Lake Havasau as an hourly overnight stocker.

4. Around March 2004, I was promoted to Assistant Manager in store #1370 in Bullhead City, AZ. I sought further promotion to Co-Manager, but was never offered a promotional opportunity. I applied on the computer system every time there was an opening, and when I did apply, nothing ever came of it. I asked my Store Manager, but he said he had nothing to do with the process. I was also an Assistant Manager in Pennsylvania and Oregon.

5. During the time I was an Assistant Manager, I learned that pay rates were not uniform. Specifically, I learned that male Assistant Managers were given larger raises than I was, even though they had been Assistant Managers for no longer than I had been an Assistant Manager. I learned this because the male employees told me of their raises but, because there

1

Decl. of Eva Turko in Supp. of Plaintiffs' Motion for Class Certification

was a company policy which prohibited employees from discussing wages, I never brought this up with my managers.

6. I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the States of California and Oregon that the foregoing is true and correct. This declaration was signed by me on March 30, 2013 at Newport, OR.

Eva Turko

Decl. of Eva Turko in Supp. of Plaintiffs' Motion for Class Certification, Case No. CV 01-2252 CRB