Joseph M. Sellers (Pro Hac Vice)
Christine E. Webber (Pro Hac Vice)
Jenny R. Yang (Pro Hac Vice)
Peter Romer-Friedman (Pro Hac Vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
Jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
jyang@cohenmilstein.com
promerfriedman@cohenmilstein.com

Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA  91103
Telephone:    626.585.9600
Facsimile:    626.577.7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@ hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA. DEBORAH GUNTER, CHRISTINE KWAPNOSKI, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. C 01-CV-2252-CRB<br><br>**DECLARATION OF DEBRA VALDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

i

Steven L. Stemerman (SBN 067690)
Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.597-7200
Facsimile: 415.597-7201
stemdcb@aol.com
elawrence@dcbsf.com

Jocelyn D. Larkin (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: 510.845.3473
Facsimile: 510.845.3654
jlarkin@impactfund.org

Noreen Farrell (SBN 191600)
Jennifer Reisch (SBN 223671)
EQUAL RIGHTS ADVOCATES
180 Howard Street, CA 94105
San Francisco, CA 94105
Telephone: 415.621.0672
nfarrell@equalrighs.org

Merit Bennett
THE BENNETT FIRM
460 St. Michaels Drive, Suite 703
Santa Fe, NM 87505
Telephone: 505.983.9834
mb@thebenettfirm.us

Sheila Thomas (SBN 161403)
Law Office of Sheila Thomas
5260 Proctor Ave
Oakland, CA 94618
Telephone 510.339.1934
Facsimile: 510.339.3723
sheilayt@sbcglobal.net

Steven Tinkler
THE TINKLER LAW FIRM
309 Johnson Street
Santa Fe, NM 87501
Telephone: 505.982-8533
Facsimile: 505.982.6698
set@tinklernm.com

Decl. of Debra Valdez in Supp. of Plaintiffs' Motion for Class Certification          Case No. C 01-CV-2252-CRB

I, Debra Valdez, declare:

1. I am female and reside in Kent, Washington. I was employed by Wal-Mart from in or approximately February 1995 until approximately June 14, 2004. I worked in Store #2126 in Mililani, HI. I worked as an Associate and as a Support Manager.

2. I believe that during my employment at Wal-Mart I was discriminated against because of my gender in promotions. In 1999 to 2000, I was denied Support Manager positions I applied for that were given to men. In one, Anthony Lockett (in or around 1999) had less experience that I had and I was required to train him. In another, George Kekua (in or around 2000), also had far less experience than I. Finally, after these less experienced men were promoted, I was promoted to Support Manager. However, unlike the men, my career stalled and I was not promoted again.

3. I was also denied promotions to Assistant Manager and the Management Training Program from 2000-2004 that were filled by men with fewer qualifications and less experience. For example, George Kekua, Anthony Lockett, and Brian from the Kunia store were each promoted to Assistant Manager. Each of these male employees had fewer qualifications and less experience or time with the company than I had. In addition, I was required to train George Kekua and Anthony Lockett who were promoted to Assistant Manager. I finally quit when I still had not been promoted to Assistant Manager after four years as Support Manager. I felt that I would not be able to get anywhere at Wal-Mart. No manager had told me that I needed to take certain steps or learn certain tasks in order to be promoted. I was given no direction. Yet, these men identified above were selected for promotion and I was left behind.

4. I also believe I was discriminated against in pay during my employment at Wal-Mart because of my gender. I learned from Anthony Lockett who was Department Manager in Pets while I was working as Department Manager in Toys that he was making $16.00 while I

was making $15.00 although I was required to train him and I had been employed at Wal-Mart for a longer period of time.

5.  I have personal knowledge of all of the foregoing and, if asked, could and would testify competently to all of these facts.

I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct. This declaration was signed by me on April 5 March __, 2013 at Kent, Washington.

Debra Valdez