| | |
|---|---|
| Randy Renick, SBN 179652<br>  rrr@hadsellstormer.com<br>Anne Richardson, SBN 151541<br>  arichardson@hadsellstormer.com<br>Cornelia Dai, SBN 207435<br>  cdai@hadsellstormer.com<br>HADSELL STORMER<br>  RICHARDSON & RENICK, LLP<br>128 N. Fair Oaks Avenue<br>Pasadena, California 91103<br>Telephone: 626.585.9600<br>Facsimile:  626.577.7079 | Joseph M. Sellers<br>  jsellers@cohenmilstein.com<br>Christine E. Webber<br>  cwebber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>West Tower, Suite 500<br>1100 New York Avenue<br>Washington, DC 20005<br>Telephone: 202.408.4600<br>Facsimile:  202.408.4699 |

Attorneys for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366
  cconway@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. C-01-2252-CRB<br><br>**STIPULATION AND ORDER REGARDING HEARING DATE FOR CLASS CERTIFICATION MOTION** |

The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart," and collectively with Plaintiffs, the "Parties") understand that the Court has set a briefing and hearing

schedule for class certification and wish to uphold that schedule.  However, in light of certain scheduling conflicts the Parties hereby stipulate and agree to the proposed hearing date below.  The pertinent facts are as follows:

1. The Court has ordered Plaintiffs to file a motion for class certification on April 15, 2013 (Dkt. 886);

2. The Court has ordered Wal-Mart to file its opposition to Plaintiffs' motion for class certification no later than May 31, 2013 (Dkt. 826, 886);

3. The Court has ordered Plaintiffs to file their optional reply no later than June 25, 2013 (Dkt. 826, 886);

4. The Court has set a hearing on Plaintiffs' motion for class certification on July 9, 2013 at 10:00AM, (Dkt. 887); and

5. Wal-Mart's lead counsel Theodore J. Boutrous, Jr. is unable to appear on July 9, 2013 due to a scheduling conflict requiring him to be outside the country for business reasons and Plaintiffs' lead counsel Joseph M. Sellers is unable to appear on July 1–3, 2013 due to a scheduling conflict requiring him to be on the East Coast;

In light of the foregoing, the Parties stipulate and agree to the holding of the hearing on class certification on **June 28, 2013** at a time suitable to the Court.

IT IS SO STIPULATED

Dated: April 24, 2013

By:   /s/ Randy Renick           By:   /s/ Catherine A. Conway
Randy Renick, SBN 179652         Catherine A. Conway, SBN 98366

HADSELL STORMER              GIBSON, DUNN & CRUTCHER LLP
RICHARDSON & RENICK LLP
Attorneys for Plaintiffs         Attorneys for Defendant
                                 **I, Catherine A. Conway attest that concurrence in the filing of this document has been obtained from the other signatory.**

# ORDER

The Court will hear oral argument on the class certification motion and any related motions on June 28, 2013 at 2:00 p.m..

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATE:  APRIL 25, 2013     _____
UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

