Randy Renick [SBN 179652]
  rrr@hadsellstormer.com
Anne Richardson [SBN 151541]
  arichardson@hadsellstormer.com
Cornelia Dai [SBN 207435]
  cdai@hadsellstormer.com
HADSELL STORMER
  RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079

Joseph M. Sellers
  jsellers@cohenmilstein.com
Christine E. Webber
  cwebber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699

Attorneys for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366
  cconway@gibsondunn.com
MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. C-01-2252-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR RESPONSE TO MOTION TO EXCLUDE DECLARATION OF DR. DROGIN** |

The undersigned counsel, on behalf of Plaintiffs Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc.

("Wal-Mart," and collectively, with Plaintiffs, the "Parties"), hereby stipulate as follows:

WHEREAS Defendant filed its motion to exclude the declaration of Dr. Richard Drogin on May 31, 2013, such that Plaintiffs' opposition would otherwise be due on June 14, 2013; and

WHEREAS the motion includes reference to the declaration of Dr. Edward Lazear, Defendant's expert, but Dr. Lazear's schedule makes him unavailable for deposition prior to June 17, 2014; and

WHEREAS Plaintiffs request, and Wal-Mart does not oppose, the opportunity to depose Dr. Lazear before responding to the motion to exclude Dr. Drogin;

THEREFORE, the Parties stipulate as follows:

1. Plaintiffs' Opposition to Defendant's Motion to Exclude the Declaration of Dr. Drogin shall be filed on June 19, 2013, by 5:00 pm PDT;

2. Wal-Mart's Reply in Support of its Motion to Exclude shall be filed on or before 5:00 pm PDT on June 26, 2013.

3. This stipulation does not alter the hearing date on Plaintiffs' pending motion for class certification or otherwise alter the briefing schedule for that or any related motions.

IT IS SO STIPULATED.

Dated: June 6, 2013

By: /s/Christine E. Webber

Joseph M. Sellers
Christine E. Webber
COHEN MILSTEIN SELLERS & TOLL, PLLC

Attorneys for Plaintiffs

By: /s/ Theodore J. Boutrous, Jr.

Theodore J. Boutrous, Jr. (SBN 132099)
Catherine A. Conway (SBN 98366)
Michele L. Maryott (SBN 191993)
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant

**I, Christine E. Webber, attest that concurrence in the filing of this document has been obtained from the other signatory.**

### [PROPOSED] ORDER

Pursuant to the above stipulation, the Stipulation and Order regarding schedule for briefing on Defendant's Motion to Exclude the Declaration of Dr. Drogin is approved.

DATE: June 12, 2013



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE