Randy Renick, SBN 179652
rrr@hadsellstormer.com
Anne Richardson, SBN 151541
arichardson@hadsellstormer.com
Cornelia Dai, SBN 207435
cdai@hadsellstormer.com
HADSELL STORMER
RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079

Joseph M. Sellers
jsellers@cohenmilstein.com
Christine E. Webber
cwebber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699

Attorneys for Plaintiffs

Theodore J. Boutrous, Jr., SBN 132099
tboutrous@gibsondunn.com
Catherine A. Conway, SBN 98366
cconway@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC.,

Defendant.

Case No. C-01-2252-CRB

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING MOTION HEARING SCHEDULED FOR AUGUST 2, 2013**

The undersigned counsel, on behalf of Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart," and collectively with Plaintiffs, the "Parties") understand that Plaintiffs noticed and the Court set a

hearing for August 2, 2013 on Plaintiffs' motion to exclude the testimony of Dr. Edward Lazear submitted in support of Wal-Mart's opposition to class certification (Dkt. 961) and Plaintiffs' motion to strike the declaration of Mark Perry submitted in support of Wal-Mart's opposition to class certification (Dkt. 963).

In light of the fact that the Court already held a hearing on class certification and related motions on June 28, 2013, the Parties hereby stipulate and agree that, unless the Court wishes to hear oral argument on August 2, 2013, they are willing to forego a hearing and submit these motions for consideration on the papers.

IT IS SO STIPULATED

Dated: July 24, 2013

By: /s/ Randy Renick
Randy Renick, SBN 179652

HADSELL STORMER RICHARDSON & RENICK LLP
Attorneys for Plaintiffs

By: /s/ Catherine A. Conway
Catherine A. Conway, SBN 98366

GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant

**I, Catherine A. Conway attest that concurrence in the filing of this document has been obtained from the other signatory.**

# [PROPOSED] ORDER

☒ The motion hearing schedule for August 2, 2013 is hereby cancelled.

☐ The motion hearing scheduled for August 2, 2013 will proceed as scheduled.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATE: July 29, 2013

UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

