Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER RICHARDSON
 & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA  91103
Telephone:  (626) 585-9600
Facsimile:  (626) 577-7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

Joseph M. Sellers (*pro hac vice*)
Christine E. Webber (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER AND CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No:  3:01-cv-02252-CRB (JSC)<br><br>**ORDER PERMITTING WITHDRAWAL OF INDIVIDUAL COUNSEL FOR PLAINTIFFS** |

1  Jocelyn D. Larkin (SBN 110817)     Steven Stemerman (SBN 067690)
2  THE IMPACT FUND                    Elizabeth A. Lawrence (SBN 111781)
   125 University Avenue              DAVIS, COWELL & BOWE, LLP
3  Berkeley, CA 94710                 595 Market Street, Suite 1400
   Telephone: 510.845.3473            San Francisco, CA 94105
4  Facsimile: 510.845.3654            Telephone: 415.597.7200
   JLarkin@impactfund.org             stemdcb@aol.com
5                                     elawrence@dcbsf.com

6  Noreen Farrell (SBN 191600)        Merit Bennett (*pro hac vice*)
   EQUAL RIGHTS ADVOCATES             THE BENNETT FIRM
7  180 Howard Street, Suite 300       460 St. Michaels Drive, Suite 703
   San Francisco, CA 94105            Santa Fe, NM 87505
8  Telephone: 415.621.0672            Telephone: 505.983.9834
   NFarrell@equalrights.org           MB@thebennettfirm.us

10 Sheila Y. Thomas (SBN 161403)      Stephen Tinkler (*pro hac vice*)
   Law Office of Sheila Thomas        THE TINKLER LAW FIRM
11 5260 Proctor Avenue                309 Johnson Street
   Oakland, CA 94618                  Santa Fe, NM 87501
12 Telephone: 510.339.3739            Telephone: (505) 982-8533
   sheilayt@sbcglobal.net             set@tinklernm.com

14 *Attorneys for Plaintiffs*

[PROPOSED] ORDER PERMITTING WITHDRAWAL        CASE NO. 3:01-CV-02252-CRB (JSC)

1  Plaintiffs have submitted a Notice of Withdrawal of Individual Counsel for Plaintiffs,
2  requesting that Michael Caesar be withdrawn as counsel and attorney of record for Plaintiffs in
3  this case.
4
5  Having considered the Notice of Withdrawal of Individual Counsel for Plaintiffs, and
6  Plaintiffs' compliance with Rule 11-5(a) of the Local Rules of the United States District Court
7  for the Northern District of California, IT IS ORDERED that Michael Caesar is relieved and may
8  withdraw as counsel and attorney of record for Plaintiffs in this matter.

DATED: November 8, 2013

_____
Hon. Charles R. Breyer
United States Senior District Judge

1

[PROPOSED] ORDER PERMITTING WITHDRAWAL   CASE NO. 3:01-CV-02252-CRB (JSC)