Randy Renick [SBN 179652]
Anne Richardson [SBN 151541]
Cornelia Dai [SBN 207435]
HADSELL STORMER RICHARDSON
  & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA  91103
Telephone:  (626) 585-9600
Facsimile:  (626) 577-7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

Joseph M. Sellers (*pro hac vice*)
Christine E. Webber (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER AND CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | Case No:  3:01-cv-02252-CRB (JSC)<br><br>**ORDER PERMITTING WITHDRAWAL OF INDIVIDUAL COUNSEL FOR PLAINTIFFS** |

1  Jocelyn D. Larkin (SBN 110817)          Steven Stemerman (SBN 067690)
   THE IMPACT FUND                          Elizabeth A. Lawrence (SBN 111781)
2  125 University Avenue                    DAVIS, COWELL & BOWE, LLP
   Berkeley, CA  94710                      595 Market Street, Suite 1400
3  Telephone:  510.845.3473                 San Francisco, CA  94105
   Facsimile:   510.845.3654                Telephone: 415.597.7200
4  JLarkin@impactfund.org                   stemdcb@aol.com
                                            elawrence@dcbsf.com
5

6  Noreen Farrell (SBN 191600)              Merit Bennett (*pro hac vice*)
   EQUAL RIGHTS ADVOCATES                   THE BENNETT FIRM
7  180 Howard Street, Suite 300             460 St. Michaels Drive, Suite 703
   San Francisco, CA  94105                 Santa Fe, NM  87505
8  Telephone: 415.621.0672                  Telephone:  505.983.9834
   NFarrell@equalrights.org                 MB@thebennettfirm.us

9

10 Sheila Y. Thomas (SBN 161403)            Stephen Tinkler (*pro hac vice*)
   Law Office of Sheila Thomas              THE TINKLER LAW FIRM
11 5260 Proctor Avenue                      309 Johnson Street
   Oakland, CA  94618                       Santa Fe, NM 87501
12 Telephone:  510.339.3739                 Telephone:  (505) 982-8533
   sheilayt@sbcglobal.net                   set@tinklernm.com

13

14 *Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Plaintiffs have submitted a Notice of Withdrawal of Individual Counsel for Plaintiffs, requesting that Michael Caesar be withdrawn as counsel and attorney of record for Plaintiffs in this case.

Having considered the Notice of Withdrawal of Individual Counsel for Plaintiffs, and Plaintiffs' compliance with Rule 11-5(a) of the Local Rules of the United States District Court for the Northern District of California, IT IS ORDERED that Michael Caesar is relieved and may withdraw as counsel and attorney of record for Plaintiffs in this matter.

DATED:   November 8, 2013

IT IS SO ORDERED

Judge Charles R. Breyer

_____
Hon. Charles R. Breyer
United States Senior District Judge

1

[PROPOSED] ORDER PERMITTING WITHDRAWAL                    CASE NO.  3:01-CV-02252-CRB (JSC)