| | |
|---|---|
| COHEN MILSTEIN SELLERS & TOLL, PLLC | HADSELL STORMER RICHARDSON & RENICK, LLP |
| JOSEPH M. SELLERS (*pro hac vice*) | RANDY RENICK, SBN 179652 |
|   jsellers@cohenmilstein.com |   rrr@hadsellstormer.com |
| CHRISTINE E. WEBBER (*pro hac vice*) | ANNE RICHARDSON, SBN 151541 |
|   cwebber@cohenmilstein.com |   arichardson@hadsellstormer.com |
| West Tower, Suite 500 | 128 N. Fair Oaks Avenue |
| 1100 New York Avenue | Pasadena, CA 91103 |
| Washington, DC 20005 | Telephone: 626.585.9600 |
| Telephone: 202.408.4600 | Facsimile: 626.577.7079 |
| Facsimile: 202.408.4699 | |

Attorneys for Plaintiffs

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | |
| THEODORE J. BOUTROUS, JR., SBN 132099 | MARK A. PERRY, SBN 212532 |
|   tboutrous@gibsondunn.com |   mperry@gibsondunn.com |
| CATHERINE A. CONWAY, SBN 98366 | RACHEL S. BRASS, SBN 219301 |
|   cconway@gibsondunn.com |   rbrass@gibsondunn.com |
| MICHELE L. MARYOTT, SBN 191993 | 555 Mission Street, Suite 3000 |
|   mmaryott@gibsondunn.com | San Francisco, CA 94105-0921 |
| 333 South Grand Avenue | Telephone: 415.393.8200 |
| Los Angeles, CA 90071-3197 | Facsimile: 415.393.8306 |
| Telephone: 213.229.7000 | |
| Facsimile: 213.229.7520 | |

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>WAL-MART STORES, INC.,<br><br>            Defendant. | CASE NO. C 01-2252-CRB<br><br>**STATUS REPORT AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT**<br><br>**Status Conference:**<br>Date:    May 9, 2014<br>Time:   8:30 a.m.<br>Place:   Courtroom 6, 17th Floor<br>Judge:  Hon. Charles R. Breyer |

On March 31, 2014, the Court set a status conference for May 9, 2014 at 8:30 a.m. and ordered the parties to file a status report by May 2, 2014 (Dkt. No. 1001). Accordingly the parties jointly submit the following report:

This Court denied plaintiffs' motion for class certification on August 2, 2013 (Dkt. No. 991). Plaintiffs sought interlocutory review of that order, which the Ninth Circuit denied on November 19, 2013 (Dkt. No. 997).

In the time following the Ninth Circuit's order, the parties explored the possibility of an extra-judicial resolution of this lawsuit, but no agreement has been reached to date. Accordingly, the parties jointly propose the following schedule:

| Event | Deadline |
|---|---|
| Last Date to Amend Pleadings / Add Parties | June 6, 2014 |
| Non-Expert Discovery Cutoff / Expert Disclosures | November 21, 2014 |
| Responsive Expert Disclosures | December 22, 2014 |
| Dispositive Motion Deadline<br>    Briefs in Opposition<br>    Briefs in Reply<br>    Proposed hearing date | January 9, 2014<br>February 6, 2015<br>February 20, 2015<br>March 6, 2015 |
| Joint Proposed Pretrial Order | May 18, 2015 |
| Pretrial Conference | May 26, 2015 |
| Trials | June 1, 2015 |

The parties respectfully request that the Court enter the accompanying [Proposed] Order setting the deadlines sought by this Status Report. Case Management Conference continued to July 11, 2014 at 8:30 a.m..

Dated: May 2, 2014

By: __/s/ Joseph M. Sellers
    Joseph M. Sellers
    COHEN MILSTEIN SELLERS & TOLL, PLLC

Attorneys for Plaintiffs

Dated: May 2, 2014

By: /s/ Catherine Conway
Catherine Conway
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant
WAL-MART STORES, INC.

May 5, 2014

