United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Case No.  01-cv-02252-CRB   (JSC)<br><br>**ORDER RE: DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 1004 |

The Court is in receipt of Plaintiffs' discovery letter brief filed June 4, 2014 seeking expedited review of a discovery dispute. (Dkt. No. 1004.) As counsel for the parties have been advised, Judge Corley is unavailable to hear the matter until June 16, 2014. The parties shall file a joint letter brief outlining the issues and the parties' meet and confer efforts in accordance with the Court's Standing Order by June 11, 2014. The Court will then conduct a telephonic discovery hearing on June 16, 2014 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: June 5, 2014

                                          JACQUELINE SCOTT CORLEY
                                          JACQUELINE SCOTT CORLEY
                                          United States Magistrate Judge