UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

Date: **June 16, 2014**

Time in Court: 9 minutes

JUDGE: Jacqueline Scott Corley

Case Number: C- 01-2252 CRB (JSC**)**

Case Name: Betty Dukes et al    v.   Wal-Mart Stores, Inc.

Attorney(s) for Plaintiff: Christine Webber
Attorney(s) for Defendant : Catherine Conway, Rachel Brass

Deputy Clerk: Tracy Lucero

PROCEEDINGS:    Telephonic Discovery Hearing

ORDERED AFTER HEARING:    Protective order modified to allow Ladik plaintiffs to use data (limited to stores and periods of employment).

Order to be prepared by:  [ ] Plaintiff       [ ] Defendant        [X]  Court
Notes:
cc: JSC chambers