UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Case No. 01-cv-02252-CRB (JSC)<br><br>**ORDER RE: DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. Nos. 1004, 1006 |

Now pending before the Court is the parties' Joint Discovery Letter Brief (Dkt. No. 1006). Plaintiffs in *Ladik, et al. v. Wal-Mart Stores, Inc*., No. 13-CV-123 (W.D. WI), members of the former class in this action, seek to modify the protective order in this action to allow limited use of certain data previously produced in this action in the *Ladkik* case. As the *Ladkik* plaintiffs have demonstrated good cause for the modification, as such modification poses no burden on Defendant, and for the reasons stated on the record during oral argument, the protective order (Dkt. No. 35) is modified to allow the *Ladik* plaintiffs to access to the so-called Drogin data regarding the stores at which they were employed for the time period they were employed by Wal-Mart. Any questions regarding the admissibility of this data should be presented to the District Court for the Western District of Wisconsin. This Order only authorizes use of data already in Plaintiff's counsel's possession in the *Ladik* case for whatever purpose the *Ladik* court allows.

This Order disposes of Docket Nos. 1004 and 1006.

**IT IS SO ORDERED.**

Dated: June 17, 2014

                                                                                                                  _____
                                                                                                                   JACQUELINE SCOTT CORLEY
                                                                                                                    United States Magistrate Judge