UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant. | Case No.  01-cv-02252-CRB   (JSC)<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 1018 |

　　　　The parties have filed a Joint Discovery Letter Brief (Dkt. No. 1018) which concerns use of documents produced pursuant to the Stipulated Protective Order governing this action in the EEOC proceedings of individuals who were previously class members in this case.  The letter brief references requests made by the EEOC in connection with the charges of discrimination filed by these former class members.  Plaintiffs shall file a small representative sample of these requests on or before July 24, 2014.

　　　　**IT IS SO ORDERED.**

Dated: July 21, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge