Randy Renick [SBN 179652]
  rrr@hadsellstormer.com
Cornelia Dai [SBN 207435]
  cdai@hadsellstormer.com
HADSELL STORMER
  & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile:  626.577.7079

Joseph M. Sellers
  jsellers@cohenmilstein.com
Christine E. Webber
  cwebber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue
Washington, DC  20005
Telephone: 202.408.4600
Facsimile:  202.408.4699

Attorneys for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
CATHERINE A. CONWAY, SBN 98366
  cconway@gibsondunn.com
MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No.  C-01-2252-CRB<br><br>**STIPULATED REQUEST AND ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

1  The undersigned counsel, on behalf of Plaintiffs Betty Dukes, Patricia Surgeson, Edith Arana,
2  Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-
3  Mart," and collectively, with Plaintiffs, the "Parties"), hereby stipulate as follows:

4  **RECITALS**

5  WHEREAS the parties submitted a joint proposed order regarding case management on May
6  2, 2014, which was adopted by the Court on May 6, 2014 (Dkt. No. 1003);

7  WHEREAS the parties have propounded substantial supplemental and new discovery since
8  that Order was entered and resolved many differences regarding written discovery requests by
9  extensive conferences between the parties;

10  WHEREAS the parties are in the midst of the depositions of the five plaintiffs and have
11  agreed to schedule the depositions of Wal-Mart's witnesses to avoid conflicting with the busy retail
12  holiday season, as needed;

13  WHEREAS despite the best efforts of both parties to comply with the existing case
14  management schedule, the parties will not be able to complete the discovery each has served by
15  November 21, 2014 as scheduled; and

16  WHEREAS in light of both parties' diligence since the entry of the Court's May 6 order, the
17  parties do not anticipate the need for substantial new written discovery.  The new deadlines will allow
18  for an orderly completion of the written discovery both sides have already served, and, if necessary,
19  for follow-up discovery the parties could not have previously anticipated despite reasonable efforts to
20  complete discovery by the current deadline; and

21  WHEREAS no prior requests for extension have been made with respect to the merits
22  discovery period.

23  **STIPULATION**

24  Accordingly, the parties now jointly stipulate and respectfully request that this Court order the
25  following changes to the existing schedule:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Date certain for Wal-Mart to provide requested | -- | December 12, 2015 |

2

STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE
CASE NO. C 01-2252-CRB

1941801.1

| | | |
|---|---|---|
| data to plaintiffs | | |
| Non-Expert Discovery Cutoff / Expert Disclosures | November 21, 2014 | February 16, 2015 |
| Responsive Expert Disclosures | December 22, 2014 | March 16, 2016 |
| Dispositive Motion Deadline<br>    Briefs in Opposition<br>    Briefs in Reply<br>    Proposed hearing date | January 9, 2015<br>February 6, 2015<br>February 20, 2015<br>March 6, 2015 | April 3, 2015<br>May 1, 2015<br>May 15, 2015<br>June 5, 2015 |
| Joint Proposed Pretrial Order | May 18, 2015 | August 21, 2015 |
| Pretrial Conference | May 26, 2015 | August 28, 2015 |
| Trials | June 1, 2015 | September 8, 2015 |

Pursuant to Local Rule 6-2(a), the declaration of Christine E. Webber in support of this stipulation is filed herewith.

IT IS SO STIPULATED.

Dated: November 17, 2014

By: */s/Christine E. Webber*　　　　　　　　By:  */s/Michele Maryott*

Joseph M. Sellers　　　　　　　　　　　　　Theodore J. Boutrous, Jr. (SBN 132099)
Christine E. Webber　　　　　　　　　　　　Catherine A. Conway (SBN 98366)
COHEN MILSTEIN SELLERS & TOLL,　　　Michele L. Maryott (SBN 191993)
PLLC　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Attorneys for Plaintiffs

**I, Christine E. Webber, attest that concurrence in the filing of this document has been obtained from the other signatory.**

3

STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE
CASE NO. C 01-2252-CRB

1941801.1

# **ORDER**

Pursuant to the above stipulation, the Stipulation and Order regarding the case management schedule is approved.

DATE:  NOVEMBER 18, 2014

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



1
[PROPOSED] ORDER  MODIFYING CASE MANAGEMENT SCHEDULE
CASE NO. C 01-2252-CRB

1941801.1