UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant. | Case No.  01-cv-02252-CRB   (JSC)<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 1041 |

　　　　The parties have filed a Joint Discovery Letter Brief regarding a Rule 30(b)(6) deposition previously noticed by Plaintiffs.  (Dkt. No. 1041.)  The Court heard argument regarding the matter on February 3, 2015.  Defendant has agreed to produce a designee knowledgeable regarding male comparators in the same job position at the same store and at the same time as the Plaintiffs.  With respect to comparators from a larger pool of those in the same pay grade, for the reasons stated on the record, Plaintiffs shall identify by employee id number a proposed list of comparators for each plaintiff.  The parties shall then meet and confer regarding Plaintiffs' proposed list.  To the extent the parties are unable to resolve the matter through a good faith meet and confer, the parties may contact Courtroom Deputy Ada Means to arrange for a further telephonic discovery hearing regarding the matter and each party may submit letter briefs outlining their respective positions.

　　　　This Order disposes of Docket No. 1041.

　　　　**IT IS SO ORDERED**.

Dated: February 3, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge