Randy :Renick [SBN 179652]
Cornelia Dai [SBN 207435]
HADSELL STORMER RICHARDSON
  & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, CA  91103
Telephone:  (626) 585-9600
Facsimile:  (626) 577-7079
rrr@hadsellstormer.com
arichardson@hadsellstormer.com
cdai@hadsellstormer.com

Joseph M. Sellers
Christine E. Webber
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed
on Next Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER AND CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendants. | Case No:  C01-2252-CRB<br><br>**ORDER PERMITTING WITHDRAWAL OF INDIVIDUAL COUNSEL FOR PLAINTIFFS** |

| | |
|---|---|
| Jocelyn D. Larkin (SBN 110817)<br>THE IMPACT FUND<br>125 University Avenue<br>Berkeley, CA  94710<br>Telephone:   510.845.3473<br>Facsimile:    510.845.3654<br>JLarkin@impactfund.org | Steven Stemerman (SBN 067690)<br>Elizabeth A. Lawrence (SBN 111781)<br>DAVIS, COWELL & BOWE, LLP<br>595 Market Street, Suite 1400<br>San Francisco, CA  94105<br>Telephone: 415.597.7200<br>stemdcb@aol.com<br>elawrence@dcbsf.com |
| Noreen Farrell (SBN 191600)<br>EQUAL RIGHTS ADVOCATES<br>180 Howard Street, Suite 300<br>San Francisco, CA  94105<br>Telephone: 415.621.0672<br>NFarrell@equalrights.org | Merit Bennett (*pro hac vice*)<br>THE BENNETT FIRM<br>460 St. Michaels Drive, Suite 703<br>Santa Fe, NM  87505<br>Telephone:   505.983.9834<br>MB@thebennettfirm.us |
| Sheila Y. Thomas (SBN 161403)<br>Law Office of Sheila Thomas<br>5260 Proctor Avenue<br>Oakland, CA  94618<br>Telephone:   510.339.3739<br>sheilayt@sbcglobal.net | Stephen Tinkler (*pro hac vice*)<br>THE TINKLER LAW FIRM<br>309 Johnson Street<br>Santa Fe, NM 87501<br>Telephone:   (505) 982-8533<br>set@tinklernm.com |

*Attorneys for Plaintiffs*

---

[PROPOSED] ORDER PERMITTING WITHDRAWAL            CASE NO. 3:01-CV-02252-CRB (JSC)

1   Plaintiffs have submitted a Notice of Withdrawal of Individual Counsel for Plaintiffs,
2 requesting that Peter Romer-Friedman be withdrawn as counsel and attorney of record for Plaintiffs
3 in this case.
4   Having considered the Notice of Withdrawal of Individual Counsel for Plaintiffs, and
5 Plaintiffs' compliance with Rule 11-5(a) of the Local Rules of the United States District Court for
6 the Northern District of California, IT IS ORDERED that Peter Romer-Friedman is relieved and
7 may withdraw as counsel and attorney of record for Plaintiffs in this matter.

DATED: May 4, 2015

_____
Hon. Charles R. Breyer
United States Senior District Judge