1

2

3

4

5

6

7

8

9   IN THE UNITED STATES DISTRICT COURT

10   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   BETTY DUKES, PATRICIA SURGESON,        No. 3:01-cv-2252-CRB
     EDITH ARANA, DEBORAH GUNTER, and
13   CHRISTINE KWAPNOSKI,                   **ORDER GRANTING IN PART AND
                                            DENYING IN PART
14              Plaintiffs,                 ADMINISTRATIVE MOTION TO
                                            SEAL**
15       v.

16   WAL-MART STORES, INC.,

17              Defendant.
     _____/

18

19          Now before the Court is Wal-Mart Stores, Inc.'s amended administrative motion to

20   seal  records in connection with its motions for summary judgment.  In a series of initial

21   motions, Wal-Mart sought to seal voluminous records that extended far beyond the

22   "compelling reasons" standard that governs the sealing of documents in support of

23   dispositive motions.  See Order Re Administrative Motions to Seal (dkt. 1129) (describing

24   motions); Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1177 (9th Cir. 2006)

25   (describing legal standard).  In response, the Court ordered Wal-Mart to reassess its initial

26   motion and seek to seal only a narrowly tailored list of documents in compliance with the

27   applicable standard.  See Order Re Administrative Motions to Seal.

28          As stated in that Order, when a motion to seal is made in connection with dispositive

     motions, there is "a strong presumption in favor of access to court records."  See Foltz v.

State Farm Mutual Auto. Insurance Company, 331 F.3d 1122, 1135 (9th Cir. 2003).  "When discovery material is filed with the court . . . its status changes.  If the documents are not among those which have 'traditionally been kept secret for important policy reasons,' then 'the public policy reasons behind a presumption of access to judicial documents (judicial accountability, education about the judicial process etc.),' apply."  Id. at 1134 (quoting Times Mirror Co. v. United States, 873 F.2d 1210, 1219 (9th Cir. 1989) and Phillips ex rel. Estates of Byrd v. General Motors Corp., 307 F.3d 1206, 1213 (9th Cir. 2002)).  Thus, a party must have "compelling reasons" to justify sealing court records; examples of such justification exist "'when such court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets."  Kamakana, 447 F.3d at 1179 (quoting Nixon v. Warner Communications, 435 U.S. 589, 598 (1978)).  "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records."  Id. (citing Foltz, 331 F.3d at 1136).

The Court has carefully reviewed Wal-Mart's amended motion to seal in light of the Court's order that Wal-Mart narrowly tailor its requests to those that comply strictly with the "compelling reasons" standard.  As detailed in the following tables, the Court finds that the material Wal-Mart identified is in large part sealable, with the exception of several items falling into two categories: 1) information related to the Plaintiffs; and 2) information relevant to the underlying issues of this suit.  The items that may be sealed fall into three broad categories: 1) trade secrets; 2) non-party personal information; and 3) non-party employment information.

The Court hereby ORDERS the parties to file on the public record the items indicated in the tables below as non-sealable ("NS") within ten (10) days of the entry of this Order.  All other items shall remain under seal.

//

//

//

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**EXHIBITS TO THE DECLARATION OF RACHEL S. BRASS IN SUPPORT OF WAL-MART STORES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Dkt. 1066)**

| No | Name of Document | Stated Reason | Seal (S)/Not Seal (NS): Reason |
|---|---|---|---|
| 1 | Brass Dec., Ex. 11: Feb. 17, 2015 Letter from Jenna Yott to Christine Webber. | Redactions for competitively sensitive information. | S: Trade secret. |

**EXHIBITS TO THE DECLARATION OF MARK A. PERRY IN SUPPORT OF WAL-MART STORES, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (Dkt. 1121)**

| No | Name of Document | Stated Reason | Seal (S)/Not Seal (NS): Reason |
|---|---|---|---|
| 2 | Perry Dec., Ex. 5: Deposition of Paula Vaccaro (pg. 40). | Redactions for competitively sensitive information. | S: Trade secret. |

**DECLARATIONS IN SUPPORT OF WAL-MART STORES, INC.'S MOTIONS FOR SUMMARY JUDGMENT**

| No | Name of Document | Stated Reason | Seal (S)/Not Seal (NS): Reason |
|---|---|---|---|
| 3 | Dec. of Ryan Puryear. | Redactions for competitively sensitive information. | S: Trade secret (2:8-9). |
| 4 | Dec. of Lisa Riley (pg. 5). | Redactions for competitively sensitive information. | S: Trade secret (5:26). |

