IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI,<br><br>   Plaintiffs,<br><br>   v.<br><br>WAL-MART STORES, INC.,<br><br>   Defendant. | No. 3:01-cv-02252-CRB<br><br>**ORDER TO PICK UP VOLUMINOUS EXHIBITS** |

In connection with its multiple motions for summary judgment in this matter, Wal-Mart submitted countless exhibits that it sought at that time to file under seal. Inexplicably, and without reference to any court rule or common sense principle of which this Court is aware, Wal-Mart's counsel submitted two printed copies of each of the hundreds or thousands of exhibits—both an unredacted version and a redacted version—in separate plastic-type Tyvek folders that cannot be shredded or recycled, nor thrown away in their present form as their contents are under seal. All of these exhibits, including the unredacted versions, are accessible to the Court on the Electronic Case Filing system in its review of the motions. Having invested an inordinate amount of time opening hundreds of individual Tyvek folders to shred the contents, the Court has determined that Wal-Mart's counsel should share in the expenditure of resources required to dispose of these folders.

Accordingly, the Court has placed the remaining box in the custody of the Clerk's Office on the 16th floor, at the attention of Maria Loo or Barbara Espinoza. Counsel for Wal-Mart is DIRECTED to pick up their box within five days of this Order to dispose of the box and the hundreds of folders therein as they see fit.

**IT IS SO ORDERED.**

Dated: August 25, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE