1  Randy Renick [SBN 179652]
     rrr@hadsellstormer.com
2  Cornelia Dai [SBN 207435]
     cdai@hadsellstormer.com
3  HADSELL STORMER
     & RENICK, LLP
4  128 N. Fair Oaks Avenue
   Pasadena, California 91103
5  Telephone:  626.585.9600
   Facsimile:  626.577.7079

   Joseph M. Sellers
     jsellers@cohenmilstein.com
   Christine E. Webber
     cwebber@cohenmilstein.com
   COHEN MILSTEIN SELLERS & TOLL, PLLC
   West Tower, Suite 500
   1100 New York Avenue
   Washington, DC  20005
   Telephone:  202.408.4600
   Facsimile:  202.408.4699

6  Attorneys for Plaintiffs

8  GIBSON, DUNN & CRUTCHER LLP
   THEODORE J. BOUTROUS, JR., SBN 132099
9    tboutrous@gibsondunn.com
   CATHERINE A. CONWAY, SBN 98366
10   cconway@gibsondunn.com
   MICHELE L. MARYOTT, SBN 191993
11   mmaryott@gibsondunn.com
   333 South Grand Avenue
12 Los Angeles, CA 90071-3197
   Telephone:    213.229.7000
13 Facsimile:    213.229.7520

14 Attorneys for Defendant WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No.  C-01-2252-CRB<br><br>**JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE AND TERMINATING ACTION** |

TO THE COURT AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT the parties to the above-referenced action hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Betty Dukes, Patricia Surgeson, Edith Arana, Deborah Gunter, and Christine Kwapnoski ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart") have reached a confidential settlement and stipulate to the dismissal of their claims, with prejudice,[1] with each side to bear its own costs, expenses, and attorneys' fees, except as may otherwise be provided in the settlement agreement. No further Court order is required.

IT IS SO STIPULATED.

Dated: July 15, 2016

By:  /s/ Christine E. Webber

Joseph M. Sellers
Christine E. Webber
COHEN MILSTEIN SELLERS & TOLL, PLLC

Attorneys for Plaintiffs

By:   /s/ Catherine A. Conway

Theodore J. Boutrous, Jr. (SBN 132099)
Catherine A. Conway (SBN 98366)
Michele L. Maryott (SBN 191993)
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant

I, Catherine A. Conway, attest that concurrence in the filing of this document has been obtained from the other signatory.

---

[1] In the instant case where there is not a certified class, voluntary dismissal by joint stipulation of the parties is proper. Fed. R. Civ. P. 41(a)(1)(A).