IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER, and CHRISTINE KWAPNOSKI,<br><br>  Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>  Defendant. | No. 3:01-cv-02252-CRB<br><br>**ORDER TO SHOW CAUSE** |

A number of individuals filed a motion to intervene in this action. See Motion to Intervene (dkt. 1161). The parties subsequently stipulated to voluntarily dismissal of Plaintiffs' claims with prejudice and further stipulated to terminate the action. See Stip. (dkt. 1162). The Court thus ORDERS Defendant to submit a brief—filed no later than July 25, 2016—addressing whether the Court retains jurisdiction to adjudicate the motion to intervene. The putative intervenors may respond no later than August 1, 2016. These briefs should address jurisdiction and any other relevant threshold issues; the original briefing schedule and hearing date associated with the motion to intervene is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 18, 2016



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE