Randy Renick [SBN 179652]
Cornelia Dai [SBN 207435]
HADSELL STORMER
    RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626.585.9600
Facsimile: 626.577.7079
rrr@hadsellstormer.com
cdai@hadsellstormer.com

Joseph M. Sellers
Christine E. Webber
COHEN MILSTEIN SELLERS & TOLL PLLC
West Tower, Suite 500
1100 New York Avenue, NW
Washington, DC 20005
Telephone: 202.408.4600
Facsimile: 202.408.4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY DUKES, PATRICIA SURGESON, EDITH ARANA, DEBORAH GUNTER AND CHRISTINE KWAPNOSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: C 01-2252-CRB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Intervening Class Plaintiffs appeal to the United States Court of

Appeals for the Ninth Circuit from:

  A) the Order, ECF No. 991, dated August 2, 2013 denying class certification;

  B) the stipulation of dismissal terminating this case, ECF No. 1162, dated July 15, 2016; and

  C) the Order, ECF No. 1167, dated August 15, 2016 which denied as moot the Intervenor Plaintiffs' motion to intervene.

Dated:  August 16, 2016

Respectfully submitted,

By: *Joseph M. Sellers*

| | |
|---|---|
| Randy Renick [SBN 179652]<br>Cornelia Dai [SBN 207435]<br>HADSELL STORMER<br> RICHARDSON & RENICK, LLP<br>128 N. Fair Oaks Avenue<br>Pasadena, California 91103<br>Telephone: 626.585.9600<br>Facsimile:  626.577.7079<br>rrr@hadsellstormer.com<br>cdai@hadsellstormer.com | Joseph M. Sellers (*pro hac vice*)<br>Christine E. Webber (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>West Tower, Suite 500<br>1100 New York Avenue, NW<br>Washington, DC  20005<br>Telephone: 202.408.4600<br>Facsimile:  202.408.4699 |
| Jocelyn D. Larkin (SBN 110817)<br>THE IMPACT FUND<br>125 University Avenue<br>Berkeley, CA  94710<br>Telephone: 510.845.3473<br>Facsimile:  510.845.3654 | Elizabeth A. Lawrence (SBN 111781)<br>LAW OFFICES OF ELIZABETH A. LAWRENCE<br>1569 Solano Ave., # 456<br>Berkeley, CA 94707<br>Telephone: 415.272.4305<br>ealawrencelaw@gmail.com |
| Jennifer Reisch, Legal Director<br>EQUAL RIGHTS ADVOCATES<br>1170 Market Street, Suite 700<br>San Francisco, CA 94102<br>Telephone: 415.621.0672, ext. 384<br>Facsimile: 415.621.6744<br>jreisch@equalrights.org | Merit Bennett<br>THE BENNETT FIRM<br>460 St. Michaels Drive, Suite 703<br>Santa Fe, NM  87505<br>Telephone:  505.983.9834<br>MB@thebennettfirm.us |
| Sheila Y. Thomas (SBN 161403)<br>Law Office of Sheila Thomas<br>5260 Proctor Avenue<br>Oakland, CA  94618<br>Telephone: 510.339.3739<br>sheilayt@sbcglobal.net | Stephen Tinkler<br>THE TINKLER LAW FIRM<br>309 Johnson Street<br>Santa Fe, NM 87501<br>Telephone:  505.982.8533<br>set@tinklernm.com |

*Attorneys for Plaintiffs*