UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BETTY DUKES; et al.,

        Plaintiffs,

 v.

WAL-MART STORES, INC.,

        Defendant - Appellee,

 v.

JOYCE CLARK; et al.,

        Movants - Appellants.

No. 16-16451

D.C. No. 3:01-cv-02252-CRB
U.S. District Court for Northern
California, San Francisco

**ORDER**

    The motion filed by the appellants on October 27, 2016 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

    This order served on the district court shall constitute the mandate of this court.

                          FOR THE COURT:
                          Molly C. Dwyer
                          Clerk of Court

                          Marc Eshoo
                          Deputy Clerk