UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                   General Court Number
Clerk of Court                                                                                        415-522-2000

November 16, 2016

CASE NUMBER:  01-cv-02252-CRB

CASE TITLE: Dukes et al v. Wal-Mart Stores, Inc.

USCA NUMBER:  16-16451

DATE MANDATE FILED:  11/16/16

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                     Very truly yours,

                                     Susan Y. Soong, Clerk

                                   _____
                                   by:  Maria Loo
                                   Case Systems Administrator