UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLAUDIA RENATI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No. 19-CV-02525-LHK <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is hereby referred to United States District Judge Charles R. Breyer to determine whether it is related to Case No. 01-CV-02252, *Dukes v. Wal-Mart Stores, Inc*.

**IT IS SO ORDERED.**

Dated: August 20, 2019

_____
LUCY H. KOH
United States District Judge

Case No. 19-CV-02525-LHK
SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES

1