United States District Court
For the Northern District of California

| 5 | **Exhibits to Dec. of Lisa Riley** Riley Dec., Ex. K: Field Non-Exempt Associate Pay Plan (Effective Sept. 11, 2010). | Wal-Mart policy reflecting maximum pay ranges subject to protective order. | S: Trade secret (pages 6-9, 12-16, 18, 20-22). |
|---|---|---|---|
| 6 | **Exhibits to Dec. of Michelle Medlin** a) Medlin Dec., Ex. 5: Aug. 2004 Global Food Safety Audit. | a) Reflecting Global Food Safety Audit results. | a) NS: Food safety audit results. |
| | b) Medlin Dec., Ex. 6: Feb., Apr., May., June, July, & Sept. 2004 Global Food Safety Audits. | b) Reflecting Global Food Safety Audit results. | b) NS: This document may have been incorrectly labeled.  It is a Commitment Matrix detailing each store's rank and  score in various categories.  Includes YTD sales, but not trade secrets. |
| | c) Medlin Dec. Ex.: 7: WMDukes-000147-015-9000036, WMDukes-000147-015-9000120 - 90000121. | c) Reflecting Global Food Safety Audit results. | c) NS: Food safety audit results. |

| 7 | **Exhibits to the Dec. of Brandyn Zobel in Support of Wal-Mart Stores, Inc.'s Reply Memorandum in Support of Its Motions for Summary Judgment** | | |
|---|---|---|---|
| | a) Zobel Dec., Ex. B: Sam's Club 2011 Field Compensation Changes. | a) Current Wal-Mart policy subject to protective order. | a) S: Trade secret. |
| | b) Zobel Dec., Ex. C: Sam's Club 2007 Facility Exempt Pay Plan. | b) Current Wal-Mart policy subject to protective order. | b) S: Trade secret. |

United States District Court
For the Northern District of California

**PLAINTIFFS' EXHIBITS**

| 8 | Renick Dec., Ex. 46: Feb. 17, 2015 Letter from Jenna Yott to Christine Webber (duplicate of Brass Dec., Ex. 11). | Redactions for competitively sensitive information. | S: Trade secret. |
|---|---|---|---|

**EXHIBITS TO THE DECLARATION OF RACHEL S. BRASS IN SUPPORT OF WAL-MART STORES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Dkt. 1066)**

| 1 | **Brass Dec., Ex. 1: Deposition of betty Dukes, Vol. 1** | | |
|---|---|---|---|
| | a) Page 217:19-20; 255:2-4 and 8; 257:8 and 14. | a) Testimony re: non-party employment information redacted for privacy. | a) S: Non-party information. |
| | b) Exhibits 1, 2, 10, 12, 16 and 21. | b) Contact and non-party information redacted for privacy and/or under FRCP § 5.2. | b) S: Non-party information. |

6

United States District Court
For the Northern District of California

| 2 | **Brass Dec., Ex. 5: Deposition of Kenneth S. Cagle** | | |
|---|---|---|---|
| | a) Page 3:17-18, and 21. | a) Non-party personal information redacted for privacy and/or under FRCP § 5.2. | a) S: Non-party contact information. |
| | b) Pages 262:7-8 and 18-25; 265:11-12; 286:21; 287:1. | b) Testimony re: non-party employment information redacted for privacy. | b) S: Names of non-parties (262:6-7, and 18; 265:11; 286:1; 287:1). |
| 3 | Brass Decl., Ex. 13: Associate History Profile of Arturo Mireles (Dkt. 1069-45). | Non-party employment information redacted for privacy. | S: Non-party employment information. |
| 4 | **Brass Decl., Ex. 14: Deposition of Arturo Mireless (Dkt. 1069-46)** Page 4:12-13, and 15. | Non-party personal information redacted for privacy and under FRCP § 5.2. | S: Non-party contact information. |

United States District Court
For the Northern District of California

| 5 | Brass Dcl., Ex. 15: Expert Report of Denise Neumann Martin. | Non-party employment information redacted for privacy. | S: Damages report re: Plaintiff Dukes cause of action.  Only seal non-party name on page 11 and the numbers within the chart from page 11 (as trade secret).  *The chart itself should not be redacted.* |
|---|---|---|---|
| 6 | Brass Decl., Ex. 21: Personnel File of Carl Kirkland (Dkt. 1069-48). | Non-party employment information redacted for privacy. | S: Non-party employment information. |
| 7 | Brass Decl., Ex. 22: Personnel File of Isidro Francisco (Dkt. 1069-49). | Non-party employment information redacted for privacy. | S: Non-party employment information. |
| 8 | **Brass Dec., Ex. 26: Deposition of Christine Kwapnoski, Vol. 1** a) Page 9:19-20. b) Pages 296:16-20; 297:10-11; 297:15-298:3; 298:8-22. c) Exhibits 5, 23, 32, and 34. | a) Contact information. b) Testimony re: non-party employment information redacted for privacy. c) Redacted for privacy under FRCP § 5.2. | a) S: Contact information. b) S: Testimony re: non-party  employment information. c) S: Non-party information. |

| 9 | **Brass Dec., Ex. 27: Deposition of Christine Kwapnoski, Vol. II** Pages 57:4-5; 8-9, and 23; 77:13. | Testimony re: non-party employment information redacted for privacy. | S: Non-party information. |
|---|---|---|---|
| 10 | **Brass Dec., Ex. 29: Deposition of Alan Oshier** Page 4:8-9 and 11. | Non-party information redacted for privacy and under FRCP § 5.2. | S: Non-party information. |
| 11 | **Brass Dec., Ex. 33: Deposition of Ben Dolan** Page 6:14-15, 20, and 22. | Non-party information redacted for privacy and under FRCP § 5.2. | S: Non-party information. |

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

| 12 | **Brass Dec., Ex. 34: Deposition of Paula Vaccaro** | | |
|---|---|---|---|
| | a) Page 7:16-17. | a) Non-party information redacted for privacy. | a) S: Non-party information. |
| | b) Pages 119:2-25; 122:10-11, 14, 16-17, and 20-22; 123:1, 5, 20, and 24; 124:1, 4, 9, 12, 17-18, 21, and 24; 125:10; 126:9-11 and 15; 127:3, 10, and 23-24; 128:2 and 7; 154:10 and 25; 155:15, 1 and 23l 156:4, 13, 16, and 20-22; 157:5, 10, 13, 16 and 25; 158:5, 12, 19-23, and 25; 159:1-2, and 20; 160:1, 4, 8, 10, 12-14, 21, and 25; 161:1-2, 4, 10, and 21; 162:2, 9, 12, 15-17; 163:7-9 and 22-23; 164:2-3, 13, 18, and 22; 165:3 and 12 | b) Testimony re: non-party employment information redacted for privacy. | b) S: Vaccaro deposition contains pertinent information re: Kwapnoski COA and general wage information re: certain promotions and positions relative to Kwapnoski. *Only names of non-parties and their employment information should be sealed* (119:24-25; 122:10-11, 14, 16-17, and 20-22; 123:1, 20 and 24; 124:1, 4, 9, 12, 17-18, 21, and 24; 126:10-11, and 15; 127:3, 10, and 23-24; 128:2; 154:10, and 25; 155:15, and 23; 156:4, 13, 16, and 20-22; 157:5, 10, 13, 16, and 25; 158:5, 12, 19-23, and 25; 159:1-2, and 20; 160:1, 4, 8, 10, 12-14, 21 and 25; 161:1-2, 4, 10, and 21; 162:2, 9, 12, and 15-17; 163:7-9, and 22-23; 164:2-3, 13, 18, and 22; 165:3). |

**United States District Court**
For the Northern District of California

| 13 | **Brass Dec., Ex. 35: Deposition of Phillip A. Goodwin** | | |
|----|----|----|----|
| | a) Page 4:4-5. | a) Non-party personal information redacted for privacy. | a) S: Non-party personal information. |
| | b) Pages 24:14-24. | b) Testimony re: non-party information redacted for privacy. | b) S: Testimony re: non-party information. |
| 14 | Brass Dec., Ex. 37: Associate History Profile of Christine Kwapnoski. | Contact information redacted for privacy. | S: Contact information. |
| 15 | Brass Dec., Ex. 38: E-mail from Karen Koons to Mary Beth Lewis. | Non-party employment information redacted for privacy. | S: Non-party employment information. |
| 16 | Brass Dec., Ex. 43: PCA01355, PCA01360, PCA01373-01375, PCA01439-01440, PCA01452-01455, PCA01543-01544, and PCA 01559-01561. | Non-party employment information, information relating to a non-party minor, and contact information redacted for privacy. | S: Non-party employment information, contact information, and personal information (including family matters concerning non-party minor). |

11

United States District Court
For the Northern District of California

| 17 | Brass Dec., Ex. 44: Associate History Profile of Brian Lothamer (Dkt. 1069-65). | Non-party employment information redacted for privacy. | S: Non-party employment information. |
|---|---|---|---|
| 18 | Brass Dec., Ex. 45: Associate History Profile of Roy Matherly (Dkt. 1069-66). | Non-party employment information redacting for privacy. | S: Non-party employment information. |
| 19 | Brass Dec., Ex. 46: Associate History Profile of Michael Montgomery (Dkt. 1069-67). | Non-party employment information redacting for privacy. | S: Non-party employment information. |
| 20 | Brass Dec., Ex. 47: Associate History Profile of Alberto Padilla (Dkt. 1069-68). | Non-party employment information redacting for privacy. | S: Non-party employment information. |
| 21 | Brass Dec., Ex. 48: Associate History Profile Joshua Reynold (Dkt. 1069-69). | Non-party employment information redacting for privacy. | S: Non-party employment information. |

| 22 | Brass Dec., Ex. 49: Associate History Profile of Bryce Sherman (Dkt. 1069-70). | Non-party employment information redacting for privacy. | S: Non-party employment information. |
|----|----|----|----|
| 23 | Brass Dec., Ex. 50: Associate History Profile of Chris Ward (Dkt. 1069-72). | Non-party employment information redacting for privacy. | S: Non-party employment information. |
| 24 | Brass Dec., Ex. 51: Associate History Profile of Tyler Whitney (Dkt. 1069-72). | Non-party employment information redacting for privacy. | S: Non-party employment information. |
| 25 | Brass Dec., Ex. 52: Associate History Profile of Marc Arnold (Dkt. 1069-73). | Non-party employment information redacting for privacy. | S: Non-party employment information. |
| 26 | Brass Dec., Ex. 53: Associate History Profile of Paul Cortopassi (Dkt. 1069-74). | Non-party employment information redacting for privacy. | S: Non-party employment information. |

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

**EXHIBITS TO THE DECLARATION OF MICHELE L. MARYOTT IN SUPPORT OF WAL-MART STORES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Dkt. 1071)**

| 27 | **Maryott Dec., Ex. 1: Deposition of Marvin Raps** | | |
|----|----|----|----|
| | a) Pages 3:11-12, 14. | a) Non-party personal information redacted for privacy and under FRCP § 5.2. | a) S: Non-party personal information. |
| | b) Pages 120:16-20. | b) Testimony re: non-party employment information redacted for privacy. | b) S: Testimony re: non-party employment information. |
| 28 | **Martyott Dec., Ex. 7: Deposition of Tanya Ellis (Dkt. 1071-21)** Page 2:10-11, and 13. | Non-party personal information redacted for privacy. | S: Non-party personal information. |
| 29 | Maryott Dec., Ex. 8: Personnel File of Shaun Collins (Dkt. 1071-22). | Non-party employment information redacted for privacy. | S: Non-party personal information. |

United States District Court
For the Northern District of California

| 30 | Maryott Dec., Ex. 12: Personnel File of Baljinder Jawanda (Dkt. 1071-23). | Non-party employment information redacted for privacy. | S: Non-party personal information. |
|---|---|---|---|
| 31 | **Maryott Dec., Ex. 15: Deposition of Bernard Seaman**<br><br>a) Page 3:13-16, 18, and 20.<br><br>b) Page 111:3-4.<br><br><br><br>c) Exhibit 3. | <br><br>a) Non-party personal information redacted for privacy.<br><br>b) Testimony re: non-party employment information redacted for privacy.<br><br>c) Non-party employment information redacted for privacy. | <br><br>a) S: Non-party personal information.<br><br>b) S: Non-party employment information.<br><br>c) S: Non-party employment information. |

15

United States District Court
For the Northern District of California

| 32 | **Maryott Dec., Ex. 16: Deposition of David Riggs** | | |
| | a) Page 4:18-19, and 21. | a) Non-party personal information redacted for personal information. | a) S: Non-party personal information. |
| | b) Pages 241:21-242:4. | b) Testimony regarding non-party employment information redacted for privacy. | b) S: Non-party employment information. |
| 33 | **Maryott Dec., Ex. 17: Deposition of Varazat "John" Kocharian** Pages 4:18-19, 22, and 24. | Non-party personal information redacted for privacy and under FRCP § 5.2. | S: Non-party personal information. |
| 34 | **Maryott Dec., Ex. 18: Deposition of Judy Evans (Dkt. 1071-28)** Page 4:9-10, and 20. | Non-party personal information redacted for privacy. | S: Non-party personal information. |

16

| 35 | **Maryott Dec., Ex. 19: Deposition of Lori Schmidt** a) Pages 7:20 and 22-23. | a) Non-party personal information redacted for privacy. | a) S: Non-party personal information. |
|---|---|---|---|
| | b) Exhibits 2 and 7. | b) Non-party employment information redacted for privacy. | b) S: Typo in Motion - should be Exhibits 6 and 7. Non-party employment information. |
| 36 | **Maryott Dec., Ex. 20: Deposition of Edith Arana II (Dkt. 1070-30)** Pages 69:3-6. | Testimony re: non-party employment information redacted for privacy. | S: Non-party employment information. |
| 37 | Maryott Dec., Ex. 21: Personnel File of Edith Arana. | Non-party employment information redacted for privacy. | S: Non-party employment information. |
| 38 | **Maryott Dec., Ex. 22: Deposition of Mickey Anderson** Page 4:11-12, 14, 18, 23, and 25. | Non-party personal information redacted for privacy and under FRCP § 5.2. | S: Non-party personal information. |

17

| 39 | **Maryott Dec., Ex. 24: Deposition of Deborah Gunter** Pages 23:1-26:13; 28:1-29:22; 34:7-20; 116:21-117:2; 126:8-16; 162:9-18. | Testimony re: non-Party employment information redacted for privacy. | S: Non-party employment information. |
|---|---|---|---|
| 40 | **Maryott Dec., Ex. 26: Deposition of Jacqueline Williams** Page 7:18 and 20-21. | Non-party personal information redacted for privacy. | S: Non-party personal information. |

**EXHIBITS TO THE DECLARATION OF MARK A. PERRY IN SUPPORT OF WAL-MART STORES, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (Dkt. 1121)**

| 41 | **Perry Dec., Ex. 4: Deposition of Charles Salby (Dkt. 1122-40)** | | |
|----|----|----|----|
| | a) Page 4:16-20. | a) Non-party personal information redacted for privacy and under FRCP § 5.2. | a) S: Non-party personal information. |
| | b) Exhibit 1. | b) Non-party personal information redacted for privacy and under FRCP § 5.2. | b) S: Non-party employment information. |
| 42 | **Perry Dec., Ex. 5: Deposition of Paula Vaccaro** | | |
| | a) Page 7:16-17. | a) Non-party personal information redacted for privacy. | a) S: Non-party personal information. |
| | b) Pages 75-76, 218, and Exhibit 8. | b) Non-party employment information redacted for privacy. | b) S: Non-party employment information; 75:1, and 11-12; 76:17, 20, and 22, 218 and Exhibit 8. |

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

| 43 | **Perry Dec., Ex. 7: Deposition of Christine Kwapnoski** Page 156:12. | Non-party employment information redacted for privacy. | S: Name of non-party. |
|---|---|---|---|
| 44 | Perry Dec., Ex. 8: Damages Report by Kirk Marangi. | Non-party employment information redacted for privacy. | S: Damages report re: Plaintiff Kwapnoski; wages earned, comparative wages per position, etc.  Seal pay rate amount (trade secret). |
| 45 | Perry Dec., Ex. 10: Personnel File of Jon Salomone (Dkt. 1122-44). | Non-party employment information redacted for privacy. | S: Non-party employment information. |
| 45[1] | **Perry Dec., Ex. 13: Deposition of Peter Danoff** a) Page 6:13-14. <br><br> b) Pages 56:3, 6, and 9; 99:1, 5, and 22-23; 103:2 and 6. | a) Non-party personal information. <br><br> b) Non-party employment information. | a) S: Non-party personal information. <br><br> b) Non-party employment information. |

---

[1] In the Administrative Motion to Seal, the numerical order is incorrect.  That error is repeated here for purposes of consistency and cross reference.

United States District Court
For the Northern District of California

| 46 | **Perry Dec., Ex. 15: Deposition of Jacqueline Williams (Dkt. 1122-56)** Pages 7:8, 20-21. | Non-party personal information redacted for privacy. | S: Non-party personal information. |

**DECLARATIONS IN SUPPORT OF WAL-MART STORES, INC.'S MOTIONS FOR SUMMARY JUDGMENT**

| 47 | Declaration of Donald Taylor. | Testimony relating to non-party minor redacted for privacy. | S: Non-party minor information. |

| | | | |
|---|---|---|---|
| 48 | **Exhibits to Declaration of Tracy Englebrecht**<br><br>a) Englebrecht Decl., Ex. B: Mar. 12, 2015 Letter from Jenna Yott to Christine Webber. | a) Exhibit A: Non-party employment information. | a) S: Non-party wage and employment information. |
| | b) Englebrecht Decl., Ex. C: Mar. 17, 2015 Letter from Jenna Yott to Christine Webber. | b) Exhibit A: Non-party employment information. | b) S: Non-party wage and employment information. |
| | c) Englebrecht Decl., Ex. D: Mar. 17, 2015 Letter from Jenna Yott to Christine Webber. | c) Exhibit C: Non-party employment information. | c) S: Non-party wage and employment information. |
| | d) Englebrecht Decl., Ex. G: Mar. 10, 2015 Letter from Jenna Yott to Christine Webber. | d) Exhibits A-B: Non-party employment information. | d) S: Non-party wage and employment information. |
| | e) Englebrecht Decl., Ex. H: Mar. 5, 2015 Letter from Jenna Yott to Christine Webber. | e) Exhibit A: Non-party employment information. | e) S: Non-party wage and employment information. |
| | f) Englebrecht Decl., Ex. I: Mar. 19, 2015 Letter from Jenna Yott to Christine Webber. | f) Exhibit A: Non-party employment information. | f) S: Non-party wage and employment information. |

| 49 | **Declaration of Paula Vaccaro** Pages 2:17-18, 22-23, and 25-26; 3:2-5, 10, and 13; 4:27-5:2; 5:7-8. | Non-party employment information redacted for privacy. | - NS: 2:17-18: Wage information for Plaintiff Dukes.<br>- S: 2:22-23, and 25-26: Employment information of a non-party.<br>- S: 3:2-5: Non-party employment information.<br>- NS: 3:10 and 13: Wage and employment information of Plaintiff Dukes.<br>- S: 4:27-5:2: Wage information of non-party.<br>-NS: 5:7-8: Wage information of Plaintiff Arana. |
| 50 | **Exhibits to Declaration of Paual Vaccaro** Vaccaro Decl., Ex. 1: June 2012 Redbook Investigation (ECF Nos. 1068-27 and 1068-28). | Non-party employment information. | NS: (Dkt. 1068-27) Investigation as to Christine Kwapnoski.  Document should not be sealed in its entirety, but names of non-parties should be sealed.  (Dkt. 1068-27): E-mails re: Kwapnoski.  Seal contact information for non-parties. |

United States District Court
For the Northern District of California

| 51 | **Exhibits to Declaration of Michelle Medlin** | | |
|---|---|---|---|
| | a) Medlin Decl., Ex. 1: WMDukes-086012-009-000000311. | a) Non-party employment information redacted for privacy. | a) S: Letter from non-party re: Plaintiff Kwapnoski. Only seal signature. |
| | b) Medlin Decl., Ex. 2: WMDukes-000147-014-00000014-00000021. | b) Non-party employment information redacted for privacy. | b) S: Letter from non-party re: Plaintiff Kwapnoski. Seal names of non-party individuals. |
| | c) Medlin Decl., Ex. 3: WMDukes-000147-012-00000014-00000015. | c) Non-party personal and employment information redacted for privacy. | c) S: Declaration re: statement made by Plaintiff Kwapnoski. Seal names non-party individuals. |
| | d) Medlin Decl., Ex. 4: Isenburg Report (PCA02584-PCA02599). | d) Non-party employment information redacted for privacy. | d) S: Investigation report re: Plaintiff Kwapnoski. Seal names/information of non-party individuals. |

**United States District Court**
For the Northern District of California

| 52 | **Declaration of Brandyn Zobel in Support of Wal-Mart Stores, Inc.'s Reply Memorandum in Support of Its Motions for Summary Judgment** Pages 5-6. | Non-party employment information redacted for privacy. | S: Non-party employment information. |
|----|------|------|------|

United States District Court
For the Northern District of California

| | | | |
|---|---|---|---|
| 53 | **Exhibits to the Decl, of Brandyn Zobel in Support of Wal-Mart's Reply Memorandum in Support of its Mot. for Summary Judgment** | | |
| | a) Zobel Dec., Ex. A: March 17, 2015 Letter from Jenna Yott to Christine Webber, Ex. B. | a) Non-party employment information redacted for privacy. | a) S: Non-party employment information. |
| | b) Zobel Dc., Ex. D: March 9, 2015 Letter from Jenna Yott to Christine Webber, Exhibits B & D (excerpts). | b) Non-party employment information redacted for privacy. | b) S: Non-party employment information. |
| | c) Zobel Dec., Ex. E: Associate History Profile of William Biggs. | c) Non-party employment information. | c) S: Non-party employment information. |
| | d) Zobel Dec., Ex. F: Associate History Profile of Shawn Hill. | d) Non-party employment information. | d) S: Non-party employment information. |
| | e) Zobel Dec., Ex. G: Associate History Profile of Dwayne Givens. | e) Non-party employment information. | e) S: Non-party employment information. |
| | f) Zobel Dec., Ex. H: Associate History profile of Arthur French. | f) Non-party employment information. | f) S: Non-party employment information. |

| | | |
|---|---|---|
| g) Zobel Dec., Ex. I: Associate History Profile of Ian Holm. | g) Non-party employment information. | g) S: Non-party employment information. |
| h) Zobel Dec., Ex. J: Associate History Profile of Bruce Dreier. | h) Non-party employment information. | h) S: Non-party employment information. |
| i) Zobel Dec., Ex. K: Associate History Profile of Chad Penn. | i) Non-party employment information. | i) S: Non-party employment information. |
| j) Zobel Dec., Ex. L: Associate History Profile of Ronald Olguin. | j) Non-party employment information. | j) S: Non-party employment information. |
| k) Zobel Dec., Ex. M: Associate History Profile of Frederic Frost. | k) Non-party employment information. | k) S: Non-party employment information. |
| l) Zobel Dec., Ex. N: Associate History Profile of Zechariah Meyer. | l) Non-party employment information. | l) S: Non-party employment information. |

**BRIEFS**

| 54 | Wal-Mart Stores, Inc.'s Notice of Motion and Motion for Partial Summary Judgment Against Plaintiff Betty Dukes on her Second and Third Claims for Relief; Memorandum of Points and Authorities in Support Thereof. | Non-party employment information redacted for privacy. | S: <u>Only</u> non-party names and information should be sealed (4:6-9; 24:4). |
| --- | --- | --- | --- |
| 55 | Wal-Mart Stores, Inc.'s Notice of Motion and Motion for Partial Summary Judgment Against Plaintiff Christine Kwapnoski on her Second Claim for Relief; Memorandum of Points and Authorities in Support Thereof. | Non-party employment information redacted for privacy. | S: <u>Only</u> non-party names and information should be sealed (10:8-9). |

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

| 56 | Wal-Mart Stores, Inc.'s Notice of Motion and Motion for Partial Summary Judgment Against Plaintiffs Patricia Surgeson, Edith Arana, and Deborah Gunter on their Second Claim for Relief; Memorandum of Points and Authorities in Support Thereof. | Non-party employment information redacted for privacy. | S: <u>Only</u> non-party names and information should be sealed. |
|---|---|---|---|
| 57 | Wal-Mart Stores, Inc.'s Reply in Support of Motion for Partial Summary Judgment Against Plaintiff Betty Dukes. | Non-party employment information redacted for privacy. | S: <u>Only</u> non-party names and information should be sealed (17:14-18). |

United States District Court
For the Northern District of California

| 58 | Wal-Mart Stores, Inc.'s Reply in Support of Motion for Partial Summary Judgment Against Plaintiff Christine Kwapnoski. | Non-party employment information redacted for privacy. | S: Only non-party names and information should be sealed (15:2-21). |
| 59 | Wal-Mart Stores, Inc.'s Reply in Support of Motion for Partial Summary Judgment Against Plaintiffs Patricia Surgeson, Edith Arana, and Deborah Gunter. | Non-party employment information redacted for privacy. | S: Only non-party names and information should be sealed (15:28-16:5-7; 30:6-7). |

**IT IS SO ORDERED.**

Date: August 25, 2015

_____

CHARLES R. BREYER

UNITED STATES DISTRICT JUDGE

30